UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                        Case No. 3:22-cr-141(S1)-HES-PDB

SCOTT ANDREW HOLLINGTON

**UNITED STATES' MOTION
FOR DISCOVERY PROTECTIVE ORDER**

The United States of America, pursuant to Fed. R. Crim. P. 16(d)(1) and 18 U.S.C. § 3771(a)(1) and (8), moves this Court for the entry of a discovery protective order that will ensure the confidentiality of personal identifiable information and the handling of certain sensitive materials in this case, and in support states:

1. On March 23, 2023, a federal grand jury in Jacksonville returned a superseding indictment charging the defendant with conspiracy to commit unlawful distribution of controlled substances (21 U.S.C. § 846), unlawful distribution of controlled substances (21 U.S.C. § 841(a)(1)), and obstruction of justice (18 U.S.C. § 1503). Counts Twelve through Fifteen allege that that defendant unlawfully distributed controlled substances to female victims identified as A.B., K.W., E.M, and D.A., respectively.

2. Discovery in this case includes sensitive information, including medical information, personal identifiable information, and audio and video recorded interviews of the female victims, A.B., K.W., E.M., and D.A. The victims in this case alleged that the defendant distributed controlled substances in request for sexual

favors.

3.     Because of the sensitive nature of this information, pursuant to Rule 16(d)(1), Fed. R. Crim. P., good cause exists for an Order protecting them from disclosure to other persons who have no legitimate reason for access to them.

4.     On March 30, 2023, the United States submitted a proposed Discovery Protective Order to the Court by email, a copy of which was provided to counsel for defendant.

WHEREFORE, the United States respectfully requests that this Court grant this Unopposed Motion for Discovery Protective Order and enter a Protective Order containing the terms set forth above.

          Respectfully submitted,

          ROGER B. HANDBERG
          United States Attorney

          *s/ Kirwinn Mike*
By:  KIRWINN MIKE
      Assistant United States Attorney
      Florida Bar No. 0127588
      300 N. Hogan Street, Suite 700
      Jacksonville, Florida 32202
      Telephone:   (904) 301-6300
      Facsimile:   (904) 301-6310
      E-mail: Kirwinn.Mike@usdoj.gov

U.S. v. SCOTT HOLLINGTON                Case No. 3:22-cr-141(S1)-HES-PDB

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2023, I electronically filed this document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

        Curtis Fallgatter, Esq.

        *s/ Kirwinn Mike*
        KIRWINN MIKE
        Assistant United States Attorney