UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                               CASE NO.: 3:22-cr-141-TJC-PDB

SCOTT ANDREW HOLLINGTON
_____/

**DEFENDANT SCOTT ANDREW HOLLINGTON'S WITNESS LIST**

COMES NOW the Defendant, Scott Andrew Hollington, by and through his undersigned counsel, and hereby provides his list of the following witnesses:

1. Joe Baker – Daytona

2. Andy Boals (a/k/a) Joseph Mast)

    a. Putnam County Sheriff's Office

3. Julie Childs – Daytona

4. Molly Christensen, ARNP

5. Dr. Steve Claypool – Minnesota

6. John Hollingsworth

7. Robert Ben Hubert

8. Hope King, ARNP

9. Amanda Lane (a/k/a Amanda Fleming)

      a.     St. Johns County Sheriff's Office

10. Casie McCallister, ARNP

11. Shawn J. McGovern

12. Heather Moon

13. James Patrick Murphy, M.D.

14. Rachael Pittala

15. Justin Rich (a/k/a Kevin Lee)

      a.     Putnam County Sheriff's Office

16. Bill Van Riper – Jacksonville

17. Karen Sheridan – St. Augustine

18. Montana Freeman Smith

19. John Stuhr (a/k/a Ricky Johnson)

      a.     Jacksonville Sheriff's Office

20. Mike Thurmond (a/k/a Thomas Breo)

      a.     St. Johns County Sheriff's Office

21. Any witness listed in the Government's Witness List, or any supplemental witness list.

22. Such additional witnesses as may be required by matters brought up in the Government's Case-In-Chief.

23. Rebuttal witnesses, as necessary.

Respectfully submitted,

**FALLGATTER CATLIN & VARON, P.A.**

 /s/ Curtis S. Fallgatter
Curtis S. Fallgatter, Esq.
Florida Bar No: 0213225
200 East Forsyth Street
Jacksonville, Florida 32202
(904) 353-5800 Telephone
(904) 353-5801 Facsimile
fallgatterlaw@fallgatterlaw.com Email
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to: (1) Kirwinn Mike, Esq., Assistant United States Attorney, and (2) Ashley Washington, Esq., Assistant United States Attorney, Office of the United States Attorney, 300 North Hogan St., Ste. 700, Jacksonville, FL 32202 (kirwinn.mike@usdoj.gov and ashley.washington2@usdoj.gov), this 10th day of June, 2023.

 /s/ Curtis S. Fallgatter
ATTORNEY

138330