UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 3:22-cr-141-TJC-PDB

SCOTT ANDREW HOLLINGTON

## GOVERNMENT'S WITNESS LIST

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. David Martin, DEA Diversion Investigator
2. John Hollingsworth, DEA Special Agent
3. Justin Rich, Putnam County Sheriff's Office
4. Amanda Lane, St. Johns County Sheriff's Office
5. Mike Thurmond, St. Johns County Sheriff's Office
6. Andy Boals, Putnam County Sheriff's Office
7. Don Stuhr, Jacksonville Sheriff's Office
8. D.A.
9. E.M.
10. A.B.
11. K.W.
12. M. Christensen

13. Casie McCallister

14. S. Hazelwood

15. Rachel Pittala

16. Gene Kennedy, M.D., P.C.

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   *s/ Kirwinn Mike*
     KIRWINN MIKE
     Assistant United States Attorney
     Florida Bar No. 0127588
     300 N. Hogan Street, Suite 700
     Jacksonville, Florida 32202
     Telephone: (904) 301-6300
     Facsimile: (904) 301-6310
     E-mail: Kirwinn.Mike@usdoj.gov

U.S. v. SCOTT HOLLINGTON    CASE NO. 3:22-cr-141-TJC-PDB

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2023, I electronically filed this document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

  Curtis Fallgatter, Esq.

        *s/ Kirwinn Mike*
        KIRWINN MIKE
        Assistant United States Attorney