UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


UNITED STATES OF AMERICA

v.                                    CASE NO.:  3:22-cr-141-HES-PDB

SCOTT ANDREW HOLLINGTON
_____/

## DEFENDANT SCOTT ANDREW HOLLINGTON'S
## REVISED EXHIBIT LIST

### TOC

1.   Dr. Hollington – Personal
2.   Corporate – Sawgrass Health, LLC
   A.     Corporate records
   B.     Brochures for patients
   C.     Office policies
   D.     Websites
   E.     [*Reserved*]
   F.     Patient and Prescription counts
   G.     DSM
   H.     [*Reserved*]
   I.     Wall art
3.   [*Reserved*]
4.   Nurses
5.   [*Reserved*]
6.   Expert – Dr. James P. Murphy
7.   DEA Subpoena / Litigation
8.   Government Documents
9.   St. Johns Co. – Solicitation of Witnesses
10.  Regulations / Research / Articles / Statutes
   A.     DEA Regs (Count 1, ¶8)
   B.     Florida Regs  / Statutes
        (1)     Count 1, ¶9 [orig. Indictment] – §456.44(3), Fla. Stat.  [chronic,

non-malignant pain]

    (2)    §458.331, Fla. Stat.

    (3)    Telehealth – §456.47, Fla. Stat.

    (4)    Fla. Admin Code 64B15-14.009  [Superseding Indict. ¶A.9.]

C.    [*Reserved*]

D.    [*Reserved*]

E.    [*Reserved*]

F.    [*Reserved*]

G.    [*Reserved*]

H.    [*Reserved*]

I.    [*Reserved*]

J.    OD deaths – CDC

K.    OD deaths – NIH

L.    NIDA / HIH – Buprenorphine guidelines

M.    [*Reserved*]

N.    §322.212, Fla. Stat. – Fictitious driver's license

O.    [*Reserved*]

P.    Narcon – FDA Approval – w/o prescription

Q.    DEA 1/12/23 Press Release [ltr to Registrants] – buprenorphine

11.    Patients – Counts 2-11  [5 Fake in Indictment]

    [*A1 = Transcript; 2 = Tr.; 3 = Billings; 4 = Contract; 5 = Pt. Chart; 6 = PMP*]

A.    P1 – Kevin Lee = Justin Rich – Putnam   [Cts 2, 3, 5]

B.    P2 – Amanda Fleming = Amanda Lane – SJSO   [Cts 4, 6, 9, 11]

C.    P3 – Thomas Breo = Mike Thurmond – SJSO   [Ct. 7]

D.    P4 – Joseph Mast = Andy Boals – Putnam   [Ct. 8]

E.    P5 – Ricky Johnson = Det. Don Stuhr – JSO   [Ct. 10]

12.    Patients – Others

13.    Patient – Hubert

14.    Counts 12-15

    [*A1 = Pt. Chart; 3 = PMP; 4 = Crim. Hx.; 5 = Billings*]

A.    Ct. 12 – Amy Brewington

B.    Ct. 13 – Kristina Willis

C.    Ct. 14 – Elizabeth Mahan

D.    Ct. 15 – Danielle Ashley

15.    Search Warrants / Affidavits / Inventories

A.    Home

B.    Business

C.    Electronics

16.   Experts – Gov. [Kennedy]
17.   [*Reserved*]

| EX. No. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---------|-----------------|---------------|---------|-------------|
| [1] | | | | **<u>Dr. Hollington – Personal</u>** |
| [1A] | | | FRE 803(6) [business record] Doc. 92-1 | <u>Diploma / Degrees</u> |
| 1A-1 | | | [same] | MD Diploma Univ. of Miami |
| 1A-2 | | | [same] | Pathology Fellowship – Wilford Hall Medical Center |
| 1A-3 | | | [same] | Residency in Pathology –  Univ. of Florida |
| 1A-4 | | | [same] | Diplomat –  National  Board of Medical Examiners |
| 1A-5 | | | [same] | Assistant Clinical Professor – Pathology – Wright State |
| 1A-6 | | | [same] | Diplomat – American Board of Pathology – Clinical Informatics |
| 1A-7 | | | [same] | Anatomic Pathology and Clinical Pathology Certified – American Society of Clinical Pathologists |
| 1A-8 | | | [same] | Residency – American Society of Clinical Pathologists |
| | | | | |
| 1B | | | FRE 803(6) [business record] Doc. 92-1 | CV |

| 1C | | | [same] | Board eligible for certification in Addiction Medicine – from the American Board of Preventive Medicine  [8/15/18] |
|---|---|---|---|---|
| 1D | | | [same] | 10/6/21 – DEA Controlled Substance Registration Certificate eliminating data waiver program – expires 10/31/24 |
| | | | | |
| [2] | | | | <u>Corporate – Sawgrass Health, LLC</u> |
| 2A | | | FRE 803(6) [business record] Doc. 92-1 | Articles of Incorporation – Sawgrass Health, LLC [get sealed] |
| 2B-1 | | | [same] | 12 Steps |
| 2B-2 | | | [same] | List of AA meeting locations – for lobby (from Internet) |
| 2C | | | [same] | Office <u>policy</u> / contract for patients  – effective February 2021 |
| 2D-1 | | | [same] | Website – public – including how to get off drugs 1.  Main Page 2.  Links [to resources] 3.  Quitting Buprenorphine |
| 2D-2 | | | [same] | Website – Nurses – Main Page |
| 2E | | | [same] | *[Reserved]* |
| 2F | | | [same] | Patient and Prescription counts – Dr. H. [drugs/patients 2017-2022] |

| | | | | |
|---|---|---|---|---|
| 2G | | | FRE 803(6) [business record] FRE 201 | DSM 5 [*Dr. H's personal book*] |
| 2H | | | FRE 803(6) [business record] Doc. 66 | [*Reserved*] |
| 2I | | | Doc. 92-1 | Wall art [Rooster] |
| | | | | |
| | | | | |
| [3] | | | | [*Reserved*] |
| 3A | | | | |
| 3B | | | | |
| | | | | |
| | | | | |
| [4] | | | | <u>Nurses</u> |
| 4A | | | | [*Reserved*] |
| 4A-1 | | | | Molly Christiansen – Rule 11 Ltr – 11/15/22 [B3714-16] – [during 11/17/22 interview] |
| 4B | | | | Rachael Pittala– Rule 11 Ltr – 4/12/22 [B01119-011201] |
| 4C | | | | [*Reserved*] |
| 4C-1 | | | | Cassie McCallister – Rule 11 Ltr – 12/13/22 [during interview] |
| 4D | | | | [*Reserved*] |

| 4E | | | | [*Reserved*] |
|---|---|---|---|---|
| 4F | | | | [*Reserved*] |
| 4G | | | | [*Reserved*] |
| | | | | |
| | | | | |
| [5] | | | | [*Reserved*] |
| 5A | | | | [*Reserved*] |
| | | | | |
| [6] | | | | <u>Expert</u> – <u>Dr. James Murphy</u> |
| 6A | | | Dr. James Murphy | CV |
| 6B | | | Dr. James Murphy | Publications – List |
| 6C | | | Dr. James Murphy | Cases / testimony – List |
| 6D | | | Dr. James Murphy | Report – 6/28/23 |
| | | | | |
| [7] | | | | <u>DEA Subpoena / Litigation</u> |
| 7A | | | FRE 201 | Subpoena – 10/27/22  [= Indict. date] |
| | | | | |
| [8] | | | | <u>Government Documents</u> |

| | | | | |
|---|---|---|---|---|
| 8A | | | | <u>Doc. 117</u> – Response in Opposition to Defendant's Motion to Reconsider Order Denying Defendant's Second Motion for Bill of Particulars (filed on May 12, 2023) = admits medical necessity |
| 8B | | | Hollingsworth | Grand Jury Transcript #1 – 10/27/22 |
| 8C | | | Hollingsworth | Grand Jury Transcript #2 – 3/23/23 |
| | | | | |
| [9] | | | | <u>St. Johns Co. – Solicitation of Witnesses</u> |
| 9A | | | FRE 803(18) = periodical + not offered for truth | 1/17/23 First Coast News article: "Ormond Beach Police Department in Volusia County is asking for patients of doctor Scott Hollington to come forward if they experienced any type of unusual treatment." |
| 9B | | | [same] | 11/2/22 First Coast News article: SJCSO – "We are asking for victims or individuals with information to please come forward and contact Detective Maguire ..." |
| | | | | |
| | | | | |
| [10] | | | | <u>Regulations / Research / Articles / Statutes</u> |
| 10A | | | | [*Reserved*] |
| | | | | |
| | | | FRE 201 | <u>Florida Regs</u> |

| | | | | |
|---|---|---|---|---|
| 10B-1 | | | FRE 201 | §456.44(3), Fla. Stat.  [cited in orig. Indictment – (Count 1, ¶9) – [per Response to BOP – Doc 35] Note:  The "Standards of Practice for Treatment of <u>Chronic Nonmalignant Pain</u>" – are NA to <u>addiction</u> treatment |
| 10B-2 | | | FRE 201 | §458.331, Fla. Stat. |
| 10B-3 | | | FRE 201 | Telehealth – F.S. §456.47 |
| 10B-4 | | | FRE 201 | Fla. Admin Code  64B15-14.009 [cited in 2nd Indictment – (Count 1, ¶9) "standards for office-based opioid addiction treatment" 1.  Board of <u>Osteopathic Medicine</u> 2.  For:  "osteopathic physicians" – (1)(a) + (3)(a) |
| | | | | |
| 10C | | | | *[Reserved]* |
| | | | | |
| 10D | | | | *[Reserved]* |
| 10E | | | | *[Reserved]* |
| | | | | |
| [10F] | | | | *[Reserved]* |
| | | | | |
| 10G | | | | *[Reserved]* |
| | | | | |
| | | | | |

| 10H | | | | *[Reserved]* |
|---|---|---|---|---|
| 10I | | | | *[Reserved]* |
| | | | | |
| 10J | | | FRE 803(18) = learned treatise FRE 201 | CDC Website – OD Death Stats 7/26/22 |
| 10K | | | [same] | NIDA/NIH – Overdose Deaths NIDA = Nat'l Institute on Drug Abuse 1999 - 2021 |
| 10L | | | [same] | NIDA/NIH – Buprenorphine – safe for individuals with OUD |
| | | | | |
| 10M | | | | *[Reserved]* |
| 10N | | | FRE 201 | §322.212, Fla. Stat. – Fla. Drivers Licence "possession or to display ... fictitious, counterfeit" DL = F3° |
| 10O | | | | *[Reserved]* |
| 10P | | | FRE 201 | ** Narcon – FDA OTC Approval – w/o prescription |
| 10Q | | | FRE 201 | ** DEA 1/12/23 [Press Release] Ltr to Registrants] – buprenorphine "DEA fully supports this significant policy reform.  In this moment when the United States is suffering tens of thousands of opioid-related drug poisoning deaths every year, the DEA's top priority is doing everything in our power to save lives." |
| 10R | | | | *[Reserved]* |

| | | | | |
|---|---|---|---|---|
| | | | | |
| [11] | | | | <u>Patients – 5 Fake in Indictment</u><br>[*A1 = Transcript; 2 = Tr.; 3 = Billings; 4 = Contract; 5 = Pt. Chart; 6 = PMP*] |
| [11A] | | | | P1 – **Kevin Lee**  [Cts 2, 3, 5]<br><span style="color:red">[Justin Rich – Putnam]</span> |
| | | | | <u>Transcripts</u> |
| 11A-1A | | | Stipulation Ct Rpter – Powers | 2/14/22 – Video with Dr. H        [B 981+983]<br>[Ct. 2]<br>[Note:  Redact pp. 9-11 – slavery] |
| 11A-1B | | | Stipulation Ct Rpter – Powers | 2/14/22 – with Nurse Molly Christensen<br>[Ct. 2]                                        [B  978] |
| 11A-1B-1 | | | | Audio – of 11A-1B |
| 11A-1C | | | Stipulation Rpter – | 2/20/22 – with Nurse Molly Christensen<br>[Ct. 3]                                        [B  3720] |
| 11A-1C-1 | | | | Audio – of 11A-1C |
| 11A-1D | | | Stipulation Ct Rpter – Shirk | 3/21/22 – with Dr. H = Lee + Fleming[B 984]<br>[Ct. 4 – Fleming = #1 visit]]<br>[Ct. 5 – Lee = #3 script] |
| 11A-1E | | | Stipulation Ct Rpter – Shirk Kevin Lee = Justin Rich | 11/4/22 – Dr. H call to Lee            [B 3594] |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 11A-2A | | | [same] | 2/15/22 – Lee – call from <u>pharmacy</u>   [B-979] – no answer; Lee left msg for call back |
| 11A-2B | | | [same] | 2/15/22 – Lee call to <u>pharmacy</u>        [B-980] No insurance; "you're fine" – and OK to pay <u>cash</u> |
| 11A-3 | | | FRE 803(6) [business record] Doc. 92-1 | Billings |
| 11A-4 | | | FRE 803(6) [business record] Doc. 92-1 | Contract [Policy] – with clinic / Dr. H [B 158 + 160] |
| 11A-5 | | | [same] | Patient chart – Lee |
| 11A-6 | | | [same] | PMP (Program for prescription monitoring ) |
| 11A-7 | | | [same] | Lee DL + Molly Christensen Business Card = APRN |
| | | | | |
| | | | | |
| [11B] | | | | P2 – **Amanda Fleming**  [Cts 4, 6, 9, 11]      [Amanda Lane – SJSO] |
| | | | | <u>Transcripts</u> |
| ~~11B-1A~~ [11A-1D] | | | Stipulation Ct Rpter – Shirk | 3/21/22 – with Dr. H = Lee + Fleming[B 984] [Ct. 4 – Fleming = #1 visit]] [Ct. 5 – Lee = #3 script] |

| | | | | |
|---|---|---|---|---|
| 11B-1B [11C-1A] [11D-1A] | | | Stipulation Ct Rpter – Shirk | 4/4/22 – Video with Dr. H + Fleming + Mast + Breo [Ct. 6]                              [B 988 + 989]<br><br>*Note:  In limine – 29:5-25 – 31:21 ["cock"]* |
| 11B-1C | | | Stipulation Ct Rpter – Shirk | 5/23/22 – video with Dr. H = Fleming + Johnson [Ct. 9]                              [B 992 + 993] |
| 11B-1D | | | Stipulation Ct Rpter – Powers | 7/18/22 – Video with Dr. H [Ct. 11]                     [B 968 + 969 = 972] |
| 11B-2 | | | | [*Reserved*] |
| 11B-3 | | | FRE 803(6) [business record] Doc. 92-1 | Billings |
| 11B-4 | | | [same] | Contract [Policy] – with clinic / Dr. H |
| 11B-5 | | | [same] | Patient chart – Fleming |
| 11B-6 | | | [same] | PMP – Program for prescription monitoring |
| 11B-7 | | | [same] | Urine Test strip photos |
| | | | | |
| | | | | |
| [11C] | | | | P3 – **Thomas Breo** [Ct. 7]    [Mike Thurmond – SJSO] |
| | | | | <u>Transcripts</u> |

| | | | | |
|---|---|---|---|---|
| ~~11C-1A~~ [11B-1B] | | | Stipulation Ct Rpter – Shirk | 4/4/22 – Video with Dr. H + Fleming + Mast + Breo<br>[Ct. 6]                    [B 988 + 989]<br><br>*Note:  In limine – 29:5-25 – 31:21 ["cock"] – redact* |
| 11C-1B | | | Stipulation Ct Rpter – Powers | 4/5/22 – with Nurse Rachel Pittala<br>[Ct. 7]                    [B 986] |
| 11C-2 | | | | [*Reserved*] |
| 11C-3 | | | FRE 803(6) [business record] Doc. 92-1 | Billings |
| 11C-4 | | | [same] | Contract [Policy] – with clinic / Dr. H |
| 11C-5 | | | [same] | Patient chart – Breo |
| 11C-6 | | | [same] | PMP – Program for prescription monitoring |
| 11C-7 | | | [same] | Urine test strips – Dr. H does not have photo |
| | | | | |
| [11D] | | | | **P4 – Joseph Mast**  [Ct. 8]<br>[Andy Bohls – Putnam] |
| | | | | <u>Transcripts</u> |
| ~~11D-1A~~ [11B-1B] | | | Stipulation Ct Rpter – Shirk | 4/4/22 – Video with Dr. H + Fleming + Mast + Breo<br>[Ct. 6]                    [B 988 + 989]<br>*Note –  In limine – 29:5-25 – 31:21 ["cock"] – redact* |

| 11D-1B | | | Stipulation Ct Rpter – Shirk | 4/5/22 – with Nurse Casie McCallister [B 987] [Ct. 8] |
|---|---|---|---|---|
| 11D-1B-1 | | | | Audio – of 11D-1B |
| 11D-2 | | | | [*Reserved*] |
| 11D-3 | | | FRE 803(6) [business record] Doc. 92-1 | Billings |
| 11D-4 | | | [same] | Contract [Policy] – with clinic / Dr. H |
| 11D-5 | | | [same] | Patient chart – Mast |
| 11D-6 | | | [same] | PMP – Program for prescription monitoring |
| 11D-7 | | | FRE 803(6) [business record] Doc. 92-1 | Urine test strips |
| | | | | |
| | | | | |
| | | | | |
| [11E] | | | | P5 – **Ricky Johnson** [Ct. 10] [Det. Don Stuhr – JSO] |
| | | | | Transcripts |
| ~~11E-1A~~ [11B-1C] | | | Stipulation Ct Rpter – Shirk | 5/23/22 – video with Dr. H = Fleming + Johnson [Ct. 9]                    [B 992 + 993] |

| | | | | |
|---|---|---|---|---|
| 11E-1B | | | Stipulation Ct Rpter – Shirk | 5/24/22 – with Nurse Sylvia Hazelwood [Ct. 10]                                    [B 991] |
| 11E-1B-1 | | | | Audio – of 11E-1B |
| 11E-2 | | | | [*Reserved*] |
| 11E-3 | | | FRE 803(6) [business record] Doc. 92-1 | Billings |
| 11E-4 | | | [same] | Contract [Policy] – with clinic / Dr. H |
| 11E-5 | | | [same] | Patient chart – Johnson |
| 11E-6 | | | [same] | PMP – Program for prescription monitoring |
| 11E-7 | | | FRE 803(6) [business record] Doc. 92-1 | Urine test strips |
| | | | | |
| [12] | | | | <u>Patients – Others</u> |
| 12A | | | FRE 803(6) [business record] Doc. 92-1 | Alexa Lantz – Chart Note:  OD'd [early Jan. 2023?] – on street drugs; due to lack of treatment by Dr. H |
| 12A-1 | | | FRE 803(6) [business record] Doc. 92-1 | Photo – Alexa Lantz |

| | | | | |
|---|---|---|---|---|
| 12B | | | | Sarah Daniel – Chart<br>Bought street fentanyl [early Jan. ?? 2023] – b/c could not get lawful scripts |
| | | | | |
| [13] | | | | <u>Patients</u>   [Hubert = 13D] |
| 13A | | | | *[Reserved]* |
| 13B | | | | *[Reserved]* |
| 13C | | | | *[Reserved]* |
| | | | | |
| [13D] | | | | **<u>Robert Ben Hubert</u>** |
| | | | | <u>Transcripts</u> |
| 13D-1A | | | Stipulation Ct Rpter – Shirk | *[Reserved]* |
| 13D-1B | | | Stipulation Ct Rpter – Shirk | 1/31/22 – call with APRN Casie McCallister [B-974] |
| 13D-1C | | | Stipulation Ct Rpter – Shirk | 2/3/22 – call with APRN Casie McCallister [B-977] |
| | | | | |
| 13D-3 | | | FRE 803(6) [business record] Doc. 92-1 | Billings |
| 13D-4 | | | [same] | *[Reserved]* |

| 13D-5 | | | [same] | Patient chart – Hubert  (13 pp.) |
|---|---|---|---|---|
| 13D-6 | | | [same] | PMP – Program for prescription monitoring |
| 13D-7 | | | [same] | Drug test – strip (2-sided; 12 tests) |
| 13D-8 | | | FRE 901(b)(7) 902(1) Certified | Arrest Report – 2/10/22 |
| 13D-9 | | | FRE 901(b)(7) 902(1) Certified | Information – 4 counts (incl. poss. of meth) |
| 13D-10 | | | FRE 901(b)(7) 902(1) Certified | Judgment / Sentence – MM counts  (3/7/22) = 25 days TS |
| 13D-11 | | | FRE 901(b)(7) 902(1) Certified | Judgment / Sentence – meth felony  (8/31/22) §893.13(6)(a), FS = F3° = 115 days TS;  AG + lost DL for 6 months |
| 13D-12 | | | Gov. record Hollingsworth | DEA 7:  2/2/22 – 2 prescriptions – Hubert [B73-75] |
| 13D-13 | | | Gov. record Hollingsworth | DEA 7:  2/2/22 – Pill bottles – Hubert [B99-100] |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | Counts 12-15 |
| [14A] | | | | Ct. 12 – Amy Brewington |
| 14A-1 | | | FRE 803(6) [business record] Doc. 92-1 | Patient Chart – Brewington |
| 14A-2 | | | | [*Reserved*] |
| 14A-3 | | | [same] | PMP [E-force] |
| 14A-4 | | | Gov. discovery | Crim. Hx |
| 14A-5 | | | Doc. 92-1 | Billings |
| | | | | |
| | | | | |
| [14B] | | | | Ct. 13 – Kristina Willis |
| 14B-1 | | | FRE 803(6) [business record] Doc. 92-1 | Patient Chart – Willis |
| 14B-2 | | | | [*Reserved*] |
| 14B-3 | | | [same] | PMP [E-force] |
| 14B-4 | | | Gov. discovery | Crim. Hx |
| 14B-5 | | | Doc. 92-1 | Billings |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| [14C] | | | | Ct. 14 – Elizabeth Mahan |
| 14C-1 | | | FRE 803(6) [business record] Doc. 92-1 | Patient Chart – Mahan |
| 14C-2 | | | | [*Reserved*] |
| 14C-3 | | | [same] | PMP [E-force] |
| 14C-4 | | | Gov. discovery | Crim. Hx |
| 14C-5 | | | Doc. 92-1 | Billings |
| | | | | |
| | | | | |
| [14D] | | | | Ct. 15 – Danielle Ashley |
| 14D-1 | | | FRE 803(6) [business record] Doc. 92-1 | Patient Chart – Ashley |
| 14D-2 | | | | [*Reserved*] |
| 14D-3 | | | [same] | PMP [E-force] |
| 14D-4 | | | Gov. discovery | Crim. Hx |
| 14D-5 | | | Doc. 92-1 | Billings |
| | | | | |
| [15] | | | | Search Warrants |
| 15A | | | FRE 201 | Home  [10/28/22 – executed] |

| | | | | |
|---|---|---|---|---|
| 15B | | | FRE 201 | Office  [10/28/22 – executed] |
| 15C | | | FRE 201 | Equipment  [10/28/22 – executed] |
| | | | | |
| | | | | |
| [16] | | | | Expert – Gov. |
| 16A | | | Dr. Kennedy | Dr. Kennedy Report #1 – 7/28/22 |
| 16B | | | Dr. Kennedy | Dr. Kennedy Report #2 – 3/14/23 |
| 16C | | | Dr. Kennedy | Dr. Kennedy – CV |
| | | | | |
| [17] | | | | *[Reserved]* |
| | | | | |

Respectfully submitted,

**FALLGATTER CATLIN & VARON, P.A.**

 /s/ Curtis S. Fallgatter
Curtis S. Fallgatter, Esq.
Florida Bar No:  0213225
200 East Forsyth Street
Jacksonville, Florida 32202
(904) 353-5800 Telephone
(904) 353-5801 Facsimile
fallgatterlaw@fallgatterlaw.com Email
Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to: (1) Kirwinn Mike, Esq., Assistant United States Attorney, and (2) Ashley Washington, Esq., Assistant United States Attorney, Office of the United States Attorney, 300 North Hogan St., Ste. 700, Jacksonville, FL 32202 (kirwinn.mike@usdoj.gov and ashley.washington@usdoj.gov), this 10th day of July, 2023.

 /s/ Curtis S. Fallgatter
ATTORNEY

135558(5)