# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA   CASE NO. 3:22-cr-00141-TJC-PDB

v.

SCOTT ANDREW HOLLINGTON

<u>Counsel for Government:</u>  
Kirwinn Mike  
Ashley Washington

<u>Counsel for Defendant</u>:  
Curtis Scott Fallgatter

**HONORABLE TIMOTHY J. CORRIGAN**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Aileen Manrique    Court Reporter: Shelli Kozachenko

## CLERK'S MINUTES

**PROCEEDINGS OF HEARING:**   Jury Trial Day 5

<u>Government's Witnesses</u> – Continuation of M. Christensen, Continuation of Rachel Pittala, Cassie McCallister, S. Hazelwood.

<u>Defendant's Exhibits</u> – 4A-1, 2B-1, 2B-2, 4B, 4C-1.

Jury recessed, to report back at 9:45 a.m. on **July 24, 2023**.

DATE: July 21, 2023

TIME: 8:55 a.m. – 5:11 p.m.
Recess: 12:32 p.m. - 1:44 p.m.