UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,   Case No. 3:22-cr-141-TJC-PDB

 Plaintiff, ☐
 Government ☒    ☐ Evidentiary
           ☒ Trial
v.           ☐ Other- Detention Hearing

SCOTT ANDREW HOLLINGTON

 Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1A | 7/17/2023 | 7/17/2023 | David Martin | Scott Hollington's Florida Medical License/Department of Health; BATES 003385-003388; 011289-011290 |
| 1B | 7/17/2023 | 7/17/2023 | David Martin Casie McCallister | Casie McCallister's Florida Medical License/Department of Health; BATES 003382-003384 |
| 1C | 7/17/2023 | 7/17/2023 | David Martin Racheal Pittala | Racheal Pittala's Florida Medical License/Department of Health; BATES 003389-003392 |
| 1D | | | David Martin | Sawgrass Health of Florida Website; BATES 003641 |
| 1E | 7/17/2023 | 7/17/2023 | David Martin | Sawgrass Health Policy Form; BATES 000052-000054 |
| 1F | 7/20/2023 | 7/20/2023 | Rachael Pittala M. Christensen Casie McCallister | Scott Hollington's email to medical staff dated November 30, 2022; BATES 003588; BATES 003582-003583 |
| 1G | 7/20/2023 | 7/20/2023 | M. Christensen | Scott Hollington text message to M. Christensen dated November 11 and 16, 2022; BATES 003591 |
| 1H | | | Casie McCallister | Scott Hollington email to Casie McCallister dated January 21, 2023; BATES 003628-003630 |
| 1I | | | Dr. Gene Kennedy | Dr. Gene Kennedy's Expert Report; BATES 003411-003528 |

**EXHIBIT LIST - Continuation Sheet**

|   |   |   |   |   |
|---|---|---|---|---|
| 1J |   |   | Dr. Gene Kennedy | Dr. Gene Kennedy's Supplemental Expert Report; BATES 005162-005233 |
| 1K | 7/17/2023 | 7/17/2023 | David Martin<br>Dr. Gene Kennedy<br>Record Custodian for Practice Fusion | Practice Fusion Electronic Medical Records; BATES 003749 |
| 1L | 7/17/2023 | 7/17/2023 |   | Certificate of Authentication for Electronic Medical Records |
| 1M |   |   | David Martin | Letter from Scott Hollington to Medical Board dated December 5, 2016; BATES 003556 |
| 1N | 7/20/2023 | 7/20/2023 | M. Christensen | Email from Scott Hollington to M. Christensen dated November 14, 2022; BATES 003589 |
| 1O |   |   | Casie McCallister | Email from Scott Hollington to Casie McCallister dated January 21, 2023; BATES 003628 |
| 2A | 7/17/2023 | 7/17/2023 | David Martin<br>Justin Rich | DVD and Part 1 of 2 of Video of the First Undercover Visit with Kevin Lee dated February 14, 2022; BATES 000981 |
| 2B | 7/17/2023 | 7/17/2023 | David Martin<br>Justin Rich | Transcripts of DVD, Part 1 of 2 of Video of the First Undercover Visit with Kevin Lee; BATES 007454-007455 |
| 2C | 7/17/2023 | 7/17/2023 | David Martin<br>Justin Rich | DVD and Part 2 of 2 of Video of the First Undercover Visit with Kevin Lee dated February 14, 2022; BATES 000983 |
| 2D | 7/17/2023 | 7/17/2023 | David Martin<br>Justin Rich | Transcripts of DVD, Part 2of 2, First Undercover Visit with Kevin Lee dated February 14, 2022; BATES 007456-007463 |
| 2E | 7/17/2023 | 7/17/2023 | David Martin | Prescription for Kevin Lee dated February 14, 2022; BATES 003568 |
| 2F | 7/17/2023 | 7/17/2023 |   | RX Mart Certificate of Authentications for all undercover officers; BATES 011286 |
| 3A | 7/17/2023 | 7/17/2023 | David Martin | Prescription for Kevin Lee dated February 20, 2022; BATES 003570 |
| 4A | 7/17/2023 | 7/17/2023 | David Martin<br>Justin Rich<br>Amanda Lane | DVD of Second Undercover Visit with Kevin Lee and Amanda Fleming dated March 21, 2022; BATES 000984 |
| 4B | 7/17/2023 | 7/17/2023 | David Martin<br>Justin Rich<br>Amanda Lane | Transcripts of DVD, Second Undercover Visit with Kevin Lee and Amanda Fleming dated March 21, 2022; BATES 007464-007494 |
| 4C | 7/17/2023 | 7/17/2023 | David Martin | Prescription for Amanda Fleming dated March 21, 2022; BATES 003561 & 003563 |
| 5A | 7/17/2023 | 7/17/2023 | David Martin | Prescription for Kevin Lee dated March 21, 2022; BATES 003572 |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 6A | 7/17/2023 | 7/17/2023 | David Martin<br>Amanda Lane | DVD of Third Undercover Visit with Amanda Fleming, Thomas Breo, and Joseph Mast dated April 4, 2022; BATES 000988 |
| 6B | 7/17/2023 | 7/17/2023 | David Martin<br>Amanda Lane | Transcripts of DVD, Third Undercover Visit with Amanda Fleming, Thomas Breo, and Joseph Mast dated April 4, 2022; BATES 007497-007536 |
| 6C | 7/17/2023 | 7/17/2023 | David Martin | Prescription for Amanda Fleming dated April 4, 2022; BATES 003564 |
| 7A | 7/17/2023 | 7/17/2023 | David Martin | Prescriptions for Thomas Breo on April 5, 2022; BATES 005257-005258 |
| 7B | 7/17/2023 | 7/17/2023 | David Martin | Disc with Audio Phone Call of Thomas Breo and Rachel Pittala on April 5, 2022; BATES 000986 |
| 7C | 7/17/2023 | 7/17/2023 | David Martin | Transcriptions of Disc, Phone Call of Thomas Breo and Rachel Pittala on April 5, 2022; BATES 7537-7551 |
| 8A | 7/17/2023 | 7/17/2023 | David Martin | Prescription for Joseph Mast on April 5, 2022; BATES 003574 |
| 9A | 7/17/2023 | 7/17/2023 | David Martin<br>Amanda Lane | DVD and Part 1 of 2, Video of Fourth Undercover Visit with Amanda Fleming and Ricky Johnson dated May 23, 2022; BATES 000992 |
| 9B | 7/17/2023 | 7/17/2023 | David Martin<br>Amanda Lane | Transcriptions of DVD, Part 1 of 2, Fourth Undercover Visit with Amanda Fleming and Ricky Johnson dated May 23, 2022; BATES 007567-007607 |
| 9C | 7/17/2023 | 7/17/2023 | David Martin<br>Amanda Lane | DVD and Part 2 of 2, Video of Fourth Undercover Visit with Amanda Fleming and Ricky Johnson dated May 23, 2022; BATES 000993 |
| 9D | 7/17/2023 | 7/17/2023 | David Martin<br>Amanda Lane | Transcriptions of DVD, Part 2 of 2, Fourth Undercover Visit with Amanda Fleming and Ricky Johnson dated May 23, 2022; BATES 007608-007626 |
| 9E | 7/17/2023 | 7/17/2023 | David Martin | Prescriptions for Amanda Fleming dated May 23, 2022; BATES 003562 & 003565-003566 |
| 10A | 7/17/2023 | 7/17/2023 | David Martin | Prescription for Ricky Johnson dated May 24, 2022; BATES 003567 |
| 11A | 7/17/2023 | 7/17/2023 | David Martin<br>Amanda Lane | DVD of Fifth Undercover Visit with Amanda Fleming dated July 18, 2022; BATES 000972 |
| 11B | 7/17/2023 | 7/17/2023 | David Martin<br>Amanda Lane | Transcripts of DVD, Fifth Undercover Visit with Amanda Fleming dated July 18, 2022; BATES 007627-007639 |
| 11C | 7/17/2023 | 7/17/2023 | David Martin | Prescriptions for Amanda Fleming dated July 18, 2022; BATES 002931-002933 |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 12A | 7/17/2023 | 7/17/2023 | David Martin | Prescriptions for A.B. dated August 20, 2020; BATES 005108-005109 |
| 12B | 7/17/2023 | 7/17/2023 | | Certification of Authentication for Prescriptions, A.B.; BATES 011198 |
| 13A | 7/17/2023 | 7/17/2023 | David Martin | Prescription for K.W. dated September 27, 2020; BATES 006876 & 006906 & 006911 |
| 13B | 7/18/2023 | 7/18/2023 | K.W. | Text Messages from Scott Hollington to KW; BATES 006744, 006746, 006747 |
| 13C | 7/17/2023 | 7/17/2023 | | Walgreens Prescriptions Certificate of Authentication for K.W., D.A., and E.M.; BATES 011284 |
| 14A | 7/17/2023 | 7/17/2023 | David Martin | Prescription for E.M. dated February 21, 2021; BATES 006748 & 006753 |
| 15A | 7/17/2023 | 7/17/2023 | David Martin | Prescription for D.A. dated August 21, 2022; BATES 005035 & 005046 |
| 15B | 7/17/2023 | 7/17/2023 | | RxMART Prescription Certificate of Authentication for D.A., BATES 011282 |
| 15C | 7/18/2023 | 7/18/2023 | D.A. | Text Messages from Hollington to D.A.; BATES 005054; 005056-005059; 005061-005062; 005065; 005067; 005070 |
| 15D | 7/17/2023 | 7/17/2023 | David Martin | Best Western Reservation Records for D.A.; BATES 004990 |
| 15E | 7/17/2023 | 7/17/2023 | David Martin | Best Western Invoice for Scott Hollington; BATES 004989 |
| 15F | 7/17/2023 | 7/17/2023 | | Best Western Certification of Authentication; BATES 011288 |
| 16A | 7/17/2023 | 7/17/2023 | David Martin<br>Justin Rich | Phone Call from Scott Hollington to Kevin Lee dated November 4, 2022; BATES 003594 |
| 16B | 7/17/2023 | 7/17/2023 | David Martin<br>Justin Rich | Transcripts of Phone Call from Scott Hollington to Kevin Lee dated November 4, 2022; BATES 007416-007423 |
| 17A | | | David Martin | Scott Hollington's Memorandum of Agreement with DEA; Doc. 93 |
| 18A | | | Racheal Pittala<br>M. Christensen | Text Messages from Rachael Pittala to M. Christensen; BATES 8578-8592 |