# Department of Health
Florida HEALTH

## SCOTT ANDREW HOLLINGTON

### License Number: ME124829

*Data As Of 9/19/2022*

| | |
|---|---|
| **Profession** | Medical Doctor |
| **License** | ME124829 |
| **License Status** | CLEAR/ACTIVE |
| **License Expiration Date** | 1/31/2023 |
| **License Original Issue Date** | 07/08/2015 |

**Address of Record**

ST AUGUSTINE, FL 32084

| | |
|---|---|
| **Controlled Substance Prescriber (for the Treatment of Chronic Non-malignant Pain)** | No |
| **Discipline on File** | No |
| **Public Complaint** | No |

The information on this page is a secure, primary source for license verification provided by the Florida Department of Health, Division of Medical Quality Assurance. This website is maintained by Division staff and is updated immediately upon a change to our licensing and enforcement database.

003385

 Department of Health

# SCOTT ANDREW HOLLINGTON

## License Number: ME66283

*Data As Of 9/19/2022*

| | |
|---|---|
| **Profession** | Medical Doctor |
| **License** | ME66283 |
| **License Status** | NULL AND VOID/ |
| **License Expiration Date** | 1/31/2009 |
| **License Original Issue Date** | 05/23/1994 |
| **Address of Record** | If further information is needed, please contact the Department of Health at (850) 488-0595. |
| **Controlled Substance Prescriber (for the Treatment of Chronic Non-malignant Pain)** | No |
| **Discipline on File** | No |
| **Public Complaint** | No |

The information on this page is a secure, primary source for license verification provided by the Florida Department of Health, Division of Medical Quality Assurance. This website is maintained by Division staff and is updated immediately upon a change to our licensing and enforcement database.

Record Status | Master Information | History Information | Images | Investigative Information |

## Master Information for DEA Number: FH3435155
**STATUS: ACTIVE PENDING**
**CURRENTLY UNDER INVESTIGATION**
**CURRENTLY UNDER A MOA (08/14/2020 - 08/14/2023)**

| | | |
|---|---|---|
| Expiration Date: 10/31/2024 | Office Name: JACKSONVILLE (72) | ARCOS Status: NONREPORTABLE |
| Last Renewed: 10/06/2021 | Web Tracking Id: 10452960 | CMEA Status: NO |
| Cert. Last Issued: 03/11/2022 | E-Signature: SCOTT HOLLINGTON | DTL Status: NO |
| Registration Date: 08/16/2012 | Cert. Print: NO | QUOTA Eligible: NO |
| Date of Record: 08/13/2012 | Carfentanil: NO | Marijuana Grower: NO |
| NADDIS No: 8049746 | RFRA: NO | Hemp: NO |

### SECTION 1 & 2   UPDATE

| | |
|---|---|
| Business Activity: PRACTITIONER-DW/275 | Degree: MD |
| Last Name: HOLLINGTON | First Name: SCOTT |
| Additional Company Info.: | Additional Company Info.: |
| Registrant Address: ST AUGUSTINE, FL 32084-5248 | MailTo Address: |
| Phone No.:   EXT.: | Fax No.: (612) 454-1505 |
| Contact Name: SCOTT A HOLLINGTON | Contact Email: HOLLINGTON@GMAIL.COM |
| Contact Cell: (612) 412-6619 | |
| SSN: | Tax ID: ▓▓▓▓▓▓95 |
| Professional School: UNIVERSITY OF MIAMI, FLORIDA | Graduation Year: 1992 |
| NPI: 1285981043 | Date of Birth: |

### SECTION 3 & 4   UPDATE

Drug Schedules: 1 ☐  2 ☑  2N ☑  3 ☑  3N ☑  4 ☑  5 ☑  L1 ☐

Restricted/Limited: ☐ ☐ ☐ ☐ ☐ ☐

Order Forms Requested: ☐

License Issuing State: FL   State License No.: 124829   Exp. Date: 01/31/2023
CS License No.:   Exp. Date:

### SECTION 5   UPDATE

There are no liabilities for this registrant.

### SECTION 6 & 7   UPDATE

Payment Type: CREDIT CARD   Payment Amount: 888   Payment Status: PAID

# DAVID
## DRIVER AND VEHICLE INFORMATION DATABASE

# STATE OF FLORIDA
### DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Time printed: 9/19/2022 2:55:36 PM

## Record Detail

| Customer Name: | Driver License Status: | | |
|---|---|---|---|
| SCOTT ANDREW HOLLINGTON | Suspended on 06/21/2022 Chargeable Under 322.34(10)(a) | | |
| DL/ID: | SSN: | | Class: E |
| Previous DUI: 0 This count reflects total DUI convictions on record. | Previous DWLS: 0 This count reflects total DWLS convictions on record. | | |

| | Address: ST AUGUSTINE, FL 32084 | Date of Birth: | Gender: MALE | Height: 6' 2" |
|---|---|---|---|---|
| | Original License Issue Date: 05/16/1988 | Issued: 10/15/2014 | Expires: 07/21/2023 | Replaced: 09/21/2016 |
| | CDL Status: Non Eligible | | | |
| | Commercial Learners Permit (CLP) Status: | | | |
| | Form Number: F711609210045 | | | EIN: 01002947968168085 |
| ORGAN DONOR REAL ID COMPLIANT | Citizen Status: US CITIZEN | Country of Birth: US OF AMERICA | State of Birth: CALIFORNIA | |
| | Race: CAUCASIAN | | | |

| Current Restrictions: | Current Endorsements: A - MOTORCYCLE ALSO | Conditional Messages: |
|---|---|---|

**Mission:**
To protect, promote & improve the health of all people in Florida through integrated state, county & community efforts.

**Florida HEALTH**

**Ron DeSantis**
Governor

**Joseph A. Ladapo, MD, PhD**
State Surgeon General

**Vision:** To be the Healthiest State in the Nation

## CERTIFICATION OF PUBLIC RECORD(S)

I, **Gwendolyn B. Freeman,** hereby certify that I am an official custodian of records for the Florida Department of Health, Division of Medical Quality Assurance. I hereby verify that I have conducted a thorough search of the official records of the Division of Medical Quality Assurance and have determined that the attached record consisting of one page, are true, correct, and complete copy of the license taken from the **licensure file of Scott Andrew Hollington, ME124829**. I further certify that these records are received and required to be filed or recorded, are actually filed or recorded, and originals are maintained in the public office of the Division of Medical Quality Assurance. The attached is a regularly received and retained record in the ordinary course of business. This certification is made pursuant to Sections 90.803(8), and 90.902(4), Florida Statutes (2022).



_Gwendolyn B. Freeman_   7/10/23
Gwendolyn B. Freeman          Date
Public Records Custodian

STATE OF FLORIDA
COUNTY OF LEON

Sworn to (or affirmed) and subscribed before me by means of physical presence or online notarization, this _10_ day of _July_, 2023, by Gwendolyn B. Freeman.

_Bridget Coates_
Signature-Notary Public-State of Florida



BRIDGET COATES
Commission # HH 323123
Expires October 18, 2026

Typed, Stamped or Printed Name of Notary

Personally Known __X__ OR Produced Identification_____

**Florida Department of Health**
**Division of Medical Quality Assurance**
4052 Bald Cypress Way, Bin C-01 • Tallahassee, FL 32399-3251
Phone: 850/245-4252 Fax: 850/487-9537
**FloridaHealth.gov**


**Accredited Health Department**
PHAB Public Health Accreditation Board

011289

AC# 

**STATE OF FLORIDA
DEPARTMENT OF HEALTH
DIVISION OF MEDICAL QUALITY ASSURANCE**

| DATE | LICENSE NO. | CONTROL NO. |
|---|---|---|
| 12/29/2022 | ME 124829 | 827488 |

THE MEDICAL DOCTOR

NAMED BELOW HAS MET ALL REQUIREMENTS OF
THE LAWS AND RULES OF THE STATE OF FLORIDA.

Expiration Date: JANUARY 31, 2025
SCOTT ANDREW HOLLINGTON
2200 NORTH PONCE DE LEON #
ST AUGUSTINE, 32084

COPY COPY COPY

## COPY - NOT A VALID LICENSE - COPY

GOVERNOR                                    State Surgeon General

DISPLAY IF REQUIRED BY LAW

EXPIRATION DATE: JANUARY 31, 2025

Your license number is ME 124829. Please use it in all correspondence with your board/council. Each licensee is solely responsible for notifying the Department in writing of the licensee's current mailing address and practice location address. If you have not received your renewal notice 90 days prior to the expiration date shown on this license, please visit www.FLHealthSource.gov and click "Renew A License" to renew online.

The Medical Quality Assurance Online Services Portal gives you the ability to manage your license to perform address updates, name changes, request duplicate licenses and much more.

It's simple. Log onto your MQA Online Services account today at http://flhealthsource.gov/. Select the "Account Login" button to access your account. For changes to your name, address or to request duplicate licenses, choose your selection from the dropdown list under "Manage My License". Your profession will open for renewal 90 days prior to your expiration date. When the renewal cycle opens for your profession, the "Renew My License" header will automatically display on your license Dashboard.

**IMPORTANT ANNOUNCEMENTS**

ARE YOU RENEWAL READY?

The Department of Health will now review your continuing education records at the time of license renewal.

To learn more, please visit
www.FLHealthSource.gov/AYRR

GROUNDS FOR DISCIPLINE

You should be familiar with the Grounds for Discipline found in Section 456.072(1), Florida Statutes, and in the practice act for the profession in which you are licensed. Florida Statutes can be accessed at
www.leg.state.fl.us/Statutes

DEPARTMENT OF HEALTH
DIVISION OF MEDICAL QUALITY ASSURANCE
LICENSURE SUPPORT SERVICES UNIT
4052 BALD CYPRESS WAY, BIN #C-10
TALLAHASSEE, FLORIDA 32399-3260



PRSRT. FIRST-CLASS
U.S. POSTAGE
**PAID**
TALLAHASSEE, FL-32301
PERMIT NO. 552

********** AUTO **********

SCOTT ANDREW HOLLINGTON

ST AUGUSTINE, FL - 32084-5248

011290