**Department of Health**

# CASIE MARIE MCCALLISTER

License Number: APRN11001968

*Data As Of 9/19/2022*

| | |
|---|---|
| **Profession** | Advanced Practice Registered Nurse |
| **License** | APRN11001968 |
| **License Status** | CLEAR/ACTIVE |
| **Qualifications** | Nurse Practitioner    Autonomous Practice APRN    Dispensing Practitioner |
| **License Expiration Date** | 7/31/2024 |
| **License Original Issue Date** | 03/27/2019 |
| **Address of Record** | ORMOND BEACH, FL 32174 |
| **Controlled Substance Prescriber (for the Treatment of Chronic Non-malignant Pain)** | No |
| **Discipline on File** | No |
| **Public Complaint** | No |

The information on this page is a secure, primary source for license verification provided by the Florida Department of Health, Division of Medical Quality Assurance. This website is maintained by Division staff and is updated immediately upon a change to our licensing and enforcement database.

003382

 Department of Health
Florida
HEALTH

## CASIE MARIE MCCALLISTER

## License Number: RN9361584

*Data As Of 9/19/2022*

| | |
|---|---|
| **Profession** | Registered Nurse |
| **License** | RN9361584 |
| **License Status** | CLEAR/ACTIVE |
| **Qualifications** | Single-state License |
| **License Expiration Date** | 4/30/2023 |
| **License Original Issue Date** | 06/04/2013 |
| **Address of Record** | ORMOND BEACH, FL 32174 |
| **Discipline on File** | No |
| **Public Complaint** | No |

The information on this page is a secure, primary source for license verification provided by the Florida Department of Health, Division of Medical Quality Assurance. This website is maintained by Division staff and is updated immediately upon a change to our licensing and enforcement database.

003383

Record Status | Master Information | History Information | Investigative Information |

## Master Information for DEA Number: MM5218917
**STATUS: ACTIVE PENDING**
**CURRENTLY UNDER INVESTIGATION**

| | | |
|---|---|---|
| Expiration Date: 01/31/2025 | Office Name: ORLANDO (59) | ARCOS Status: NONREPORTABLE |
| Last Renewed: 01/14/2022 | Web Tracking Id: 10692041 | CMEA Status: NO |
| Cert. Last Issued: 03/11/2022 | E-Signature: CASIE M MCCALLISTER | DTL Status: NO |
| Registration Date: 04/01/2019 | Cert. Print: NO | QUOTA Eligible: NO |
| Date of Record: 04/01/2019 | Carfentanil: NO | Marijuana Grower: NO |
| NADDIS No: | RFRA: NO | Hemp: NO |

**SECTION 1 & 2   UPDATE**
Business Activity: MLP-NURSE PRACTITIONER-DW/275
Last Name: MCCALLISTER                               First Name: CASIE
Additional Company Info.:                            Additional Company Info.:
Registrant Address:                                  MailTo Address:
    ORMOND BEACH, FL 32174-4421                          ORMOND BEACH, FL 32174
Phone No.:           EXT.:                           Fax No.: () -
Contact Name:                                        Contact Email: CASIE.SOUTHERNMAGNOLIA@GMAIL.COM
Contact Cell:
SSN:                                                 Tax ID:          29
Professional School: CHAMBERLAIN UNIVERSITY          Graduation Year: 2019
NPI: 1346701406                                      Date of Birth:    1982

**SECTION 3 & 4   UPDATE**

| | 1 | 2 | 2N | 3 | 3N | 4 | 5 | L1 | |
|---|---|---|---|---|---|---|---|---|---|
| Drug Schedules: | ☐ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☐ | Order Forms Requested: ☐ |
| Restricted/Limited: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

License Issuing State: FL      State License No.: 11001968      Exp. Date: 07/31/2022
                               CS License No.:                  Exp. Date:

**SECTION 5   UPDATE**

There are no liabilities for this registrant.

**SECTION 6 & 7   UPDATE**
Payment Type: CREDIT CARD            Payment Amount: 888            Payment Status: PAID



**Mission:**
To protect, promote & improve the health of all people in Florida through integrated state, county & community efforts.

**Vision:** To be the Healthiest State in the Nation

Ron DeSantis
Governor

Joseph A. Ladapo, MD, PhD
State Surgeon General

## CERTIFICATION OF PUBLIC RECORD(S)

I, **Gwendolyn B. Freeman,** hereby certify that I am an official custodian of records for the Florida Department of Health, Division of Medical Quality Assurance. I hereby verify that I have conducted a thorough search of the official records of the Division of Medical Quality Assurance and have determined that the attached record consisting of one page, are true, correct, and complete copy of the license taken from the **licensure file of Casie Marie McCallister, APRN11001968**. I further certify that these records are received and required to be filed or recorded, are actually filed, or recorded, and originals are maintained in the public office of the Division of Medical Quality Assurance. The attached is a regularly received and retained record in the ordinary course of business. This certification is made pursuant to Sections 90.803(8), and 90.902(4), Florida Statutes (2022).



_Gwendolyn B. Freeman_    7/11/23
Gwendolyn B. Freeman        Date
Public Records Custodian

STATE OF FLORIDA
COUNTY OF LEON

Sworn to (or affirmed) and subscribed before me by means of physical presence or online notarization, this _11_ day of _July_, 2023, by Gwendolyn B. Freeman.

_Bridget Coates_
Signature Notary Public-State of Florida

BRIDGET COATES
Commission # HH 323123
Expires October 18, 2026

Typed, Stamped or Printed Name of Notary

Personally Known _X_    OR Produced Identification_____

**Florida Department of Health**
**Division of Medical Quality Assurance**
4052 Bald Cypress Way, Bin C-01 • Tallahassee, FL 32399-3251
Phone: 850/245-4252  Fax: 850/487-9537
**FloridaHealth.gov**

PHAB  **Accredited Health Department**
Public Health Accreditation Board

011295

| | STATE OF FLORIDA<br>DEPARTMENT OF HEALTH<br>DIVISION OF MEDICAL QUALITY ASSURANCE | | |
|---|---|---|---|
| AC# | | | |
| | DATE | LICENSE NO. | CONTROL NO. |
| | 07/09/2022 | APRN 11001968 | 135727 |

THE ADVANCED PRACTICE REGISTERED NURSE

NAMED BELOW HAS MET ALL REQUIREMENTS OF
THE LAWS AND RULES OF THE STATE OF FLORIDA.

QUALIFICATION(S):
Autonomous Practice APRN
Nurse Practitioner
Dispensing Practitioner

Expiration Date: JULY 31, 2024
CASIE MARIE MCCALLISTER
533 N NOVA ROAD
SUITE 116
ORMOND BEACH, FL - 32174

COPY COPY COPY

## COPY - NOT A VALID LICENSE - COPY

GOVERNOR                                State Surgeon General

DISPLAY IF REQUIRED BY LAW

QUALIFICATION(S):
Autonomous Practice APRN
Nurse Practitioner
Dispensing Practitioner

EXPIRATION DATE: JULY 31, 2024

Your license number is APRN 11001968. Please use it in all correspondence with your board/council. Each licensee is solely responsible for notifying the Department in writing of the licensee's current mailing address and practice location address. If you have not received your renewal notice 90 days prior to the expiration date shown on this license, please visit www.FLHealthSource.gov and click "Renew A License" to renew online.

The Medical Quality Assurance Online Services Portal gives you the ability to manage your license to perform address updates, name changes, request duplicate licenses and much more.

It's simple. Log onto your MQA Online Services account today at http://flhealthsource.gov/. Select the "Account Login" button to access your account. For changes to your name, address or to request duplicate licenses, choose your selection from the dropdown list under "Manage My License". Your profession will open for renewal 90 days prior to your expiration date. When the renewal cycle opens for your profession, the "Renew My License" header will automatically display on your license Dashboard.

**IMPORTANT ANNOUNCEMENTS**

ARE YOU RENEWAL READY?

The Department of Health will now review your continuing education records at the time of license renewal.

To learn more, please visit
www.FLHealthSource.gov/AYRR

GROUNDS FOR DISCIPLINE

You should be familiar with the Grounds for Discipline found in Section 456.072(1), Florida Statutes, and in the practice act for the profession in which you are licensed. Florida Statutes can be accessed at www.leg.state.fl.us/Statutes

DEPARTMENT OF HEALTH
DIVISION OF MEDICAL QUALITY ASSURANCE
LICENSURE SUPPORT SERVICES UNIT
4052 BALD CYPRESS WAY, BIN #C-10
TALLAHASSEE, FLORIDA 32399-3260



PRSRT. FIRST-CLASS
U.S. POSTAGE
**PAID**
TALLAHASSEE, FL-32301
PERMIT NO. 552

********** AUTO **********

CASIE MARIE MCCALLISTER

ORMOND BEACH, FL - 32174-6763

011296