**Department of Health**

# RACHAEL MARIA PITTALA

## License Number: RN9273779

*Data As Of 9/19/2022*

| | |
|---|---|
| **Profession** | Registered Nurse |
| **License** | RN9273779 |
| **License Status** | CLEAR/ACTIVE |
| **Qualifications** | Single-state License |
| **License Expiration Date** | 4/30/2023 |
| **License Original Issue Date** | 02/22/2008 |
| **Address of Record** | |
| | ORLANDO, FL 32819 |
| **Discipline on File** | No |
| **Public Complaint** | No |

The information on this page is a secure, primary source for license verification provided by the Florida Department of Health, Division of Medical Quality Assurance. This website is maintained by Division staff and is updated immediately upon a change to our licensing and enforcement database.

 Department of Health

# RACHAEL MARIA PITTALA

## License Number: APRN9273779

*Data As Of 9/19/2022*

| | |
|---|---|
| **Profession** | Advanced Practice Registered Nurse |
| **License** | APRN9273779 |
| **License Status** | CLEAR/ACTIVE |
| **Qualifications** | Nurse Practitioner    Dispensing Practitioner |
| **License Expiration Date** | 4/30/2023 |
| **License Original Issue Date** | 09/01/2017 |
| **Address of Record** | ORLANDO, FL 32819 |
| **Controlled Substance Prescriber (for the Treatment of Chronic Non-malignant Pain)** | No |
| **Discipline on File** | No |
| **Public Complaint** | No |

The information on this page is a secure, primary source for license verification provided by the Florida Department of Health, Division of Medical Quality Assurance. This website is maintained by Division staff and is updated immediately upon a change to our licensing and enforcement database.

003390

Record Status | Master Information | History Information | Investigative Information |

## Master Information for DEA Number: MP4600791
**STATUS: ACTIVE PENDING**
**CURRENTLY UNDER INVESTIGATION**

| | | |
|---|---|---|
| Expiration Date: 03/31/2024 | Office Name: ORLANDO (59) | ARCOS Status: NONREPORTABLE |
| Last Renewed: 03/03/2021 | Web Tracking Id: 9887022 | CMEA Status: NO |
| Cert. Last Issued: 06/09/2021 | E-Signature: RACHAEL PITTALA | DTL Status: NO |
| Registration Date: 12/05/2017 | Cert. Print: NO | QUOTA Eligible: NO |
| Date of Record: 12/05/2017 | Carfentanil: NO | Marijuana Grower: NO |
| NADDIS No: | RFRA: NO | Hemp: NO |

### SECTION 1 & 2   UPDATE

Business Activity: MLP-NURSE PRACTITIONER-DW/100

| | |
|---|---|
| Last Name: PITTALA | First Name: RACHAEL, ARNP |
| Additional Company Info.: PSYCH POINTE OF FLORIDA | Additional Company Info.: PSYCH POINTE OF FLORIDA |
| Registrant Address: | MailTo Address: |
| ORLANDO, FL 32819 | ORLANDO, FL 32819 |
| Phone No.:     EXT.: | Fax No.: () - |
| Contact Name: MARITZA ROLON GONZALEZ | Contact Email: RACHAEL.PSYCHPOINTEFL@GMAIL.COM |
| Contact Cell: | |
| SSN: | Tax ID: ████74 |
| Professional School: NOVA SOUTHEASTERN UNIVERSITY | Graduation Year: 2017 |
| NPI: 1215440383 | Date of Birth: 1__ 1967 |

### SECTION 3 & 4   UPDATE

Drug Schedules:  1 ☐   2 ☑   2N ☑   3 ☑   3N ☑   4 ☑   5 ☑   L1 ☐     Order Forms Requested: ☐
Restricted/Limited: ☐ ☐ ☐ ☐ ☐ ☐ ☐

License Issuing State: FL    State License No.: ARNP 9273779    Exp. Date: 04/30/2021
                         CS License No.:                        Exp. Date:

### SECTION 5   UPDATE

There are no liabilities for this registrant.

### SECTION 6 & 7   UPDATE

Payment Type: CREDIT CARD       Payment Amount: 888       Payment Status: PAID



**DAVID**
DRIVER AND VEHICLE
INFORMATION DATABASE

# STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
Time printed: 9/19/2022 2:56:15 PM

## Record Detail

| Customer Name: | Driver License Status: | | |
|---|---|---|---|
| RACHAEL MARIA PITTALA | Valid | | |
| DL/ID: | SSN: | | Class: E |
| Previous DUI: 0 | Previous DWLS: 0 | | |
| This count reflects total DUI convictions on record. | This count reflects total DWLS convictions on record. | | |



*Rachel Pittala* (signature)

**Prior Suspension for Refusal to Submit to Lawful Test of Breath, Urine, Blood**
ORGAN DONOR
SAFE DRIVER
REAL ID COMPLIANT

| Address: | Date of Birth: | Gender: | Height: |
|---|---|---|---|
| WINTER GARDEN, FL 34787 | | FEMALE | 5' 4" |
| Original License Issue Date: 06/03/1988 | Issued: 02/08/2019 | Expires: 12/01/2026 | Replaced: 11/30/2016 |
| CDL Status: | | | |
| Commercial Learners Permit (CLP) Status: | | | |
| Form Number: G711902080192 | | | EIN: 0100396132418130 |
| Citizen Status: US CITIZEN | Country of Birth: US OF AMERICA | State of Birth: NEW YORK | |
| Race: CAUCASIAN | | | |

| Current Restrictions: | Current Endorsements: | Conditional Messages: |
|---|---|---|
| | | |



**Mission:**
To protect, promote & improve the health of all people in Florida through integrated state, county & community efforts.

**Ron DeSantis**
Governor

**Joseph A. Ladapo, MD, PhD**
State Surgeon General

**Vision:** To be the Healthiest State in the Nation

## CERTIFICATION OF PUBLIC RECORD(S)

I, **Gwendolyn B. Freeman,** hereby certify that I am an official custodian of records for the Florida Department of Health, Division of Medical Quality Assurance. I hereby verify that I have conducted a thorough search of the official records of the Division of Medical Quality Assurance and have determined that the attached record consisting of one page, are true, correct, and complete copy of the license taken from the **licensure file of Rachael Maria Pittala, APRN9273779**. I further certify that these records are received and required to be filed or recorded, are actually filed, or recorded, and originals are maintained in the public office of the Division of Medical Quality Assurance. The attached is a regularly received and retained record in the ordinary course of business. This certification is made pursuant to Sections 90.803(8), and 90.902(4), Florida Statutes (2022).



_Gwendolyn B. Freeman_ 7/11/23
Gwendolyn B. Freeman      Date
Public Records Custodian

STATE OF FLORIDA
COUNTY OF LEON

Sworn to (or affirmed) and subscribed before me by means of physical presence or online notarization, this _11_ day of _July_, 2023, by Gwendolyn B. Freeman.

_Bridget Coates_
Signature-Notary Public-State of Florida



BRIDGET COATES
Commission # HH 323123
Expires October 18, 2026

Typed, Stamped or Printed Name of Notary

Personally Known _X_ OR Produced Identification _____

**Florida Department of Health**
**Division of Medical Quality Assurance**
4052 Bald Cypress Way, Bin C-01 • Tallahassee, FL 32399-3251
Phone: 850/245-4252 Fax: 850/487-9537
FloridaHealth.gov



Accredited Health Department
PHAB Public Health Accreditation Board

011293

AC#

# COPY

## STATE OF FLORIDA
## DEPARTMENT OF HEALTH
## DIVISION OF MEDICAL QUALITY ASSURANCE

| DATE | LICENSE NO. | CONTROL NO. |
|---|---|---|
| 04/01/2023 | APRN 9273779 | 163658 |

THE ADVANCED PRACTICE REGISTERED NURSE

NAMED BELOW HAS MET ALL REQUIREMENTS OF THE LAWS AND RULES OF THE STATE OF FLORIDA.

QUALIFICATION(S):
Nurse Practitioner
Dispensing Practitioner

Expiration Date: APRIL 30, 2025
RACHAEL MARIA PITTALA

**FLORIDA**
**ORLANDO, FL - 32807**

COPY COPY COPY

## COPY - NOT A VALID LICENSE - COPY

GOVERNOR                                State Surgeon General

DISPLAY IF REQUIRED BY LAW

EXPIRATION DATE: APRIL 30, 2025

Your license number is APRN 9273779. Please use it in all correspondence with your board/council. Each licensee is solely responsible for notifying the Department in writing of the licensee's current mailing address and practice location address. If you have not received your renewal notice 90 days prior to the expiration date shown on this license, please visit www.FLHealthSource.gov and click "Renew A License" to renew online.

The Medical Quality Assurance Online Services Portal gives you the ability to manage your license to perform address updates, name changes, request duplicate licenses and much more.

It's simple. Log onto your MQA Online Services account today at http://flhealthsource.gov/. Select the "Account Login" button to access your account. For changes to your name, address or to request duplicate licenses, choose your selection from the dropdown list under "Manage My License". Your profession will open for renewal 90 days prior to your expiration date. When the renewal cycle opens for your profession, the "Renew My License" header will automatically display on your license Dashboard.

**IMPORTANT ANNOUNCEMENTS**

| ARE YOU RENEWAL READY? | GROUNDS FOR DISCIPLINE |
|---|---|
| The Department of Health will now review your continuing education records at the time of license renewal. | You should be familiar with the Grounds for Discipline found in Section 456.072(1), Florida Statutes, and in the practice act for the profession in which you are licensed. Florida Statutes can be accessed at www.leg.state.fl.us/Statutes |
| To learn more, please visit www.FLHealthSource.gov/AYRR | |

DEPARTMENT OF HEALTH
DIVISION OF MEDICAL QUALITY ASSURANCE
LICENSURE SUPPORT SERVICES UNIT
4052 BALD CYPRESS WAY, BIN #C-10
TALLAHASSEE, FLORIDA 32399-3260



PRSRT. FIRST-CLASS
U.S. POSTAGE
**PAID**
TALLAHASSEE, FL-32301
PERMIT NO. 552

********** AUTO **********

RACHAEL MARIA PITTALA

WINTER GARDEN, FL - 34787-9610

011294