From: Scott <                    >
Subject: information
Date: November 30, 2022 at 11:22:07 AM EST
To: "anastasiya palopoli" <                    >, "Alex Regan" <                    >, "Hope King" <                    >, "Casie McCallister" <                    >, "Rachael Pittala" <                    >, "Sylvia Hazelwood" <                    >, "Joan Cappell" <                    >, "Molly Christensen" <                    >, "Jacqueline Gowans" <                    >, "Christie Anderson" <                    >
Reply-To: Scott <                    >

My plan is to keep you in the loop as to what exactly is going on. There are five agents/complaints about the practice, and in my opinion this one is probably the most serious. I say the most serious, but I do not believe that we acted in bad faith. Still I want you to see exactly what the complaints are, and how I answer them.

Undoubtedly, you will be approached by my lawyers and by the DEA. I expect you to do whatever you can to defend your license, but I am certain that you will tell the truth.

There are eleven charges against me. 1 is conspiracy, which is only intended to scare anyone who works with me. the other ten are specific prescriptions written to agents of the government pretending to be patients. THERE ARE NO OTHER CHARGES.

please read the attached, and let me know if there is anything you disagree with.

COMPLAINT
NP asked agent if he had ADHD. agent told her no but that he liked taking it. agent also stated that he had purchased 30mg of Adderall off the street from a friend. NP told agent In order to legally prescribe this medication for you I have to document that you have a diagnosis for ADHD. She further explained I have to I have to document that otherwise I cant prescribe it. agent responded with Ok well I mean whatever you gotta put down.

1-

it is appropriate for the clinician to **ask** if he has the diagnosis of ADHD.  Because an actual patient may have information about the history of the disease, and a list of symptoms and when they started.  This helps confirm the diagnosis.

2-

agent reply '**NO**' as in 'I do not have ADHD'.  This answer is helpful, because it tells the clinician that the respondent may be in denial of his disease, and may underplay his symptoms.  Denial of a disease state does not imply that the disease state is not present. Denial is common in mental disease, as in:  I do not have depression, I do not have schizophrenia, but I cry every hour, and I hear voices.

3-

**he liked taking it**.  This is a strong indicator of both addiction and of underlying ADHD.  It is a fact that not everybody likes taking stimulants.  Even among addicts, many do not like taking stimulants.  A follow up question should be:  Why do you like taking it?  What do you feel when you take this med, versus when you do not take it.  The answers to these questions, in an actual patient, would reveal the underlying symptoms and diagnostic features would be revealed.  This clever agent derailed these questions by changing the subject.

4-

**purchased adderall off the street**.  Another very strong indication of addiction.  Street meds are illegal, and everyone knows this.  Addiction is most simply defined as practicing a behavior that is negative in your life, knowing this is so, and doing it anyway.  I also take this statement as a request for help, in order to stop doing something that is wrong.  We use the twelve steps as a method of gauging patient readiness for treatment.  Steps 1, 2, and 3 are:  admitting you have a problem, admitting you are having difficulty solving it, and asking for help.  This statement accomplishes all three.

5-

**from a friend**. this is irrelevant. it is a misdirect. the agent is trying to imply that there is no inherent danger to using street meds. Clearly this is a lie. There is always danger, and a real addict would know that you are always one street transaction from taking poison and dying. In the fictitious world the agent has created in his own head, there exists a steady safe supply of medication that he is using, and no danger. Such a world does not exist, would be at best short term, and nobody would believe there was such a safe medication supply. We did not believe this lie, and nobody should. Even if it could exist, it is still illegal.

6-

**I have to document that you have a diagnosis of ADHD**. Correct. As I have previously pointed out, in a real patient, we would assume that the symptoms we observe with such a history strongly indicate addiction, probably due to underlying symptoms of ADHD. When I treat someone who is in denial (I don't have schizophrenia) I am still responsible to put in their record the fact that I am using the operative diagnosis of schizophrenia. I do not want to argue with someone in denial, so I will inform them that I am treating them for the working diagnosis, but if they feel the diagnosis is incorrect, I am willing to note that in their documentation, and consult another diagnostician if necessary. The medical record belongs to the patient, they deserve to know what I put in it, they deserve the right to contest it. Even when they are wrong.

7-

**whatever you gotta put down**. Sounds like denial to me. but also acceptance of a working diagnosis without contesting it.

Conclusion

We have now a working diagnosis of ADHD and addiction. In my opinion a reasonable diagnostic case for Adderall, if this were a real patient. A real patient would be observed for compliance and encouraged to decrease his use of this substance, with the long term goal of discontinuation. We would also expect to try to stabilize an actual patient, and try them on meds that have less addictive potential, such as atomoxetine. If this were a real patient, we would count this as a win for having gotten them off of black market meds, and into a monitored environment. A real patient would benefit from the safety of pharmacy meds, and counseling and medical advice on decreasing meds, watching for drug interactions.