**Dr hollington**

Text Message
Fri, Nov 11 at 9:57 AM

> This is dr hollington we need to talk

> I can have my lawyer call if you prefer

iMessage

> My attorney is Dan Eckhart his cell is ▇▇▇▇▇▇ and email is ▇▇▇▇▇▇

> My attorney ask any contact request reach out to him directly.

Text Message
Wed, Nov 16 at 10:54 AM

> I need some information

> Is it possible for me to call

003591