DocuSign Envelope ID: 7A9B30C0-E4AD-4AB2-B2E4-5891907E0A6F

## DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, Michael Sneeringer, am the custodian of records or am otherwise qualified to authenticate the records of Practice Fusion.

I have provided the following records to the United States pursuant to Subpoena No.

**Search Warrant 22-mj-1540-JBT**

List of records provided:

Medical records from Dr. Scott Hollington's medical practice doing business as Sawgrass for the following patients: Thomas Breo, Amanda Fleming, Robert Hubert, Ricky Johnson, Kevin Lee and Joseph Mast.

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

Please check if appropriate

X  Additionally, such records were generated by ___Practice Fusion___ electronic process or system that produces an accurate result, to wit:

The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of ___Practice Fusion___, in a manner to ensure that they are true duplicates of the original records; and

The process or system is regularly verified by ___Practice Fusion___, and at all times pertinent to the records certified here the process and system functioned properly and normally.

The address and phone number where I can be reached are: msneeringer@practicefusion.com (919)329-1619

Michael Sneeringer
July 11, 2023

X  *Michael Sneeringer* (DocuSigned by: 7A92B52D125244B...)