**From:** [Scott Hollington](#)
**Sent:** Monday, November 14, 2022 2:31 PM
**To:** [Molly Christensen](#)
**Subject:** hollington

one of your 'patients' was actually a DEA agent.
it is important that you be aware that everything he said to you is a lie
and if you contact him, he will try to mislead you in very negative ways

Kevin Lee is the Agent that lied to you

My lawyer is going to want to contact you.

I would not presume to tell you how to behave,
I am certain you will tell the truth, and I am confident that this will all go well.
I should advise you not to talk to the DEA without a lawyer's advice
remember that they have already lied to you.

I have been charged with 11 things
1-consipracy to illegally distribute
and ten prescriptions to five persons, all of whom were lying DEA agents
I cannot see how a jury could blame me for treating patients in good faith
but it is a jury which is something of a wild card

I have tried to reach you by phone, I don't really blame you for not taking my call
I am so sorry for all of this.
if you have anything that I need to know, let me know
if you have any questions, ask

I will keep you informed if anything else comes up.
I would appreciate it if you have a phone number you could give me

if I don't hear from you sooner, I will contact again you in a couple weeks