1    (MEETING, KEVIN LEE & SCOTT HOLLINGTON, #2021R01803, 02/14/22)

2    (The following may contain unintelligible or misunderstood words due to the
3    recording quality. The audio was poor and broken up, and the parties continually
4    talked over each other drowning out many words, and voices were very garbled
5    in places.)

6
7        LEE = KEVIN LEE         HOLLINGTON = SCOTT HOLLINGTON

8    HOLLINGTON:    Hello.

9    LEE:  Oh, how you doing, man?

10   HOLLINGTON:    Pretty good.

11   LEE:  Hey, I had an appointment -- or I texted for an appointment.

12   HOLLINGTON:    Uh, so are you a new patient?

13   LEE:  Yes, sir.

14   HOLLINGTON:    Have a seat.  Um, so (unintelligible).

15   LEE:  I'm trying to get Adderall.

16   HOLLINGTON:    Okay.  Are you taking any other controlled substances?

17   LEE:  No.

18   HOLLINGTON:    Have you ever taken Adderall before?

19   LEE:  Previously.

20   HOLLINGTON:    Uh, when was the last time?

21   LEE:  When's the last time I took it?

22   HOLLINGTON:    Yeah.  What prescription?

23   LEE:  Oh, I don't know.

24   HOLLINGTON:    More than a year ago?

25   LEE:  Maybe.

26   HOLLINGTON:    More than two years ago?

27   LEE:  I don't know that I ever had a prescription, Doc.

```
 1   HOLLINGTON:      Okay.  So you've been taking street Adderall.
 2   LEE:  Yes, sir.
 3   HOLLINGTON:      Okay.  Um, do you take any other medications?
 4   LEE:  No.
 5   HOLLINGTON:      All right.  Um, what happens when you don't take
 6        Adderall?
 7   LEE:  When I don't take Adderall?
 8   HOLLINGTON:      Uh-huh.
 9   LEE:  I don't know.  I try, try -- try not to do -- do that to myself.
10   HOLLINGTON:      Okay.  Uh, do you ever take, uh, crystal meth, cocaine,
11        any other medications like that?
12   LEE:  No.
13   HOLLINGTON:      Okay.  All right.  Um --
14                    (END OF RECORDING)
```