1      (MEETING, KEVIN LEE & SCOTT HOLLINGTON, #2021R01803, 02/14/22)

2     (The following may contain unintelligible or misunderstood words due to the
3     recording quality. The audio was poor and broken up, and the parties continually
4     talked over each other drowning out many words, and voices were very garbled
5     in places.)
6
7          LEE = KEVIN LEE

8          CHRISTENSEN = MOLLY CHRISTENSEN

9          HOLLINGTON = SCOTT HOLLINGTON

10         UNIDENTIFIED SPEAKER = UNIDENTIFIED SPEAKER

11    HOLLINGTON:    Let me call Molly first.  How much do you take?

12    LEE:  Depends on what I can get.  It's been --

13    HOLLINGTON:    I mean, what -- what -- if you were gonna prescribe --

14         prescribed amount, how much would you take?

15    LEE:  The best you'll give me.

16    HOLLINGTON:    The most we give is 30 milligrams twice a day.

17    LEE:  That --

18    CHRISTENSEN:   Hey, Dr. Hollington.

19    HOLLINGTON:    Hey.  How are you doing?

20    CHRISTENSEN:   Hello?

21    HOLLINGTON:    How are you doing?

22    CHRISTENSEN:   Good.  Good.

23    HOLLINGTON:    Uh, so I have a patient here, uh, who is, uh, taking, uh,

24         street Adderall but nothing --

25    CHRISTENSEN:   Okay.

26    HOLLINGTON:    -- he says he's dependent on it, he can't -- he can't

27         function without it.  Um, do you want him as a patient or no?

1   CHRISTENSEN:   Yeah. How much is he, um -- how much has he been
2        taking a day?
3   HOLLINGTON:    Yeah, he basically was not -- when I asked him that
4        question, he said, "How much will you give me?"
5   CHRISTENSEN:   Okay.
6   HOLLINGTON:    Yeah.
7   CHRISTENSEN:   Um --
8   HOLLINGTON:    Yeah. I mean, he's sitting right in front of me, so you can
9        -- so you know.
10  CHRISTENSEN:   Okay. Well, um, no, that's fine. I can -- I can work with
11       him.
12  HOLLINGTON:    All right. I'm gonna send you his information.
13  CHRISTENSEN:   Okay. Thanks.
14  HOLLINGTON:    All right. Take care. There you go.
15  LEE:  I appreciate you.
16  HOLLINGTON:    All right.
17  LEE:  I appreciate you, man.
18  HOLLINGTON:    So we got five -- we got six things to do.
19  LEE:  Okay.
20  HOLLINGTON:    All right? Um, let's talk about money first. You got a
21       credit card?
22  LEE:  I got cash.
23  HOLLINGTON:    No credit card?
24  LEE:  No.
25  HOLLINGTON:    Okay. $125. Uh, number two, I give you Molly. She's

2

1    good. Um, you're gonna sign some paperwork. It doesn't obligate you

2    to anything. It just tells you what the rules are, like don't sell your

3    fuckin' meds.

4  LEE:  Hmm.

5  HOLLINGTON:  Right? Okay.

6  LEE:  I gotcha.

7  HOLLINGTON:  Um, then we're gonna do a urine test. I don't care what

8    the urine test comes back. We just do a urine test. Okay? We're

9    required to do that. If you're smoking pot --

10 LEE:  Can I ask you something, though?

11 HOLLINGTON:  Yeah, yeah.

12 LEE:  So when I was younger, I went into the doctor's office.

13 HOLLINGTON:  Yeah.

14 LEE:  And I had a doctor do things I don't like to talk about and -- and that

15    makes me real nervous.

16 HOLLINGTON:  Oh, I'm not gonna watch you. You're gonna go in the

17    bathroom and pee in a cup.

18 LEE:  I'm just saying, like, it's gonna be really hard for me 'cause ever since

19    then --

20 HOLLINGTON:  If you can't pee, you can't pee. I'm not worried about it.

21    Okay? Not a big deal.

22 LEE:  Thank you. Thank you, man. I really appreciate that.

23 HOLLINGTON:  But we'll give you the test. You try. Okay?

24 LEE:  Thank you. Thank you.

25 HOLLINGTON:  All right. Um, so, uh, let's see. Um -- uh, so urine test,

1    paperwork. I need your photo ID and, um, there's one other thing. Oh,
2    no, we're not doing that today. All right.
3    LEE: Follow you?
4    HOLLINGTON: Yeah. Are you with him? Are you --
5    UNIDENTIFIED SPEAKER: No.
6    LEE: I come in here?
7    HOLLINGTON: No.
8    LEE: Okay. Okay. Sorry for that.
9    HOLLINGTON: That's okay. I mean, you can come in here. There's just
10   nothing.
11   LEE: No, sir I was just -- I was just checking with you.
12   HOLLINGTON: All right. So I want you to write on this envelope. I want
13   you to write your name and your telephone number.
14   LEE: Okay. I can use one of these pens?
15   HOLLINGTON: Yeah.
16   LEE: Okay.
17   HOLLINGTON: (unintelligible). All right. So this is the thing you gotta
18   sign. Uh, it's the third page. You've gotta initial two pages, the front
19   and back, and on the third page you sign, print your name, date it.
20   Okay? This is your, uh -- your urine test is going in there.
21   LEE: Oh, sorry.
22   HOLLINGTON: That's okay. Um, so what you do with the urine test is you
23   pee in the cup. You uncap this thing. You dip it 10 to 15 seconds.
24   Recap it. I don't care if you recap it. Uh, and stick it in the envelope.
25   Okay? If you can't pee and you can't do it, that's fine. Do you want --

1     do you want a water or a Mountain Dew?

2  LEE:  I drank a couple before I came here.  It's just, uh -- it's --

3  HOLLINGTON:    It's okay.  Dude, I'm not worried about it.  Truthfully, we

4     don't care what the results of the urine test are, but we're required to do

5     it.  Okay?

6  LEE:  I appreciate it.

7  HOLLINGTON:    That's it.

8  LEE:  I follow you?

9  HOLLINGTON:    Urine test.  Okay.

10  LEE:  Where do you want me to go?

11  HOLLINGTON:    Bathroom's back there.

12  LEE:  Okay.

13  HOLLINGTON:    All right.  (unintelligible).

14  LEE:  Sorry.

15  HOLLINGTON:    All right.  We'll do the money.  All right.  So you have cash

16     only.  Right?  Okay.  Um, bring your stuff (unintelligible).  Uh, just need

17     your (unintelligible).  All right.  Let me get him his urine test.  You can

18     go ahead and go into the office.  I'll catch you there.

19     All right.  It doesn't obligate you to anything.

20  LEE:  I forgot to grab a pen.  Thank you.  I initial here?

21  HOLLINGTON:    Uh, yeah, initial it.  I -- all I really care about is the

22     signature --

23  LEE:  Okay.

24  HOLLINGTON:    -- your name and the date.

25  LEE:  I need to initial on this one, too.

5

1  HOLLINGTON:    All right.  So, um --
2  LEE:  Doc, I don't know the date.
3  HOLLINGTON:    What's that?
4  LEE:  I don't know the date.
5  HOLLINGTON:    Uh, the 14th.  You don't have a girlfriend.
6  LEE:  I don't.
7  HOLLINGTON:    It's Valentine's Day.
8  LEE:  Oh, shit.  Good thing.
9  HOLLINGTON:    All right.  First name, spell it.
10 LEE:  K-E-V-I-N.
11 HOLLINGTON:    K-E-V-I-N.  Uh, and last -- oops.  And then last name?
12 LEE:  Lee, L-E-E.
13 HOLLINGTON:    Date of birth.
14 LEE:  10/15/95.
15 HOLLINGTON:    What's your -- what's your, uh, date of birth?  October --
16 LEE:
17 HOLLINGTON:    15.  All right.  There you go.  Okay.  Yeah.  All right.  Um,
18      125.  You got 125?  All right.  You're in the computer.  You can have
19      her, um -- you can have her, um, check it in the computer and you're in
20      there.  Tell her you already paid and I said you paid and I'll put it on --
21 LEE:  Who checks it?
22 HOLLINGTON:    What's that?
23 LEE:  Who checks?  Who -- who you said I gotta check it?
24 HOLLINGTON:    Oh, uh -- uh, Molly.
25 LEE:  Molly.

6

1    HOLLINGTON:    I'll give you Molly's information.

2    LEE:  Okay.  Okay.  Sorry.

3    HOLLINGTON:    No problem. (unintelligible).

4    LEE:  Thank you.

5    HOLLINGTON:    All right.  Um, I need your photo ID.  Oh, did you pee yet?

6           No, you're not gonna pee.

7    LEE:  I'm trying, Doc.

8    HOLLINGTON:    Yeah, it's okay.

9    LEE:  I'm sorry.

10   HOLLINGTON:    No problem.  Uh, this is, um, me.  I'm Scott Hollington.

11          Uh, that's my counselor, the other card.  Okay?  Um, so, uh, I just sent

12          that message to her.  She will contact you.

13   LEE:  Okay.

14   HOLLINGTON:    Um, that's her card.

15   LEE:  When's she call me?

16   HOLLINGTON:    Uh, probably in an hour.

17   LEE:  Okay.

18   HOLLINGTON:    Maybe tomorrow.

19   LEE:  Okay.

20   HOLLINGTON:    Okay?

21   LEE:  All right.  This is (unintelligible).

22   HOLLINGTON:    You're good to go.

23   LEE:  Appreciate you, Doc.

24   HOLLINGTON:    Take care.  Good luck.

25   LEE:  Nice office.

1    UNIDENTIFIED SPEAKER:        All right.  UC's back in the UC car.

2                    (CONCLUSION OF MEETING)