**RX-MART PHARMACY**
665 STATE ROAD 207, SUITE 101  Saint Augustine, FL 32084
Phone: (904)342-2162  Fax: (904)547-2732    Prnt Dt: 8/9/2022 10:24:17AM

| | |
|---|---|
| Rx Pres: Molly Christensen | Ord: 02/14/2022 |
| 2200 North Ponce de Leon #7 | NPI# 1720557598 |
| Saint Augustine, FL 32084   Phn: (612)412-6619 | LIC# 9407152 |
| 2209                        Fax: | DEA# MC5893323 |
| | SPI: 5449650471003 |

Electronic Rx Eff.Date: 02/14/2022

Patient: Lee, Kevin
DOB:       1995      Gender: M
Address:                              Rx#: 208856
        Pslatka, FL 32177
Phone  (386)204-3115        Diag: F1520
Qty:   14.000   (Fourteen)
Days: 7  Refills: 0   PH/TH:  OB   Class: 2
Potency UnitCd:  Tablet
Drug: Adderall 10 MG Oral Tablet

Sig:  Take 1 tablet (10 mg) by mouth 2 times per day

Signature _____   Date _____

This Prescription Will be Filled Generically Unless
Prescriber Writes "DAW [1]" in the Box          N
                                        Dispense As Written

2/15/2022  10:01 PM       MessageType:  New Prescription
                                        From: 5449650471003
Msg.Id: 84142C36351D4A6F9889E14A526A059  To: 5716658
Prs. Order Ref: 84142C36361D4A6F9889E14A526A0595

                        Resp.Status:  Authentic EPCS Received

Adderall 10 MG Oral Tablet