# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, __Omprakash Boga__, am the custodian of records or am otherwise
            (name)
qualified to authenticate the records of __Rx Mart Pharmacy__
                                          (company or business)
I have provided the following records to the United States pursuant to Subpoena No. __G4-22-338683__.

List of records provided:
Copies of prescriptions were provided for the following individuals that obtained prescriptions from Rx Mart Pharmacy: Thomas Breo, Amanda Fleming, Ricky Johnson, Kevin Lee and Joseph Mast.

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☐ **Please check if appropriate**

Additionally, such records were generated by _____ electronic process or system that produces an accurate result, to wit:

The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of _____, in a manner to ensure that they are true duplicates of the original records; and

The process or system is regularly verified by _____, and at all times pertinent to the records certified here the process and system functioned properly and normally.

The address and phone number where I can be reached are:

RX-MART PHARMACY
665 State Rd 207
St. Augustine, FL 32084

OMPRAKASH BOGA
Printed Name

Signature

07/07/2023
Date

011286