**RX-MART PHARMACY**
665 STATE ROAD 207, SUITE 101   Saint Augustine, FL 32084
Phone: (904)342-2162   Fax: (904)547-2732   Print Dt: 8/9/2022 10:22:15AM

| | |
|---|---|
| Rx Pres: Molly Christensen | Ord: 02/20/2022 |
| 2200 North Ponce de Leon #7 | NPI# 1720557598 |
| Saint Augustine, FL 32084   Phn: (612)412-6619 | LIC# 9407152 |
| 2209   Fax: | DEA# MC5893323 |
| | SPI: 5449650471003 |

Electronic Rx Eff.Date: 02/20/2022

Patient: Lee, Kevin
DOB: _____ 1995   Gender: M
Address: _____
         Palatka, FL 32177
Rx#: 208894
Phone: (386)204-3115   Diag: F1520
Qty: 69.000   (Sixty-Nine)
Days: 23   Refills: 0   PH/TH: SM   Class: 2
Potency UnitCd: Tablet
Drug: Adderall 10 MG Oral Tablet

Sig: Take 1 tablet (10 mg) by mouth 3 times per day

Signature _____   Date _____

This Prescription Will be Filled Generically Unless Prescriber Writes "DAW [1]" in the Box
Dispense As Written: N

2/20/2022   4:39 PM   **MessageType:** New Prescription
From: 5449650471003

Msg.Id: F7EA64A6CC5B484F80F129A8F8F08E To: 5716658
Prs. Order Ref.: F7EA64A6CC6B464F80F129A8F8F08E7F

Resp.Status: Authentic EPCS Received

Adderall 10 MG Oral Tablet

003570