1     (MEETING, KEVIN LEE & SCOTT HOLLINGTON, #2021R01803, 03/21/22)

2   (The following may contain unintelligible or misunderstood words due to the
3   recording quality. The audio was poor and broken up, and the parties continually
4   talked over each other drowning out many words, and voices were very garbled
5   in places.)

6

7          LEE = KEVIN LEE

8          FLEMING = AMANDA FLEMING

9          HOLLINGTON = SCOTT HOLLINGTON

10          UNIDENTIFIED SPEAKER = UNIDENTIFIED SPEAKER

11   [Start at 00:03:25]

12   LEE:   Doc?  Doc?  How you doing?

13   HOLLINGTON:      Hey.

14   LEE:  Came to see you.

15   HOLLINGTON:      Uh --

16   LEE:  Kev.  I seen you.  Uh --

17   HOLLINGTON:      Yeah.  So, uh, urine test?

18   LEE:  Urine test, no.  I'm here --

19   HOLLINGTON:      What -- what are you here for?

20   LEE:  I'm trying to get a script.

21   HOLLINGTON:      Okay.  Uh --

22   LEE:  This is -- this is my old lady.  She come with me.

23   HOLLINGTON:      All right.  Not a patient.

24   LEE:  Not yet.

25   FLEMING:    Not yet.

26   HOLLINGTON:      You want to be a patient?

27   LEE:  We're gonna talk to you about that.

1    HOLLINGTON:        All right.  Come on in.

2    LEE:  Appreciate you.  How you been, man?

3    HOLLINGTON:        Staying busy.

4    FLEMING:    (unintelligible).

5    LEE:  I don't know.

6    FLEMING:    Do you have music in here?

7    HOLLINGTON:        I had, uh, a really cool Bose system here, but it

8         disappeared.

9    LEE:  Walked off.

10   HOLLINGTON:        Yeah.

11   LEE:  No shit.

12   HOLLINGTON:        Yeah, it sucks.

13   LEE:  Damn, that's wild.

14   HOLLINGTON:        Yeah.  Well, you know, the -- the thing is, is that I get

15        mostly good people.

16   LEE:  Mhmm.

17   HOLLINGTON:        But not all good people.

18   LEE:  I don't think -- I don't think you can find all good people no matter where

19        you go.

20   HOLLINGTON:        No, it's tough.  It's tough.

21   LEE:  That's wild.

22   HOLLINGTON:        But I don't mind, though.  I mean, it's not a big deal.  I'm,

23        uh -- I'm, uh -- they -- they steal my toilet paper a lot.

24   LEE:  For real?

25   HOLLINGTON:        That's weird.

1    FLEMING:    'Cause of the, uh, virus?

2    HOLLINGTON:    I don't -- I don't think so.  I think it's just -- I -- I think -- also

3        the soap, the soap, the -- the hand soap that I kept near the sink.  Um, I

4        think it's just compulsive.  You know what I mean?

5    LEE:  And they just think --

6    HOLLINGTON:    You don't steal hand soap unless you really have a

7        problem.

8    LEE:  And they just think that you're gonna, like, keep taking care of them?

9    HOLLINGTON:    I don't think they think that.

10    LEE:  What you think they think?

11    HOLLINGTON:    I think that they're just compulsive.  I think they just -- they

12        can't stop themselves.

13    LEE:  They --

14    FLEMING:    Allow vaping in here?

15    LEE:  They can't help it.

16    HOLLINGTON:    Yeah, sure.  Go ahead.

17    FLEMING:    Oh, thank you.

18    LEE:  You can't take five minutes off that.

19    HOLLINGTON:    It's okay.  The truth is, is I'm here to help.  Right?  And a

20        roll of toilet paper, that's not the end of the world.  Right?  If I caught

21        them, I'd -- I'd certainly give them, uh, a verbal beating.

22    LEE:  Yeah.

23    HOLLINGTON:    But, uh -- but, you know, I mean, come on.  We -- we --

24        I've got -- we've got bigger -- I lose two patients a month.

25    LEE:  From where?

1    HOLLINGTON:        Uh, to fentanyl overdoses.

2    LEE:  Oh, shit.

3    HOLLINGTON:        So, you know, a roll of toilet paper ain't nothing.

4    LEE:  Damn.

5    HOLLINGTON:        Right?

6    LEE:  Two a month?

7    HOLLINGTON:        Two a month.

8    FLEMING:    Is that bad for you?

9    HOLLINGTON:        I mean, it's bad, but, you know, the fact is, what really

10        hurts is the ones that have families and, uh, you know, they were

11        getting better, and then they slipped the one time and, of course,

12        somebody gave them something that was really hot.

13    LEE:  I'm gonna tell you, shit's bad out there right now.

14    HOLLINGTON:        Oh, it's really bad.

15    LEE:  Shit's bad right now.

16    HOLLINGTON:        It's really bad.  They're putting -- they're putting fentanyl

17        in, uh, fake --

18    FLEMING:    Everything.

19    HOLLINGTON:        -- fake, uh, Xanaxes.  That is killing a lot of people 'cause

20        they're not expecting, oh, you know -- 'cause you -- you -- you gotta --

21        you got a 2 milligram Xanax, a bar.

22    LEE:  Mhmm.

23    HOLLINGTON:        Right?  You could take four of those, it's not gonna hurt

24        you.  I mean, it's gonna knock you silly, but it's not gonna hurt you.

25    LEE:  A real one.

4

1    HOLLINGTON:        A real one, yeah.

2    LEE:  Yeah.

3    HOLLINGTON:        Right.  I mean, you could take -- I think you could take

4              probably 20 milligrams of Xanax, which would be what, uh, five, 10, 10

5              bars.  Right?

6    LEE:  Uh-huh.

7    HOLLINGTON:        And it's still not gonna kill you.  Right?  It's really hard to

8              kill yourself with pure Xanax.

9    LEE:  But it's 'cause they load them hot.

10   HOLLINGTON:        But if you load it with fentanyl, boom, you die.  It only

11             takes one or two of those and --

12   LEE:  And you know what's crazy?  People looking for those, asking for them.

13   HOLLINGTON:        That just -- it's just stupid as shit.

14   LEE:  Shit's bad out there, I know.

15   HOLLINGTON:        Unbelievable.  All right.  Let's, um -- let's, uh -- what's your

16             name, last name?

17   LEE:  Me?

18   HOLLINGTON:        Yeah.

19   LEE:  Lee.

20   HOLLINGTON:        Uh, first name?

21   LEE:  Kevin.  (Coughing).  You choked me out with that shit again.

22   FLEMING:    It's not so good, though.

23   LEE:  Trippin'.

24   HOLLINGTON:        What is it?

25   FLEMING:    Strawberry (unintelligible).

1    HOLLINGTON:    Oh.  Um, all right.  So I got you, uh, with, um, Molly

2        Christensen.  Molly talked to you?

3    LEE:  I was trying to talk to you about that, too.

4    HOLLINGTON:    What's the story?

5    LEE:  Man, I can't get along with Molly.

6    HOLLINGTON:    Okay.

7    LEE:  She -- she asked way too many questions.  I'm trying to be low key.  I

8        like dealing with you.  And I told them, I said, "I like dealing with Doc."

9    HOLLINGTON:    Mhmm.

10   LEE:  And she just -- she act like we playin' not 20 questions, like --

11   FLEMING:    Like on the phone (unintelligible).

12   LEE:  -- 240.  I can't get off the phone.  And -- and, Doc, I just -- we ain't

13       vibing.

14   HOLLINGTON:    Okay.

15   LEE:  Man, I'm -- I'm trying to get taken care of by you.

16   HOLLINGTON:    All right.  Well, um, unfortunately the DEA doesn't like that

17       plan.  So I have to put you with somebody, um -- uh, but I have other

18       options besides Molly.  Uh --

19   LEE:  But there ain't -- there ain't like no way me and you can work something

20       out?

21   HOLLINGTON:    Um --

22   LEE:  Like, Doc, listen.  I like you.  You take care of me.

23   HOLLINGTON:    All right.  Well, how buprenorphine do you take?

24   LEE:  Buprenorphine?

25   HOLLINGTON:    Yeah.

1    LEE:  Like the milligrams?

2    HOLLINGTON:      Subutex, yeah.

3    LEE:  How I can get them?  I ain't got a script right now.

4    HOLLINGTON:      Oh, okay.  Well, when you had the script, how many did

5        she give you?

6    LEE:  I ain't had a script.

7    HOLLINGTON:      She didn't give you anything?

8    LEE:  Molly -- so Molly gave me some Adderall and she wouldn't write me

9        what you said.

10   HOLLINGTON:      Okay.  All right.  It's Kevin Lee.  Right?

11   LEE:  Yeah.  You're trippin'.

12   FLEMING:    I need vape.

13   LEE:  But I'm telling you, Doc, like I need -- I need -- you know how it is.

14   HOLLINGTON:      Well, yeah.  I mean, let's -- let me -- let me -- I'll take care

15       of you this month.  Okay?

16   LEE:  I appreciate you for that.  Hell yeah.

17   HOLLINGTON:      And then, uh, next month we'll have to figure out what

18       we're gonna do with you.  Okay?

19   LEE:  But you got some -- you got somebody like, you know what I'm saying,

20       that's not like Molly?

21   HOLLINGTON:      I do.

22   FLEMING:    It doesn't take all night to talk to her?

23   LEE:  I have bae pissed at me.

24   HOLLINGTON:      Oh, yeah.  No, I've got --

25   LEE:  She thought I was talking to some other bitch.  She was mad as fuck.  I

7

1          tried to tell her.

2     HOLLINGTON:       But have you seen Molly's picture?

3     LEE:  Uh-uh.

4     HOLLINGTON:       She's -- I don't think you'd get jealous.

5     LEE:  Oh, for real?

6     HOLLINGTON:       No.  She's pretty.  She is, she's very pretty, but she's my

7          age.  Right?  And so given the fact that she's my age, she looks like

8          she's my age.

9     LEE:  Yeah.

10    HOLLINGTON:       So --

11    FLEMING:    He -- he likes older girls.

12    LEE:  Man, relax, bro.

13    HOLLINGTON:       (unintelligible) you know, 50.

14    FLEMING:    Yeah.

15    LEE:  She won't chill, Doc. We all know.

16    HOLLINGTON:       How old are you?

17    FLEMING:    30-something.

18    HOLLINGTON:       30?

19    FLEMING:    Uh-huh.

20    HOLLINGTON:       Yeah, you look like -- you look like you're about 17, about

21          -- I believe 30.

22    FLEMING:    Thank you.

23    HOLLINGTON:       Okay?  Um, so he -- he does not -- you look -- you look

24          really young.

25    FLEMING:    Good.

1    HOLLINGTON:      Sweet and young.

2    LEE:  See?  See?

3    FLEMING:    I'll take it.  I'll take it.

4    LEE:  See?

5    HOLLINGTON:      He likes them sweet and young.

6    LEE:  You know?  Tell -- hey, see?

7    FLEMING:    (unintelligible).

8    LEE:  Doc, that's why I fuck with you, 'cause you take care of me.  You help

9          me on the home front.  That's why I come up in here.  You good people,

10         man.  You good people.

11   FLEMING:    (unintelligible).

12   LEE:  Yeah.  Now -- now you relaxin'?

13   FLEMING:    (unintelligible).

14   LEE:  Now you gonna leave me alone?  Trippin'.

15   HOLLINGTON:      All right.

16   FLEMING:    (unintelligible).

17   LEE:  Fuckin' trippin'.

18   HOLLINGTON:      So it looks like we've got, uh -- what you got was, uh,

19         three, uh, 10 milligram Adderalls.

20   LEE:  And, Doc, I told her, I said, "Doc said he'd do me 30."  And she wanted

21         to argue with me and X, Y, and Z and I just -- man, I -- and then she

22         wanted to ask -- I swear to you -- how long I was on the phone?

23   FLEMING:    Three hours it seemed like.

24   HOLLINGTON:      It's fine.  Um, so, you know, not every clinician gets along

25         with everybody.  That's just the way it is.  Right?

1    FLEMING:    Maybe six hours, five or six hours.

2    LEE:  (unintelligible).

3    FLEMING:    (unintelligible).

4    LEE:  Long -- long enough for you to bitch the whole fuckin' time.

5    FLEMING:    (unintelligible).

6    LEE:  We good, though.

7    FLEMING:    And he wouldn't stop talking (unintelligible).

8    LEE:  We good, though.  And that's wild.

9    FLEMING:    (unintelligible).

10   LEE:  Fuckin' buggin'.

11   HOLLINGTON:    All right.  So, um --

12   LEE:  Man, with your stankin' ass.  I'm trying to listen to the man.

13   FLEMING:    (unintelligible).  Sorry.

14   LEE:  That's crazy.

15   HOLLINGTON:    All right.  So how -- you take 30 milligrams.

16   LEE:  I'm trying to do 30.  You told me you could do me 30 twice a day.

17   HOLLINGTON:    I can.

18   LEE:  Okay.

19   HOLLINGTON:    Uh, that's the max I can do.

20   LEE:  Right.

21   HOLLINGTON:    Okay.  Um, I'll try to get you down from there, but we'll do

22        30 twice a day this month.  Okay?

23   LEE:  Okay.

24   HOLLINGTON:    Patient complains of difficulty concentrating, feels that he

25        requires 60 milligrams Adderall daily period.  New line.  Okay.  So you

1       have taken, uh, crystal meth in the past?

2    LEE:  Uh, recently?

3    HOLLINGTON:    Well, when was the last time?

4    LEE:  I don't know.  It's been a minute.  I don't -- I try not to fuck with it.

5    HOLLINGTON:    Well, it's --

6    LEE:  Everything's so crazy right now.

7    HOLLINGTON:    How many months?

8    LEE:  It ain't been anything.  It's probably been longer than that.  Not since me

9       and you got together at least.  Right?

10    FLEMING:    Uh-huh.

11    HOLLINGTON:    Six months?

12    LEE:  Probably a year, shit.

13    HOLLINGTON:    A year?

14    LEE:  Yeah.

15    HOLLINGTON:    No crystal meth in 12 months.

16    LEE:  Yeah, you can shut the door.  I don't want no people listening.

17    FLEMING:    Want me to shut it?

18    HOLLINGTON:    I'll be with you in a minute.

19    UNIDENTIFIED SPEAKER:    Okay.

20    HOLLINGTON:    Um, so, uh, what about, uh, street Adderall?  How much

21       of that?  When was the last time you took that?

22    LEE:  The -- the shit that she kept writing me wasn't enough, so, I mean, I get

23       it where I can get it.

24    HOLLINGTON:    All right.  So this week?

25    LEE:  Uh, yeah, probably.

1    HOLLINGTON:          Street Adderall this week.  New line.  Now you take it for

2          concentration?  What do you take it for?

3    LEE:  Me?

4    HOLLINGTON:          Yeah.

5    LEE:  'Cause I feel fucked up without it.

6    HOLLINGTON:          Okay.  All right.  Um, so we're gonna do the Adderall.

7          What else?

8    LEE:  Can you do me the Subs?

9    HOLLINGTON:          Suboxone.  Uh, can you take Suboxone or do you need

10          Subutex?

11    LEE:  Doc, you take care of me.

12    HOLLINGTON:          So Suboxone's way easier to get, much easier to get

13          through the pharmacy.  How much Suboxone -- when was the last time

14          you took Suboxone?

15    LEE:  Uh, shit.  It's probably been, I don't know, a week or so.

16    HOLLINGTON:          Okay.  And so you take what, one -- one 8 milligram can

17          get you by for a day or no?

18    LEE:  Uh, it's -- it's like everything else.  I try to -- I try to stay up so I ain't

19          gotta feel the lows.  You know what I'm saying?

20    HOLLINGTON:          So two a day?

21    LEE:  Two, two a day, yeah.

22    HOLLINGTON:          I'll give you two a day.  Um, also street Suboxone 8

23          milligrams daily.  Okay.

24    LEE:  Hey, you can just talk in that thing?

25    HOLLINGTON:          Yeah.

1    LEE:  That's wild.

2    HOLLINGTON:        Yeah, it's -- it -- it amazes me how good it is, too, and it

3            gets it right.  I mean, it like -- it gets buprenorphine.

4    LEE:  That's some robo stuff, man.  That's --

5    HOLLINGTON:        Well, you know, it's used to me.  I've been talking to it for

6            a long time.

7    LEE:  Well, that's why I think --

8    HOLLINGTON:        It knows my words.

9    LEE:  That's why I think they listen, Doc.  You think I'm -- you --

10   FLEMING:    He sounds crazy.

11   LEE:  Doc, tell her.

12   HOLLINGTON:        He's not (unintelligible).

13   LEE:  Tell her.  He --

14   FLEMING:    He's fuckin' --

15   HOLLINGTON:        There's definitely artificial intelligence --

16   LEE:  See?

17   HOLLINGTON:        -- in these machines.

18   LEE:  They listen.

19   HOLLINGTON:        They're pretty insane.

20   LEE:  Nah.  Nah.  It ain't just -- it ain't just her, no.

21   HOLLINGTON:        All right.  So, um -- uh, let's see.  Um, how about, uh,

22           other meds like, uh, Lexapro?  You taking that?

23   LEE:  Shit.  I don't know what it's called.

24   HOLLINGTON:        Lexapro?  It's a -- it's an antidepressant, but it helps with

25           anxiety.  You want to try it or no?

1    LEE:  Yeah.  Yeah, for sure.

2    HOLLINGTON:    All right.  We'll also try Lexapro period.  New line.  Patient

3         is committed to getting off the street meds.  You are committed to

4         getting off the street meds.  Right?

5    LEE:  Yes, sir, that's what I'm trying to -- I'm trying --

6    HOLLINGTON:    That's -- that's my goal.

7    LEE:  I'm trying to see --

8    HOLLINGTON:    That's my first goal, get you off the fucking street meds.

9    LEE:  That shit's wild right now.

10   HOLLINGTON:    Second goal, uh, get you medically stable.  Third goal is

11        get you off of all the shit that I've given you.  Okay?

12   LEE:  I appreciate you.

13   HOLLINGTON:    All right.  Um --

14   FLEMING:    You make so much noise.

15   LEE:  Huh?

16   FLEMING:    You make so much noise.

17   HOLLINGTON:    All right.  What about you?  What -- what's -- what's your

18        plan for you?

19   FLEMING:    Me?

20   HOLLINGTON:    Uh-huh.  You.

21   FLEMING:    I'm -- you're my plan.

22   HOLLINGTON:    All right.  Um, what are you taking on the street?

23   FLEMING:    Uh, uh, who knows?

24   HOLLINGTON:    No.  But you're -- what are you looking for?  When you go

25        out on the street, you want -- you want drugs, what are you looking for?

1   FLEMING:   Adderall.

2   HOLLINGTON:      Adderall.

3   FLEMING:   Mhmm.

4   HOLLINGTON:      Okay.  Um, how many milligrams of Adderall are you

5       taking?

6   FLEMING:   Um, do you -- can you do extended release?

7   HOLLINGTON:      I can.

8   FLEMING:   'Cause I don't like taking --

9   HOLLINGTON:      Do you have insurance?

10  FLEMING:   No.

11  HOLLINGTON:      So the regular release is gonna be like $30, maybe $40 a

12      month.  Extended release is gonna be 130, 140 a month.

13  LEE:  I'm not worried about the cash right now, Doc.

14  HOLLINGTON:      Okay.  All right.

15  FLEMING:   I don't like getting pills (unintelligible).

16  HOLLINGTON:      All right.  So --

17  FLEMING:   I spit them out.

18  HOLLINGTON:      So you want the --

19  LEE:  Stop.

20  HOLLINGTON:      -- 30 milligram extended release?

21  FLEMING:   Yes.

22  HOLLINGTON:      All right.

23  FLEMING:   Please.

24  HOLLINGTON:      So they're gonna want to give you one a day.  Is that

25      gonna work for you?

1    FLEMING:    I mean, if I can get more a day, but --

2    HOLLINGTON:    I think you're gonna get one a day.

3    FLEMING:    One's fine.

4    HOLLINGTON:    With the extended release, they're gonna want to give you

5        one a day.

6    FLEMING:    Okay.

7    HOLLINGTON:    All right.  Um, all right.  Um, how about, uh, issues with

8        anxiety?  What else is going on with you?

9    LEE:  I mean this fuckin' crazy (unintelligible).

10   HOLLINGTON:    Do you want the Lexapro, too, or are you taking --

11   FLEMING:    No.

12   HOLLINGTON:    If you have anxiety and depression, you should

13       (unintelligible).

14   FLEMING:    I have no bipolar.

15   HOLLINGTON:    No bipolar.

16   FLEMING:    Probably not.

17   HOLLINGTON:    All right.  Well, Lexapro's for depression and anxiety.

18   FLEMING:    And bipolar?

19   HOLLINGTON:    Uh, if you want to add -- you have bipolar?

20   FLEMING:    Probably not.  What do you think?

21   HOLLINGTON:    I don't know.  So a manic state is when you go out and

22       you buy things you don't need with money you don't have.

23   FLEMING:    Hmm.

24   HOLLINGTON:    Okay?

25   FLEMING:    That's --

1    HOLLINGTON:       Do you -- you buy, like, stupidly.  Like I had one -- one guy

2        and he's like -- he comes in and he says, "Yeah, yeah, I bought three

3        Lamborghinis, uh, that are in Italy."

4    FLEMING:    No shit.

5    HOLLINGTON:       And I'm like, "Really?"  And he said, "Yeah, $20,000 down

6        payment on each one, so I spent $60,000."  "How much money did you

7        have?"  He said, "60,000."  I said, "So they're in Italy.  Right?"  He said,

8        "Yeah.  I'm gonna import them and I'm going to, uh, have them meet,

9        uh, emissions and I'm gonna sell them.  I'm gonna make a lot of

10        money."  I'm like, "Okay.  So you're gonna have to finish paying for

11        them before you import them.  How are you gonna get that money?"

12        "Oh, I'm gonna take care of that."

13    LEE:  Well, I'd be pay -- I'd --

14    HOLLINGTON:       That's --

15    LEE:  Woo, I'd be taking care of him.

16    HOLLINGTON:       -- fucking crazy.  Okay?  It's like there's -- you look at him.

17        You're like, "No fucking way.  You're -- you're out of your goddamn

18        mind."  Right?  That's mania.  Okay?

19    FLEMING:    Well, I'm not --

20    LEE:  You ain't bought no Lambos.

21    FLEMING:    I'm not that crazy.

22    HOLLINGTON:       Not that crazy.

23    LEE:  No.

24    HOLLINGTON:       No.  I mean, all of us do stupid things.  Stupid is one thing.

25        Mania is crazy, crazy.

1    LEE:  Let me ask you this, Doc.  I ain't trying to -- I ain't trying to put you out

2         here like this, but --

3    HOLLINGTON:     Yeah.  Okay.

4    LEE:  But I can talk to him.  He's straight.  So she been -- have been trying to

5         buy Ds.  You know what I'm talking about?

6    HOLLINGTON:     Buy what?

7    LEE:  The Ds, the Dilaudids.

8    HOLLINGTON:     Oh, Dilaudid, yeah, yeah, yeah.

9    LEE:  So --

10   HOLLINGTON:     Opioids.

11   LEE:  That's --

12   FLEMING:    Not good.

13   LEE:  And that's -- that's my concern with all the fentanyl right now.  You know

14       what I'm saying?

15   HOLLINGTON:     Right, right, right.  You do not want -- so you have opiate

16       issues, too?

17   FLEMING:    If seeing shadows on a wall.

18   HOLLINGTON:     No.  I mean you -- you crave -- you crave the Dilaudids.

19       You crave the -- somebody -- somebody gives you, uh, extremely

20       suspect oxycodone, you're gonna pop it anyway?

21   FLEMING:    Suspect, for sure.

22   HOLLINGTON:     Yeah.  Even though it's suspect, you're gonna do it

23       anyway.

24   FLEMING:    Yeah.

25   HOLLINGTON:     'Cause that's how you are.

1   LEE:  She stressed me out.  That's why if we could get her on some real stuff

2         --

3   HOLLINGTON:      So let's get her on buprenorphine, too.  Have you ever

4         taken the Suboxone before?

5   FLEMING:    Here and there.

6   HOLLINGTON:      All right.  Uh, I'm gonna start you with one.

7   FLEMING:    Okay.

8   HOLLINGTON:      Okay?  Um, it's not a great drug.  It's not great fun.  It's

9         okay.  All right?  It's not great fun.  But what it does is it -- it takes --

10        makes it so that you look at the -- the street Dilaudid and you're like,

11        "Oh, no fuckin' way."  That's -- that's what it does for you.

12  FLEMING:    Okay.

13  HOLLINGTON:      It helps a little bit with the -- with the opiate cravings.  You

14        will get so addicted to, uh, buprenorphine, it sucks, but we can get you

15        off the buprenorphine.

16  FLEMING:    Okay.

17  HOLLINGTON:      And it won't fuck up your life.  Like when you take a lot of

18        Dilaudid and you -- you're like stoned out of your mind, it won't do that.

19  FLEMING:    (unintelligible).

20  HOLLINGTON:      And the other thing that it will do is it'll make it so you can

21        live your life without constantly worrying about the Dilaudid.

22  LEE:  She's stressing me out, Doc.  We gotta go every which way.  And I tell

23        her, shit's wild right now.

24  HOLLINGTON:      So what I'm gonna do for you is the extended release

25        Adderall and the buprenorphine.  That's the only two things I'm gonna

1    do for you.  Do you want to put -- me to put you on Lexapro, too, to see

2    -- you know what?  I'll give you the Lexapro.  Try it.  If you think it helps

3    you, great.  If you think it -- you think it sucks, don't take it anymore.

4  FLEMING:    Okay.

5  HOLLINGTON:    Okay?  Um, usually with Lexapro, you don't really notice

6    so much how it's helping you.  It's more that he will notice.  Okay?

7  LEE:  Yeah.

8  HOLLINGTON:    And if he's taking the Lexapro, you will notice.

9  FLEMING:    Okay.

10  HOLLINGTON:    Right?  So ask each other (unintelligible) "The stuff's not

11    doing anything for me," say, "Do you think the Lexapro's helping me?"

12    And if he said -- if he says (unintelligible) then you know it's working.

13  FLEMING:    Is it --

14  HOLLINGTON:    Okay?  'Cause an ideal psych med makes you a better

15    person without changing you fundamentally and making you feel fucked

16    up.  Right?  That's what we're going for with the Lexapro.  Okay?  It's

17    supposed to help you without changing you so you're like, "Every time I

18    take this, I'm a different person."  You don't want that.  What we want

19    you to do is take it and say, "It doesn't do anything," but everyone

20    around you says, "It's a miracle drug."

21  FLEMING:    Okay.

22  HOLLINGTON:    Okay?  It helps with anxiety and depression.

23  FLEMING:    30-day?

24  HOLLINGTON:    It's super cheap.  I'll give you -- I'll give you 30 days of it

25    with a refill, but, you know, that one's super cheap.  The other stuff

1       costs a few.  All right.  I gotta get you guys out of here.

2       FLEMING:     (unintelligible).

3       LEE:  (unintelligible).

4       FLEMING:     (unintelligible).

5       HOLLINGTON:      Yeah.  Well, that's the goal.  I mean, I'm here to help you.

6       I'm not here to fuck with you.

7       LEE:  She thought I was buggin', though, after the whole -- the whole Molly

8       (unintelligible).

9       HOLLINGTON:      Oh, my God.

10     LEE:  She -- she gave me shit -- we were walking in and she's giving me shit.

11     Like, "God, trust me."  Trippin'.  Doc, you -- you don't -- you don't know -

12     - you don't know about the arguments, man.  It's been wild.

13     FLEMING:     (unintelligible).

14     LEE:  We always make up, though.  It's straight.  You stay busy, Doc?  You

15     always got people rolling in here with me.

16     HOLLINGTON:      You know, honestly, uh, Mondays are a lot of times not

17     much.

18     LEE:  Yeah.  Well, you got -- you got --

19     HOLLINGTON:      I got -- I got loaded -- I got a loaded room.  This is -- this is

20     unusual.  But you know what?  This is peaking out.

21     LEE:  For real?

22     HOLLINGTON:      Because there's so many people dying out there that

23     people are, like, paranoid.  They want to get off the shit, you know?  I --

24     I -- I get it.  I mean, I totally get it, but, you know, it's good for my

25     business.

1    LEE:  It's good to send people your way?

2    HOLLINGTON:        I can take -- I have the capacity to handle 3,000 people

3         now.

4    LEE:  Yeah.  You got that many?

5    HOLLINGTON:        But I've only got -- I've only got like 800.

6    LEE:  Oh, shit.

7    HOLLINGTON:        So I've got a lot of excess capacity.

8    FLEMING:     (unintelligible).

9    HOLLINGTON:        So you can -- you can send as many people as you want.

10   LEE:  If we brought -- if we brought some people in, you could -- you could

11        hook them up?

12   HOLLINGTON:        As many as you want to bring.

13   FLEMING:     Referral discounts?

14   HOLLINGTON:        I don't -- so I keep the price as low as I can.

15   LEE:  Yeah.

16   HOLLINGTON:        But there's no real discount.

17   LEE:  That's straight.

18   HOLLINGTON:        It's just the way it is.  I -- I have -- you know, I -- the

19        business model barely works.

20   LEE:  I mean, I got -- I got some friends.  Like we can -- we can bring -- we

21        can bring some people down here.

22   HOLLINGTON:        All right. RX-Mart?

23   LEE:  Yeah.

24   HOLLINGTON:        All right.

25   LEE:  You always want something, bro.

1    HOLLINGTON:        Yeah.  Uh, the DEA fucks with me all the time.

2    LEE:  For what?

3    HOLLINGTON:        If they wouldn't fuck with me, I would be doing a lot better

4          business-wise, but --

5    LEE:  Why are they fucking with you?

6    HOLLINGTON:        They feel -- they feel the need.

7    LEE:  For what, though?  You ain't been nothing but straight.

8    HOLLINGTON:        Well, yeah, but see the thing is, is they don't care.  Um, I

9          deal with addicts.  They're like, "Your patients are addicts."  Yeah, they

10         are.  That's -- that's -- that's why they're my patients.

11   LEE:  Uh-huh.

12   HOLLINGTON:        "Well, those people belong in jail, not in treatment."

13   LEE:  Damn, that's wild.

14   HOLLINGTON:        It's not -- not the way I look at it, buddy, you know?  I'm

15         trying to help them.  I'm not trying to put them all in jail.  All right?

16   LEE:  Damn, that's crazy.

17   HOLLINGTON:        Well, that's the DEA.  All right.  Um, so, uh, I'm almost

18         done with you.  I'm sorry, Kevin.  It's just taking --

19   LEE:  No, no, Doc.  You always good with me.  You ain't gonna see me rush.

20   HOLLINGTON:        All right.  Uh, do you have money for me today?

21   LEE:  Yeah.  What do I owe you?

22   HOLLINGTON:        Uh, 125 for you.

23   LEE:  Do you got the cash?

24   HOLLINGTON:        It's gonna be 125 for her, too.

25   LEE:  All right.  Let her hold my money.  It's easier that way.

1    FLEMING:     'Cause I'm (unintelligible).

2    LEE:  Yeah.  You can math that?

3    FLEMING:     Yeah. (unintelligible).

4    LEE:  Shit.

5    HOLLINGTON:     Are you gonna pay cash or credit?

6    LEE:  Cash, Doc.

7    HOLLINGTON:     Okay.  If we're doing you, it's gonna be 250 for you.  I

8        mean total.  The total's 250.

9    FLEMING:    Oh, okay.

10   HOLLINGTON:     Not -- not gonna do that.  Like I said (unintelligible).

11   LEE:  You thought you had your math fucked up.  Ah.

12   HOLLINGTON:     It's by the month.

13   LEE:  Yeah.

14   HOLLINGTON:     So if y'all have to come back, uh, in the same calendar

15       month --

16   LEE:  How often can we come see you?

17   HOLLINGTON:     You're at the end of the month now.  But if you come in at

18       the beginning of the month and you need to see me again at the end of

19       the month, there's no extra charge.

20   LEE:  Okay.

21   HOLLINGTON:     But you do get charged every month.

22   LEE:  Right, right.

23   HOLLINGTON:     So there's no -- it's not like you're saving money --

24   LEE:  Let me ask you this.  Can I, like, just call you and we straighten it out --

25   HOLLINGTON:     Text.

1    LEE:  -- on the phone?

2    HOLLINGTON:    You can text.

3    LEE:  I can text you and we can -- we can do all this?

4    HOLLINGTON:    Probably.

5    LEE:  'Cause I wanted to introduce you to my old lady this first time 'cause I

6          didn't know how it was on the first visit.

7    HOLLINGTON:    Mhmm.

8    LEE:  This is it?

9    HOLLINGTON:    All right.  First name?

10   FLEMING:    Amanda.

11   HOLLINGTON:    Amanda?  A-M-A-N-D-A.  Right?  Last name?

12   FLEMING:    Fleming.

13   HOLLINGTON:    Fleming?

14   FLEMING:    Yes, Fleming.

15   HOLLINGTON:    F-L-E-M-M-I-N --

16   FLEMING:    One M.

17   HOLLINGTON:    M.  And I got a date of birth for you.

18   FLEMING:

19   HOLLINGTON:    90.  Um, is it possible for me to have you, uh --

20   FLEMING:    (unintelligible).

21   LEE:  Damn, bro.  What'd you drop?

22   FLEMING:    Vape.

23   LEE:  Oh, my God.

24   FLEMING:    (unintelligible).

25   LEE:  Hmm.  Need something to help get off that shit, fuckin' vape.

1    FLEMING:    (unintelligible).

2    LEE:  Wow.

3    HOLLINGTON:    All right.  I need a -- a photo ID from you, Amanda.

4    FLEMING:    So my good ID was stolen.  I have my old one.

5    HOLLINGTON:    I don't -- I really don't know care about what --

6    FLEMING:    Are you gonna take this?

7    HOLLINGTON:    I don't care about your ID.  Any ID will work.  Thank you.

8        All right.  So what did we talk about?  We said, um -- all right.  We're

9        gonna do extended release Adderall 30 milligrams.  Uh, we're gonna

10       do, uh, buprenorphine.  We're gonna do 8 milligrams once a day.  Um,

11       we're gonna do Lexapro.  All right.  We'll use the same pharmacy as

12       him, Rx-Mart?

13   FLEMING:    Unfortunately.

14   LEE:  Stop, bro.

15   FLEMING:    It's horrible.

16   HOLLINGTON:    Are they still open?

17   LEE:  Yeah.

18   FLEMING:    They're open.

19   HOLLINGTON:    Rx -- there's one of them that went under, Rx something.

20   LEE:  Well, Rx-Mart is still strong.

21   FLEMING:    Well, that's too bad.

22   LEE:  You need to relax, bro.

23   HOLLINGTON:    Rx --

24   FLEMING:    (unintelligible).

25   LEE:  What, are we gonna drive to two different places?  You trying to burn

26

1        the gas?  You ain't seen the price?

2    FLEMING:    Oh, I agree.  I agree with that.

3    LEE:  Yeah.  All right.

4    HOLLINGTON:        Rxpert?  Was it Rxpert that went under?

5    FLEMING:    What?

6    LEE:  No, no.  Rx-Mart's straight.  Why you hate on that place, man?

7    FLEMING:    He's stuck on Rx-Mart.

8    LEE:  Me?

9    FLEMING:    Yeah, you are.

10   HOLLINGTON:        Rxpert.  Rxpert went under.

11   LEE:  Xpert.  I ain't even --

12   HOLLINGTON:        The DEA shut them down.

13   LEE:  For real?

14   HOLLINGTON:        Uh-huh.

15   LEE:   Man, they always on somebody.

16   FLEMING:    Maybe they can shut down the Mart, X-Mart.

17   LEE:  Stop.  Stop.

18   HOLLINGTON:        All right.  Rx-Mart.  Um, all right.  So, um, no thoughts of

19       suicide.

20   FLEMING:    No.

21   HOLLINGTON:        Difficulty sleeping?  Hearing voices?

22   FLEMING:    (unintelligible).

23   LEE:  No.  He's straight.

24   HOLLINGTON:        Um --

25   LEE:  (Sneezing).

1    FLEMING:    Want some vape?

2    LEE:  No.  Stop.

3    FLEMING:    Good.

4    HOLLINGTON:    So when was the last time you used, uh, crystal meth?

5    FLEMING:    Um --

6    HOLLINGTON:    This week?  This month?

7    FLEMING:    No, months.

8    HOLLINGTON:    Six months?

9    FLEMING:    Since we -- yeah.

10    LEE:  We try to keep each other straight.

11    HOLLINGTON:    Well, you know, I get it.  All right.  Do you smoke?

12    LEE:  Vape, does that count?

13    HOLLINGTON:    No.

14    LEE:  Okay.

15    FLEMING:    Oh, see, it doesn't count.

16    HOLLINGTON:    You know, we're gonna -- we're gonna call it -- we're

17        gonna say, yeah, she vapes.  Okay?

18    LEE:  All right.

19    FLEMING:    (unintelligible).

20    HOLLINGTON:    How about, uh, marijuana?

21    FLEMING:    Yeah.

22    HOLLINGTON:    When was the last time?

23    FLEMING:    Hmm.  It's more like occasional, holidays.

24    HOLLINGTON:    This week?

25    FLEMING:    No.

1    HOLLINGTON:        No?  This month?

2    FLEMING:    What's the last holiday besides St. Paddy's?

3    HOLLINGTON:        All right.  Uh --

4    FLEMING:    (unintelligible).

5    HOLLINGTON:        How about alcohol?

6    FLEMING:    Yes.

7    HOLLINGTON:        Uh, three drinks a night?

8    FLEMING:    Sure.

9    HOLLINGTON:        Three drinks a week?

10   FLEMING:    No, a night.

11   HOLLINGTON:        Three -- three a night?  All right.  All those are okay, the --

12        the smoking, the marijuana, the alcohol, but if you want to try to cut

13        down on them, you need help with that, we can do that.  Okay?  We're

14        not gonna do that yet.  We'll try to get you stable first.  Okay?  Then

15        we'll try to get rid of the things that we can get rid of.  Okay?

16   FLEMING:    Do we have to?

17   HOLLINGTON:        No, absolutely not.  Not unless -- those are -- those are

18        your -- those -- those are up to you.

19   LEE:  Yeah.

20   HOLLINGTON:        Okay?  All right.  Um, I'm gonna go ahead and send your

21        meds later.  What I'm gonna do now is I'm gonna give you a urine test.

22        Don't care what it comes back with.  I don't care.  Okay?  But you have

23        to do it.  Um, and I'm gonna give you a contract to sign.  It obligates you

24        to nothing, but it does -- you're supposed to read it.  Right?  It's on my

25        website.  Go to new patients, uh, patient contract, and you can read

1    what it says, but it basically says shit like don't sell your drugs.  Okay?

2    Don't sell your drugs, don't share your drugs, don't do stupid things.

3    Okay?

4    FLEMING:    Okay.

5    HOLLINGTON:    All right.  So I'm gonna set you up with the -- the contract.

6    You sign the contract and leave it, and you do the urine test and leave

7    the envelope, too.  Okay?

8    FLEMING:    Okay.

9    HOLLINGTON:    All right.  Good.  We're done.

10   FLEMING:    Do I follow you out?

11   LEE:  You want me to stay here, Doc?

12   HOLLINGTON:    Oh, no.  You're good.  Come on.

13   LEE:  Oh, shit.  All right.

14   HOLLINGTON:    All right.  So let me give you the -- the stuff for you and

15   then you can just leave it on the counter and go.

16   FLEMING:    Okay.

17   HOLLINGTON:    All right.  You sign (unintelligible) put your name and your,

18   uh, telephone number and your (unintelligible).  Um, this one, you pee

19   in the cup.  Okay?  Uh, this one doesn't have a cap.  You pull the pink

20   side, dip it in the urine 10 seconds.  This one has a cap.  You pull the

21   cap off and dip it in the urine 10 seconds.  Put them into this, uh,

22   envelope.  On the envelope put your name and your phone number.  All

23   right.  Who was next?

24   FLEMING:    Where's the bathroom?

25   LEE:  That's a lot.  It's down there.  There you go.

1    HOLLINGTON:    Go on in.  Now, you're the driver or --

2    UNIDENTIFIED SPEAKER:    I'm the driver.

3    HOLLINGTON:    All right.  You don't need anything from me.

4    UNIDENTIFIED SPEAKER:    No.

5    HOLLINGTON:    Sweet.  Go on in.

6    UNIDENTIFIED SPEAKER:    (unintelligible).

7    HOLLINGTON:    Oh, just you're just here for your urine test?

8    UNIDENTIFIED SPEAKER:    (unintelligible).  It'll make it nice and easy

9        (unintelligible).

10   HOLLINGTON:    Who's your NP?

11   UNIDENTIFIED SPEAKER:    Casie, uh, McCallister.

12   UNIDENTIFIED SPEAKER:    Uh-huh.

13   HOLLINGTON:    Casie McCallister.

14   UNIDENTIFIED SPEAKER:    Yes.

15   HOLLINGTON:    All right.  So how are you?  Got your urine test.

16   FLEMING:    Uh-huh.

17   HOLLINGTON:    Uh, put your name, put --

18   LEE:   Is that one of them Apple watches?

19   UNIDENTIFIED SPEAKER:    Uh-uh.

20   LEE:   Oh, shit, bro.  That's what it looked like.

21   UNIDENTIFIED SPEAKER:    Yeah.

22   LEE:   I was trying to see if they were any good.

23   HOLLINGTON:    So what you're gonna do, don't -- you don't need to

24       (unintelligible).

25   UNIDENTIFIED SPEAKER:    (unintelligible) do anything with my arms.

1    LEE:   I ain't mad at you.  I break it, too.  That's -- you know what I'm saying?

2    HOLLINGTON:        Pull the cap off, dip it in the urine (unintelligible) two

3            seconds.  Recap it if you want to be nice.  It doesn't matter.  Um,

4            pregnancy test (unintelligible) can't be pregnant.  You're a woman, you

5            get it.

6    FLEMING:     (unintelligible).

7    HOLLINGTON:        (unintelligible).  (Unintelligible conversation).

8    [Stop at 00:38:00]

9                        (END OF MEETING)