**RX-MART PHARMACY**
665 STATE ROAD 207, SUITE 101   Saint Augustine, FL 32084
Phone: (904)342-2162   Fax: (904)547-2732   Prnt Dt: 8/9/2022 10:27:37AM

| | |
|---|---|
| Rx Pres: scott hollington | Ord: 03/21/2022 |
| 2200 North Ponce de Leon #7 | NPI#: 1285981043 |
| Saint Augustine, FL 32084   Phn: (612)412-6619 | LIC#: 124829 |
| 2200   Fax: | DEA#: FH3435155 |
| | SPI: 6680159442006 |

Electronic Rx Eff.Date: 03/21/2022

Patient: Fleming, Amanda
DOB:       /1990   Gender: F
Address:                           Rx#: 209027
           Jacksonville, FL 32218
Phone: (386)204-3115           Diag: F909
Qty:    30.000   (Thirty)
Days: 30   Refills: 0   PB/TB:  OB   Class: 2
Potency UnitCd:   Capsule
Drug: Adderall XR 30 MG Oral Capsule Extended Release 24 Hour

Sig:   Take 1 capsule (30 mg) by mouth daily in the morning

Signature _____   Date _____

This Prescription Will be Filled Generically Unless Prescriber Writes "DAW [1]" in the Box       N
                                                                                      Dispense As Written

3/22/2022   8:04 PM           MessageType:   New Prescription
                                              From: 6680159442006
Msg.Id: 8BC3AF3286254D08A7D129BED925B! To: 5716658
Prs. Order Ref: 8BC3AF3286254D08A7D129BED925B5DC

                    Resp.Status:   Authentic EPCS Received
Adderall XR 30 MG Oral Capsule Extended Release 24 Hour

003561

**RX-MART PHARMACY**
665 STATE ROAD 207, SUITE 101   Saint Augustine, FL 32084
Phone: (904)342-2162   Fax: (904)547-2732   Prnt Dt: 8/9/2022 10:28:17AM

Rx Pres: scott hollington
2200 North Ponce de Leon #7
Saint Augustine, FL 32084   Phn: (612)412-6619
2200   Fax:

Ord: 03/21/2022
NPI#: 1285981043
LIC#: 124829
DEA#: FH3435155
SPI: 6680159442006

Patient: Fleming, Amanda
DOB: 1990   Gender: F
Address:
Jacksonville, FL 32218
Rx#: 410272
Phone: (386)204-3115   Diag: F1120
Qty: 30.000   (Thirty)
Days: 0   Refills: 0   PH/TH: 00   Class: 3
Potency UnitCd: Tablet
Drug: Buprenorphine HCl-Naloxone HCl 8-2 MG Sublingual Tablet
Sig: Sublingual
1 tablet sublingually daily

Signature _____   Date _____

This Prescription Will be Filled Generically Unless Prescriber Writes "DAW [1]" in the Box   N
Dispense As Written

Electronic Rx

3/22/2022   8:04 PM   MessageType: New Prescription
From: 6680159442006
Msg Id: C6CCD9895FD24D018789DB9B2ABC2  To: 5716658
Prs. Order Ref: C6CCD9895FD24D018789DB9B2ABC2AA6

Resp Status: Authentic EPCS Received
Prescribers Note :NADEAN:XH3435155 (XDEA#XH3435155)

003563