**RX-MART PHARMACY**
665 STATE ROAD 207, SUITE 101  Saint Augustine, FL 32084
Phone: (904)342-2162  Fax: (904)547-2732  Prnt Dt: 8/9/2022 10:21:23AM

| | |
|---|---|
| Rx Pres: scott hollington<br>2200 North Ponce de Leon #7<br>Saint Augustine, FL 32084  Phn: (612)412-6619<br>2209  Fax: | Ord: 03/21/2022<br>NPI#: 1285981043<br>LIC#: 124829<br>DEA#: FH3435155<br>SPI: 6680159442006 |

Electronic Rx Eff.Date: 03/21/2022

Patient: Lee, Kevin
DOB: ___/1995   Gender: M
Address:
         Palatka, FL 32177                    Rx#: 209030
Phone: (386)204-3115             Diag: F900
Qty:  60.000  (Sixty)
Days: 30  Refills: 0  PH/TH:  OB   Class: 2
Potency UnitCd: Tablet
Drug: Amphetamine-Dextroamphetamine 30 MG Oral Tablet

Sig:  Take 2 tablets (60 mg) by mouth one time

Signature _____ Date _____

This Prescription Will be Filled Generically Unless
Prescriber Writes "DAW (1)" in the Box          N
                                    Dispense As Written

3/21/2022  7:27 PM   **MessageType:** New Prescription
                                From: 6680159442006
Msg.Id: C05A8799ED1248DA8A15329E1E359E  To: 5716658
Prs. Order Ref: C05A8799ED1248DA8A15329E1E359BD3

Resp.Status: Authentic EPCS Received
Amphetamine-Dextroamphetamine 30 MG Oral Tablet

003572