```
 1   (MEETING, AMANDA FLEMING-SCOTT HOLLINGTON)  3/13/2023
 2   Bates No. 000988 – Ending at 35:45
 3
 4   FLEMING = AMANDA FLEMING
 5   HOLLINGTON = SCOTT HOLLINGTON
 6   BREO = THOMAS BREO
 7   MAST =  JOSEPH MAST
 8   UNKNOWN MALE = UNKNOWN MALE SPEAKER
 9   UNKNOWN FEMALE = UNKNOWN FEMALE SPEAKER
10
11   START TIME: 00:00:30
12
13
14   FLEMING:    Good morning.
15
16   HOLLINGTON:      Hello.  Come on in.
17
18   FLEMING:    Hey, Doc.
19
20   HOLLINGTON:      Hey.
21
22   FLEMING:    Do you remember me?
23
24   HOLLINGTON:      Yeah, I do.
25
26   FLEMING:    You do?
27
28   HOLLINGTON:      I don't remember your name, though.
29
30   FLEMING:    Amanda.
31
32   HOLLINGTON:      Okay.  How are you doing?
33
34   FLEMING:    I brought you some friends.
35
36   HOLLINGTON:      Okay.
37
38   FLEMING:    Do you want to see them?
39
40   HOLLINGTON:      Uh, uh, they -- this is going to be new patients?
41
42   FLEMING:    Yes.
43
44   HOLLINGTON:      Okay.
45
46   FLEMING:    You said referrals, right?
```

1
2    HOLLINGTON:       Yeah, yeah.  That's fine.
3
4    FLEMING:    Okay.  You want them?
5
6    HOLLINGTON:       Um, yeah.  So –
7
8    FLEMING:    I'll tell them to wait.
9
10   HOLLINGTON:       Why don't you all -- why don't you all come in in the office for a
11   second and then I'll –
12
13   FLEMING:    Come on in.
14
15   HOLLINGTON:       Just -- all right.
16
17   BREO:       What's going on, Doc?
18
19   HOLLINGTON:       So look at you. Are you brothers or what?
20
21   BREO:       Kind of.  We hang out in the same places.
22
23   HOLLINGTON:       Yeah?
24
25   MAST:       Same fucked up DNA, yeah.
26
27   HOLLINGTON:       All right.  So, um -- so I -- I can take you one at a time or both at the
28   same time.  It doesn't matter to me.  It's your privacy.  But I probably -- probably would
29   be better off one at a time.
30
31   MAST:       I don't care about privacy.
32
33   HOLLINGTON:       You don't care?
34
35   FLEMING:    I say all four.
36
37   HOLLINGTON:       That fine?  Four?
38
39   FLEMING:    Yeah.  All of us.
40
41   HOLLINGTON:       Oh.  Oh, I see.  Including me.  I'm like, where's the fourth person?
42   Um, there's no fourth person here.  Wait a minute.  Hold on.  No, I am a person.  That's
43   right.  Have -- have a seat, guys.
44
45   UNKNOWN MALE:  All right.
46

1    FLEMING:    I'll stand.
2
3    HOLLINGTON:      All right.
4
5    BREO:        Here, girl, you sit down.
6
7    FLEMING:    That's okay.
8
9    MAST:        Come on.  Sit down.
10
11   HOLLINGTON:      Grab another chair in there.  All right.  So, um -- so I've got -- I've
12   got five things to do with you guys today.  Okay?  I got a paper contract you gotta sign.
13   Okay?
14
15   UNKNOWN MALE: Uh-huh.
16
17   HOLLINGTON:      It doesn't really obligate you to anything at all, but it says stuff like
18   don't sell your drugs.  Right?
19
20   BREO:        Right.
21
22   MAST:        Right, yeah.
23
24   HOLLINGTON:      I mean, I -- that -- that's pretty much a no-brainer.  I mean, you're --
25   you're supposed to be taking the drugs, not selling them.
26
27   BREO:        Right.
28
29   HOLLINGTON:      All right.  Um, the second thing we gotta do is I gotta check your
30   photo ID.  You got a photo ID, you might want to get it out now.  Um, the third thing I
31   gotta do is I gotta do a urine test.  Now, the urine test, obviously you're coming to me for
32   addiction services.
33
34   UNKNOWN MALE: Uh-huh.
35
36   HOLLINGTON:      You might be taking some illegal drugs.
37
38   MAST:        Uh-huh.
39
40   HOLLINGTON:      I don't care.  None of that matters from yesterday.  A lot of patients
41   come to me taking illegal drugs.  But I am required to drug-test you.  So I use a drug
42   test that's not very accurate.  I don't care.  It's going to come positive for some stuff.  I
43   don't care.  Um, but we're -- you have to do it anyway.  Okay?
44
45   UNKNOWN MALE: Yeah.
46

HOLLINGTON:    Don't feel bad about it.  If, in the future, you come positive for stuff, it does matter.  But, you know, not -- it's not the end of the world.  You know, like, you know, you go out with your buddies and you do a little cocaine, and then you come in and you're like, I shouldn't have done that, right.  Okay?  Uh, I'll catch you.

BREO:        All right.

HOLLINGTON:    And uh, I will tell -- I -- we -- we will tell you don't do that again. Okay?  We're not going to kick you out –

MAST:        Alright.

HOLLINGTON:    -- for one time.

HOLLINGTON:    If you consistently fuck up like that, we will have to kick you out.

BREO:        Right.

HOLLINGTON:    Okay?  Just don't do it consistently. And when you do, be honest about it.

BREO:        Right.

HOLLINGTON:    Hey, I fucked up.  I shouldn't have done that.  Right?

BREO:        Yeah.

HOLLINGTON:    We're -- we're an addiction place.  Our -- our job is to try to help you with your addiction.  It is not to kick your ass if you make mistakes.

MAST:        Right.

HOLLINGTON:    Okay? Try not to make mistakes.  It'd be easier if you just, you know –

MAST:        Try.

HOLLINGTON:    -- were able to -- were able to do everything by the book.  All right? So that's the third thing.  The last two things are money.  Uh, cash or credit card?

BREO:        Cash.

HOLLINGTON:    Both of you?

MAST:        Yeah.

HOLLINGTON:       You can't do credit cards?

UNKNOWN MALE: Uh-uh.

HOLLINGTON:       Okay.  In the future are you going to be able to do credit cards?
Can you get a -- get one of those -- one of those prepaid credit cards at the store?

DH/TB/JM talking over each other

UNKNOWN MALE: Yeah.  I can -- yeah.

UNKNOWN MALE: I guess.

UNKNOWN MALE: I could get one (unintelligible).

HOLLINGTON:       Because most of -- most the work is going to be done by a, uh,
nurse practitioner.

UNKNOWN MALE: Okay.

HOLLINGTON:       Okay?  And she's going to call you on the phone, right?

BREO:       And you'll go ahead and give her the number.

HOLLINGTON:       And -- and you want -- and she -- she's going to want to collect from
you.  Today I can do cash.  No problem.

MAST:       Okay.

HOLLINGTON:       Um, but in the future it's going to be uh easier if you have a credit
card and you can pay up.  But that's not going to be, you know -- that's not going to be
this week or -- or, you know it's going to be weeks.  All right?  You've got time.

BREO:       Right.

HOLLINGTON:       All right.  Fifth thing is assigning you a nurse practitioner.

BREO:       Okay.

HOLLINGTON:       Okay.  I gotta figure out –

FLEMING:     Not Molly.

HOLLINGTON:       You -- you didn't like Molly?

FLEMING:     I told them about Molly.

1
2      UNKNOWN MALE: Yeah.
3
4      UNKNOWN MALE: Mhmm.
5
6      HOLLINGTON:        What did she do with you?
7
8      FLEMING:    Um, well, she didn't really do it to me, but to Kevin it was just, like, way too
9      many questions.
10
11     HOLLINGTON:        Oh, on and on and on.
12
13     FLEMING:    Forever and ever.
14
15     HOLLINGTON:        The long, long, long -- yeah.  All right.  All right.  So, um, what meds
16     are you looking for, sir?
17
18     MAST:       Something like Adderall or something like that.
19
20     HOLLINGTON:        Okay.
21
22     MAST:       Yeah.
23
24     HOLLINGTON:        Um, ADHD type med?
25
26     MAST:       Yeah.
27
28     HOLLINGTON:        Right. What -- what street meds are you using?
29
30     MAST:       Uh, well, when I can get that or cocaine and stuff like that.  Yeah.
31
32     HOLLINGTON:        Cocaine, crystal meth?
33
34     MAST:       Yeah.
35
36     HOLLINGTON:        Okay.  Anything else?  Any other prescriptions, meds you think you
37     need?
38
39     MAST:       Uh, no, I can't really think of any, no.
40
41     HOLLINGTON:        Well, so if you're -- if you're like -- if you have high blood pressure, I
42     put you with somebody who also does that.
43
44     MAST:       Uh-huh.
45
46     HOLLINGTON:        If you have, um, depression or anxiety, um, like you need Prozac or

1    something like that, I put you with somebody who -- who does that.
2
3    MAST:        Uh-huh.
4
5    HOLLINGTON:        But if it's just for the Adderall it's -- you know, it's a -- it's -- it's -- so
6    it's just going to be Adderall for you?
7
8    MAST:        Yeah.
9
10   HOLLINGTON:        All right.  Sir?
11
12   BREO:        Either Adderall -- Adderall or, uh, Lorazepam or something like that.
13
14   HOLLINGTON:        Okay.  So anxiety.  Lorazepam is for anxiety. Adderall is for
15   attention deficit.
16
17   BREO:        Yeah.
18
19   HOLLINGTON:        Right?  They're actually opposites.  I'm not saying that I haven't met
20   lots of people who the Adderall helps them calm down.  I have.
21
22   FLEMING:     Uh-huh.
23
24   HOLLINGTON:        It's strange.  Um, I've seen it all the time.  But the government
25   doesn't believe in that.
26
27   BREO:        Right.
28
29   HOLLINGTON:        kay?  Um, so are you suffering more from anxiety or attention
30   deficit?
31
32   BREO:        I don't -- I don't really –
33
34   FLEMING:    Suffer?
35
36   BREO:        -- I don't really suffer from anything.
37
38   HOLLINGTON:        Okay.  So what about street meds?  What are you taking?
39
40   BREO:        Uh, I'll smoke a little weed or, uh, I -- I –
41
42   HOLLINGTON:        Oh, by the way.  We don't care about weed.
43
44   BREO:        Uh-huh.
45
46   HOLLINGTON:        Also smoking tobacco and alcohol.  All three of those, we would

1  prefer you not do them.
2
3  BREO:        Mhmm.
4
5  HOLLINGTON:      Right?
6
7  FLEMING:    Speaking of, can I still vape in here?
8
9  HOLLINGTON:      But we're not gonna -- what's that?
10
11  FLEMING:    Can I still vape in here?
12
13  HOLLINGTON:      Yeah.
14
15  FLEMING:    Thanks.
16
17  HOLLINGTON:      But we're not gonna give you a hard time if you -- if your thing
18  comes positive every month for weed.  We don't care.  I mean, it's -- if you want help
19  quitting smoking, we're glad to help, right?
20
21  BREO:        Right.
22
23  MAST:        Uh-huh.
24
25  HOLLINGTON:      But if you don't want help quitting smoking, you've got other bigger
26  problems to deal with.
27
28  MAST:        Yeah.
29
30  HOLLINGTON:      Okay?  All right.  Um, so marijuana.  What else?
31
32  BREO:        Coke every now and then.
33
34  HOLLINGTON:      Coke.  Okay. So probably the Adderall would be probably the best
35  choice for you.
36
37  BREO:        Okay.
38
39  HOLLINGTON:      Uh, it's the one that's been shown to be most effective in helping
40  people to stop using cocaine.
41
42  BREO:        Okay.
43
44  HOLLINGTON:      It is not FDA approved for that.  Okay?  Just so you know.  Okay?
45  So your nurse practitioner will go through the ADHD crap.  Okay?  With you.  Because
46  we cannot give it to you for cocaine, even though really, that's what we'd be doing.

1
2    BREO:        Right.
3
4    HOLLINGTON:        Okay?
5
6    BREO:        Right.
7
8    HOLLINGTON:        All right.  All right.  So now I gotta figure out who I'm giving -- who --
9    who can I give you to.
10
11   BREO:        Now, a nurse practitioner, is that somebody we've gotta talk to today?
12
13   HOLLINGTON:        Oh, yeah.  Before you get your prescription, you have to start your
14   nurse practitioner. Um –
15
16   BREO:        We can't just do that through you today?
17
18   FLEMING:    Yeah.  How do we just talk to just you?  Sometimes.  At least today.
19
20   HOLLINGTON:        Um, so that's not the way I'm supposed to do -- to work.  Just so
21   you know.  Right?
22
23   FLEMING:    Uh-huh.
24
25   MAST:        Right.
26
27   HOLLINGTON:        I know there are people that I do take care of but –
28
29   BREO:        I just -- I just wanted –
30
31   HOLLINGTON:        -- one of them's on the transplant list for a liver.  You know, that
32   kind of stuff.
33
34   BREO:        Yeah.  I just don't want to go buy it on the street, you know?
35
36   HOLLINGTON:        Yeah.  Yeah.  No, no.  We'll -- we'll -- hopefully the –
37
38   MAST:        Yeah.
39
40   HOLLINGTON:        -- nurse practitioner will get back to you within an hour or two.  Um
41   –
42
43   MAST:        There's some bad drugs going around, you know?
44
45   UNKNOWN MALE: Yeah.  I don't want hit some crazy Fentanyl or something.
46

1  HOLLINGTON:        Uh-huh.  Oh, it's, uh -- let me see.  Let me see.  I might give me
2  both the same person.  No, it won't do that.  Let's split you up.  One of you's going to
3  get, uh, Cassie.  The other one's going to get Rachel.  Do you have any preferences?
4  You don't -- have you –
5
6  UNKNOWN MALE: I don't -- I don't know the –
7
8  HOLLINGTON:        -- heard anything about them?
9
10 UNKNOWN MALE: -- I don't -- we don't know those people.
11
12 HOLLINGTON:        Want to see their faces so you can choose?
13
14 FLEMING:     Uh-huh, yeah.  Yeah.
15
16 HOLLINGTON:        They're both -- they're both, uh -- they're both cute in their own way.
17
18 MAST:        Do you know them?
19
20 FLEMING:     No, but I'd like to choose.
21
22 HOLLINGTON:        Which -- which one did you like?
23
24 FLEMING:     I don't know.  I would like to see their faces, please.
25
26 HOLLINGTON:        You'd like to see their faces.
27
28 FLEMING:     Yes, please.
29
30 HOLLINGTON:        Okay.  Um, so Cassie is McCallister and Pitalla is Rachel.  You
31 guys decide between you which one gets which.  Hello.
32
33 UNKNOWN FEMALE:        Hi, how are you?
34
35 HOLLINGTON:        Good.
36
37 FLEMING:     Pick a different one.
38
39 HOLLINGTON:        What do you need.
40
41 BREO:        Doesn't really matter.  I'm a –
42
43 UNKNOWN FEMALE:        (Unintelligible) I think I talked to you earlier.
44
45 HOLLINGTON:        Oh, okay.
46

1  BREO:        I like them both.
2
3  HOLLINGTON:        A lot of people just come in for drug screening and (unintelligible).
4
5  FLEMING:    Ask for Anna.
6
7  HOLLINGTON:        It depends on the (unintelligible).
8
9  UNKNOWN FEMALE:        No.
10
11  BREO:        Why?
12
13  FLEMING:    She -- she looks really smart.
14
15  BREO:        Oh.
16
17  MAST:        (Whispering) They don't have anything here.
18
19  FLEMING:    Doesn't even have their first name so how are you supposed to know
20  which one's which?
21
22  MAST:        I'm going to ask for Hazelwood.
23
24  UNKNOWN MALE:  (Unintelligible).
25
26  HOLLINGTON:        Now, the two blondes, I know you caught -- you -- you noticed
27  those.
28
29  FLEMING:    Top center.
30
31  HOLLINGTON:        Um, the two blondes are actually identical twins.  Okay?  Um and
32  uh they're –
33
34  BREO:        They're fine.
35
36  HOLLINGTON:        -- they're -- they're -- they're the -- wait till you -- you wish you could
37  see them in person.  But the thing is is that Ann – uh, um, Alexandra is not so -- is -- is
38  okay.  They're -- they're -- they're all good.  I mean, I love all these people.
39
40  UNKNOWN MALE:  Uh-huh.
41
42  HOLLINGTON:        But Anastasia's a Nazi.  Okay?  I love her but she is a Nazi.  Um,
43  so -- and she's really difficult to deal with if -- if you're, you know -- she's -- she -- she's
44  tough.  So some people who are just really, you know, not even trying –
45
46  UNKNOWN MALE:  Uh-huh.

1
2   HOLLINGTON:        -- and I give them to Anastasia and she shapes them up.  All right?
3   Um, but for -- for -- for you two you probably don't want Anastasia.  All right.  So, um,
4   the third page is the one you have to sign.  All right?  And you have to sign, uh print
5   your name and, um, uh, also put today's date on it.  Now, if you look on this, this is my
6   web page, right?
7
8   UNKNOWN MALE: Uh-huh.
9
10  HOLLINGTON:        If you go here and you -- look, Patient, right here, um, it says uh
11  PDF right there.
12
13  UNKNOWN MALE: Uh-huh.
14
15  HOLLINGTON:        That's what you're signing.  Okay?
16
17  UNKNOWN MALE: Uh-huh.
18
19  HOLLINGTON:        So if you want to go online and read this later, you know, so you
20  know what you signed, there you go.
21
22  UNKNOWN MALE: Uh-huh.
23
24  HOLLINGTON:        Right?  Don't panic.  You don't have to memorize it today.  All right.
25  Let me through here.
26
27  MAST:        Sorry.
28
29  HOLLINGTON:        I forgot some stuff.
30
31  FLEMING:    Popular guy.
32
33  UNKNOWN MALE: Uh-huh.
34
35  FLEMING:    All is well.
36
37  MAST:        Oh, okay.
38
39  HOLLINGTON:        Okay.  You're going to have to sign this.  It doesn't obligate you to
40  anything.
41
42  UNKNOWN FEMALE:        Yes, sir.
43
44  HOLLINGTON:        Um, you can look it up online and read it later.  It's under the
45  Patient on my website under Patient Contract.  Uh, there's no obligation. (Unintelligible).
46

```
 1   UNKNOWN FEMALE:       Okay.
 2
 3   HOLLINGTON:       Okay?  All right.  Um, (unintelligible).
 4
 5   UNKNOWN FEMALE:       (Unintelligible).
 6
 7   HOLLINGTON:       If you (unintelligible).  Okay.  Um, that's a pregnancy test.
 8
 9   UNKNOWN FEMALE:       Oh, cool.
10
11   HOLLINGTON:       Okay?  Um, I'm not going to test these guys for pregnancy.  Just
12   (unintelligible).
13
14   UNKNOWN FEMALE:       You're not testing me?
15
16   HOLLINGTON:       No.  I'm not -- I'm testing you.  I'm not testing them.
17
18   UNKNOWN FEMALE:       Oh, good.  Good.
19
20   BREO:       I promise I won't be pregnant.
21
22   UNKNOWN FEMALE:       That might -- yeah, that might be scary.
23
24   HOLLINGTON:       I know -- I know it feels like discrimination, guys.  And I'm sorry
25   about that.
26
27   BREO:       Man.
28
29   HOLLINGTON:       But you know, it is -- it -- it is a -- it is how it is.  All right.  So this --
30   this one's for you, too.  All right?
31
32   UNKNOWN FEMALE:       Thank you.
33
34   UNKNOWN MALE: (Whispering).  He's got some Jack Daniels back here.
35
36   HOLLINGTON:       I'll tell you how to take them.  If you don't know what you're doing,
37   don't -- don't take -- don't do it yet.  Okay?
38
39   UNKNOWN FEMALE:       Okay.
40
41   HOLLINGTON:       All right.  Let's see.  Um, that one's for you.  That one's for you.
42   That one's for you.  All right.  I'm going to open this one.  So here's -- here you go.
43   Open it -- the package.
44
45   BREO:       Which one?
46
```

1  HOLLINGTON:      It doesn't matter.  Uh pull the thing out.  Okay.  So now, you've got
2  a cap on there.  Okay?  You pull the cap off.
3
4  UNKNOWN MALE: Uh-huh.
5
6  HOLLINGTON:      Okay?  Pull the cap off.  You've got a big one and a small one.
7  Each of you are going to have a big one and small.  Pull the cap off.  It's hard to get off.
8  You can get it off.
9
10  FLEMING:    That's not -- they look different.
11
12  HOLLINGTON:      All right.  So, now what you're gonna do is you're gonna dip it in the
13  urine that far, up to that black line.  You've got the same black line there.  Okay?
14
15  UNKNOWN MALE: Uh-huh.
16
17  HOLLINGTON:      Ten to 15 seconds.  You're going to put the cap back on.
18
19  UNKNOWN MALE: Uh-huh.
20
21  HOLLINGTON:      Okay?  You don't have to put the cap back on.  It's a courtesy thing.
22
23  UNKNOWN MALE: Uh-huh.
24
25  HOLLINGTON:      All right.  That's for you. And then you're going to, uh, stick it into
26  the envelope.  Okay?
27
28  MAST:      And what is the -- what is this one for?
29
30  HOLLINGTON:      You got it?
31
32  UNKNOWN MALE: Uh-huh.
33
34  HOLLINGTON:      They're both -- they're drug tests.  They're all drug tests.
35
36  MAST:      Oh, I got a -- oh, okay.
37
38  HOLLINGTON:      Yeah.  All right.  So before you go, uh, I need you to put your --
39  print your name and your phone number on the envelope.  And the drug test goes into
40  the envelope.  Okay?
41
42  UNKNOWN MALE: All right.
43
44  BREO:      We put both sticks in there?
45
46  HOLLINGTON:      What's that?

1
2    BREO:        Both sticks go in there?
3
4    HOLLINGTON:      Yeah, yeah.  They'll fit.  Okay.  So you take the cap off.
5
6    UNKNOWN MALE: (Whispering). (Unintelligible).
7
8    FLEMING:    Uh-huh.
9
10   HOLLINGTON:      Stick it in the urine that far.
11
12   UNKNOWN FEMALE:      Uh-huh.
13
14   HOLLINGTON:      Ten, 15 seconds.
15
16   UNKNOWN FEMALE:      And then put –
17
18   FLEMING:    I just ran it under the sink.
19
20   UNKNOWN MALE: That's what I'm going to do.
21
22   HOLLINGTON:      You don't have to recap it.  It's just a courtesy.
23
24   FLEMING:    Yeah.
25
26   UNKNOWN FEMALE:      Okay.
27
28   HOLLINGTON:      And then, uh, they're all the same.  Dip it in the urine 10 to 15
29   seconds and recap it.  This one -- this one's the same.  Um, but it's a little bit -- the
30   package (unintelligible).  Um, one of you guys should get busy.
31
32   BREO:        Well, where is the toilet?
33
34   FLEMING:    Damn. It's around the corner on the left.
35
36   BREO:        Okay.  We need the cup?
37
38   HOLLINGTON:      All right.  Why don't you wait for her to go first?
39
40   MAST:       I'm going to take that in there with me.
41
42   FLEMING:    Oh, thanks.
43
44   BREO:        Where's it at?
45
46   HOLLINGTON:      Back corner.

1
2    UNKNOWN MALE: I guess I can (unintelligible).
3
4    HOLLINGTON:      You grab the pink side.
5
6    FLEMING:    Oh, you need your cup and your envelope.
7
8    HOLLINGTON:      Dip it in the toilet 10, 15 seconds.  It goes in the envelope.  Now, it
9    doesn't have –
10
11   BREO:      Sure you don't want to come with me?
12
13   HOLLINGTON:      -- doesn't even have (unintelligible).
14
15   MAST:      I could hold it for you.
16
17   HOLLINGTON:      Okay?  So (unintelligible).
18
19   MAST:      I didn't bring my microscope, though.
20
21   HOLLINGTON:      If these are positive, it'll give you one line.  Negative, you get two.
22
23   UNKNOWN MALE: When he (unintelligible) dip it in there, then you gotta put these in
24   the envelope?
25
26   HOLLINGTON:      This one, positive, you get two lines.  Negative, you get one.
27
28   UNKNOWN FEMALE:      Right.
29
30   FLEMING:    Uh-huh.
31
32   HOLLINGTON:      Don't -- don't freak out.
33
34   UNKNOWN FEMALE:      Okay.
35
36   HOLLINGTON:      Okay?  This one's backwards.
37
38   UNKNOWN FEMALE:      But they all are instant, right?
39
40   MAST:      (Whispering).  So we gotta bring the sample back?
41
42   HOLLINGTON:      Uh, you know, instant is –
43
44   FLEMING:    Yeah.  Uh, no.  You can throw the cup away when you're done.
45
46   HOLLINGTON:      -- yeah, you dip it in the urine 10, 15 seconds, take it out.

1
2    FLEMING:    I brought it out.  I put the –
3
4    HOLLINGTON:        And within a minute.
5
6    UNKNOWN FEMALE:        Okay.
7
8    FLEMING:    -- I put my –
9
10   HOLLINGTON:        Cool.
11
12   UNKNOWN FEMALE:        Okay.
13
14   FLEMING:    -- I ran -- I dipped in under water, stuck that in here.
15
16   UNKNOWN MALE:  Uh-huh.
17
18   HOLLINGTON:        All right.
19
20   FLEMING:    And then I stuck this in a wet cup.
21
22   MAST:        Uh-huh.
23
24   FLEMING:    And then I put it on the counter out there for him.
25
26   MAST:        Uh-huh.
27
28   HOLLINGTON:        So with this, you print your name here.
29
30   UNKNOWN FEMALE:        Yeah.
31
32   FLEMING:    And I ran a little water over this, too.  Just, you know –
33
34   HOLLINGTON:        Sign your name and put the date on that one.
35
36   UNKNOWN FEMALE:        Yeah.
37
38   HOLLINGTON:        All right?  I'm also going to need a photo ID.
39
40   FLEMING:    He just grab it with his bare hands.
41
42   HOLLINGTON:        All right.  So as soon as, uh -- as soon as your brother from another
43   mother comes back, you gotta go pee.  All right.  I need the date, today's date up there.
44
45   MAST:        Uh-huh.  Oh.
46

1    HOLLINGTON:        And put your -- throw your photo ID on there, too.
2
3    MAST:        What's today's date?
4
5    FLEMING:    Um –
6
7    MAST:        5th?
8
9    FLEMING:    -- 4th.  What's today –
10
11   HOLLINGTON:        4th.
12
13   FLEMING:    4th?
14
15   HOLLINGTON:        4th.  4/4.  Oh, he got it right.  Look at that.  See how that is?  See?
16   Um –
17
18   MAST:        (Whispering).  He's got a bottle of Jack Daniels back there.
19
20   FLEMING:    Uh-huh.  I seen it.
21
22   MAST:        (Whispering). (Unintelligible).
23
24   FLEMING:    I know.
25
26   HOLLINGTON:        Okay.  Who have you got?  Who gets who?
27
28   FLEMING:    Who's that?
29
30   HOLLINGTON:        Duh.  I don't think we came up with a decision.
31
32   FLEMING:    Yeah.  The first names were on there.
33
34   MAST:        We kind of like the top one.
35
36   HOLLINGTON:        All right.  Well, you're here so you decide.
37
38   MAST:        All right.  Well, I'll take the first one.
39
40   HOLLINGTON:        The one that's up in the upper right-hand corner?
41
42   MAST:        I guess so.
43
44   HOLLINGTON:        The one that looks prettier and younger?  I see how that is.  All
45   right.  Um, that's Cassie.  Okay.  I have three cards the -- there for you.
46

1    MAST:        All right.
2
3    HOLLINGTON:        One is your nurse -- nurse practitioner, Cassie.  One is Jackie,
4    Jackie Gowans.
5
6    MAST:        Uh-huh.
7
8    HOLLINGTON:        She's our -- our counselor.  And one is me.
9
10    MAST:        Uh-huh.
11
12    HOLLINGTON:        I'm the fall-back.  When anything else goes wrong and no one's
13    going to help you, I'll help you.  Okay?
14
15    MAST:        All right.
16
17    HOLLINGTON:        All right.  Hopefully you won't have to fall back to me.
18
19    MAST:        Okay.
20
21    HOLLINGTON:        But, you know, it happens.
22
23    MAST:        Okay.
24
25    HOLLINGTON:        Okay?  Um, what else?  Oh, money.  Give me money.
26
27    MAST:        Oh.  What's the dollar amount?
28
29    HOLLINGTON:        It's 125.  It's a monthly charge.  Okay?
30
31    MAST:        Uh-huh.
32
33    HOLLINGTON:        You're going to get a visit today.
34
35    MAST:        Uh-huh.
36
37    HOLLINGTON:        If something goes wrong and -- or next week or whatever you need
38    to -- need anything –
39
40    MAST:        Uh-huh.
41
42    HOLLINGTON:        -- there's no charge for the, uh -- within the same calendar month.
43
44    FLEMING:    Ooh.
45
46    MAST:        Okay.

1
2      HOLLINGTON:       Okay?  Now, every month you're going to get charged.  So you
3      have to -- so you have to come in every month.
4
5      MAST:        Uh-huh.
6
7      HOLLINGTON:       Okay?
8
9      MAST:        Uh-huh.
10
11     HOLLINGTON:       Um, but it's only when you know charge a month.  Okay?  125.  All
12     right?  Now, counseling, uh, is an extra 20 bucks.  But you can do that as often or as
13     infrequently as you like.  That's the only up charge.
14
15     MAST:        Uh-huh.
16
17     HOLLINGTON:       Okay?  So it's 125 a calendar month.  That's how it works.  All right.
18     Um –
19
20     MAST:        So I owe you $125?
21
22     HOLLINGTON:       Today, yeah.
23
24     MAST:        Okay.
25
26     BREO:        Is that what we owe?
27
28     MAST:        You don't -- you don't have anything smaller, do you?
29
30     HOLLINGTON:       I got some change if you need it.
31
32     MAST:        Oh, okay.
33
34     BREO:        All I have is 20s.
35
36     HOLLINGTON:       Um, all right.  So first of all, your name is, uh –
37
38     MAST:        Joe.
39
40     HOLLINGTON:       -- Joe.  Not Joseph?  Joe?
41
42     MAST:        I go by Joe.
43
44     HOLLINGTON:       Yeah.  Well legally though you're a Joseph, right?
45
46     MAST:        Right.  Correct.

1
2    HOLLINGTON:        All right.
3
4    HOLLINGTON:        J-O-S-E-P-H.
5
6    MAST:        Yeah.
7
8    HOLLINGTON:        And your last name's simple, too.  What was that?
9
10   MAST:        Mast.
11
12   HOLLINGTON:        Mast?
13
14   MAST:        Yeah.
15
16   FLEMING:     Mast?
17
18   MAST:        Yeah.
19
20   HOLLINGTON:        Yeah, like the thing on a boat?
21
22   MAST:        Right.
23
24   FLEMING:     Who knows what that is?
25
26   HOLLINGTON:        You -- you ever go sailing?
27
28   FLEMING:     No.
29
30   MAST:        When I was a kid.
31
32   HOLLINGTON:        I'm -- I'm -- I love sailing.
33
34   MAST:        Yeah?
35
36   HOLLINGTON:        But now I'm old so it's not as much fun as it used to be.  All right.
37   Uh, what year were you born?
38
39   MAST:                        '72.
40
41   HOLLINGTON:        '72.                , right?
42
43   MAST:        Yeah.
44
45   HOLLINGTON:        Okay.
46

1   FLEMING:     Sorry.  Here's your phone.
2
3   HOLLINGTON:     All right.  How much -- what -- what do you need change wise?
4
5   UNKNOWN MALE: I got $150 there.
6
7   HOLLINGTON:     All right.
8
9   UNKNOWN MALE: I got -- give me $5.  Make ya holler.
10
11  HOLLINGTON:     There you go, sweetie pie.  All right.  Give me the money.
12
13  UNKNOWN MALE: Yeah.
14
15  HOLLINGTON:     (Unintelligible).
16
17  FLEMING:     So if you don't get charged extra in the same calendar month, then am I
18  able to ask you for another prescription?
19
20  HOLLINGTON:     Yeah.  You can -- you can ask for whatever you want.
21
22  FLEMING:     With no extra 125?
23
24  HOLLINGTON:     What's that?
25
26  FLEMING:     With not an extra 125?
27
28  HOLLINGTON:     No.  No.  As long as it's -- it -- there -- it's pretty irrelevant how
29  many times you visit.  You -- because, I mean, you're going to get charged every month
30  whether you come or not.  So if you -- if you try to skip months, you don't make any --
31  you don't save any money.
32
33  FLEMING:     Right.
34
35  HOLLINGTON:     And if you, uh, have to come more often –
36
37  FLEMING:     So I could come every day?
38
39  UNKNOWN MALE: (Unintelligible).
40
41  HOLLINGTON:     -- it doesn't cost you any extra.  That's the idea behind it is if you --
42  we want you to come and be -- get seen if you need to be seen.
43
44  FLEMING:     Thanks.  I need to be seen.
45
46  HOLLINGTON:     All right.

1
2    FLEMING:    Did you piss already?
3
4    MAST:       No.  I think that chick went in there.
5
6    HOLLINGTON:      He -- he did.
7
8    FLEMING:    Oh.
9
10   BREO:       There's a gal in there, apparently.
11
12   HOLLINGTON:      She was -- she was pretty anxious to pee.  So -- all right.  Uh, so
13   you got um Rachel.  That's who we gave you to.  Okay?
14
15   BREO:       Okay.
16
17   HOLLINGTON:      All right.
18
19   FLEMING:    It was choosen for you.
20
21   BREO:       Okay.
22
23   HOLLINGTON:      There he is. Now do you need change?
24
25   BREO:       $5.
26
27   MAST:       (unintelligible) taking too long
28
29   BREO:       She's probably taking a shit.
30
31   HOLLINGTON:      Excellent.
32
33   BREO:       I didn't think she'd be in there rubbing one out.
34
35   FLEMING:    You guys are embarrassing.
36
37   UNKNOWN MALE: Gonna take a while.
38
39   FLEMING:    You're embarrassing me.
40
41   HOLLINGTON:      It's okay.
42
43   FLEMING:    Well, I thought I brought you some gentlemen.
44
45   HOLLINGTON:      Well, all three people -- all three of the other people in this room are
46   men so we -- we have a -- we have an understanding.

```
 1
 2    FLEMING:    Okay.
 3
 4    HOLLINGTON:     Women don't -- there's certain things that women don't say.  And
 5    men are like, Yeah.  We don't have those limitations.
 6
 7    HOLLINGTON:     All right.
 8
 9    BREO:       Oh.
10
11    MAST:       Yeah.
12
13    BREO:       That's a good sign.
14
15    FLEMING:    Is she flushing twice?
16
17    HOLLINGTON:     All right.  So, um, uh your first name, sir?
18
19    BREO:       Thomas.
20
21    HOLLINGTON:     Good name.
22
23    BREO:       Thank you.
24
25    HOLLINGTON:     That's my, uh, mom's family name.  And also my oldest son's
26    middle name.
27
28    UNKNOWN MALE: Nice.
29
30    HOLLINGTON:     Uh, last name?
31
32    BREO:       B-R-E-O.  Breo.
33
34    HOLLINGTON:     That's French, right?
35
36    BREO:       German.
37
38    HOLLINGTON:     German?
39
40    BREO:       Close.
41
42    HOLLINGTON:     Yeah.  You look more German than you look French.
43
44    BREO:       Same -- same continent.
45
46    HOLLINGTON:     Breo.  Ooh.
```

1
2  UNKNOWN FEMALE:        One line on the pregnancy test means what?
3
4  MAST:        Pregnant.
5
6  UNKNOWN FEMALE:        No, it doesn't.
7
8  HOLLINGTON:        One line means not pregnant.
9
10  UNKNOWN FEMALE:        Okay, good.
11
12  FLEMING:    He's so horrible.
13
14  HOLLINGTON:        Don't freak out.
15
16  FLEMING:    You're gonna make her take an actual shit.
17
18  HOLLINGTON:        All right.  Uh, date of birth?
19
20  BREO:        11/26/76.
21
22  HOLLINGTON:        '76.
23
24  MAST:        Old.
25
26  BREO:        Yeah.
27
28  HOLLINGTON:        November.  Uh, you say what?  26?
29
30  BREO:        Yeah.
31
32  HOLLINGTON:        Okay.  There we go.
33
34  FLEMING:    I know.  They're pretty gnarly.
35
36  BREO:        Dangly..
37
38  FLEMING:    I know.  Pretty bad.  Now you can't see all the dirt under them.
39
40  BREO:        I know.  You need to wash them every now and then.
41
42  FLEMING:    I know.  I don't like to do that.  Where's your shoes, Doc?
43
44  HOLLINGTON:        Over there.
45
46  FLEMING:    Oh.  Living the dream.

1
2  HOLLINGTON:    Yeah.  Well, it's my company.  There's very few things that I -- that I
3  actually get to do that I -- one of them is that.  I don't have to wear shoes.
4
5  FLEMING:    That's nice.
6
7  BREO:    Uh-huh.
8
9  FLEMING:    Pays to be a doctor.
10
11 HOLLINGTON:    All right.  So, um, where are we at?  ID.  Photo ID from you.
12
13 BREO:    I just put it away.
14
15 HOLLINGTON:    All right.  Put it right there.  Well –
16
17 FLEMING:    You can't lean into it.
18
19 HOLLINGTON:    And she goes -- and she -- he's got Cassie.
20
21 FLEMING:    It's right -- oh, it's right under.
22
23 HOLLINGTON:    Damn.
24
25 FLEMING:    Your -- your hair is at –
26
27 BREO:    Always wanted to be 6 foot.
28
29 FLEMING:    Well, too bad.
30
31 HOLLINGTON:    Really?
32
33 BREO:    I'm 5, 11.
34
35 HOLLINGTON:    Yeah.  You look like -- you look like 6 foot so –
36
37 BREO:    I wish.
38
39 HOLLINGTON:    Yeah.  That's what matters, right?
40
41 BREO:    Maybe when I wear my boots.
42
43 HOLLINGTON:    You -- you ride?
44
45 BREO:    Yep.
46

1    HOLLINGTON:        What do you ride?
2
3    BREO:         Uh, I had a Harley, and then I had -- went to a Kawasaki, and then I came
4    back to a Harley and –
5
6    HOLLINGTON:        I like -- I like the Kawi [phonetic] better.  I'm sorry.  I -- I -- I don't
7    know what it is.  I -- I love Harleys.  I love the fact that they're -- they're all metal.
8
9    BREO:         Yeah.
10
11   HOLLINGTON:        But they're not even all metal anymore.
12
13   BREO:         Yeah.
14
15   HOLLINGTON:        They put (unintelligible) plastic on it.  Like, what's the point?  Might
16   as well have a Jap bike.  No, but growing up I -- I couldn't afford the Harley so I -- I -- I --
17   I mostly had Hondas.  But I had one Kawi for a little while.  God, it was a good bike.
18
19   BREO:         Yeah?
20
21   HOLLINGTON:        Yeah.  I loved that machine.  Those Hondas almost killed me, man.
22   So many times.  They're not  -- they're not great.
23
24   BREO:         Well you like those speedy bikes.
25
26   HOLLINGTON:        Yeah.  But -- when I was -- when I was young, yeah.
27
28   UNKNOWN MALE: Yeah.
29
30   HOLLINGTON:        The last motorcycle I had was a Yamaha 18 horsepower.  And it
31   didn't bother me at all.
32
33   BREO:         Yeah?
34
35   HOLLINGTON:        I was fine with that, you know?
36
37   BREO:         Yeah.
38
39   HOLLINGTON:        Because, you know, I -- I'm old.  I don't -- I don't need -- I mean, it
40   still went 80, you know?
41
42   BREO:         Mhmm.
43
44   HOLLINGTON:        You know, who -- who cares?
45
46   BREO:         Yeah.

```
 1
 2   MAST:        Sure.
 3
 4   HOLLINGTON:      I just -- it was -- its zero to 60 time was, you know, more than three
 5   seconds.  Oh, my God.  I had one machine that its zero to 60 time was so fast.  It was
 6   like -- it was insane.  I mean, you just literally just held on, and it did -- you know, it was -
 7   - the -- the thing that really -- you know, you seen the guys weave in between cars on
 8   their –
 9
10   BREO:        Mhmm.
11
12   HOLLINGTON:      -- motorcycles and you think –
13
14   BREO:        Mhmm.
15
16   HOLLINGTON:      -- how insane that is?  They're crazy.  They're going to kill
17   themselves?
18
19   BREO:        Right.
20
21   HOLLINGTON:      I'm on that motorcycle and I pull on the accelerator, and it's like all
22   of a sudden all the cars just stopped.  They were, like, not moving anymore.  You know?
23   Like, I could just go right around them.
24
25   BREO:        And you can get back out.
26
27   HOLLINGTON:      It was like that.  It was like a -- one like –
28
29   BREO:        Yep.
30
31   MAST:        Oh.
32
33   HOLLINGTON:      Yeah.
34
35   MAST:        That's the thing about riding around in the city is like, you know, why --
36   why does everybody gotta go so damn slow?
37
38   HOLLINGTON:      Right.  Right.
39
40   BREO:        Uh-huh.
41
42   HOLLINGTON:      That's true.  It's true.  I took it out -- I took it out in the Everglades
43   once.  And, uh, I took it up to 120.  And I'm driving down the road in the Everglades.  I'm
44   like, It'll go faster.  125.  130.  135.  140.  And I'm like, You know, what if a deer ran out
45   in front of me?
46
```

1    BREO:          It'd be a bad day.
2
3    HOLLINGTON:        I'm like, I'd better slow down.  And -- and I'm like, Well, just, you
4    know -- could I dodge it here?  And I turned the steering wheel a little bit.  Nothing
5    happened.
6
7    MAST:          Mhmm.
8
9    BREO:          Uh-uh.
10
11   HOLLINGTON:        Not a thing.  Right?
12
13   MAST:          Uh-uh.
14
15   HOLLINGTON:        So I'm like, Okay.  I'm slowing down.
16
17   UNKNOWN MALE: Uh-huh.
18
19   HOLLINGTON:        But that was the fastest I ever went. I never went over 140.  140's
20   stupid, stupid fast.
21
22   BREO:          Yeah.  That's about -- yeah.
23
24   HOLLINGTON:        I would tell my children, Don't do that.  Right?
25
26   BREO:          Yeah.
27
28   HOLLINGTON:        Don't do that.  It's -- it's not safe.
29
30   BREO:          They're going to find pieces if you go down.
31
32   HOLLINGTON:        What was it?  Uh, the Allman Brothers.  Gregg Allman, I think, was
33   decapitated on his motorcycle.  I think that was the story.
34
35   BREO:          Wow.
36
37   HOLLINGTON:        He was on his bike going really fast.  Cap.  I met one guy in Alaska.
38   He said he -- he hit a deer.
39
40   BREO:          Mhmm.
41
42   HOLLINGTON:        At that speed on a bike he said he went right through.
43
44   FLEMING:    Hmm.
45
46   BREO:          Just cut it in half?

1
2    HOLLINGTON:        He just went right through.
3
4    BREO:        Ooh.
5
6    MAST:        Oh. Well, there's a -- I was listening to the radio a while back about some
7    poor fucker that hit a bear out in the forest here.
8
9    HOLLINGTON:        Ooh.
10
11   MAST:        A black bear.
12
13   HOLLINGTON:        A -- a bear would be bad.
14
15   MAST:        He didn't -- he didn't survive the crash.
16
17   HOLLINGTON:        Yeah.  Yeah.  Well, I was surprised that the guy survived hitting a --
18   he was a -- he said it was a big dresser Harley with, uh -- with the fairings and
19   everything.
20
21   MAST:        Mhmm.
22
23   HOLLINGTON:        So -- 'cause, yeah, the pieces would just cut the shit out of you.
24
25   UNKNOWN MALE: Mhmm, uh, uh, uh.
26
27   FLEMING:    I feel like that would be a blood bath.
28
29   MAST:        Yeah.
30
31   FLEMING:    Just ripping through an animal.
32
33   HOLLINGTON:        Oh, my God, yeah.
34
35   UNKNOWN MALE: Mmm.
36
37   FLEMING:    Covered in shit.
38
39   HOLLINGTON:        I got -- I myself was on a motorcycle once and I got in a locust
40   storm.
41
42   MAST:        Ooh.
43
44   FLEMING:    Ew.
45
46   BREO:        I'll bet that hurt, too.

1
2  HOLLINGTON:      Oh, it was.
3
4  UNKNOWN MALE:  (Unintelligible) hurts.
5
6  HOLLINGTON:      Fortunately, I had full face.  I had a full-face helmet.  Um and I was,
7  you know, dressed in leathers and I had the leather gloves on, thank God.
8
9  BREO:        Mhmm.
10
11  HOLLINGTON:      Um but it still hurt pretty good -- I mean, you –
12
13  MAST:       Ain't them fucking things down there, like, that big?
14
15  BREO:       Yeah.
16
17  HOLLINGTON:      Oh, yeah.  And they –
18
19  FLEMING:    And they're loud.
20
21  HOLLINGTON:      And it -- well, I wasn't going that fast. I mean, I slowed down
22  because -- it was weird as hell. There were so many of them.  And they hit my legs and
23  there was just guts flowing down my legs.
24
25  BREO:        Uh, God.
26
27  HOLLINGTON:      And it was disgusting.
28
29  UNKNOWN MALE:  Yeah.
30
31  HOLLINGTON:      Fortunately I had a -- it wasn't -- it wasn't a -- it wasn't very faired,
32  but it -- it had some protection.  And I'm down on this -- and the guts were coming in my
33  mouth.  Oh.
34
35  BREO:        Oh.
36
37  HOLLINGTON:      It was so disgusting.
38
39  MAST:       I bet.
40
41  FLEMING:    I think I would stop riding.
42
43  BREO:        Oh God.
44
45  FLEMING:    Like, I would just wait for that to be gone.
46

1  HOLLINGTON:      Um, what did I do?  Did I throw your envelopes away?
2  MAST:      Oh, yeah.
3
4  HOLLINGTON:      Here, give me your phone number.  Yours.
5
6  BREO:                        .
7
8  HOLLINGTON:      3575?
9
10 BREO:      2575.
11
12 HOLLINGTON:      2575.                    ?
13
14 BREO:      Correct.
15
16 HOLLINGTON:      All right.  I was supposed to put that in there.  All right.  What did I
17 do?  I got distracted.
18
19 MAST:      Oh, yeah.
20
21 HOLLINGTON:      Talk -- talking about bikes.  What can you say?
22
23 UNKNOWN MALE: Shoddy thing, yeah.
24
25 HOLLINGTON:      Oh, man.
26
27 UNKNOWN MALE:  (Unintelligible).
28
29 UNKNOWN FEMALE:      (Unintelligible).
30
31 UNKNOWN MALE: Oh.
32
33 UNKNOWN FEMALE:      (Unintelligible).
34
35 HOLLINGTON:      All right.  So uh what's going to happen now is they're going to call
36 you.  Um, and they're going to uh do your appointment over the phone.  Um and uh
37 that's it.
38
39 MAST:      Okay.
40
41 HOLLINGTON:      Okay?
42
43 HOLLINGTON:      If you have any problems or any -- any, uh, issues, that's my card.
44
45 BREO:      Okay.
46

1  HOLLINGTON:    Okay?  That's you.
2
3  BREO:    Yeah.  Oh.
4
5  HOLLINGTON:    Um, this is also you.  Okay.
6
7  MAST:    And when should we expect the phone call?
8
9  HOLLINGTON:    I would say in the next couple hours.  Uh if they don't get back to
10  you by tomorrow at noon, uh get ahold -- text me.  Okay?
11
12  MAST:    Okay.  All right.
13
14  HOLLINGTON:    All right.  Thanks -- thanks for coming in, guys.  You're all set.
15
16  BREO:    Yes, sir.
17
18  FLEMING:    So am I supposed to come back some other time?
19
20  HOLLINGTON:    Oh, you -- you need something?  What do you need?  Do you want
21  -- do you want them outside the door?
22
23  BREO:    We can wait outside if you want.
24
25  FLEMING:    Oh, I don't give a shit. Y'all be in here.
26
27  MAST:    Okay.
28
29  HOLLINGTON:    What do you need?
30
31  FLEMING:    Um, I was wondering if you prescribed Xanax?
32
33  HOLLINGTON:    Xanax?
34
35  FLEMING:    Uh-huh.
36
37  HOLLINGTON:    We don't.
38
39  FLEMING:    You do -- don't ever? ,
40
41  HOLLINGTON:    Don't ever.  Um –
42
43  FLEMING:    Do you have anything like that?
44
45  HOLLINGTON:    Uh, so who's your nurse practitioner?
46

1   FLEMING:    I don't have one.  I don't have one.
2
3   HOLLINGTON:    All right.  Um, say your name.
4
5   FLEMING:    Amanda Fleming.
6
7   HOLLINGTON:    Fleming.
8
9   FLEMING:    With one M.  I also don't have a phone that works.
10
11  HOLLINGTON:    You are -- you're right.  You don't have one.  Okay um –
12
13  FLEMING:    I see you're a busy guy.  I can come back unless we can just knock it out.
14
15  HOLLINGTON:    It won't take me a minute.
16
17  FLEMING:    Okay.
18
19  HOLLINGTON:    It is busy, though, tonight.
20
21  MAST:    Puffing away on that fucking thing makes me want to have a smoke.
22
23  FLEMING:    You want some of this?
24
25  MAST:    Yeah.
26
27  FLEMING:    It's fruity.
28
29  MAST:    Yeah?  Fruity?
30
31  FLEMING:    Yeah.  Yeah.  Like in a -- in a manly way.
32
33  HOLLINGTON:    (Unintelligible).
34
35  MAST:    How does it fucking work?  Just draw on?
36
37  FLEMING:    You just –
38
39  HOLLINGTON:    (Unintelligible) your cup in there.
40
41  FLEMING:    -- yeah, just draw on it, like, a little bit.  Take a half puff.  You can take a
42  harder one.
43
44  MAST:    Oh, not bad.
45
46  FLEMING:    Do you –

```
 1
 2    HOLLINGTON:      All right.  Um, any allergies to any medications?
 3
 4    FLEMING:    No.
 5
 6    HOLLINGTON:      Um…
 7
 8    MAST:       It's kind of like a –
 9
10    FLEMING:    It's like a cool drink of water.
11
12    MAST:       Yeah.
13
14    FLEMING:    Want some Gatorade?
15
16    HOLLINGTON:      Okay.  So, um, have you ever taken, uh –
17
18    FLEMING:    Oh, God.  Meth?
19
20    HOLLINGTON:      No.
21
22    FLEMING:    Oh.
23
24    HOLLINGTON:      Um Lorazepam also known as Ativan.
25
26    FLEMING:    Uh-huh.
27
28    HOLLINGTON:      Klonopin, also known as Clonazepam.  And Valium also known as
29    Diazepam.  You take any of those?
30
31    FLEMING:    Valium, yes.
32
33    HOLLINGTON:      Which one?  Which one of those threes do you like the best?
34
35    MAST:       You want the Valium.
36
37    FLEMING:    Yeah.
38
39    HOLLINGTON:      You like the Valium?
40
41    FLEMING:    Well, you know, it works.  You know what I'm saying?
42
43    HOLLINGTON:      Okay.  Um, I'll give you 5 milligrams once a day.  Okay?
44    (Unintelligible background talking)
45
46    FLEMING:    Yeah.
```

1
2    HOLLINGTON:       And let's see how that works.  Okay?
3
4    FLEMING:     For 30 days?
5
6    HOLLINGTON:       Thirty days.
7
8    FLEMING:     Okay.  How high does it go?
9
10   HOLLINGTON:       Ten milligrams is the max dose.  Um, uh, the number that I can give
11   you varies.  Depends on the -- the -- the mood of the DEA.  But right now it seems to be
12   max of two a day.
13
14   FLEMING:     So –
15
16
17   END TIME:  00:35:45
18
19
20