**RX-MART PHARMACY**
665 STATE ROAD 207, SUITE 101   Saint Augustine, FL 32084
Phone: (904)342-2162   Fax: (904)547-2732   Prnt Dt: 8/9/2022 10:27:17AM

| | |
|---|---|
| Rx Pres: scott hollington | Ord: 04/04/2022 |
| 2200 North Ponce de Leon #7 | NPI# 1285981043 |
| Saint Augustine, FL 32084   Phn: (612)412-6619 | LIC# 124829 |
| 3209   Fax: | DEA# FH3435155 |
| | SPI: 6680159442006 |

Patient: Fleming, Amanda
DOB: __/__/1990   Gender: F
Address: _____   Rx#: 410335
Jacksonville, FL 32218
Phone: (386)204-3115   Diag: F419
Qty: 30.000   (Thirty)
Days: 30   Refills: 0   PH/TH:   OB   Class: 4
Potency UnitCd: Tablet
Drug: diazePAM 5 MG Oral Tablet

Sig: Take 1 tablet (5 mg) by mouth daily as needed

Signature _____   Date _____

This Prescription Will be Filled Generically Unless Prescriber Writes "DAW [1]" in the Box
Dispense As Written: N

4/4/2022   7:37 PM   MessageType: New Prescription
From: 6680159442006
Msg Id: 2C96EED540AE44D0924D8497342C36   To: 5716658
Prs Order Ref: 2C96EED540AE44D0924D8497342C36D2

Resp Status: Authentic EPCS Received

diazePAM 5 MG Oral Tablet

003564