1    (PHONE CALL - THOMAS BREO & RACHAEL PITTALA, #2021R01803)

2    (The following may contain unintelligible or misunderstood words due to the
3    recording quality. The audio was poor and broken up, and the parties continually
4    talked over each other drowning out many words, and voices were very garbled
5    in places.)
6
7        TB = THOMAS BREO     RP = RACHAEL PITTALA

8        US = UNIDENTIFIED SPEAKER

9    TB:   Hello?

10   RP:   Hey, Mr. Thomas. It's, uh, Rachael.

11   TB:   Hey, how are you?

12   RP:   Very good. Thank you for asking. Uh, so Dr. Hollington sent me a
13         message and, um, asked me to give you a call so we can, uh, see what
14         you need.

15   TB:   Cool. Yeah, I was hoping to get it last night, but he said I had to talk to
16         you first, uh, before I could.

17   RP:   Right. Yeah, yeah. What -- what medication are you needing?

18   TB:   Uh, probably just some Adderall.

19   RP:   Oh, okay. Um, tell me a little bit. So you just -- that's the only
20         medication that -- you have ADHD?

21   TB:   No, I -- I just -- I just like taking it. I don't -- I don't have any medical
22         stuff.

23   RP:   Oh, but --

24   TB:   I just --

25   RP:   So you -- you came to see Dr. Hollington basically because you -- you
26         feel like you need to take -- you need to take some Adderall to help you
27         a little bit?

1   TB:   Right.
2   RP:   Okay.  Have you been -- have you been taking any medications up to
3         this point?
4   TB:   Yeah, I take it.  I -- I don't -- I -- I buy it from a friend.  I just don't want --
5   RP:   Hmm.
6   TB:   I just don't want to buy it from a friend anymore.
7   RP:   Right, right, right.  What -- what, um -- what's the milligrams that you're
8         taking?
9   TB:   30s.
10  RP:   Oh, okay.  Once a day?
11  TB:   Yeah.
12  RP:   Do you have a pharmacy that you're currently using?
13  TB:   The, uh -- the R -- the -- what is it?  The one over there on 207, the Rx-
14        Mart.
15  RP:   Rx-Mart?  Have you ever filled any prescriptions with them before?
16  TB:   Yeah.
17  RP:   Oh, okay.  So they'll -- they'll definitely fill it for you?
18  TB:   Yeah.
19  RP:   Oh, okay.  Rx-Mart.  Let's see what (unintelligible).  So the -- the
20        address on your driver's license, is that the right address?
21  TB:   Yes, ma'am.
22  RP:   Okay.  Let's see here… pharmacy.
23  TB:   I don't know the actual address.  It's --
24  RP:   I just -- I gotta get a couple (unintelligible).
25  TB:   It's just on 207.

1   RP:   What's that, hon?
2   TB:   I said I don't know the address of the pharmacy. It just over there off
3         207.
4   RP:   Let me see if I can find it for you. (unintelligible). I just gotta put you --
5         put a chart together for me to be able to get the medication sent over.
6   TB:   Okay.
7   RP:   Date of birth is, uh --
8   TB:   11/26/76.
9   RP:   1976. Okay. And, uh, let's see. Phone number -- let's get your phone
10        number put in. 904-687-4492. Okay. And then the address, um --
11        yeah, we can get that medication sent over there for you.
12  TB:   Okay.
13  RP:   11170 --
14  TB:   Wandering Oaks Drive.
15  RP:   Wandering Oaks Drive. Okay. And that's in Jacksonville?
16  TB:   Yes, ma'am.
17  RP:   Jacksonville.
18  TB:   32257.
19  RP:   Okay. 32257. All right. That's good. Now, uh, a couple of -- let's see.
20        R -- it's called Rx-Mart?
21  TB:   Mart, yes, ma'am.
22  RP:   Rx-Mart. Let's see. Um, hmm. Jacksonville. That's in Jacksonville?
23  TB:   No. It's on 207 in St. Augustine.
24  RP:   Oh, St. Augustine.
25  TB:   I usually just couch surf with some friends.

3

| | | |
|---|---|---|
| 1 | RP: | Oh. Rx -- it's not Rx First. Right? It's Rx-Mart? |
| 2 | TB: | Mart, like Kmart. |
| 3 | RP: | Rx-Mart. Let's see if I can find it. Sometimes it's a little tricky. There's |
| 4 | | a lot of pharmacies, so it gets a little difficult sometimes. Do you know |
| 5 | | the ZIP code? Oh. Do you know the ZIP code by any chance? |
| 6 | TB: | I think it's up there, 84, like in St. Augustine. |
| 7 | RP: | Let's see if I could locate it. Rx-Mart, St. Augustine. |
| 8 | TB: | I know it's over there by, uh -- |
| 9 | RP: | Yeah, State Road 207. |
| 10 | TB: | Yeah, it's over there by the railroad tracks, by, uh, Osceola. I know |
| 11 | | that. I just don't know exactly the address. |
| 12 | RP: | Yes. Uh, it says 665 -- |
| 13 | TB: | That's it. I think so. |
| 14 | RP: | 665 State Road 207, St. Augustine. |
| 15 | TB: | Yep. I know it's over there by Osceola. |
| 16 | RP: | Yeah, I got that. Let's see (unintelligible). Okay. Um, I think I got |
| 17 | | everything. Um, I just have to put -- I just have to get a chart put |
| 18 | | together for you and that's why -- that's why you gotta talk to me, so I |
| 19 | | can -- I can do all that, a couple little questions that I just have to ask. |
| 20 | | Okay? |
| 21 | TB: | Okay. |
| 22 | RP: | Um, how much do you weigh currently, your weight? |
| 23 | TB: | About 275. |
| 24 | RP: | And height? |
| 25 | TB: | About 5-11. |

1  RP:  71 inches. Okay. Now, um, you said you -- you're living with friends
2       right now?
3  TB:  Yeah, I usually just couch surf. The address is good, though. I can get
4       all my mail there.
5  RP:  Okay. What's (unintelligible) -- are you working currently?
6  TB:  Yeah, here and there, whenever I can.
7  RP:  Like handiwork?
8  TB:  Yes, ma'am.
9  RP:  Okay. All right. So I do have to put -- in order to legally prescribe this
10      medication for you, though, I have to document that you have a
11      diagnosis of ADHD. I have to -- I have to document that. Otherwise, I
12      can't prescribe it.
13 TB:  Okay. Well, I mean, whatever you gotta put down.
14 RP:  But never as a child were you told --
15 TB:  No.
16 RP:  -- that you may -- you may have had that?
17 TB:  No.
18 RP:  Oh, okay. So you just -- like a friend kind of just let you try it out and it
19      just gives you energy and helps you concentrate better?
20 TB:  Yeah.
21 RP:  Okay. All right, then. Okay. So, uh, we'll get that medication sent over
22      there for you. Okay?
23 TB:  Um --
24 RP:  Rx-Mart. You can save this number --
25 TB:  Okay.

5

1  RP:  -- in your phone and text me if you have any issues or anything.

2  TB:  I got one more question.  What about Xanax?

3  RP:  Go ahead.

4  TB:  What about Xanax?  'Cause I -- I take that, too.

5  RP:  No, we don't prescribe Xanax.

6  TB:  Okay.

7  RP:  No patients allowed --

8  TB:  Oh.

9  RP:  -- to have Xanax.

10 TB:  Okay.  I guess I'll just keep getting that from my friend, then.

11 RP:  Yeah.  Well, that's not good though, man.

12 TB:  I mean, is there --

13 RP:  (unintelligible) street stuff.

14 TB:  Is there a generic for it?

15 RP:  No, it's not about generic.  It's just that we're not -- you know, we're not

16      prescribing that at all through our practice anymore.

17 TB:  Oh.

18 RP:  Um, no --no patients -- no new patients are allowed to have that,

19      especially not like with their -- you know, the Adderall.

20 TB:  Is there stuff that's similar like it?  Like, 'cause I know my friend was

21      taking something.  I just don't remember what it was called.

22 RP:  Uh-huh.  Um, I can talk to Dr. Hollington and see if he would prescribe

23      you a low-dose Klonopin.

24 TB:  Okay.

25 RP:  All right. You know, this stuff that you're getting from friends and stuff is

| | | |
|---|---|---|
| 1 | | probably not really legitimate stuff.  It might be dangerous. |
| 2 | TB: | I know.  That -- that's why I'm -- that's why I came to the doc. |
| 3 | RP: | Mhmm. |
| 4 | TB: | I just don't wanna -- |
| 5 | RP: | Yeah. |
| 6 | TB: | I don't wanna, you know, get that Chinese stuff.  You know what I |
| 7 | | mean? |
| 8 | RP: | No. |
| 9 | TB: | From the internet. |
| 10 | RP: | I mean, that's the problem right now.  I mean, whichever one's more |
| 11 | | important to you.  If you want to do Klonopin, we can do Klonopin.  If |
| 12 | | you want to do Adderall, we can do Adderall, but really we're not trying |
| 13 | | to do too -- too much combinations of that.  Which -- which is the |
| 14 | | biggest problem for you right now? |
| 15 | TB: | I mean, can I do Adderall and then like a low grade of the other one? |
| 16 | RP: | How much Xanax are you taking? |
| 17 | TB: | I usually take one, like.  I don't even know what the milligram is. |
| 18 | RP: | Yeah, man, that's -- |
| 19 | TB: | I don't even know. |
| 20 | RP: | That's probably not even real stuff.  All the stuff that's on the street right |
| 21 | | now, it's fentanyl. |
| 22 | TB: | Yeah.  Yeah, I know.  That's why -- that's what scares me. |
| 23 | RP: | Yeah, it's fentanyl.  It's a bad one, yeah. |
| 24 | TB: | I don't wanna -- I don't wanna be flopping around on the ground. |
| 25 | RP: | No, no.  No.  There's so much overdoses right now with that, it's |

1                unbelievable.
2     TB:    Uh-huh. I know.
3     RP:    So much. And the problem is that Narcan doesn't even work for that.
4             You know, fentanyl is so -- it's 50 times stronger than heroin. So it's
5             just a little bit more than what's -- these, um -- these, uh -- China's
6             manufacturing it and sending it to Mexico and it's coming across to --
7             you know, into the United States, but they -- they don't have like, you
8             know, a legitimate, you know --
9     TB:    It's crazy.
10    RP:    -- people pressing these things. They just -- they're just in sweatshops
11            and they just take talcum powder and blue dye and mix it with fentanyl.
12    TB:    That -- that's crazy.
13    RP:    But, you know -- yeah, it's bad. It's a very bad crisis going on in the
14            country right now.
15    TB:    Yeah.
16    RP:    Real bad crisis. Um, I could do something like, um, you know, like
17            maybe a half milligram of Klonopin twice a day or --
18    TB:    Okay.
19    RP:    I gotta check with -- I gotta check with Hollington, though.
20    TB:    That's fine.
21    RP:    But you gotta promise that you're not gonna really be using, uh,
22            anything on the street, though.
23    TB:    Yeah. No. I mean, if I -- that's why I'm trying to get it through y'all, so I
24            can get the real stuff --
25    RP:    Yeah.

007544

1   TB:    -- so I don't get that --

2   RP:    Yeah.

3   TB:    -- fake crap, you know?

4   RP:    Yeah, yeah, yeah.  It's real --

5   TB:    So --

6   RP:    It's real scary, man.

7   TB:    Yeah.

8   RP:    It's real, real scary.  I'm worried about so many patients.  We've had a
9          couple patients that fell off our track and ended up doing something on
10         the street and overdosed.

11  TB:    Yeah.

12  RP:    They don't -- they don't overdose from what we give them.

13  TB:    Right.

14  RP:    They overdose from the stuff that -- um, how about we do like 1
15         milligram Klonopin.  You can take half of it twice a day.

16  TB:    Okay.  That'll work.

17  RP:    You know, and just try to work with that a little bit.  You know, there are
18         other categories of medications that are real good to help with, um,
19         social anxiety and panic attacks and stuff.  It's called Paxil.

20  TB:    Mhmm.

21  RP:    Um, but that's something that you have to take every day.  It's got --

22  TB:    Right.

23  RP:    It's used for depression and anxiety and, you know, as you start to take
24         it every day, it becomes more effective.  It usually takes like about three
25         to four weeks before you get the full benefit, but --

1  TB:  Right.

2  RP:  -- you probably won't be going into panic attacks and stuff, and anxiety

3       attacks. We could start you on a low dosage.

4  TB:  No, that's fine.

5  RP:  It might be good --

6  TB:  No, that's fine.

7  RP:  -- you know?

8  TB:  Yeah, that's fine. That'll work.

9  RP:  Now, you have a lot of anxiety?

10 TB:  No. I just -- I don't know. I just started taking it when they -- they --

11      they -- they gave it to me. I was like, "I'll -- I'll try it."

12 RP:  Right.

13 TB:  So --

14 RP:  Yeah. Yeah. But do you feel anxious? You get anxious sometimes, or

15      it just helps you relax more?

16 TB:  More relaxed, I guess.

17 RP:  You know, if it's like for relaxation and stuff, we could give you like

18      muscle relaxers, too, which really help with anxiety and kind of just --

19      it's like -- kind of like Valium, but not, um -- not addicting like that, you

20      know?

21 TB:  Yeah. I mean, it's either that or I smoke weed, so --

22 RP:  The weed can help, yeah.

23 TB:  Yeah.

24 RP:  The weed can help a little bit with relaxation, too. Um --

25 TB:  But I'm scared that they're gonna put that fentanyl in that weed, too, so

1              --
2    RP:   Yeah, that's what they're doing.
3    TB:   -- maybe the Valium would be better.
4    RP:   That's exactly what they're doing, man.  It's --
5    TB:   Yeah, I heard somebody the other day had weed -- or fentanyl in their
6          weed.  So I was like, god dang.
7    RP:   Uh-huh.
8    TB:   So --
9    RP:   I'm telling you, man, it literally -- this is what they're doing.  It's a billion-
10         dollar industry.  It's a huge --
11   TB:   Right.
12   RP:   People don't understand the kind of money that they're -- you know,
13         Mexico and China, they're making off of us Americans right now.  It's
14         just --
15   TB:   Right.
16   RP:   They're getting real rich off of, um, this shit, passing it across the
17         borders.
18   TB:   Yeah.
19   RP:   And people are just distributing it.  And it's not like with an intent, you
20         know?  It's not like somebody sells it to you wants to see you die, but
21         they just -- it only takes, you know, a -- a milligram -- you know, a gram
22         or a milligram, too much of that stuff to cause the overdose.  It's so --
23   TB:   That's crazy.
24   RP:   It's so powerful.  Like I said, it's 50 times more powerful than heroin.
25         And, you know, they're not manufacturing the stuff in legitimate

007547

1    laboratories, you know, where they're very carefully -- you know, they're
2    just --
3  TB:  Yeah.
4  RP:  -- putting it together in -- in these, like, sweatshop type places.
5  TB:  Right.
6  RP:  It's crazy. Uh --
7  TB:  Whatever you think would work best. I mean, like, you know, like I said,
8    I smoke --
9  RP:  Yeah. I just don't want you doing that --
10 TB:  I smoke weed to relax, but, I mean, I'd rather not --
11 RP:  I don't want you --
12 TB:  -- smoke weed. I'd rather not buy the stuff from -- from people I – I do
13    and don't know. You know what I mean? So --
14 RP:  No. Yeah, man.
15 TB:  'Cause if my friends don't have it, then I have to go to somebody I don't
16    know and that's what's scary.
17 RP:  No, no. And like I said, it's not that they're trying to kill you or nothing.
18    They just -- they're getting it from a larger distributor, you know.
19 TB:  Right.
20 RP:  These are all like minions, you know?
21 TB:  Right.
22 RP:  It comes from a much larger distributor that -- it trickles itself down.
23    Most of the people that's selling the stuff, they don't even know what in
24    the hell's in it. They don't know what's in it.
25 TB:  Right.

1   RP:   It's impossible (unintelligible).  They're just making money and selling --
2         supply and demand, you know.  People want it, okay --
3   TB:   It's crazy.  I'm in the wrong business.
4   RP:   I got it, you know, but it's just -- Yeah.  Yeah.  I'll tell you, boy, but it's,
5         uh -- it's really frightening.  Um --
6   TB:   Yeah.
7   RP:   Why don't we just go ahead and do the Adderall 30 milligrams once a
8         day.
9   TB:   Okay.
10  RP:   And we can do the 1 milligram of Klonopin --
11  TB:   Okay.
12  RP:   -- uh, that you could take like half -- you know, half --
13  TB:   Okay.
14  RP:   -- twice a day if you need to.  But just don't -- don't do -- you know, you
15        did the right thing by coming to Dr. Hollington, you did, because
16        sometimes, you know, there's angels out there watching over you and
17        just guiding you, you know.
18  TB:   Right.
19  RP:   'Cause something bad could happen and -- and you're just too young
20        for that.  That's --
21  TB:   Right.
22  RP:   That don't make no sense, you know.  You don't -- you don't want to be
23        one of those statistics, you know.
24  TB:   Exactly.
25  RP:   So -- so please don't -- don't, um -- don't purchase nothing, okay --

1  TB:  All right.
2  RP:  -- from nobody. And just take what I give you and -- and, you know, if
3       we have to work with it and try to figure out what else we could give you
4       to help you relax and keep you from being anxious or whatever, we'll
5       just work with it together.
6  TB:  So do I call you from now on or I go to his office?
7  RP:  Yeah.
8  TB:  How does that work?
9  RP:  No. You just -- you just call me.
10 TB:  Okay.
11 RP:  You just save my phone number.
12 TB:  All right.
13 RP:  I'll be doing all your medications from now on.
14 TB:  Okay.
15 RP:  Yeah, I'll be taking care of everything from this point forward.
16 TB:  So --
17 RP:  Normally it's a once-a-month follow-up visit. I don't know if Dr.
18      Hollington explained that to you.
19 TB:  Yeah.
20 RP:  It just, uh, you know, once a month we follow up and we do your visit
21      and, uh --
22 TB:  Right.
23 RP:  -- it's $125 per month for your prescriptions.
24 TB:  Yeah, I paid that yesterday.
25 RP:  Yeah, yeah, yeah, yeah, I know. He, he told me. And, um -- and that's

| | | |
|---|---|---|
| 1 | | it. This is the best, uh -- you know, pharmacies are getting real kind of |
| 2 | | tight, too, about benzos and this and that, but -- |
| 3 | TB: | Right. |
| 4 | RP: | -- you know, small dosage like what I'm -- you know, it's not too, too |
| 5 | | bad. You should be okay with that. All right? |
| 6 | TB: | Okay. Cool. Well, I appreciate it, Rachael. |
| 7 | RP: | Okay. All right, my dear. Well, you take care. Stay safe. Okay? |
| 8 | TB: | All right. You too. Have a good day. |
| 9 | RP: | You too, Tom. Bye-bye. |
| 10 | TB: | All right. Bye-bye. |
| 11 | US: | Preceding call was from Rachael Pittala, Pittala. |
| 12 | TB: | Pittala. |
| 13 | US: | Pittala. From telephone number 407-920-4206. Um, TFO Thurmond |
| 14 | | as the UC. |
| 15 | | (CONCLUSION OF CALL) |

007551