**RX-MART PHARMACY**
665 STATE ROAD 207, SUITE 101   Saint Augustine, FL 32084
Phone: (904)342-2162   Fax: (904)547-2732   Prnt Dt: 8/9/2022 10:21:00AM

| | |
|---|---|
| Rx Pres: scott hollington | Ord: 04/05/2022 |
| 2200 North Ponce de Leon #7 | NPI# 1285981043 |
| Saint Augustine, FL 32084   Phn: (612)412-6619 | LIC# 124829 |
| 2200   Fax: | DEA# FH3435158 |
| | SPI: 6680159442006 |

Electronic Rx Eff.Date: 04/05/2022

**Patient:** Mast, Joseph
**DOB:** 1972   Gender M
**Address:**
     Palatka, FL 32177   **Rx#:** 209113
**Phone:** (385)218-2575   **Diag:** F909
**Qty:** 60.000   (Sixty)
**Days:** 30   **Refills:** 0   **PH/TH:** OB   **Class:** 2
**Potency UnitCd:** Tablet
**Drug:** Adderall 10 MG Oral Tablet

**Sig:** Take 1 tablet (10 mg) by mouth 2 times per day

| Signature | Date | |
|---|---|---|
| This Prescription Will be Filled Generically Unless Prescriber Writes "DAW [1]" in the Box | | N |
| | | Dispense As Written |

4/5/2022   11:33 AM   **MessageType:** New Prescription
From: 6680159442006

Msg.Id: 2A9DD6A314604ED5A8AEDD5034B72   To: 5716658
Prs. Order Ref: 2A9DD5A314604ED5A8AEDD5034B72423

Resp.Status: Authentic EPCS Received

Adderall 10 MG Oral Tablet

003574