1           (MEETING, AMANDA FLEMING-SCOTT HOLLINGTON)

2      (The following may contain unintelligible or misunderstood words due to the
3      recording quality. The audio was poor and broken up, and the parties continually
4      talked over each other drowning out many words, and voices were very garbled
5      in places.)

6

7           AF = AMANDA FLEMING

8           SH = SCOTT HOLLINGTON

9           RJ = RICKY JOHNSON

10          UM = UNKNOWN MALE SPEAKER

11     AF:    I was putting a couple of things in this.

12     RJ:    You got my name Rick, right?

13     AF:    Yes. I got this handy.  And --

14     RJ:    Oh, has he opened another --

15     AF:    Yes.  And we'll walk around this way, this side.

16     RJ:    All right.  I'm going to go (unintelligible).

17     AF:    Got it.  Knock, knock.

18     SH:    Hey.

19     AF:    Hey, Doc.  What are you doing?

20     SH:    Come on in.

21     AF:    Are you open yet?

22     SH:    I'm here.

23     AF:    So that means --

24     SH:    Come on in.

25     AF:    -- absolutely?

26     SH:    Yeah.

27     AF:    I brought you another friend.

1    SH:    Tell him he can come in, too.

2    AF:    Yeah.  Come in here.

3    RJ:    Hey.

4    SH:    Hey.  Hey.  So new patient?

5    AF:    Yes.

6    SH:    All right.  So, um, a new patient.  (Unintelligible) go ahead and close the

7           door.  You can kick her out if you want to talk to me without her.

8    RJ:    No, I'm good.

9    SH:    Okay.

10   RJ:    I'm good.  We talked about worse than that.

11   SH:    Yeah.  Well, that's the thing.  I mean, you know, uh, the -- you get -- you

12          know what?  You heard of the 12 steps, right?

13   RJ:    Oh, on TV once.

14   SH:    Okay.  So the 12 steps.

15   RJ:    I didn't make the call, though.

16   SH:    The 12 steps.  The first step is admit you have a problem.

17   RJ:    Mhmm.

18   AF:    Hmm.  Good luck.

19   SH:    It's a hard one.  You -- you already made that one, I can see.  The

20          second uh step is admit that it's bigger than you.  It's -- that one's pretty

21          easy, too.  It's like, Yeah, I fucked up.  I got a problem and I fucked up.

22          And that means it got the better of me.  It's bigger than me.  I thought I

23          could control it.  I can't.  All right?  That's steps one and two.

24   RJ:    All right.

25   SH:    Step three, and so you admitted that, I have a problem.  It's bigger than

2

007568

| | | |
|---|---|---|
| 1 | | me.  And now number three is I need help.  And they usually say, turn |
| 2 | | to your higher power for help.  Now, you know, I -- are you a Christian? |
| 3 | RJ: | Yeah. |
| 4 | SH: | In name, at least? |
| 5 | RJ: | When I was young. |
| 6 | SH: | Okay.  So here's the thing.  And I -- I go over this all the time.  I -- I'm a |
| 7 | | Christian, too.  I was brought up Christian.  But I'm also a science -- or |
| 8 | | a Christian science -- a scientist. |
| 9 | RJ: | There's a difference. |
| 10 | AF: | Scientology. |
| 11 | SH: | And -- and -- and the -- as a scientist, one thing that we would do is |
| 12 | | we'd set up these research programs.  Okay?  And the research |
| 13 | | program, you'd have a hundred women on one arm, a hundred women |
| 14 | | on the other.  The one arm is, you know, the what -- the breast cancer |
| 15 | | women who we know with the (unintelligible).  You know that |
| 16 | | (unintelligible).  The other arm is our new drug, right, that we believe is |
| 17 | | going to work better. |
| 18 | RJ: | Mhmm. |
| 19 | SH: | And we're looking for, you know, maybe only five dead, maybe 10 |
| 20 | | dead.  Even 13 dead is better than 15 so we -- we -- we're okay with |
| 21 | | that.  So we wrote a study.  What would happen if God stepped in and |
| 22 | | gave us, like, a half a dozen miracles?  It would fuck my study up. |
| 23 | | Okay? |
| 24 | RJ: | All right.  I was waiting for the punch line. |
| 25 | SH: | And -- and -- and -- and so this is the thing.  I believe when I'm doing |

007569

1          that, I believe that God does not give anyone miracles.  That's my

2          sincere belief.  I have to believe that.

3    RJ:    Mhmm.

4    SH:    Because if God gave miracles out randomly, he would fuck my study

5          up, but he wouldn't do that.  Right?  So --

6    RJ:    It makes sense.

7    SH:    -- so this then -- when -- if -- when you're a scientist, you don't believe in

8          miracles.

9    RJ:    Mhmm.

10   SH:    There are no miracles.  There can be no miracles.  It's hard to believe

11         in God if you don't believe in any miracles.

12   RJ:    Yeah.  I get it.

13   AF:    Amen, you know?

14   SH:    Yeah.  Right.  I -- so you -- we all -- we all go through our lives growing

15         up with --

16   AF:    We're all on the same page.

17   RJ:    Uh-huh.

18   SH:    -- God.  So the next thing that I tell people is, Okay.  So Jesus Christ

19         appears suddenly right there.  Right there.  There he is.  He appears

20         suddenly.  He says, Hey, are you a believer?  I'm like, I'm a believer.

21         He just looks at you and you're like, Are you a believer?  Sure as hell

22         you're a believer.

23   RJ:    At that moment in time I am.

24   SH:    Jesus Christ just appeared right there.

25   RJ:    Whether I was yesterday or not, I am today.

007570

1    SH:    But that is not faith.

2    RJ:    No.

3    SH:    Faith is belief without knowledge.

4    RJ:    True.

5    SH:    Jesus Christ appears right there.  That's knowledge.  That's not belief.

6           Okay?

7    AF:    Agreed.

8    SH:    So if you ask yourself, am I certain that there is no heaven, there is no

9           hell, there is no after-life.  This whole thing is meaningless and nothing.

10          And if you ask yourself, Do I believe that a hundred percent?  I can

11          tell -- I can tell you that there are very few people that are a hundred

12          percent sure of that.  All of us have doubt.

13   RJ:    Mhmm.

14   SH:    That doubt and hope is faith.

15   RJ:    Ah.

16   SH:    So if somebody asks you, Do you have any faith in God, your answer is

17          yeah.  Maybe begrudgingly, yeah.  I used to tell people, You put a

18          thousand Christians in a room, I'm in that room, I'm the shittiest

19          Christian in the room.  That's not true anymore.  I've been doing

20          addiction medicine long enough that what I found out is that nobody

21          gets there alone.  Nobody.  So if you -- if you believe in God or if you

22          believe in help from your fellow man, whatever you believe in, that's

23          your faith.  Okay?  And when you go to one of these meetings where

24          people are standing up and professing their faith --

25   RJ:    Mhmm.

5

| | | |
|---|---|---|
| 1 | SH: | -- you do not say, I'm not a believer.  You don't say that.  The reason |
| 2 | | you don't say that is because that would be undermining them.  Right? |
| 3 | | And you're not there to undermine them. |
| 4 | RJ: | That makes sense. |
| 5 | SH: | Okay? |
| 6 | RJ: | Mhmm. |
| 7 | SH: | If -- if you're the shittiest believer in the world, it doesn't matter.  If you |
| 8 | | have any faith, you have some faith.  And if somebody asks you, Are |
| 9 | | you a believer?  Your answer is, I'm a believer.  Because -- |
| 10 | RJ: | (Unintelligible), yeah. |
| 11 | SH: | -- first of all, it's true.  And second of all, you don't want to undermine |
| 12 | | people who are -- the other people who are struggling with you who are |
| 13 | | also believers. |
| 14 | RJ: | No.  That makes sense. |
| 15 | SH: | Okay.  So anyway, so that's the third step.  And that third step is the |
| 16 | | tough one. |
| 17 | RJ: | Mhmm. |
| 18 | SH: | Right?  So I have to sort of coax you through it, right?  But there you |
| 19 | | are.  I mean, I guarantee you're -- you're already -- whether you know it |
| 20 | | or not, you're already at the third step.  You're already ready for help, |
| 21 | | right?  This is -- this is -- you're here and you're here to accept help. |
| 22 | | Okay?  And I'm here to give it.  And -- and we give help because that's |
| 23 | | our job, right?  And you're going to fuck up.  Oh, God.  There was a -- |
| 24 | | there was a really great saying. |
| 25 | AF: | Hmm.  Hmm. |

007572

1    SH:    Um, what do you know about the Bible?  Are you -- you -- everyone

2           knows a little bit about the Bible.

3    AF:    I hate reading.

4    RJ:    It's a square book.

5    SH:    Okay.

6    AF:    Yeah.  No one reads here except you.

7    SH:    So, um, there -- there is a -- there's a series of shows online called "The

8           Chosen."

9    RJ:    Uh-huh.

10   SH:    And it's a story of the Bible (unintelligible).  A couple -- couple of stories

11          in "The Chosen" --

12   AF:    Can I take my shoes off?

13   SH:    Yeah.

14   AF:    Thank you.

15   SH:    Uh, Mary Magdalene, who's a -- who's a sinner, basically.

16          (Unintelligible) who is a prostitute and everything else.

17   RJ:    Uh-huh.

18   SH:    And Jesus says, you know, Come follow Me and I forgive you.  Come

19          on.  So she goes on with Him.  And then one day, you know, something

20          screws up, and she goes back to town and she falls right back into sin.

21          And, uh, she won't go back to see Jesus.  And He finally gets the

22          people to convince her to come back to see her, and He comes to

23          see -- sees Him, and she says, You forgave me but I let You down.

24          And he looks at her and smiles and says, Did you really think you were

25          never gonna sin again?  Which I think is brilliant because, you know,

007573

1      Jesus says that, it's like, Holy shit.  Of course I'm going to fuck up.  I

2      can't live my life perfectly.  I could never do that.

3  RJ:  Mhmm.

4  SH:  Right?  And I -- He -- He said, you know, I already forgave you.  You're

5      forgiven.  It's okay.  You -- you're going to sin again.  It's okay.  All

6      right?  So when you -- the next time you wake up and you fucked up --

7  AF:  Are you crying?

8  SH:  I am.  I -- I -- I -- I -- it -- it was a long journey for me to get --

9  AF:  Clean?

10 SH:  -- you know, I mean, I'm an alcoholic.

11 AF:  Hmm.

12 RJ:  Huh.

13 SH:  All right?

14 AF:  Still?

15 SH:  Always.

16 AF:  Or recovering?

17 SH:  Always.

18 AF:  Uh-huh.

19 SH:  All right?  Uh, and, you know, it's a hard journey for every one of us.

20 RJ:  Uh-huh.

21 SH:  Nobody gets it easy.  But I do this job, and I believe in this job because

22     you know what?  I lose patients all the time.  They die.

23 RJ:  Hmm.  That sounds horrible.

24 SH:  But I'd say -- I -- it is.  It's horrible.

25 AF:  Yeah.

007574

1    SH:    It's horrible.  It is. But people fuck up and they kill themselves.

2    RJ:    Yeah.

3    SH:    And it's awful.

4    RJ:    True story.

5    SH:    Right?  But -- but I'm here to help you.

6    RJ:    Mhmm.

7    SH:    And I don't know how many people I -- I've saved.  But I know I've

8           saved some.

9    AF:    You can count on one hand?

10   SH:    And, you know -- what's that?

11   AF:    (Unintelligible).

12   SH:    Oh.  I don't know.  Um, I know -- I know at least a dozen people have

13          come to me and said, My life would be over if I hadn't met you.  And

14          there's one guy who's dead now.  One of my patients.  He came to me

15          and he -- he was old.  I mean, 35, 40.  He --

16   AF:    That's old?

17   SH:    -- he -- well, I mean --

18   AF:    That's --

19   SH:    -- he -- he lived a fucking --

20   AF:    Listen.

21   SH:    -- -- so most of us -- most of us try to find our way before we hit 40.  I

22          mean, we -- you may struggle, but you probably had times where you --

23          you were not a fuck-up, right?

24   RJ:    No.

25   SH:    You've never had times you were a fuck-up?

9

1    RJ:    I mean, maybe pre five years old.

2    SH:    Anyway -- anyway, so --

3    RJ:    Maybe.

4    SH:    -- so this guy had been a total fuck-up for 40 years.

5    RJ:    Mhmm.

6    SH:    Okay?  And he came to me and he said, "I really -- I really want to stop

7           being such a fuck-up."  And, um, we got him clean.  And you know, he

8           was clean for maybe nine, 10 months.  And he meets another one of

9           my patients who has four kids and is much younger than him.  She was

10          maybe, I don't know, 30.  At least 10 years younger than him.

11   AF:    Much younger.  Yeah, I agree.

12   SH:    Yeah.  And, um, they fell in love.  He married her.  And he raised her

13          kids, and they had three or four good years before, uh, consequences

14          of him being an IV user, his heart fuck -- he -- he died.  He died.  He

15          was clean for four or five years.

16   RJ:    Hmm.

17   SH:    Right?  And he raised those kids.  He was the best father that, uh -- and

18          he -- I have to tell you, his funeral was very crowded with people who

19          said, Yeah.  You know what?  He spent 40 years as a total fuck-up.

20   RJ:    Hmm.

21   SH:    But then his last -- his last three or four years, he was an example to all

22          of us.

23   AF:    How long ago?

24   SH:    How long ago did he die?  Maybe a year and a half ago.  So think about

25          that.  Right?  And you -- I mean, he's dead.  I didn't save his life.  But

007576

| 1 | | maybe, I mean -- what can I say?  And it's -- it's still -- it's still a win.  I |
|---|---|---|
| 2 | | put it in my win category.  So anyway, all right.  So I got five things to do |
| 3 | | with you today. |
| 4 | AF: | Now I'm depressed. |
| 5 | SH: | First one -- what's that? |
| 6 | AF: | Now I'm depressed. |
| 7 | SH: | People die.  Okay? |
| 8 | AF: | That's sad. |
| 9 | SH: | Well, you know, but there are worse things.  I had another girl come in. |
| 10 | | She was 35, had two -- two young kids.  Um, she had beaten uh heroin |
| 11 | | was her drug.  Um and she was still addicted to benzos so we got her |
| 12 | | on her regular benzos um started.  And It's Christmas.  Her friends |
| 13 | | came up for Christmas.  They went out and they used, um -- they -- |
| 14 | | they got a bunch of street, uh, um, Xanax.  Street Xanax. |
| 15 | AF: | Hmm. |
| 16 | RJ: | Mhmm. |
| 17 | SH: | But it wasn't Xanax. |
| 18 | RJ: | Exactly. |
| 19 | SH: | It was laced with Fentanyl. |
| 20 | AF: | Yeah.  Imagine that. |
| 21 | RJ: | Yeah.  As -- as -- as a lot -- most of it is out there. |
| 22 | SH: | So she -- she, knowing herself -- |
| 23 | AF: | Hmm. |
| 24 | SH: | -- she took eight or 10 Xanax, right?  But that was a fatal dose of |
| 25 | | fentanyl. |

007577

1   RJ:   Mhmm.

2   AF:   Yeah.  That's a couple too many.

3   SH:   Yeah.  Well, I mean --

4   AF:   Without Fentanyl.  I'm just saying.

5   SH:   -- you -- I mean, if it's real -- if it's real Xanax, eight or 10 Xanax is -- is

6         going to --

7   AF:   It's a couple too many.

8   SH:   -- it -- it's going to be a good ride.

9   AF:   Yeah.

10  RJ:   You know, what I hear is one's too many --

11  AF:   That's true.

12  RJ:   -- if it's cut with that shit.  That's why I'm here.

13  SH:   Right.  Anyway, so, um, she died.  And um she had only went here a

14        few months.  But she -- that hit me really hard because I had met her

15        kids.  And her mother was really pissed at me saying, you know, it was

16        my fault.

17  RJ:   Mhmm.

18  SH:   But not really but, you know, I -- I felt really bad about it.

19  RJ:   Uh-huh.

20  SH:   This was -- you know, like I said, there are worse things.

21  RJ:   Yeah.  At least that wasn't me.

22  SH:   All right.  Yeah.  I -- I see a lot of people die (unintelligible).

23  RJ:   I don't know how good I'm going to be able to see.

24  SH:   Initial.  You need a -- you need some reading glasses?

25  RJ:   I've got these but they're dark.  These are my prescription ones.  I -- I

007578

1          can -- I can see good enough.

2     SH:   All right.

3     RJ:   I can see the big letters.  The big bold letters.

4     SH:   All right.  So initial.

5     RJ:   Initial?

6     SH:   Uh-huh.  Uh, initial.  All right.  So --

7     RJ:   I'm not signing over my credit cards, am I?

8     SH:   No.  No.  This is the --

9     RJ:   'Cause I don't have any.

10    SH:   -- it doesn't obligate you to anything financially.  This is my rule book

11          that was designed by my nurses.  All right.  And, um, you can find it

12          online.  It's under SawgrassHealth.com, Patient, and there's a thing that

13          says the PDFs, uh, the patient contract.  So if you ever want to read

14          about what you've signed --

15    RJ:   I print and signed there --

16    SH:   And date it.  If you want to read about what you signed, that's fine.  But

17          basically the reason you have to sign it is because --

18    RJ:   Uh-huh.

19    SH:   -- uh, it says stuff like, Don't sell your meds.  I'm like, that's pretty

20          obvious.  But, uh --

21    RJ:   You would think.  But it happens.

22    SH:   But, yeah, I got -- I gotta -- I gotta have you sign off on that so you know

23          you're not supposed to sell your meds and a bunch of other stuff.  It's all

24          on there.  You can read about it online.  But it's common sense stuff.

25    RJ:   I know it's May.  That's all I know. May 20 --

007579

1    SH:    28th?

2    AF:    23.

3    SH:    23rd?

4    AF:    28?

5    SH:    Jesus.

6    RJ:    You want me to go the 28th or 23rd?

7    AF:    It's the 23rd.

8    SH:    23rd.  She's right.

9    AF:    Mmm.

10    RJ:    And I know the year.

11    SH:    All right.  So, um, uh you're going to pee in a cup.

12    RJ:    That might take me a while.

13    SH:    Uh, you need some -- you need water or --

14    RJ:    How -- how long -- How long you got?

15    SH:    -- Mountain Dew or something like that?

16    AF:    Mmm.

17    RJ:    I can't drink sugar.

18    AF:    You have beer?

19    RJ:    That's what I need.  He just said he don't have beer here.

20    AF:    Well, yeah, I don't think he said that.

21    RJ:    He said he --

22    SH:    I -- I -- I don't drink beer.

23    RJ:    -- (unintelligible) beer.

24    SH:    I -- I have Jack.

25    AF:    Hmm.

007580

1   SH:   But I'm not -- I --

2   AF:   You're not willing to share.  I see.

3   RJ:   Hmm.

4   SH:   It's -- it's -- it's for, um --

5   AF:   Hmm.  For --

6   SH:   -- yeah.  Whatever.

7   AF:   -- not sharing.

8   SH:   Yeah.

9   AF:   I see.

10  SH:   All right.  So you're going to take the cap off.

11  RJ:   Uh-huh.

12  SH:   You're going to dip it in the urine that far 10, 15 seconds.  You're going

13        to put the cap back on.  Okay?

14  RJ:   Uh-huh.

15  SH:   You're going to do the same thing with this.  Put your name and your

16        telephone number on that.  Do you want a Mountain Dew, ma'am?

17  AF:   Oh, yeah.  I'd love one.  Thank you.

18  SH:   Sure.  For you, water.

19  AF:   Hmm.  Ooh, spring?  Hmm.

20  SH:   And, um --

21  AF:   Thank you.

22  SH:   -- if you can't pee, you can't pee so don't -- it's not the end of the world.

23        Okay?

24  AF:   Hmm.  Be careful of the damn --

25  RJ:   I -- I better take this with me.

15

007581

1    AF:    -- the attic falls out if you slam the door.

2    RJ:    I don't want to be in there all day.  Where's the bathroom at?

3    SH:    Uh, back corner.  Opposite back corner.

4    RJ:    Over here?

5    AF:    Well, be careful.  The roof falls in.

6    SH:    Yeah.  Don't -- don't sit there for more than 10 minutes.

7    RJ:    I'm not.  I -- I'll fall asleep.

8    AF:    What kind of sample are you asking for?

9    SH:    What do you mean?

10   AF:    Huh?  You said 10 minutes in the bathroom.

11   SH:    Yeah.  All right.  So how's it going?

12   AF:    It's fine.  I was here to see if I can reup -- I mean, you know --

13   SH:    You need another -- you need more prescriptions?

14   AF:    Yeah.  I'm, like, super out.

15   SH:    Who's your -- your nurse practitioner?

16   AF:    Mmmm.  You.  It's been you.

17   SH:    Yeah. It's not supposed to be.

18   AF:    It's, you know -- we work well together.

19   SH:    And you're cute.  You're really cute.

20   AF:    Uh-huh.  Thanks.

21   SH:    How old are you?

22   AF:    How old do I look?

23   SH:    Sixteen.  No.

24   AF:    (Unintelligible).  I just --

25   SH:    Seriously, if I was gonna --

16

007582

| | | |
|---|---|---|
| 1 | AF: | -- had a birthday. |
| 2 | SH: | -- seriously, if I was seriously gonna guess, I would guess you are 26. |
| 3 | AF: | I feel like you're just saying that. |
| 4 | SH: | No, no.  You look -- so I've got 26-year-old patients who you'd guess |
| 5 | | were 50. |
| 6 | AF: | I can -- yeah.  That's -- |
| 7 | SH: | Yeah.  You -- you've met those. |
| 8 | AF: | -- no kidding. |
| 9 | SH: | You -- you have -- you have done well. |
| 10 | AF: | Well, thank you. |
| 11 | SH: | How old are you? |
| 12 | AF: | Um so I just had a birthday and I can't remember if I'm 31 or 32.  Is that |
| 13 | | horrible? |
| 14 | SH: | That's not horrible. |
| 15 | AF: | What's the math on 1990? |
| 16 | SH: | '90?  Two. |
| 17 | AF: | Okay.  Thirty-two. |
| 18 | SH: | Yeah. |
| 19 | AF: | Thanks.  I feel like I'm 28. |
| 20 | SH: | Yeah.  Well, I was born in 1965. |
| 21 | AF: | Holy shit. |
| 22 | SH: | Yeah.  So I'm really old, right? |
| 23 | AF: | I mean, it's all, you know -- |
| 24 | SH: | Yeah.  Exactly.  It -- it's -- |
| 25 | AF: | It's -- it's all relative. |

007583

```
1    SH:   -- it's old until you -- it's old until -- if you hear the number like -- that

2          would make me 57.  Uh you're like, 57?  Jeez, you're old.

3    AF:   I don't believe that.

4    SH:   But -- but, you know, whatever.

5    AF:   I don't believe that.

6    SH:   Yeah.  All right.  Last name?

7    AF:   Fleming, one M.  I do this every time.

8    SH:   I know.

9    AF:   When are you going to memorize my name?

10   SH:   Oh, I don't know.

11   AF:   Never.

12   `

13   AF:   Uh-huh.

14   SH:   I'm going to give him his chair back.

15   AF:   How did -- where's your cup?

16   RJ:   You ain't gotta bring that back in, do you?

17   SH:   No.  No, you don't.

18   RJ:   Oh.  Either -- I -- it was only a very, very little.

19   SH:   Okay.  I don't --

20   RJ:    By the time we're done I may be able to if this --

21   SH:   You gotta -- you took the caps off on these, right?

22   RJ:   Yes.  And I put them back on.

23   AF:   I see you had a little, uh, spill in there?

24   RJ:   Yeah.  I had to wash my hands.

25   AF:   Hmm.
```

007584

1    SH:    You didn't dip them for 10 seconds.  You dipped them for, like, two

2           seconds.

3    RJ:    There was only, like, a little bit in there.  If we'll wait, I can try again if

4           this water catches up.

5    SH:    Uh-uh.  That's okay.  Well, I'm seeing it.

6    RJ:    If this water catches up I can.

7    SH:    I'm seeing it.  We're getting there.

8    AF:    Hmm.

9    RJ:    Maybe some of that Jack will help.

10   AF:    Mhmm.

11   SH:    Oh, yeah, yeah.  I hope that always --

12   AF:    I think like a nice --

13   SH:    There's no --

14   AF:    -- an ice cold beer --

15   SH:    -- there's no chemistry test that -- that can't be improved by Jack

16          Daniels.

17   RJ:    I agree.

18   SH:    I'll be right back.

19   RJ:    All right.  Did you say that roof that's falling down in there?

20   AF:    If you, like, slam the door, the attic thing --

21   RJ:    Hmm.

22   AF:    -- collapses almost.  It, like, blows up, blows down.

23   RJ:    Hmm.  Good thing I --

24   AF:    It's pretty scary.

25   RJ:    -- good thing I didn't slam the door.

007585

1    AF:    Yep.  I brought another, um -- well, nothing against you but another

2            referral once.

3    RJ:    Mhmm.

4    AF:    And he was talking about the huge cock on the wall.

5    RJ:    Where?  Oh.

6    AF:    Oh, yeah, the doctor loved it.

7    RJ:    That'll --

8    AF:    He said there's a bigger cock --

9    RJ:    -- yeah, that'll open conversation.

10   AF:    -- it did.

11   RJ:    Did he?

12   AF:    And there's a larger cock in the living room.

13   RJ:    Really?

14   AF:    Yeah.

15   RJ:    I didn't even see that.  Wouldn't even have thought of that.

16   SH:    What?

17   RJ:    She was telling me a story about your --

18   SH:    Chicken?

19   RJ:    -- about your -- that's a rooster.

20   SH:    Yes.

21   AF:    Well --

22   RJ:    And it goes by other names but that -- that's a story she was telling me.

23           But, yeah.

24   AF:    Yeah.  Remember last time when we were talking about --

25   RJ:    Big roosters are --

007586

1    AF:    -- you know, that and the bigger one in the living room?

2    SH:    Yeah.

3    AF:    Yep.

4    RJ:    Huh.

5    AF:    You don't remember.

6    SH:    Well, I mean, it's got a lot of stories.  You know, roosters -- or chickens

7           are the descendants of the dinosaurs.

8    AF:    That's --

9    SH:    Do you know that?  They --

10   AF:    -- not what you said last time.

11   SH:    -- do -- that's (unintelligible) true.

12   AF:    Hmm.  Hmm.

13   SH:    All right.

14   RJ:    They look like it.

15   SH:    They -- they are.  They -- the --

16   RJ:    From the knees down they do.

17   SH:    So you always see the movies where the Tyrannosaurus Rex is running

18          after -- killing people, right?

19   RJ:    Mhmm.

20   SH:    That never happened.  The Tyrannosaurus Rex was extinct long before

21          humanity came along.  But these are the descendants of

22          Tyrannosaurus Rex.  And when they see people they look at you and

23          they're like, I'm the bad ass.

24   RJ:    They chase you.

25   SH:    I -- I am a chicken.  I am 40 feet tall and have teeth that are a foot long.

007587

1        That is who I am.

2    RJ:    They definitely -- and everybody runs.

3    SH:    From there -- from there point of view, that's -- that's reality.

4    RJ:    And everybody runs even though they can't hurt you.

5    SH:    Right.

6    RJ:    Unless they get your eyeballs.

7    SH:    I -- I mean, I've been -- I've been chased by -- by geese.

8    AF:    That's definitely not a chicken.

9    RJ:    That's geese.

10   SH:    Geese -- you've never been chased -- chased by a chicken?

11   AF:    No, I have.  I used to have chickens.

12   SH:    Oh, yeah.

13   AF:    Uh-huh.

14   SH:    They -- they'll -- they can be mean.

15   AF:    Yeah.  But a geese -- a geese?  A goose is not like a chicken, though.

16   RJ:    A geese.

17   AF:    Listen.

18   SH:    A -- God, I don't know.  They're -- all birds are pretty much --

19   AF:    I don't think so.

20   SH:    -- they're all shitheads.

21   AF:    No way.

22   SH:    All right.  All right.  Um, so what, uh -- are you taking street meds?

23   RJ:    A little bit.  I mean, I am when I can get them.

24   SH:    Okay.  What do you take?

25   RJ:    I'm getting the Prams.  Al - Alprazolams.

007588

1    SH:    Alprazolam?

2    RJ:    Yeah.

3    SH:    And, uh -- uh have you ever taken Klonopin or Valium?

4    RJ:    Klonopin when I can't get Alprazolam.

5    SH:    Okay.  So Klonopins are okay?

6    RJ:    I did --

7    SH:    We don't do Alprazolam but we can do Klonopin for you.  If Klonopin --

8           if we can give you Klonopin, it will take you -- keep you from taking the

9           Alprazolam, we'll make that deal.

10   RJ:    I -- phew.  It --

11   SH:    How about Valium?

12   RJ:    It doesn't for all -- when I get Clonazepam they don't -- they don't last

13          me.  It -- and I -- I don't want to buy the shit on the street.

14   SH:    Have you ever taken -- have you ever taken Valium?

15   AF:    Well, what about --

16   RJ:    And I'll go searching.  I've never taken Valium.

17   SH:    Okay.

18   RJ:    I don't know what that would do.  Alprazolam's the only thing that I -- I

19          know about.

20   SH:    So I'll tell you this.  The -- why do --

21   RJ:    Huh?

22   SH:    -- why do medications have a high street value?  What -- what makes a

23          medication have a high street value?

24   AF:    Effectiveness.

25   SH:    Yes.  If it works.  Right?

007589

1   RJ:   Mhmm.

2   SH:   If it works it's going to have a high street value.

3   RJ:   Well, Alprazolams are more than Clonazepam.

4   SH:   Alprazolams -- Alprazolams are the highest street -- street med.

5   RJ    Uh-huh.

6   SH:   Street value.

7   AF:   What's that?

8   SH:   Number two --

9   AF:   I (unintelligible) anything.

10  SH:   -- is Valium.  Okay?  I mean, Klonopin's not really even on the list.

11  RJ:   Uh-huh.

12  SH:   For -- for street value.

13  RJ:   Yeah.

14  SH:   So I general -- I don't believe -- the research does not show that

15        Valium's better than -- than, uh -- than Klonopin.

16  RJ:   Uh-huh.

17  SH:   But the street has spoken.  Valium is better than Klonopin, right?  I -- I --

18        I have no doubt in my mind that it's -- since it's more valuable, it must

19        be a better drug.  I -- I just -- I can't imagine, you know -- this is -- this is

20        just the way things work.

21  RJ:   Uh-huh.

22  AF:   The streets talk.

23  SH:   Okay?  So you should try Valium.  Okay?  And see if it works for you.

24        With the confidence it will probably -- probably help you.

25  RJ:   Mhmm.

007590

| | | |
|---|---|---|
| 1 | SH: | Right?  Um, we'll try Valium.  If I can't -- if we can't -- if Valium won't |
| 2 | | keep you off the Adderall -- the Alprazolam -- street Alprazolam, then |
| 3 | | we'll talk. |
| 4 | RJ: | I don't think it will.  When are -- how long -- how -- when -- |
| 5 | SH: | We'll do it a week first. |
| 6 | RJ: | One week? |
| 7 | SH: | Yeah. |
| 8 | AF: | Does that mean two office visit um charges? |
| 9 | SH: | No.  No. |
| 10 | AF: | Oh, okay. |
| 11 | SH: | We don't charge every -- |
| 12 | AF: | I forgot.  It's once a month. |
| 13 | SH: | -- but we -- we go by the month. |
| 14 | AF: | Once a month.  Yeah. |
| 15 | SH: | Yeah.  You pay -- you pay by the month. |
| 16 | RJ: | Uh-huh. |
| 17 | SH: | If you have to see somebody two or three times in a month -- |
| 18 | RJ: | Would it -- would it work if I got -- |
| 19 | SH: | -- it's only (unintelligible). |
| 20 | RJ: | -- lower?  'Cause I mean, I'm getting 20s. |
| 21 | SH: | How much -- how much -- |
| 22 | RJ: | Out there.  If I got -- |
| 23 | SH: | -- how much Alprazolam you take? |
| 24 | RJ: | -- if I got -- when I can afford it, two. |
| 25 | SH: | Two a day? |

007591

1   RJ:    Three if I can, if I can find them.

2   SH:    Of the -- of the -- of the bars, the 2 (unintelligible) ones?

3   RJ:    But I'll -- but I'll, um -- not the Alprazolam.  I'm taking the 10's -- or the

4          20's.  When I can find them.

5   SH:    Twenties?

6   RJ:    Yeah.

7   SH:    No, Alprazolams come in --

8   RJ:    So --

9   SH:    -- uh 0.5.

10  RJ:     -- it's the 5's -- 5's, 10's.

11  SH:    -- 1 or 2.

12  AF:    Yeah, 2.

13  SH:    Or --

14  AF:    Right?

15  SH:    So a bar, an Alprazolam bar is -- is 2 milligrams.

16  RJ:    Oh, okay.  Yeah.  They got the ones with the 2s.

17  SH:    The footballs are the 1's.  So how many bars are you taking?

18  RJ:    Um at least two but, um, I mean, can we just reduce the milligram and

19         maybe give me some Clonazepam to --

20  SH:    Where -- where do you live?

21  RJ:    Oh, about 103rd Street, but I've been -- been staying over on this side of

22         town for the last week.

23  SH:    Oh, you -- you're in -- you're in St. Augustine?

24  RJ:    For the last -- I'm going back to 103rd Street tomorrow.

25  SH:    Which is where?

007592

1    RJ:    So -- hundred --

2    AF:    Jax.

3    RJ:    Jacksonville.

4    SH:    Jacksonville.  Okay.

5    RJ:    Yeah.

6    SH:    So the problem is Putnam County.

7    RJ:    Uh-huh.

8    SH:    You're not in Putnam County.

9    AF:    Fuck that.

10   SH:    We can't -- we can't do any Alprazolam in Putnam County.  It's out of

11          the question.

12   RJ:    Mhmm.

13   SH:    Okay?

14   AF:    What's wrong with Putnam besides everything?

15   SH:    Uh, the sheriff of Putnam County has talked to us.

16   AF:    Why would he talk to you?

17   SH:    And they made it clear that I will not prescribe Alprazolam for anyone in

18          Putnam County.

19   AF:    That makes no sense.

20   SH:    Well, true.  But he feels very strongly about this.

21   RJ:    Huh.

22   AF:    Maybe he should mind his business in his own county.

23   SH:    Um, I will not defy him.

24   RJ:    Oh, I mean, yeah, you --

25   SH:    I -- I'm -- I mean, come on.  I -- I gotta tell you, he's very convincing.

007593

1        And I'm not going to -- I'm not going to argue the point with him.

2    RJ:   He would probably win that game.

3    SH:   Yeah.  He would win the game.

4    RJ:   Yeah.

5    SH:   Definitely.

6    RJ:   Ain't no doubt.

7    SH:   Definitely.  If -- if -- if we went head to head, he will win.  So I will not

8          fight him.  Right?

9    RJ:   Mhmm.

10   SH:   Even if I may not believe.  But you know, the thing is is that here's what

11         I tell patients who live in Putnam County.  Move out of Putnam County

12         and you can get your Alprazolam.

13   AF:   Right.

14   RJ:   Hmm.

15   SH:   Stay in Putnam County, you will not get Alprazolam.

16   AF:   No.  Well, that's good to know.  So I can't bring you referrals from

17         Putnam.

18   SH:   I can -- I cannot -- I can't do -- I can't do what I can't do, right?

19   RJ:   Mmm.

20   SH:   All right.  So, um uh -- so you're not in Putnam County so it's not out of

21         the question to give you Alprazolam.  Um I will give you a nurse

22         practitioner who may be willing to give you Alprazolam.  You just talk to

23         her.  Tell her -- tell her the honest-to-God truth that you just told me.

24   RJ:   I -- I just don't want to -- I don't want to be --

25   SH:   Right.  Yeah.  Well, this is the thing.

007594

1    RJ:    -- I don't want to have to get it off the street if it's not doing the right

2           thing.

3    SH:    All of us -- all of us here that work here feel the same way.

4    RJ:    Yeah.

5    SH:    What we -- my number one thing is get you off the street.

6    RJ:    Mhmm.

7    SH:    Okay?  Our -- we don't -- we would not like to give you Alprazolam, but

8           if we have to give you Alprazolam, okay.  What's next?  What else?

9    RJ:    I was thinking if the dose is going to be lower, some Clonazepam to --

10          to help me out with it a little bit.

11   SH:    Oh, I can't do that.  Have you ever taken clonidine or Vistaril or --

12   AF:    Well, the other thing that you talked about --

13   RJ:    What -- what else would be close that would help me if the -- the lower

14          dose isn't -- isn't doing what --

15   SH:    Well, I mean, this is the thing.  If you -- it'd be -- we -- we can't give you

16          two benzos.  Okay?  If we give you, uh, Alprazolam, we gotta find a

17          dose that's enough that'll work.  Okay?

18   RJ:    Mhmm.

19   SH:    If we give you Valium, we have to find a dose that's enough that'll work.

20          Um, we can give you other things for anxiety.  Um that would be

21          Lexapro, clonidine, Vistaril, BuSpar, Buspirone.  All those are shitty

22          drugs.

23   AF:    Uh-huh.

24   SH:    Okay?  But especially clonidine can be helpful.

25   RJ:    That's the only thing I've heard of of other people using to help --

007595

1    SH:    Yeah.

2    RJ:    -- them with, is that name.

3    SH:    Clonidine -- clonidine is a -- is a great drug.  And it -- especially is good

4           at night.

5    RJ:    Mhmm.

6    SH:    Because it tends to put you to sleep.

7    RJ:    Mhmm.

8    SH:    So it's like, you know, I have to have this much Alprazolam to function

9           during the day.  And I have to have this much Alprazolam to sleep at

10          night.

11   RJ:    That --

12   SH:    But you can sub -- sub out some of the Alprazolam at night with the

13          clonidine.

14   RJ:    Yeah.  That's what I'm talking about.

15   SH:    Yeah.

16   RJ:    Yeah.  Yeah.  Sounds like you know what I'm --

17   SH:    All right.  So um --

18   RJ:    Yeah.

19   SH:    -- so let's -- I'll give you to -- I'll give you to um Sylvia, and you talk with

20          her and see if you guys -- see if you can negotiate a deal that'll work for

21          you.  Okay?

22   RJ:    Okay.  And that was Cloza – Cloza -- you're going to tell her that?

23   SH:    I am.  Yeah, I'll -- I'll --

24   RJ:    Clozadine [phonetic]?

25   SH:    -- probably Clonidine.

007596

1    RJ:    Clonidine, yeah.

2    SH:    And Alprazolam.  So what about opiates?  No?  What --

3    RJ:    No.  I -- I've --

4    SH:    -- any -- any other -- any other meds you're using?

5    RJ:    No.

6    SH:    Okay.

7    RJ:    Um, no.  Not in -- not in a while.  And I'm trying to stay off of -- off of that

8           shit.

9    SH:    New patient.  All right.  Uh, what's your name?

10   RJ:    Rick.  Ricky Johnson.

11   SH:    Rick Johnson.  He's taking benzos only, comma, he feels certain that

12          he will only be functional on Alprazolam, period.  I'm going to send him

13          to you.  See what you can work out with him and, uh, to help him at

14          night you'd probably want to give him some clonidine.  All right.

15   AF:    What about the other thing we talked about?

16   SH:    What's that?

17   AF:    The Adderall.

18   SH:    Adderall?  Well, we'll -- we'll do Adderall later if we --

19   RJ:    Okay.

20   SH:    -- if -- first we gotta get you -- if you want --

21   RJ:    You know, I don't -- I don't know why my -- my head wasn't thinking.

22   SH:    -- I --

23   RJ:    That's -- that's why I was saying the -- the 20s.

24   SH:    Oh, yeah, yeah, yeah, yeah.

25   RJ:    It's the Adderalls, the 10's and the 20's.

007597

| | | |
|---|---|---|
| 1 | SH: | Right.  Adderall -- Adderall is 10's, 20, 30. |
| 2 | RJ: | I don't know why I was thinking that, Doc. |
| 3 | SH: | Right.  But it's -- interestingly, Alprazolam, Xanax -- |
| 4 | RJ: | Uh-huh. |
| 5 | SH: | -- uh, works against Adderall.  They work -- the Xanax is -- one's an |
| 6 | | upper, one's a downer. |
| 7 | RJ: | Well, that -- then that -- I mean, that's not gonna -- can you call her |
| 8 | | back and change things? |
| 9 | SH: | So are you -- Alprazolam is not your thing? |
| 10 | RJ: | No.  I don't know why I was -- |
| 11 | SH: | Your thing is -- your thing is Adderall? |
| 12 | RJ: | -- that's -- that -- that's why I was confused when I was saying that. |
| 13 | SH: | Right.  Yeah.  Yeah.  Yeah.  Yeah. |
| 14 | RJ: | That's why I was saying the 10's and the 20's. |
| 15 | SH: | Yeah.  Yeah.  Yeah.  Yeah.  Yeah. |
| 16 | AF: | You know it's not called that shit out there.  That's confusing. |
| 17 | SH: | Yeah, I know. |
| 18 | RJ: | Yeah.  It's -- yeah. |
| 19 | SH: | Sorry, confusion, period.  New line, new line.  This is actually an |
| 20 | | Adderall patient. |
| 21 | RJ: | Yeah.  I, like, caught the -- |
| 22 | AF: | I -- |
| 23 | RJ: | -- I don't know what I was thinking. |
| 24 | AF: | Well, we were talking about it and -- |
| 25 | SH: | Okay.  So how much Adderall are you using? |

32

007598

1   RJ:   I was using the -- the -- trying to get two -- two of the 20's.

2   SH:   Two of the 20's?

3   RJ:   Yeah.

4   SH:   Totally do able.

5   RJ:   When I can -- okay.

6   SH:   Totally doable.  Isn't it funny that -- that -- so just to let you know, they

7        have -- there's -- drugs come in different Schedules.  Schedule I means

8        you can't have it.

9   RJ:   Mhmm.

10   SH:   Schedule II means you usually can't have it.  Schedule III means --

11        there's not much that Schedule III means.  Schedule IV, uh, is stuff like

12        cough medicine and stuff.

13   RJ:   Uh-huh.

14   SH:   Interestingly, Xanax is Schedule IV.  But they give us the hardest

15        fucking time with Xanax, right?  And Adderall is Schedule II.  Much

16        more controlled but they're not enforcing it so we can give you Adderall

17        all day.

18   RJ:   Why would that be?  I mean --

19   SH:   Um, well, the reason -- there's a good reason for it.  Um uh Xanax is

20        very, very addictive. Um, Adderall is not -- not that addictive.  Adderall

21        and caffeine --

22   RJ:   Mhmm.

23   SH:   -- are roughly the same in level of addiction.  Uh if you -- if you take a

24        lot of caffeine and you stop taking it, it will fuck you up.  Okay?  If you

25        take a lot of caffeine for a long period of time and you stop taking it, it

007599

```
 1            will fuck you up.  If you take a whole lot of caffeine, you -- there is

 2            something called caffeine psychosis.  Okay?

 3    RJ:     Mhmm.

 4    AF:     Wow.  I think I have that.

 5    SH:     Um, but there's also Adderall psychosis.

 6    RJ:     I think you do all of the time.

 7    SH:     Adderall psychosis is roughly the same.  The withdrawal effect of

 8            caffeine, mostly headaches.  Um, not a lot else.  Withdrawal of

 9            Adderall, mostly headaches.

10    RJ:     Uh-huh.

11    SH:     Not a lot else.

12    AF:     Huh.

13    SH:     It makes you feel slower.

14    RJ:     Yeah.

15    SH:     It makes you constipated.  Um, that's what you get when you get

16            Adderall withdrawal.

17    AF:     Off of it or on it?

18    SH:     On it, it's -- so on it, they say --

19    SH:     -- they can do that to men, you know?

20    AF:     What about to women?

21    SH:     And you're right.  All right?  But, uh, constipation, no.  It's supposed to

22            actually do the opposite.  The constipation, it'll get you going.

23    AF:     Why do I have horrible stomach problems, then?

24    SH:     I --

25    RJ:     Probably the way you eat.
```

34

007600

1    AF:    Well --

2    SH:    I don't know.

3    AF:    -- probably not.

4    RJ:    Taco Bell will do that to you.

5    SH:    Um, yeah.  Well, any -- the -- the caffeine and the Adderall -- whatever.

6          All right.

7    AF:    Hmm.

8    SH:    So I'm sending you -- I'm sending you to (unintelligible) --

9    AF:    Do you do stomach medicine, too?

10   SH:    What's that?

11   AF:    Stomach medicine?  Do you do anything like that?

12   SH:    I do, yeah.

13   AF:    You do?

14   SH:    What do you need?

15   AF:    Like what?

16   SH:    Well, what's your problem?

17   AF:    Stuff to make me more regular.

18   SH:    Oh, to -- the -- the pooping?

19   AF:    Oh, yeah.

20   SH:    Okay.  Let me see.  What else are you on?

21   RJ:    Castor oil does it.

22   AF:    Listen.  I have a great diet.  It's basically not eating.

23   SH:    So Buprenorphine, Buprenorphine stops you up.  Okay?  The, uh, uh,

24         uh, Suboxone, that can be a problem.  There is a medication, but I don't

25         know if, um -- I don't know how expensive it is.

007601

1    AF:    I changed my mind.  My stomach's fine.  Thank you.

2    SH:    Listen to you.

3    RJ:    You start talking about money.

4    SH:    Yeah.  About money.

5    RJ:    Yeah, the castor oil.  That's cheaper. Tastes horrible.

6    AF:    Yeah.  No, I eat super healthy actually.

7    SH:    There's -- there's a lot of over-the-counter stuff that works.  Miralax is

8           one of them.  Um, but, yeah, there's some -- there's a -- they're always

9           looking for something for constipation for addicts.  But of course, if

10          they're looking for it, it's because they want to make money off it.

11   AF:    Hmm.

12   RJ:    Is there -- is there anything else that would help, like, at night with that?

13   SH:    With what?

14   RJ:    When I -- after -- where I cannot take that much Adderall during the day

15          and save it?

16   SH:    Yeah.  You --

17   RJ:    If I can't get -- you know, I don't know if I'm going to be able to get back

18          here --

19   SH:    -- you --

20   RJ:    -- right at seven days with it.

21   SH:    Just don't take it at night.

22   AF:    Uh-huh.

23   SH:    Um, we have -- there are other things -- so with Adderall, there are

24          other things that you can take.  There's Modafinil/armodafinil; have you

25          heard of those?

007602

1    RJ:    No.

2    AF:    What is that?

3    RJ:    I probably have but it wasn't called that but it probably --

4    SH:    Um, yeah.  What are they called?  Uh they have another name.  They

5           have a common name.  Um, Modafinil and armodafinil are known as

6           Nuvigil.  Okay.  Anyway --

7    RJ:    No.

8    SH:    -- doesn't matter.  Those are -- those --

9    AF:    I think times have changed, Doc.

10   RJ:    It was probably different -- different names.  I didn't --

11   SH:    -- those are Schedule --

12   RJ:    -- I didn't like them so I didn't keep buying them.

13   SH:    Those are Schedule IV stimulants.  There's also Strattera.  Have you

14          tried Strattera?

15   AF:    Mm mm.

16   RJ:    Not that I've heard of.

17   SH:    Okay.  Strattera is expensive.

18   RJ:    Uh-huh.

19   SH:    Which is why we don't use it that much.  But Adderall, every time you

20          take it, it works a little less well.

21   AF:    Hmm.

22   SH:    Okay?  And that's a pain in the ass with Adderall.

23   AF:    Hmm.

24   SH:    But Strattera, every time you take it, it works a little better.

25   AF:    Hmm.

37

1    SH:    Just for that reason I like Strattera.  Okay?  Adderall works on about 85

2            to 90 percent of people.  Strattera works on about 30 percent of people.

3    AF:    Hmm.

4    SH:    So it's not nearly as good of a -- a drug as Adderall.

5    RJ:    Is that something I can tell what's -- what's her name?

6    SH:    Strattera?

7    RJ:    Yeah.  Well, whatever her name is.  Is --

8    SH:    Yeah.  Yeah.  So Sylvia.

9    RJ:    Sylvia.

10   SH:    Yeah.  Strattera -- Strattera's great but it's $400 a month.

11   RJ:    Oh.  I can't do that.

12   SH:    Yeah.  Exactly.  Nobody can.

13   RJ:    No, I can't do that.  What about the --

14   SH:    Unless you --

15   RJ:    -- cheaper ones?  Is that something that I could try?

16   SH:    The armodafinil/Modafinil?  Those are possibilities.  But first let -- let us

17           start you with, uh, Adderall.  You can do the Adderall with the

18           Modafinil/armodafinil.  Uh, Modafinil/armodafinil are Schedule IV.  And I

19           told you that puts them down the list.

20   RJ:    Yeah.

21   SH:    They're -- they're hardly even a problem, uh, in terms of, uh, you know,

22           getting them.

23   AF:    (Unintelligible).

24   SH:    All right.  You got a photo ID for me?

25   RJ:    Do I?  Yeah.

007604

1    AF:    Yeah.

2    RJ:    I'm with you.

3    AF:    (Unintelligible).

4    SH:    Okay.  All right.  So, uh, last thing.  You're going to pay with credit card?

5    AF:    No.

6    SH:    Okay.

7    AF:    Right?

8    RJ:    Yeah.

9    AF:    Cash.

10   SH:    Cash?

11   RJ:    She's -- yeah.  She's -- she's helping me out.

12   SH:    This is your nurse practitioner.  This is our counselor.  This is me.  This

13          is you.

14   RJ:    That is me.  That -- that's a piece of work.  So Sylvia's gonna call me.

15          Okay.

16   SH:    Sylvia's gonna call you, yeah.  Now, Sylvia --

17   RJ:    When's she -- is she calling -- she -- tonight?  Tomorrow?

18   SH:    Probably -- probably tonight, maybe tomorrow.  Sylvia takes no shit.

19   RJ:    Now, being -- you said being --

20   SH:    Uh-huh.

21   RJ:    -- being the Adderall, uh, you want me to fill it somewhere specific?

22   SH:    No, no.  You -- you choose your --

23   RJ:    It was the Alprazolam that you couldn't -- couldn't get that --

24   SH:    Yeah, Alprazolam's a pain in the ass.

25   RJ:    -- I would Have to fill that, yeah, in Jacksonville.

007605

1    SH:    But isn't that funny that they don't -- they give me so much shit about

2           Alprazolam and Adderall, which is supposedly a much more controlled

3           drug, meh, no problem.

4    RJ:    Hmm.

5    SH:    I -- I never get problems with that -- with --

6    RJ:    (Unintelligible) somebody could, like, come pick it up from you and fill in

7           -- in Jacksonville, though?

8    SH:    Should be.  No problem.

9    RJ:    Oh, okay.  That's good.

10   SH:    Yeah, it really -- it really is not -- not a big deal at all.

11   RJ:    In Jacksonville it's not a big deal?

12   SH:    Uh, anywhere.

13   RJ:    Well, I'm saying you -- to get it filled, though.

14   SH:    Anywhere.  I mean, it's not a medication that anyone ever gives me

15          trouble about.  Even though it's Schedule II.

16   RJ:    No.  I'm talking about the Alprazolam.

17   SH:    Oh, the Alprazolam?  Alprazolam --

18   RJ:    (Unintelligible) if you get -- if -- if --

19   SH:    -- oh, you're out --

20   RJ:    -- if we got it in Jacksonville.

21   SH:    Yeah.  Alprazolam's a pain in the ass.

22   RJ:    Even if we --

23   SH:    I don't know.  It's always -- it's always trouble.  Um, but, yeah, I could

24          probably get it in Jacksonville.  Probably.

25   RJ:    Uh-huh.

007606

1    SH:    All right.  Um, hold on.  I'm doing the billing part now.

2    RJ:    Damn, girl.  Are you buying dinner tonight, too?

3    AF:    If I have any extra.  See how easy he takes it on us.  Isn't that right,

4           Doc?

5    SH:    What?

6    RJ:    I'm hungry.

7    AF:    Gotta feed the man.

8    RJ:    She's gonna -- she's gonna buy me dinner if she's got money left over.

9           I'll get you -- get you --

10   AF:    I -- I always do.

11   SH:    Life -- life is pretty good.  I gotta tell you.

12   RJ:    I can get you back next week.

13   AF:    I know.

14   SH:    Okay.  So, um --

15                              (END OF RECORDING)

007607