1    (MEETING, AMANDA FLEMING-SCOTT HOLLINGTON)

2    (The following may contain unintelligible or misunderstood words due to the
3    recording quality. The audio was poor and broken up, and the parties continually
4    talked over each other drowning out many words, and voices were very garbled
5    in places and there was a frequent scratchiness into the mic wiping out words.)
6

7        AF = AMANDA FLEMING

8        SH = SCOTT HOLLINGTON

9        RJ = RICK JOHNSON

10       UF = UNKNOWN FEMALE SPEAKER

11   SH:   Spell your legal first name for me.

12   RJ:   Mine?

13   SH:   Yeah.

14   RJ:   Yeah, R-I-C-K-Y. It's Rick -- Ricky.

15   SH:   R-I -- your -- your mother named you Ricky?

16   RJ:   Um, if you looked at my middle name, you'll know why 'cause she didn't
17         want to -- and they were -- yeah.

18   SH:   What -- what's your middle name?

19   RJ:   Well, Don Johnson. Yeah. Yeah. The "Miami Vice" one. Yeah. I'm
20         named after "Miami Vice."

21   SH:   You're Ricky Don?

22   RJ:   That's a true story.

23   SH:   Ricky Don.

24   RJ:   Ricky Don Johnson.

25   SH:   And your last name's Johnson?

26   RJ:   I didn't make it up.

27   SH:   And -- and she -- she -- did she actually -- was she actually --

1  RJ:  She was.

2  SH:  Yeah.  There you go.

3  RJ:  Yeah.  You know why?  'Cause she didn't like my dad and, uh, yeah.

4       She had a crush on -- on that one.

5  SH:  Don Johnson.  There you go.

6  RJ:  Yeah.

7  AF:  Hmm.

8  RJ:  "Miami Vice" crew.

9  SH:  So there was a story about Don Johnson.

10 RJ:  Hmm.

11 SH:  Um, maybe -- a long time ago.  1990 -- had to be --

12 AF:  You don't have to say it's a long time ago when you say --

13 SH:  '95.

14 AF:  Okay.

15 SH:  '95.

16 AF:  It's not that long ago.

17 SH:  Uh, the story was that broke on the Internet was that he was, uh,

18      stopped on the border entering Germany with -- and they caught him

19      with $5 billion in cash.

20 RJ:  Phew.

21 SH:  And I -- I heard the story and I just started laughing.

22 RJ:  In a pink flamingo.

23 SH:  I'm like -- and then the people are like, "What?  What -- what -- what are

24      you laughing?"  "What, $5 billion in cash?"  And they're like, "Yeah."  I

25      was like, "Okay.  So how big is a billion dollars in cash?"

2

1   RJ:   Uh-huh.
2   SH:   How many hundred dollars -- bills is --
3   RJ:   You can't make --
4   SH:   -- exactly.
5   RJ:   I wouldn't even -- I wouldn't even know.
6   SH:   That's --
7   RJ:   But I can imagine.
8   SH:   It -- it's -- a billion dollars is approximately a semi load of hundred dollar
9         bills.
10  AF:   What?
11  SH:   Yes.
12  AF:   No way.
13  RJ:   Yeah.  Uh-huh.
14  SH:   So if he had $5 billion on his person, he had what, four semis in his
15        pockets?  Come on.
16  RJ:   Yeah.  Yeah.  You must have saw that on Facebook.
17  SH:   I mean, I was -- that was the whole thing.  And I -- I -- I think it said --
18        'cause somebody told me that.  I'm like, "That is --" give me a break.
19        And they're like, "What?"  I'm like, "No.  You -- there's no such as $5
20        billion cash."
21  RJ:   No, you're not gonna --
22  SH:   You -- you --
23  RJ:   -- not that you're toting around in your pockets.
24  SH:   No.  All right.  What's your date of birth?
25  RJ:   10/8/70.

1  SH:   Don Johnson was around in the --
2  RJ:   No, he wasn't.  She says that -- that he was named after me.
3  SH:   Oh, I see.  All right.
4  RJ:   I just tell the story the other way around.
5  SH:   All right.  1970.  Was is it 10, October?
6  RJ:   October.  October.
7  SH:   So you're a Scorpio.
8  RJ:   October 8th.  Lee -- it starts with an L.
9  SH:   You're a, uh -- yeah, a Libra.
10 RJ:   Yeah.
11 SH:   10 -- what was it?  What --
12 RJ:   10/8/73.
13 AF:   You gotta be more in tune with your spirituality and astrological sign.
14 SH:   A Libra.  Libra's -- Libra's not a good sign.
15 AF:   That's what I'm saying, you know?
16 RJ:   I don't even know.  I know it started with an L.  Maybe that's why I don't
17        pay attention.
18 SH:   Libra -- Libra is not a good sign.
19 AF:   Everyone knows their sign.
20 SH:   Libras are fucking pains in the ass.  Did you know that?
21 RJ:   Maybe that's why I don't pay attention to it.
22 SH:   Well, anyway, if you believe it -- if you believe in that shit.  You know?
23        It's fun to talk about but it's not real.
24 AF:   Yeah, it's entertaining at minimal.  I think they're all the same.
25 SH:   Who is that?

1   UF:   It's me, Kelly.
2   SH:   Okay. Have a seat. I'll be with you in a bit.
3   UF:   Okay.
4   RJ:   Hi, Kelly.
5   AF:   What's up?
6   UF:   Hello.
7   AF:   What up?
8   RJ:   You don't know us. I'm just saying hi.
9   UF:   Oh, I'm like, what?
10  RJ:   Just saying hi.
11  UF:   What's up, y'all?
12  SH:   All right. How much are you going to give me?
13  AF:   Hmm.
14  RJ:   That's on you.
15  SH:   It's 125.
16  AF:   Hmm. Okay.
17  RJ:   Guess we don't go -- (unintelligible) some of that dinner money, doesn't
18        it?
19  AF:   I know. I got some still. Depends on after my visit. Damn. Somebody
20        wrote 6,500 on this $100 bill.
21  SH:   Well, that would be nice.
22  AF:   Yeah, wouldn't it?
23  RJ:   Pass that over. We'll call it a day.
24  AF:   That's what I'm saying.
25  SH:   I'll take it to the bank. They'll -- they'll cash it for 6,500 then, yeah.

5

1  AF:  And then you just give us a -- all right.

2  SH:  Yeah. I'll -- I'll -- I'll put it in your account. No problem.

3  AF:  Perfect. Sounds like a plan. Money's on the table, Doc.

4  SH:  All right.

5  AF:  I just need $5 in change.

6  SH:  When -- oh, yeah, okay.

7  AF:  Unless, uh, my visit, like, equals out.

8  SH:  It probably will but I'll give you the $5 now.

9  AF:  I don't know. Okay. Thanks.

10 SH:  Just -- just so that -- just so you won't (unintelligible).

11 AF:  Well, thank you.

12 SH:  There you are.

13 RJ:  That's almost enough for my dinner.

14 AF:  One, two, three, four, five. $5? You need to eat decent.

15 RJ:  I'll just eat six -- six chicken wings. That's all I want.

16 AF:  No, you need to eat healthier.

17 SH:  Six -- six chicken wings.

18 AF:  Healthy food from Zaxby's.

19 RJ:  They're chicken.

20 AF:  Yeah. Grilled --

21 RJ:  (Unintelligible).

22 AF:  No. Zaxby's is expensive.

23 RJ:  No. I'll get, um, grilled chicken wings.

24 AF:  Okay.

25 RJ:  Then they're good for you.

6

1  AF:  It's still more than $6.

2  RJ:  At Zaxby's it is.

3  AF:  Yeah.  Like, that's where it's good, though.

4  RJ:  Not at the Chicken Coop.

5  AF:  It's good at Zaxby's.  Quality.  Consistency.

6  RJ:  Sure.  Hell, if you're buying.

7  AF:  Consistency -- oh.  Yeah.  Okay.  Fine.

8  RJ:  Zaxby's It is.

9  AF:  Well -- well, I'm not making two stops so --

10 RJ:  I should have dressed better if I knew we were going to Zaxby's.

11 AF:  We're gonna hit the drive-thru.

12 SH:  Oh, come on.

13 AF:  It's hot in here, Doc.

14 SH:  Is it?

15 AF:  Mhmm.

16 RJ:  No, it's hot outside.

17 AF:  Oh, it's my hip.  That's true.

18 RJ:  I mean, it's hot (unintelligible).

19 AF:  That's true.

20 SH:  Ricky Johnson paid 125 cash.

21 AF:  You don't have to say it so loud, remind me.

22 SH:  All right.

23 RJ:  That -- that one's coming back to you.  It's the other 125 you gotta worry

24      about.

25 AF:  I know.

1  RJ:  You (unintelligible) that money.

2  AF:  I know. I'm just getting a lot of IOU's.

3  RJ:  I can't help you out with that. I will help --

4  AF:  Building up.

5  RJ:  -- you out with gas money, though, for coming here.

6  AF:  Hmm. Hmm. Hmm. I had to come here anyway.

7  RJ:  Okay. I won't help you out with gas money.

8  AF:  Well, I --

9  SH:  All right. Now --

10 AF:  -- you know, I might have changed my mind, though.

11 RJ:  Yeah. I'll get it when I can.

12 SH:  So I'm done with you. She'll call you, and she'll, uh, ask you the name

13     of your pharmacy and all that stuff. And she'll talk to you about your

14     meds and she'll put you through. Okay?

15 RJ:  Yeah.

16 SH:  Alright.

17 AF:  All right. Me.

18 SH:  I'm working on you.

19 AF:  Oh, good thanks. Very good. (Unintelligible) is it?

20 RJ:  7:40.

21 AF:  Wow.

22 RJ:  Close (unintelligible).

23 AF:  7:37.

24 RJ:  Yeah. Pretty --

25 AF:  Very good.

8

1   RJ:   Pretty close.

2   SH:   All right. Any new medical issues?

3   AF:   No.

4   SH:   Uh, take uh cocaine?

5   AF:   Mm mm.

6   SH:   Depression?

7   AF:   Mm what?

8   SH:   Depression?

9   AF:   I feel like that's pretty personal, Doc.

10  SH:   Thoughts of suicide?

11  AF:   Nope.

12  SH:   Uh, alcohol, crystal meth?

13  AF:   Always. I mean, at least the first one.

14  RJ:   Yeah. Crystal meth?

15  AF:   What?

16  SH:   How much -- how much alcohol?

17  RJ:   You don't do that.

18  AF:   Um, I don't know. A little bit here.

19  SH:   How many drinks? I -- I -- I -- how much -- how often do you binge

20        alcohol?

21  RJ:   Binge.

22  SH:   Like, after -- after you have a bender.

23  AF:   This is really --

24  RJ:   Weekends?

25  AF:   -- like --

9

1  SH:  You want him to go out and close the door?

2  AF:  -- interpretive. No. I don't care what --

3  SH:  Okay.

4  RJ:  I'm usually with her when she binges.

5  AF:  Yeah. He -- he knows what I'm doing usually.

6  SH:  So -- so, uh, uh, you have -- you go out, you have a good time drinking.

7      How many drinks do you have? Seven?

8  AF:  Um, well, I don't really go out.

9  SH:  Okay. You pull the bottle of Jack out of your side cabinet. How many

10     do you have? Seven?

11 AF:  How many --

12 SH:  Ten?

13 AF:  -- how many do you have?

14 SH:  I don't drink.

15 RJ:  He just told you that.

16 AF:  Uh-huh.

17 SH:  I don't drink.

18 AF:  I recently quit drinking.

19 SH:  Okay.

20 AF:  So none.

21 SH:  A week? No drinks in a week?

22 AF:  Six days.

23 RJ:  That's not a week.

24 SH:  Yeah. That's about --

25 AF:  That's almost a week, though.

10

1  SH: So when she drinks, she has 10, 20 in one night?

2  RJ: I haven't drank with her in over six days so --

3  SH: Over six days? It's been -- it's been six long days. It's like --

4  AF: It has. I feel super refreshed.

5  SH: All right. All right. All right. All right.

6  RJ: Two weekends ago maybe but she said she quit -- she quit.

7  SH: All right. All right. All right. All right.

8  AF: Yeah.

9  SH: I -- I'm not gonna -- not gonna -- and I really don't care that much about
10     it.

11 AF: Okay. Well, that's good.

12 SH: But it -- it would be nice to know the truth. All right. So, uh, you need
13     your um Adderall, your --

14 AF: Yep.

15 SH: -- Buprenorphine.

16 AF: Yep.

17 SH: Um, your Valium.

18 AF: Uh-huh.

19 SH: And your Lexapro. Are you still taking the Lexapro?

20 AF: Yeah. I am severely out of all of it.

21 SH: Okay.

22 AF: Do you think, um -- do you think that I could get Xanax if I take one off?

23 SH: You could do what?

24 AF: Xanax.

25 SH: Uh-huh. Instead of Valium?

1   AF:   If that's the one that I can take off to make it easier for you.

2   SH:   Let me look at that hold on.

3   AF:   Thanks.  Unless Lexapro is one we can take off.

4   SH:   No.

5   AF:   Oh.

6   SH:   Lexapro doesn't -- Lexapro is a throw-away.

7   AF:   Oh.

8   RJ:   Do you throw it away?

9   AF:   No.

10  SH:   It -- it's -- I mean, I can give you -- I can give you all the nonscheduled
          drugs in the world that I want to give you and no one can say boo to
          me.

13  AF:   Hmm.

14  SH:   Um, the scheduled drugs uh have -- anything I do gets direct attention.
          All right.

16  AF:   Well, we don't want that.

17  SH:   Um, so I could increase your diazepam, your Valium to two.

18  AF:   Uh-huh.

19  SH:   No problem.

20  AF:   With Xanax?

21  SH:   If I switched it out for Xanax -- where do you live?

22  AF:   Down this way.

23  SH:   Not -- not Putnam County?

24  AF:   Fuck, no.

25  SH:   Okay.

007619

1   AF:   That place is a shithole.

2   SH:   I could give you uh one football a day.

3   AF:   With leaving everything or replacing Valium?

4   SH:   Replacing the Valium.

5   AF:   Do you have to replace the Valium, though?

6   SH:   You can only have one or the other. You cannot have both. I can

7         increase your Valium or I can give you -- replace it with -- with a little bit

8         of Xanax. But in the end you're better off with the Valium because

9         they're going to give you a hard time about the Xanax. The -- the -- the

10        -- they might even -- not even uh fill your, uh, medications if -- if you

11        have --

12  AF:   I'd rather -- if I can, I'd rather just, uh, switch it.

13  SH:   All right. And you're not going to take any other benzos if I give you

14        one football?

15  AF:   No.

16  SH:   Okay. Okay. Are you going to give me 130? 135? That's what I'd like.

17  AF:   Is that an amount of money?

18  SH:   That -- yes. That's -- I'm talking money now.

19  AF:   Hmm. What would you not like?

20  RJ:   Huh.

21  SH:   Um --

22  AF:   One --

23  SH:   -- zero would be bad.

24  AF:   -- 20? 120?

25  SH:   I can settle for 120 if that's what you've got.

1  AF:  I have an easy 120.

2  SH:  All right.

3  AF:  Thank you. Which saves enough --

4  RJ:  Chicken wings are still on the menu, right?

5  AF:  Which saves enough dollars for --

6  RJ:  And we just share six?

7  AF:  -- that -- whatever shitty place you were talking about. That's --

8  RJ:  Yeah. I told you.

9  AF:  -- that's all I have.

10 RJ:  Guess we're going to the Coop.

11 AF:  Damn it.

12 RJ:  Yeah.

13 AF:  Are you going to share your six wings?

14 RJ:  4.99 for six wings.

15 AF:  I can't stand you. Oh, Christ. That's everything I have.

16 RJ:  What's today? Monday, Tuesday?

17 AF:  Where is this shitty place you're talking about?

18 RJ:  Tuesday. I'll tell you. It's a secret.

19 SH:  What, Zaxby's?

20 RJ:  Yeah. No.

21 AF:  No. We can't afford Zaxby's now.

22 RJ:  I can't tell you. I gotta blindfold you 'cause I don't want you -- chicken

23      wings are hard to come by these days.

24 AF:  It's like a good fishing spot.

25 SH:  Oh, my God. Can you imagine? What kills me is the baby formula

1            thing. That makes me crazy.

2    AF:    I mean, no one needs it. Do you need baby formula?

3    RJ:    Babies need it. That's why it's called baby formula.

4    SH:    I have two brand new nieces.

5    AF:    Oh, well, then that makes sense. All right. I got it.

6    SH:    All right? They're brand new nieces. And they -- they cannot get their

7           baby formula.

8    AF:    What about, uh -- never mind.

9    RJ:    You just got schooled.

10   AF:    Yeah, I did. You got me.

11   SH:    It's just -- it's terrible. Yeah. Baby twins, and one of them gets sick if

12          she takes anything but, like, this special formula and she can't get it.

13   AF:    Hmm. I don't know anything about that stuff.

14   SH:    You've had babies. You've had babies?

15   AF:    (No audible response).

16   SH:    You never had babies?

17   AF:    No babies.

18   SH:    Huh.

19   AF:    Figured I can't miss what I don't have.

20   RJ:    True story.

21   AF:    Yeah. That's what I'm saying.

22   RJ:    Uh-huh.

23   AF:    I'm sure I'd love it unconditionally, but if I don't have it to know that, then

24          I don't have it to know that.

25   SH:    Rx Mart Pharmacy for you, right?

15

007622

1  AF:  Yes, sir. That place sucks. Don't ask about them.

2  RJ:  Don't ask what?

3  AF:  Rx Mart.

4  RJ:  Well, I mean, I'm probably going to need a ride.

5  AF:  Yeah. Well, you won't if you're in Jacksonville.

6  RJ:  I'm not. I'm going --

7  AF:  You'll be in walking distance.

8  RJ:  In walking distance of what?

9  AF:  You'll be in walking distance to your pharmacy up there.

10 RJ:  Um, no. Do I look like I walk?

11 AF:  Listen.

12 RJ:  I got friends with rides.

13 AF:  Mhmm. What's up?

14 UF:  I'm gonna ask --

15 AF:  Hey, welcome in.

16 UF:  Is there, um, any way that um he can do the um the pee test um real

17      quick when -- when --

18 SH:  I'll be -- I'll be basically just one more minute.

19 UF:  Okay.

20 SH:  I'm just trying to get -- trying to get all my shit together here.

21 RJ:  See, I didn't have to go. You got to go. You got to go. Dang. You

22      didn't even ask me how much I drink a week.

23 SH:  All right. All right. You're all set.

24 AF:  Guess it doesn't matter.

25 SH:  Good to go.

1  RJ:  Huh? No physical exam, no nothing? I don't get asked how much I
2       drink or nothing?
3  SH:  All that -- all that shit is going to go through your nurse practitioner.
4  RJ:  Okay.
5  SH:  Okay?
6  RJ:  She takes care of all that?
7  SH:  She takes care of all that.
8  RJ:  She -- she gonna give me a physical exam? I hope so. I hope
9       Sylvia's --
10 SH:  Yeah, you hope.
11 AF:  Hoping, yes.
12 RJ:  -- gonna give me her address.
13 SH:  It's going to be over the phone.
14 AF:  Oh.
15 SH:  So she takes no shit. Okay? Because --
16 AF:  Don't be lying about your weight.
17 SH:  -- she is -- she has health issues.
18 RJ:  Okay.
19 SH:  She's essentially, um --
20 RJ:  Is she going to know what that other -- that other --
21 SH:  She'll know everything.
22 RJ:  -- C thing that --
23 SH:  She has more clinical experience than any of them.
24 RJ:  Okay. So she'll know what the other --
25 SH:  She should, yeah.

| | | |
|---|---|---|
| 1 | RJ: | -- to go along with the Adderall. |
| 2 | AF: | Very well, Doc. |
| 3 | RJ: | That it?  We're done? |
| 4 | SH: | Yeah.  You guys are all set. |
| 5 | RJ: | All right. |
| 6 | SH: | Thank you so much. |
| 7 | AF: | Rocking and rolling. |
| 8 | RJ: | Thank you, sir. |
| 9 | AF: | Thanks for seeing me. |
| 10 | SH: | Uh-huh. |
| 11 | AF: | Always a pleasure. |
| 12 | SH: | You look good. |
| 13 | AF: | Thank you. |
| 14 | SH: | Okay.  Um, urine test? |
| 15 | AF: | Yeah.  Let's go this way. |
| 16 | SH: | Urine test? |
| 17 | UF: | Yes. |
| 18 | SH: | Okay. |
| 19 | RJ: | What time you got right now? |
| 20 | AF: | Uh, it's -- |
| 21 | RJ: | It is actually 7:47. |
| 22 | AF: | Great. |
| 23 | RJ: | (Unintelligible). |
| 24 | AF: | Still working on mine. |
| 25 | RJ: | Yeah. |

1                    (END OF RECORDING)

007626