**RX-MART PHARMACY**
665 STATE ROAD 207, SUITE 101   Saint Augustine, FL 32084
Phone: (904)342-2162   Fax: (904)547-2732   Prnt Dt: 8/9/2022 10:26:33AM

| | |
|---|---|
| Rx Pres: scott hollington | OrdL: 05/23/2022 |
| 2200 North Ponce de Leon #7 | NPI# 1285981043 |
| Saint Augustine, FL 32084   Phn: (612)412-6619 | LIC# 124829 |
| 2200   Fax: | DEA# FH3435155 |
| | SPI: 6680159442006 |

Electronic Rx Eff.Date: 05/23/2022

Patient: Fleming, Amanda
DOB: /1990   Gender: F
Address:                                         Rx#: 209358
                Jacksonville, FL 32218
Phone: (386)204-3115   Diag: F909
Qty: 30.000   (Thirty)
Days: 30   Refills: 0   PH/TH: OB   Class: 2
Potency UnitCd: Capsule
Drug: Adderall XR 30 MG Oral Capsule Extended Release 24 Hour

Sig: Take 1 capsule (30 mg) by mouth daily in the morning

Signature _____   Date _____

This Prescription Will be Filled Generically Unless Prescriber Writes "DAW[1]" in the Box     [ N ]
                                                         Dispense As Written

5/23/2022   7:48 PM   MessageType: New Prescription
                             From: 6680159442006
Msg.Id: 70C0008DDD914B18A4CDB93C0C51D   To: 5716658
Prs. Order Ref: 70C0008DDD914B18A4CDB93C0C51DD07

Resp.Status: Authentic EPCS Received
Adderall XR 30 MG Oral Capsule Extended Release 24 Hour

003562

**RX-MART PHARMACY**
665 STATE ROAD 207, SUITE 101   Saint Augustine, FL 32084
Phone: (904)342-2162   Fax: (904)547-2732   Prnt Dt: 8/9/2022 10:26:45AM

Rx Pres: scott hollington
2200 North Ponce de Leon #7
Saint Augustine, FL 32084   Phn: (612)412-6619
2200   Fax:

Ord: 05/23/2022
NPI#: 1285981043
LIC#: 124829
DEA#: FH3435155
SPI: 6680159442006

Patient: Fleming, Amanda
DOB: [ ]/1990   Gender: F
Address: [redacted]
Jacksonville, FL 32218
Phone: (386)204-3115
Rx#: 410584
Diag: F1120
Qty: 30.000 (Thirty)
Days: 30   Refills: 0   PH/TH: OB   Class: 3
Potency UnitCd: Tablet
Drug: Buprenorphine HCl-Naloxone HCl 8-2 MG Sublingual Tablet
Sublingual
Sig: 1 tablet sublingually daily

Electronic Rx

Signature _____ Date _____

This Prescription Will be Filled Generically Unless Prescriber Writes "DAW [1]" in the Box
Disaease As Written: N

5/23/2022  7:48 PM   MessageType: New Prescription
From: 6680159442006
Msg Id: 44C8AC7F8CA040639EAF0942069930  To: 5716658
Prs. Order Ref: 44C8AC7F8CA040639EAF094206993048

Resp Status: Authentic EPCS Received
Prescribers Note: NADEAN:XH3435155 (XDEA#XH3435155)

003565

**RX-MART PHARMACY**
665 STATE ROAD 207, SUITE 101   Saint Augustine, FL 32084
Phone: (904)342-2162   Fax: (904)547-2732   Prnt Dt: 8/9/2022 10:26:57AM

| | |
|---|---|
| Rx Pres: scott hollington | Ord: 05/23/2022 |
| 2200 North Ponce de Leon #7 | NPI# 1285981043 |
| Saint Augustine, FL 32084   Phn: (612)412-6619 | LIC# 124829 |
| 2200   Fax: | DEA# FH3435155 |
| | SPI: 6680159442006 |

Electronic Rx Eff.Date: 05/23/2022

Patient: Fleming, Amanda
DOB: /1990   Gender: F
Address: 
Jacksonville, FL 32218   Rx#: 410585
Phone: (386)204-3115   Diag: F419
Qty: 30.000   (Thirty)
Days: 30   Refills: 0   PH/TH: OB   Class: 4
Potency UnitCd: Tablet
Drug: ALPRAZolam 1 MG Oral Tablet

Sig: Take 1 tablet (1 mg) by mouth one time daily

| Signature | Date |
|---|---|
| This Prescription Will be Filled Generically Unless Prescriber Writes "DAW [1]" in the Box | N Dispense As Written |

5/23/2022  7:48 PM   **MessageType:** New Prescription
From: 6680159442006
Msg Id: 88D247C20A7E4CC2B03EC6F01B744I   To: 5716658
Prs. Order Ref: 88D247C20A7E4CC2B03EC6F01B744B85

Resp.Status: Authentic EPCS Received

ALPRAZolam 1 MG Oral Tablet

003566