**Copy only - not valid for dispensing**

New Rx from PPI
**Ricky Johnson**
DOB: ▓▓/▓▓/1970
Sex: M

Jacksonville, FL  32210

Ph: (904) 591-6826

**Written:  Amphetamine-Dextroamphetamine 20 MG Oral Tablet**

| | |
|---|---|
| Written: 05/24/2022 | Earliest Fill Date: 05/24/2022 |
| Qty: 30 Tablet       Refills: 0 | Days Supply: 30 |
| DAW: 0  No Product Selection Indicated. | |

Take 1 tablet (20 mg) by mouth one time daily

Notes from Prescriber:

scott hollington
2200 North Ponce de Leon #7
Saint Augustine, FL  32084
(612) 412-6619

StateLicenseNumber: 124829
DEANumber: FH3435155
NPI: 1285981043
Electronically Signed By (SPI): 6680159442006

Diagnosis Code: F909

Electronically Transmitted To:
Publix #1278 Mission Trace  #1278
955 State Rd 16
St Augustine, FL  32084
Prescriber Order #: 793AC0CE4500485CB7669B3A0A3AE41C

NCPDP: 1049457
Phone: (904) 819-6774
Signed Date: 05/24/2022
Time 11:02:28 Eastern Standard

**Copy only - not valid for dispensing**

003567