1    (MEETING, AMANDA FLEMING-SCOTT HOLLINGTON, 7/18/22)

2    (The following may contain unintelligible or misunderstood words due to the
3    recording quality. The audio was poor and broken up, and the parties continually
4    talked over each other drowning out many words, and voices were very garbled
5    in places.)
6

7    AF = AMANDA FLEMING

8    SH = SCOTT HOLLINGTON

9    UF = UNKNOWN FEMALE SPEAKER

10   SH:   Who do you live with?

11   UF:   Who do I live with?  My husband Dorian.  He, uh --

12   SH:   Is he just he totally prepared --

13   UF:   -- (unintelligible).

14   SH:   -- for three puppies?

15   UF:   Yeah.  We're picking up three (unintelligible).  It's a special breed.

16         They're like the uh Merrell uh [unintelligible] puppies.  They're beautiful.

17         I'm so excited.

18   SH:   Crazy.

19   UF:   One female and two males.

20   SH:   Hey

21   UF:   I am so excited I can't wait. We've never had a puppy only cats. So I'm

22         super excited.

23   SH:   Put your name and um Alex.  Put Alex on there.  Do you know how to

24         do these things?

25   UF:   Um, just dip them in, right?

26   SH:   Mhmm just 10, 15 seconds.

27   UF:   Okay.  Okay.

1   SH:   Uh, this one you have to take the cap off first.  Okay?

2   UF:   Okay.

3   SH:   Dip it that far.

4   UF:   Okay.

5   SH:   This one you hold the pink end.

6   UF:   Pink end?

7   SH:   Pink end.  You hold -- hold the pink end.

8   UF:   Oh, it's the little one, right?

9   SH:   Don't dip the pink -- yeah,

10        don't dip the pink end.  Hold the pink end.  Okay?

11  UF:   Okay.  Okay.

12  SH:   Dip it that far in 10 seconds.  Okay?

13  UF:   Oh, so I don't dip the pink end?  (Unintelligible).  Oh, okay.  I see

14        (Unintelligible).

15  SH:   All right.  You can put the cap back on the other one (unintelligible).

16  UF:   Okay, cool awesome. Thank you.

17  SH:   Here for a urine test or something else?

18  AF:   Huh.  I'm here for my monthly.

19  SH:   Uh, appointment?

20  AF:   Yeah, sure.

21  SH:   Oh, okay.

22  AF:   I need medicine.  You're the guy, right?

23  SH:   Uh, I guess. All right.  Once you've done that, you're free to go.  You

24        can go ahead and leave it on the, uh -- the counter by the window.

25        Okay?

1   UF:   (Unintelligible) here. (Unintelligible), right? (Unintelligible).

2   SH:   You -- what are you here for?  You here for a urine test?

3   UF:   Just a urine test, drug test, and --

4   SH:   Okay.

5   UF:   -- um, and Sylvia, I guess, she x00:09:43(unintelligible) today.  So if you

6         can get maybe -- get -- schedule something to send mine in before they

7         close tonight, and I'm -- 'cause I've already exceeded the length.

8   SH:   Sylvia -- Sylvia said she can't help you today?

9   UF:   No.  'Cause she – we're playing cat and mouse I called her and she

10        called me, and then I called her and she called me, (unintelligible).

11  SH:   Okay.

12  UF:   So I figured she's already in bed.  But, um, and -- and payment.  And I

13        could leave the payment for (unintelligible) through CashApp.

14  SH:   You -- you pay cash or credit?

15  UF:   Cash.  CashApp.

16  SH:   I already (unintelligible).

17  UF:   You don't have CashApp?

18  SH:   Yeah.  No.  'Cause somebody pirated my CashApp.

19  UF:   So (unintelligible).

20  SH:   Yeah.

21  UF:   Oh, gosh.  Okay.  Perfect.

22  SH:   I have a very little luck with uh --

23  UF:   I can transfer it to my bank and go through the --

24  SH:   Credit card.

25  UF:   I don't have a credit card.

1   SH:   Oh.

2   UF:   (Unintelligible) give me a credit card.

3   SH:   Okay.

4   UF:   (Unintelligible).

5   SH:   Okay. And you're going to do this?

6   UF:   (Unintelligible).

7   SH:   You dip it that far in the urine, ten to fifteen seconds, okay?

8   UF:   Okay.

9   SH:   And this one -- this one you open like that. Hold the pink end – you
10        don't dip the pink end, you hold the pink end. Okay?

11  UF:   Okay. (Unintelligible) dip the pink end hold it down till (unintelligible).

12  SH:   Don't dip the pink end.

13  UF:   Adults get (unintelligible). It's 'cause I haven't gotten my hug. Hey,
14        baby. Is somebody in there? Yeah.

15  SH:   Yeah.

16  UF:   All right.

17  SH:   All right. There you go.

18  UF:   Should I go to the bank first?

19  SH:   Um --

20  UF:   I'm going to pee in a cup while you (unintelligible).

21  SH:   Go to the bank.

22  UF:   Okay. Be right back.

23  SH:   How are you?

24  AF:   I'm fine. How are you?

25  SH:   (No audible response).

4

1   AF:   Yeah, you seem off today.

2   SH:   I'm just not feeling all that well.  And I have a lot of crazy people come

3         in.  Not just -- it's been -- I gotta tell you.  I've probably gotten from three

4         people -- I've probably gotten 150 messages today.

5   AF:   That seems like a lot.

6   SH:   And the funny thing is is that one of them is on a cruise ship

7         somewhere in the middle of the Atlantic.  I'm like, "There is literally

8         nothing I can do for you."

9   AF:   Huh.

10  SH:   There's absolutely nothing I could do, right?

11  AF:   Why don't you just --

12  SH:   Why -- so why are you bugging me? Right?  So, well, can you the

13        cruise ship line?  No, I cannot.  Even if I wanted to I wouldn't.  I mean,

14        even if I called them, what am I going to say?  She's in the middle of the

15        Atlantic.  What are you going to do?  Nothing.

16  AF:   That's true.

17  SH:   People are insane.  Just insane.  All right.  Um, last name.

18  AF:   Uh Fleming, one M.

19  SH:   Fleming.  1990, right?

20  AF:   Uh-huh.

21  SH:   That makes you 32.  You look like a little girl.  Like, 32?

22  AF:   Thank you.

23  SH:   That's nice, huh?

24  AF:   I'll take it.

25  SH:   All right.  Um, do you have money for me today?

1  AF:  Um, yes.

2  SH:  I like that answer. Cash or credit?

3  AF:  Cash.

4  SH:  Okay. Um, 125?

5  AF:  Uh-huh.

6  SH:  Excellent. You can put that on the table.

7  AF:  Is that what the visit fee is? 'Cause I always forget.

8  SH:  It's a month. It's a month.

9  AF:  Okay.

10 SH:  So you can come as many or as few times as you want, but you have to
11      pay every month. Actually you need to come in every month but you
12      know. I'm letting you know. Most people do. So they have to pay
13      anyway. All right. Um, so --

14 AF:  125.

15 SH:  Not using street meds?

16 AF:  No.

17 SH:  Um --

18 UF:  Oh, sorry.

19 AF:  Come in.

20 SH:  Yeah. Just -- you -- you go ahead.

21 UF:  Oh.

22 SH:  Yeah, just throw it in front -- on the counter there. There's a counter
23      there.

24 UF:  What about it?

25 SH:  Just put your test on the counter.

6

1  UF:  Oh, okay.
2  SH:  And you can go.  Thank you.  Um, not selling meds?
3  AF:  No.
4  SH:  Uh, not using street meds?
5  AF:  No.
6  SH:  Uh no panic attacks?
7  AF:  Uh, I don't know.
8  SH:  When was the -- when was the last time you had a panic attack?
9  AF:  I don't really know how to --
10 SH:  Okay.  Panic attack is when your heartbeats really rapidly and, um, it
11      just inexplicably uh -- you have sweats, uh, feeling of impending doom.
12      It -- it -- it -- it simulates a heart attack.  You think you're having a heart
13      attack but it's just panic.
14 AF:  (No audible response).
15 SH:   All right.  Nothing.  All right. Uh, depression?  Helplessness?  Thoughts
16      of suicide?
17 AF:  Not going to kill myself.
18 SH:  Okay. Depression?
19 AF:  Mmm mmm.
20 SH:  Okay.  Um, cocaine, crystal meth, alcohol?
21 AF:  Alcohol.
22 SH:  How much?
23 AF:  Um, every day.
24 SH:  Uh, five, more than five, less than five?
25 AF:  Less.

| | | |
|---|---|---|
| 1 | SH: | Okay.  Um, all right. |
| 2 | AF: | Is this purse made out of human skin? |
| 3 | SH: | Oh, that would be a good idea, wouldn't it? |
| 4 | AF: | Uh-huh. |
| 5 | SH: | You know, there are lots of books out there that are made out of human |
| 6 | | skin. |
| 7 | AF: | Really? |
| 8 | SH: | Yeah. |
| 9 | AF: | Do you have any? |
| 10 | SH: | No. |
| 11 | AF: | Okay. |
| 12 | SH: | Um, you know, I used to do autopsies, but I never thought to uh -- to |
| 13 | | take chunks of human skin to make things. |
| 14 | AF: | You're probably not allowed, I guess. |
| 15 | SH: | Probably not.  Probably.  Probably there are rules against that, yeah. |
| 16 | AF: | Who knows.  Maybe there's not. |
| 17 | SH: | Well, no.  There are rules that -- about what you can and can't do.  I |
| 18 | | mean, uh, yeah, I -- okay.  Here's a story. |
| 19 | AF: | Okay. |
| 20 | SH: | Police call me.  And they said, "Hey, uh, we caught, um, one of your, |
| 21 | | uh, lab techs, um, throwing, um, human legs into a -- a d umpster."  I'm |
| 22 | | like, "Human legs?"  "Yeah." |
| 23 | AF: | One of your lab techs? |
| 24 | SH: | One of my -- one of the lab techs that works for you. |
| 25 | AF: | Yeah.  Okay. |

| | | |
|---|---|---|
| 1 | SH: | And I said, "Yeah? How many?" And they said, "Like, six human legs." |
| 2 | | And I said, "Um, okay. Uh, the dumpster, you know, behind the |
| 3 | | hospital there?" Like, "Yeah." I said, "Okay. So what's your problem?" |
| 4 | | And they're like, uh, "You know, he's throwing human legs in a |
| 5 | | dumpster." I'm like, "Yeah, that's how we get rid of them." Um he's |
| 6 | | like, "Seriously?" I'm like, "Yep. Every week we threw a few human |
| 7 | | legs in that dumpster." |
| 8 | AF: | Oh my God. |
| 9 | SH: | Um, he's like, "Is that legal?" I said, "I – uh, yeah, it's legal." That's our, |
| 10 | | uh -- that's our infectious waste dumpster. |
| 11 | AF: | So you could take their skin maybe. |
| 12 | SH: | Yeah. |
| 13 | AF: | Yeah. |
| 14 | SH: | Yeah, I could have. |
| 15 | AF: | Seems doable. |
| 16 | SH: | Yeah. Seemed pretty doable. I hadn't thought about it but, yeah. |
| 17 | | Surely I could have done that. They – they were ready to take him to |
| 18 | | jail for throwing human legs in a dumpster. |
| 19 | AF: | Wow. |
| 20 | SH: | I mean, can you kind -- kind of understand to where the cop's coming |
| 21 | | from. |
| 22 | AF: | Yeah. No. It's kind of odd. |
| 23 | SH: | Yeah. |
| 24 | AF: | But if there's no rules against it -- |
| 25 | SH: | See a guy throwing human legs into a Dumpster. |

1  AF:  Yeah.

2  SH:  Oh. All right. So today you need your Alprazolam?

3  AF:  Uh-huh.

4  SH:  Uh, you need your Adderall?

5  AF:  Uh, yeah.

6  SH:  You need your Buprenorphine?

7  AF:  Mhmm.

8  SH:  And how about your Lexapro?

9  AF:  Uh, what's Lexapro do, again?

10 SH:  It's an antidepressant. Also helps with anxiety.

11 AF:  Um --

12 SH:  So here's the thing. If you take it and you don't notice any changes at
13      all, but people around you say, h ey, you know, you seem like you're
14      doing better, you should stay on it. The ideal antidepressant is one that
15      you don't feel does anything but people around you think helps. Okay?

16 AF:  Okay.

17 SH:  Who do you live with?

18 AF:  Myself.

19 SH:  No boyfriend?

20 AF:  Well, I -- yeah, I have a boyfriend but we're --

21 SH:  You see him -- so you see him every day?

22 AF:  No.

23 SH:  Is there anyone you see every day?

24 AF:  Um, no.

25 SH:  Um, and they -- nobody noticed anything when you started taking

1           Lexapro versus when you weren't taking it?
2  AF:      No.
3  SH:      So one thing you can do is you can take it every other day. Okay? For
4           a -- for a month. Right? And see where the good days and where the
5           bad days are. Keep -- keep a notebook. All right? If there's no
6           difference, then stop taking it.
7  AF:      Okay.
8  SH:      Okay? I'm going to go ahead and prescribe it for you today.
9  AF:      Do you prescribe Oxy?
10 SH:      Oxycodone?
11 AF:      Uh-huh.
12 SH:      Can't.
13 AF:      At all?
14 SH:      Well, not in the State of Florida. I mean, uh, I have -- I have never
15          prescribed Oxy in the State of Florida. I used to prescribe Oxy back in
16          Minnesota but not in Florida.
17 AF:      Minnesota? Why not? You can. You just don't?
18 SH:      Yeah. It's just, uh, the Schedule II's -- so I have to go to court all the
19          time, and when they ask me what I prescribe, I say, you know, this, this,
20          this, this, this, and Oxy's not on the list. If I put Oxy on that list it would
21          be problematic.
22 AF:      Okay.
23 SH:      Besides, you're taking Buprenorphine. Oxy's not going to help you.
24 AF:      Well, if I traded them out.
25 SH:      Oh, I see.

1  AF:  Uh-huh.

2  SH:  Yeah, no. I -- I -- I treat addiction. I don't treat, uh, pain. Um,

3       just -- there is a pain place. Are -- are you in pain? Or you just like it

4       recreationally?

5  AF:  The second one.

6  SH:  Yeah. So the pain base -- the pain clinic is probably not going to give it

7       to you anyway. But Seaside Pain if you want to try them.

8  AF:  Seaside?

9  SH:  Seaside Pain. They're on my website.

10 AF:  Are they here?

11 SH:  Go to Links. There's a pain --

12 AF:  Are they like you?

13 SH:  They know me. I don't think they like me. No, nobody really likes me.

14 AF:  But are they similar to you?

15 SH:  No. Not really.

16 AF:  Okay.

17 SH:  Rx Mart?

18 AF:  Yeah.

19 SH:  Fuckin' thing.

20 AF:  Is there a way for me to get more Adderall than what you prescribed?

21 SH:  Um, ask me at the beginning of our next appointment. Okay?

22 AF:  Okay.

23 SH:  I can increase your dose.

24 AF:  Thank you.

25 SH:  Do you like the -- the extended release or the regular release or it

| | | |
|---|---|---|
| 1 | | doesn't matter? |
| 2 | AF: | It probably doesn't matter, but I think I like the extended. |
| 3 | SH: | Okay. It's a little bit more expensive, the extended. And if you get the |
| 4 | | regular, it's more -- you can get -- you're at the maximum dose of the |
| 5 | | extended. Um, you could probably increase the, uh, dose and keep it |
| 6 | | extended, but it might be easier to go to the regular release and |
| 7 | | increase the dose. |
| 8 | AF: | Uh-huh. |
| 9 | SH: | But I'm not really sure. It depends on your pharmacist. All right. You're |
| 10 | | all set. |
| 11 | AF: | Thank you very much. Thank you. |
| 12 | SH: | You -- you don't need to wait. You're good to go. |
| 13 | UF: | Well, I have to pay, right? |
| 14 | SH: | Oh, do you have to pay? |
| 15 | UF: | Yeah. I do have to, yeah. |
| 16 | SH: | Um, do you pay by credit card? |
| 17 | AF: | (Leaves building) |
| 18 | | (END OF REQUESTED PORTION OF RECORDING) |