**RX-MART PHARMACY**
665 STATE ROAD 207, SUITE 101    Saint Augustine, FL 32084
Phone: (904)342-2162   Fax: (904)547-2732   Prnt Dt: 9/16/2022 11:18:47AM

| | |
|---|---|
| Rx Pres: scott hollington<br>2200 North Ponce de Leon #7<br>Saint Augustine, FL 32084   Phn: (612)412-6619<br>2200                                   Fax: (904)555-1234 | Ord: 07/18/2022<br>NPI# 1285981043<br>LIC# 124829<br>DEA# FH3435155<br>SPI: 6680159442006 |

Patient: Fleming, Amanda
DOB: ▮▮/1990    Gender F
Address: ▮▮▮▮▮▮
             Jacksonville, FL 32218      Rx#: 410852
Phone   (386)204-3115         Diag: F1120
Qty:    30.000    (Thirty)
Days: 30  Refills: 0   PH/TH: OB  Class: 3
Potency UnitCd:   Tablet
Drug: Buprenorphine HCl-Naloxone HCl 8-2 MG Sublingual Tablet
      Sublingual
Sig:  1 tablet sublingually daily

Electronic Rx

Signature _____   Date _____
This Prescription Will be Filled Generically Unless
Prescriber Writes "DAW [1]" in the Box     N
                                   Dispense As Written

7/18/2022  7:18 PM    MessageType:  New Prescription
                                   From: 6680159442006
Msg.Id: 9BE16164225F45F8AC45A31CAA14A6E  To: 5716658
Prs. Order Ref: 9BE16164225F45F8AC45A31CAA14A66E

                       Resp.Status:  Authentic EPCS Received
Prescribers Note: NADEAN:XH3435155 (XDEA#XH3435155)

**RX-MART PHARMACY**
665 STATE ROAD 207, SUITE 101   Saint Augustine, FL 32084
Phone: (904)342-2162   Fax: (904)547-2732   Prnt Dt: 9/16/2022 11:18:27AM

| | |
|---|---|
| Rx Pres: scott hollington<br>2200 North Ponce de Leon #7<br>Saint Augustine, FL 32084   Phn: (612)412-6619<br>2200                                   Fax: (904)555-1234 | Ord: 07/18/2022<br>NPI# 1285981043<br>LIC# 124829<br>DEA# FH3435155<br>SPI: 6680159442006 |

Electronic Rx Eff.Date: 07/18/2022

Patient: Fleming, Amanda
DOB:  '1990   Gender F
Address:
         Jacksonville, FL 32218          Rx#: 209608
Phone (386)204-3115                      Diag: F909
Qty:    30.000   (Thirty)
Days: 30  Refills: 0   PH/TH: OB   Class: 2
Potency UnitCd:  Capsule
Drug: Adderall XR 30 MG Oral Capsule Extended Release 24 Hour

Sig:   Take 1 capsule (30 mg) by mouth daily in the morning

Signature _____    Date _____

This Prescription Will be Filled Generically Unless
Prescriber Writes "DAW [1]" in the Box          [ N ]
                                          Dispense As Written

7/18/2022   7:18 PM      MessageType:   New Prescription
                                        From: 6680159442006

Msg.Id: F8A3207F02A749A188D56FF7A8A36C  To: 5716658
Prs. Order Ref: F8A3207F02A749A188D56FF7A8A36C99

                         Resp.Status:  Authentic EPCS Received
Adderall XR 30 MG Oral Capsule Extended Release 24 Hour

**RX-MART PHARMACY**
665 STATE ROAD 207, SUITE 101   Saint Augustine, FL 32084
Phone: (904)342-2162   Fax: (904)547-2732   Prnt Dt: 9/16/2022 11:18:37AM

| | |
|---|---|
| Rx Pres: scott hollington | Ord: 07/18/2022 |
| 2200 North Ponce de Leon #7 | NPI# 1285981043 |
| Saint Augustine, FL 32084   Phn: (612)412-6619 | LIC# 124829 |
| 2200   Fax: (904)555-1234 | DEA# FH3435155 |
| | SPI: 6680159442006 |

Patient: Fleming, Amanda
DOB:  /1990   Gender F
Address:          Jacksonville, FL 32218   Rx#: 410851
Phone   (386)204-3115   Diag: F419
Qty:   30.000   (Thirty)
Days: 30   Refills: 0   PH/TH: OB   Class: 4
Potency UnitCd:   Tablet
Drug: ALPRAZolam 1 MG Oral Tablet

Sig:   Take 1 tablet (1 mg) by mouth one time daily

Signature _____   Date _____

This Prescription Will be Filled Generically Unless Prescriber Writes "DAW [1]" in the Box        N
Dispense As Written

Electronic Rx

7/18/2022   7:18 PM   MessageType: New Prescription
From: 6680159442006
Msg.Id: A62A2958B8084F40B083917B41921F9   To: 5716658
Prs. Order Ref: A62A2958B8084F40B083917B41921F98

Resp.Status: Authentic EPCS Received

ALPRAZolam 1 MG Oral Tablet

002933