RX#C127739 N 08/31/20 DBA BOH: 983 S
BF‗‗‗‗‗‗‗, A....
SAINT AUGUSTINE, FL 32095 0000 ORIG: 08/30/20
1985
**BUPRENORP 8MGS/L BIG WHITE (CASH# 75**
DS: 30 DAW: 00
NDC#42858-0502-03 RHODES PF RFLS: 0 ERX
$187.50 B662-014-85-783-0
2 AND A HALF UNDER TONGUE DAILY

**HOLLINGTON, S., MD** (904) 580-6120 FH3435155
565 MEMORIAL CIR ORMOND BEACH, FL 32174

005108

SureScripts Electronic Prescription Report
RXPERT #3 LLC
4239 SUNBEAM ROAD SUITE 1
JACKSONVILLE, FL 32257

Copy Only - Not Valid for Dispensing

Prescription Type: NEW RX  Message ID: 5779c7cd60dd436a9657813731ea66f6
Rx Ref #:  Order #: 5779c7cd60dd436a9657813731ea66f6
Status: CS- APPROVED  Recv Time: 08/30/2020 04:55 PM  Resp Time: 08/30/2020 08:50 PM

Patient Name: B⎵, A⎵
Patient Address:
City: Saint Augustine  State: FL  Zip: 32095
DOB: ⎵/1985  Prmry Phone: (904)405-8171  Sex: F  SSN: - -

Name: Buprenorphine hcl 8 mg sublingual tablet sublingual
Total # of Dispensings Approved: 1  Days Supply: 30  Substitute Allowed: Yes
Form:  Strength:  Units:

DEA Schedule: C48676-Schedule III
NDC: 00054017713  Quantity: 75.000  Unit of Measure: C48542 (TABLET)
Signa Code:  Written Date: 08/30/2020  Earliest Fill Date:  Last Fill Date:
Dosage: 2 and a half sl daily  Note: Nadean:xh3435155

*Handwritten note: Rx Stolen spoke to MD 8-27- pt pregnant so had to consider keeping on med*

Electronically Signed By:
Prescriber Name: hollington, scott MD
State Lic #: 124829  NPI#: 1285981043  SPI#: 6680159442006  DEA#: FH3435155
Prescriber Address: 2200 Ponce de Leon
City: Saint Augustine  State: FL  Zip: 32084
Phone: (612)412-6619  Fax: ( ) -
Email:

Copy Only - Not Valid for Dispensing