# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, _Abdalla M. Adam_, am the custodian of records or am otherwise
(name)
qualified to authenticate the records of _Rxpert #3 LLC Community Pharmacy_
(company or business)
I have provided the following records to the United States pursuant to Subpoena No.

_64-23-161993_

List of records provided:
_Prescription for A, B, prescription # 127759_

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☐ **Please check if appropriate**

Additionally, such records were generated by _____ electronic process or system that produces an accurate result, to wit:

The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of _____, in a manner to ensure that they are true duplicates of the original records; and

The process or system is regularly verified by _____, and at all times pertinent to the records certified here the process and system functioned properly and normally.

The address and phone number where I can be reached are:

_1892 Kingsley ave_
_Orange Park, FL 32073_
_904 579 3027_

ABDALLA M. ADAM                                    _[signature]_
Printed Name                                        Signature

_4/18/2023_
Date