Script Details - Rx Number: 1430723-5808

Script Front Image

**09/27/2020**                                                                                          eRx

DO NOT DISPENSE BEFORE: 09/27/2020

**Patient**

K           W                                                              **Ph: 386-302-2161**
  /1990  Gender: F                                                         Alt1:386-302-2161
  Palm Coast, FL, 32137

**Prescriber**

**SCOTT HOLLINGTON MD**                                                    **Ph: 612-412-6619**
2200 Ponce de Leon Suite 7 Saint Augustine, FL, 32084
NPI: 1285981043  DEA:FH3435155

**Rx**

**Adderall 20 MG Oral Tablet**
1 PO daily

**#30 Tablet(s)**                    30 days supply
**Refills: 0**

                                     Diagnosis 1:Attention-deficit hyperactivit +

Substitution Allowed

                                                                           Page 1 of 3

---

Script Back Image

eRx Sent to  Store: 5808   NCPDP ID: 1099894          Sent Time: 09/27/20 15:27:20 CST
215 PALM COAST PKWY NE PALM COAST, FL 321378218
                              Message ID: 6ef6c45615ca4fc293f76a2ea699c3d4
                              Prescriber Order Number: 6ef6c45615ca4fc293f76a2ea699c3d4

Page 2 of 3

Annotations

09/27/2020 17:27:20:SYSTEM
09/27/2020 05:27:20 PM
Digital Signature Received.

**This report is considered a confidential Walgreens document. It is intended to be used for Board of Pharmacy/DEA audits. Professional discretion should be used prior to releasing this document.**

006876

Script Details - Rx Number: 1422595-5808

Script Front Image

**09/13/2020**                                                                                               eRx

DO NOT DISPENSE BEFORE: 09/13/2020

**Patient**

K         W                                                                               **Ph: 386-302-2161**
    1990  Gender: F                                                                        Alt1:386-302-2161
         Palm Coast, FL, 32137

**Prescriber**

**SCOTT HOLLINGTON MD**                                                                   **Ph: 612-412-6619**

2200 Ponce de Leon Suite 7 Saint Augustine, FL, 32084

NPI: 1285981043 DEA:FH3435155

**Rx**

**Adderall 20 MG Oral Tablet**

1 PO daily

**#30 Tablet(s)**                         30 days supply

**Refills: 0**

                                          Diagnosis 1:Attention-deficit hyperactivit +

Substitution Allowed

                                                                                          Page 1 of 3

Script Back Image

eRx Sent to  Store: 5808   NCPDP ID: 1099894          Sent Time: 09/13/20 14:03:23 CST
215 PALM COAST PKWY NE PALM COAST, FL 321378218
                      Message ID: cac3b74e9aa6400a8454cac63968977d
                      Prescriber Order Number: cac3b74e9aa6400a8454cac63968977d

Page 2 of 3

Annotations

09/13/2020 16:03:23:SYSTEM
09/13/2020 04:03:23 PM
Digital Signature Received.

**This report is considered a confidential Walgreens document. It is intended to be used for Board of Pharmacy/DEA audits. Professional discretion should be used prior to releasing this document.**

006906

Script Details - Rx Number: 1426578-5808

| Script Front Image | |
|---|---|
| 09/27/2020 | eRx |

**Patient**

| | |
|---|---|
| K_____ W_____ | Ph: 386-302-2161 |
| __/__/1990  Gender: F | Alt1:386-302-2161 |
| Palm Coast, FL, 32137 | |

**Prescriber**

| | |
|---|---|
| **SCOTT HOLLINGTON MD** | Ph: 612-412-6619 |
| 2200 Ponce de Leon Suite 7 Saint Augustine, FL, 32084 | |
| NPI: 1285981043 DEA:FH3435155 | |

**Rx**

**Zolpidem Tartrate 5 MG Oral Tablet**

1 PO HS

**#30 Tablet(s)**

**Refills: 0**

Substitution Allowed

Page 1 of 3

| Script Back Image | Annotations |
|---|---|
| eRx Sent to  Store: 5808   NCPDP ID: 1099894   Sent Time: 09/27/20 15:27:20 CST<br>215 PALM COAST PKWY NE PALM COAST, FL 321378218<br>Message ID: 13d7bae66d084b92b1f4696f9a5ca490<br>Prescriber Order Number: 13d7bae66d084b92b1f4696f9a5ca490<br><br>Page 2 of 3 | 09/27/2020 17:27:20:SYSTEM<br>09/27/2020 05:27:20 PM<br>Digital Signature Received. |

**This report is considered a confidential Walgreens document. It is intended to be used for Board of Pharmacy/DEA audits. Professional discretion should be used prior to releasing this document.**

006911