

006744



10:23

**Dr. Scott**

>> Just for urinalysis

Tue, Jul 19 at 5:41 PM

sawgrasshealth.com

sawgrasshealth.com

Sat, Jul 23 at 12:10 PM

> I'm on my way for a urinalysis. will someone be there at 12:48?

Yes

> Thank you for replying!

Delivered

Sat, Jul 23 at 10:14 PM

It was nice to see you

iMessage