# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, __Elizabeth Wyka__, am the custodian of records or am otherwise
        (name)
qualified to authenticate the records of __Walgreens__
                                    (company or business)
I have provided the following records to the United States pursuant to Subpoena No. G4-23-181962, G4-23-181952, G4-23-179302, G4-23-162726, G4-23-162717, G4-23-162616, G4-23-162594, G4-23-162587, G4-23-162543

List of records provided:
Copies of original prescriptions for numerous patients to inlcude K_____ W____, E_____ M____ and D_____ A____.

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☐ **Please check if appropriate**

Additionally, such records were generated by __Walgreens'__ electronic process or system that produces an accurate result, to wit:

The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of __Walgreens__, in a manner to ensure that they are true duplicates of the original records; and

The process or system is regularly verified by __Rx Integrity__, and at all times pertinent to the records certified here the process and system functioned properly and normally.

The address and phone number where I can be reached are:

102 Wilmot Rd.   847-315-3556
MS# 2287
Deerfield, IL 60015

Elizabeth Wyka                                    *Elizabeth Wyka*
Printed Name                                      Signature
05/02/2023
Date