Script Details - Rx Number: 3823763-3247

Script Front Image

02/21/2021                                                                                                              eRx

**Patient**

E⬛⬛⬛⬛ M
⬛/1983  Gender: F                                                                                Ph: 904-495-1840
⬛⬛⬛ Saint Augustine, FL, 32084                                                   Alt1: 904-495-1840

**Prescriber**

**SCOTT HOLLINGTON MD**                                                              Ph: 612-412-6619
248 State Road 16 Saint Augustine, FL, 32084
NPI: 1285981043 DEA:FH3435155

**Rx**

**Buprenorphine HCl 8 MG Sublingual Tablet Sublingual**
tid

**#90 Tablet(s)**                    30 days supply
**Refills: 0**
                                    Diagnosis 1:Opioid dependence, uncomplicat +

Substitution Allowed
Pbr Comments: NADEAN:XH3435155

Page 1 of 3

---

Script Back Image

eRx Sent to  Store: 3247  NCPDP ID: 1038618   Sent Time: 02/21/21 17:29:53 EST
2075 US HIGHWAY 1 S SAINT AUGUSTINE, FL 320866000
Message ID: 4EE2F4A01FEF46B98C75F2FC5348DFA8
Prescriber Order Number: 4EE2F4A01FEF46B98C75F2FC5348DFA8

Page 2 of 3

Annotations

02/21/2021 17:29:54:SYSTEM
02/21/2021 05:29:54 PM
Digital Signature Received.

04.23.2021 17:10.50:TCH
LF 4/7 10ds

**This report is considered a confidential Walgreens document. It is intended to be used for Board of Pharmacy/DEA audits. Professional discretion should be used prior to releasing this document.**

006748

Script Details - Rx Number: 3805556-3247

Script Front Image

**02/21/2021**  eRx

**Patient**

E       M  Ph: 904-495-1840
__/__/1983  Gender: F  Alt1:904-495-1840

Saint Augustine, FL, 32084

**Prescriber**

**HOPE KING MSN**  Ph: 612-412-6619

248 State Road 16 Saint Augustine, FL, 32084

NPI: 1306344403 DEA:MK4800276

**Rx**

**ALPRAZolam 2 MG Oral Tablet**

Take 1 tablet po BID prn anxiety

**#60 Tablet(s)**

**Refills: 0**

Substitution Allowed

Page 1 of 3

Script Back Image

eRx Sent to Store: 3247  NCPDP ID: 1038618  Sent Time: 02/21/21 17:59:01 EST
2075 US HIGHWAY 1 S SAINT AUGUSTINE, FL 320866000
Message ID: F98EAFABF77D4815930FAA8913EE2168
Prescriber Order Number: F98EAFABF77D4815930FAA8913EE2168

Page 2 of 3

Annotations

02/21/2021 17:59:02:SYSTEM
02/21/2021 05:59:02 PM
Digital Signature Received.

**This report is considered a confidential Walgreens document. It is intended to be used for Board of Pharmacy/DEA audits. Professional discretion should be used prior to releasing this document.**

006753