## RX-MART PHARMACY

**665 STATE ROAD 207 , SUITE 101**
**Saint Augustine, FL 32084**

Page:        1

Phone: 9043422162
Fax:      9045472732

## ELECTRONIC PRESCRIPTION

Resp Status  Authentic EPCS Received

Msg Ref. d8654f6d28714776b590795047a555df     **Rx#** 411005

MsgType **New Prescription**     Date &Time 8/22/2022  8:18 PM

Msg ID E27F42DB9A9049E2A253A728F9FAA2EE

Msg To  5716658

| | | |
|---|---|---|
| Patient Name **A        ,D** | | DOB        '1984 |
| Address | Gender  F | |
| Augustine,FL,32086 | Phone #  (904)325-0851 | |

| | | |
|---|---|---|
| **Doc  Rachael Pittala** | NPI# | 1215440383 |
| Address  2200 North Ponce de Leon #7,Saint | DEA # | MP4600791 |
| Augustine,FL,32084 | LIC#: | 9273779 |
| | SPI # | 4901059135004 |
| Phone#        (612)412-6619 | XDEA # | XP4600791 |

Supervisor        Agent        ,
Super. NPI
Super.DEA

**Drug Name**     Buprenorphine HCl 8 MG Sublingual Tablet Sublingual

| | | |
|---|---|---|
| Prescribed NDC  00054017713 | Quantity | 45.00 |
| Potency UnitCd  Tablet | | (Fourty-Five) |
| Form Code | Written Date | 08/21/2022 |
| Refill        0 | Eff. Date | |
| Strength | DAW | N |
| Days Supply    30 | DX: | F1120 |
| Drug Class     3 | | |

Direction  Place 1.5 tablet under the tongue and allow to dissolve daily

Notes    Prescribers Note :NADEAN:XP4600791

PH/TH:  OB

005035

Script Details - Rx Number: 3970747-3247

Script Front Image

| 08/21/2022 | eRx |
| --- | --- |

**Patient**

D.         A                                                    **Ph: 904-325-0851**
    /1984  Gender: F                                        Alt1:904-325-0851
            St Augustine, FL, 32086

**Prescriber**

**RACHAEL PITTALA**                           F: 904-555-1234 **Ph: 612-412-6619**

2200 North Ponce de Leon #7 Saint Augustine, FL, 32084

NPI: 1215440383 DEA:MP4600791

**Rx**

**KlonoPIN 0.5 MG Oral Tablet**

Take 1 tablet (0.5 mg) by mouth 2 times per day

**#60 Tablet(s)**                        30 days supply

**Refills: 0**

                              Diagnosis 1:Panic disorder [episodic parox +

Substitution Allowed

                                                          Page 1 of 3

Script Back Image

eRx Sent to: Store 3247  NCPDP #: 1038626              Sent Time: 08/21/22 20:18:51
                                         EDT:
2075 US HIGHWAY 1 S SAINT AUGUSTINE, FL 320866000
                    Message ID: 52DFD5A4A12E4C10960A00A3A43950D9
                    Prescriber Order Number: 52DFD5A4A12E4C10960A00A3A43950D9

                                                          Page 2 of 3

Annotations

08/21/2022 20:18:51:SYSTEM
08/21/2022 08:18:51 PM
Digital Signature Received.

**This report is considered a confidential Walgreens document. It is intended to be used for Board of Pharmacy/DEA audits. Professional discretion should be used prior to releasing this document.**

005046