# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, OMPRAKASH BOGA, am the custodian of records or am otherwise
(name)
qualified to authenticate the records of RX-MART PHARMACY
(company or business)
I have provided the following records to the United States pursuant to Subpoena No.

G-4-23-161255.

List of records provided: Prescription hardcopy, electronic
#411005 for D A - BUTTERWORTH

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☐ **Please check if appropriate**

Additionally, such records were generated by _____ electronic process or system that produces an accurate result, to wit:

The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of _____, in a manner to ensure that they are true duplicates of the original records; and

The process or system is regularly verified by _____, and at all times pertinent to the records certified here the process and system functioned properly and normally.

The address and phone number where I can be reached are:

665 STATE RD 207 #101
St. Augustine, FL 32084
904-342-2162

OMPRAKASH BOGA                                  [Signature]
Printed Name                                    Signature
4/8/2023
Date