

Text message conversation with "Dr Hollington":

**2022-08-19, 9:29 am**
> I will be there first thing...thank you!!!

**2022-08-20, 3:38 pm**
> Dr Hollington I'm sorry I couldn't make it there today I waited around on someone that owed me the money to pay for the appointment but they never showed. Is there any way I can meet you in the morning please??

**2022-08-21, 8:23 am**
> Hey GM Dr Hollington it's D▇▇▇ A▇▇▇ ▇▇▇▇▇▇. I really need my bunanorphine and Calazapam please, what time should I come in?

**2022-08-21, 10:42 am**
Before 4:45



**Dr Hollington**

> after I was released asking if I could be seen and you told me to meet you Saturday but I couldn't get the money for the appointment yesterday so I came today instead.

*It might be a false positive or it could have been slipped into another street med you took*

> How can we fix this because I can't afford to get in trouble for that being in my system I don't even take that drug I makes me sick. I really need to get my scripts ASAP I really need them now.

> But I haven't taken anything and wouldn't the other street drug show up too in that case

> I've only ever had a false positive once before in the court room and it was sent



**Dr Hollington**
+1 [redacted]

court room and it was sent to the lab to be tested which then was proven it was negative

Dr Hollington now she is saying the test is positive for molly and a bunch of other drugs i don't know what the hell happened but I literally have been out of jail five days I have to meet with epic tomorrow and probation Wed and would never put myself at risk like that and loose my daughter, I don't even take those kinds of drugs I take subs and Calazapam and there has never been any issues in the past from me

Hey Dr Hollington I just talked to Rachel she is going to still resume treatment with me, but she wanted to collect payment of 155.00 I believe she said but I was going to pay in cash today and then



**Dr Hollington** +1 ▇▇▇

> pay in cash today and then we did what we did.....so she said she can't send the scripts until you let her know it's ok that your taking care of it.

> Please let me know what's going on thanks.

Please fill D▇▇ A▇▇
I will get her payment in cash tomorrow

I sent this to Rachel
Will talk about it this week

Sorry for the confusion

2022-08-21, 8:46 pm

My fault I'll fix

> Ok thank you

2022-08-22, 12:43 pm

> I can probably meet tomorrow afternoon if not













**Dr Hollington**
+1 ███

Till 8

I expected to get busy after may be 530

**So does she need to bring anything?**

Photo I'd

155

**What time would be good tomorrow? Because she only has $80 on her**

Just bring her in

If I can't help her it's free

How soon might you be here

I was flying late last night

2am

I'm half asleep but I'm here and I would love to see you