BEST WESTERN PLUS ST AUGUSTINE 03/02/2023 12:39  PH : Guest Last Name=Ashley               FRONT OFFICE

004990

## Reservation Search

08/01/22 - 03/02/23

Page 1 of 2

| Name | #N | Arriving | Conf # | Multi | Share | Comments | RM Type | Room | Stat | Fol | Name |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A , D | 1 | 08/26/22 | 65273 | | | | K | 400 | OUT | A | |
| A , D | 1 | 08/26/22 | 65278 | | | 243796260-01 *G/ Booking\| CXL#30702871799 08/26/2022 23:14 | K | | CXL | A | |
| A , D | 1 | 09/20/22 | 66190 | | | 217360263-01 Missing CC | K | 211 | OUT | A | |
| A , D | 2 | 09/28/22 | 66599 | | | 883020768-01 *Rewards | K | 400 | OUT | A | |
| A , D | 1 | 09/30/22 | 66665 | | | 755230360-01 | K | 400 | OUT | A | |
| A , D | 1 | 10/01/22 | 66712 | | | 833750763-01 | K | 400 | OUT | A | |
| A , D | 1 | 10/02/22 | 66768 | | | 851447562-01 | K | 400 | OUT | A | |
| A , D | 1 | 10/03/22 | 66803 | | | 686847467-01 | K | 400 | OUT | A | |
| A , D | 1 | 10/04/22 | 66854 | | | 828067065-01 might be in room 400 | K | 400 | OUT | A | |
| A , D | 1 | 10/05/22 | 66897 | | | 356997164-01 | K | 400 | OUT | A | |
| A , D | 1 | 10/06/22 | 66935 | | | 424407868-01 | K | 400 | OUT | A | |
| A , D | 1 | 10/07/22 | 66997 | | | 424407868-02 | K | 400 | OUT | A | |
| A , D | 1 | 10/08/22 | 67042 | | | 952077068-01 | K | 400 | OUT | A | |
| A , D | 1 | 10/09/22 | 67075 | | | 686577863-01 | K | 400 | OUT | A | |
| A , D | 1 | 10/10/22 | 67116 | | | 519117462-01 | K | 400 | OUT | A | |
| A , D | 1 | 10/11/22 | 67152 | | | 973087766-01 | K | 400 | OUT | A | |
| A , D | 1 | 10/12/22 | 67180 | | | 862627461-01 | K | 400 | OUT | A | |
| A , D | 1 | 10/13/22 | 67223 | | | 239527263-01 | K | 400 | OUT | A | |
| A , D | 1 | 10/14/22 | 67279 | | | 566837163-03 | K | 400 | OUT | A | |
| A , D | 1 | 10/15/22 | 67317 | | | 230957067-01 | K | 400 | OUT | A | |
| A , D | 1 | 10/16/22 | 67346 | | | 177257764-01 | K | 400 | OUT | A | |
| A , D | 1 | 10/17/22 | 67388 | | | 941041169-01 | K | 400 | OUT | A | |