**BEST WESTERN PLUS ST AUGUSTINE**  (904) 824-9229

bwplusstaugustine@gmail.com

2465 STATE ROAD 16
ST AUGUSTINE, FL  32092
United States

03/02/2023 01:55 PM

Discount: Booking Last Minute Sale

Registered To:

HOLLINGTON, SCOTT
o
,

(612) 412-6619

sholli.555494@guest.booking.com

| | |
|---|---|
| Room # | 400-A |
| Conf # | 210366867-01 |
| Arrival | 08/25/22 |
| Departure | 08/26/22 |
| Room Type | K - 1 KING BED, PULL OUT SOFA |
| Guests | 2 / 0 |
| Amt Paid | $128.28- |
| Payment | Visa/Master |
| Acct | XXXX-XXXX-XXXX-4383 |

Guest Initials:

Avg Daily Rate: $115.05

### Reservation & Rate Information

| | Thu | | | | | | | | | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | 08/25/22 | | | | | | | | | |
| Rate | $115.05 | | | | | | | | | |
| Tax | 13.23 | | | | | | | | | |
| Pkg | | | | | | | | | | |
| Extra 1 | | | | | | | | | | |
| Extra 2 | | | | | | | | | | |

Guest DL/ID #

Guest Vehicle Info
| Make | |
| St/Prov | |
| Lic Plate | |

THE UNDERSIGNED AGREES TO PAY FOR ALL CHARGES INCURRED AGAINST THE ROOM ACCOUNT DURING THE ABOVE GIVEN RENTAL PERIOD. IF SAID CHARGES ARE TO BE BILLED TO A THIRD PARTY, THE UNDERSIGNED AGREES TO BE PERSONALLY LIABLE FOR PAYMENT OF ANY AND ALL CHARGES DUE IN THE EVENT THE INDICATED THIRD PARTY, PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR SUCH CHARGES.

THE UNDERSIGNED ALSO AGREES TO VACATE AND THUS RELEASE THE ROOM ON THE SCHEDULED DATE OF DEPARTURE AS INDICATED ON THIS REGISTRATION CARD AT THE POSTED "CHECK-OUT" TIME.

This Property is privately owned. Management reserves the right to refuse services to anyone and will not be responsible for injury or accidents to guests or loss of money, jewelry, or any personal valuables of any kind, either left in their room or vehicle.

x_____
GUEST SIGNATURE

IF ROOM AND RELATED CHARGES TO BE PAID BY ANYONE OTHER THAN REGISTERED GUEST(S), THIRD PARTY AGREES TO BE BOUND BY THE ABOVE AGREEMENT.

x_____
THIRD PARTY SIGNATURE

Signature

004989