# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, GORDON Chuck, am the custodian of records or am otherwise
   (name)
qualified to authenticate the records of Bestwestern Plus
                                          (company or business)

I have provided the following records to the United States pursuant to Subpoena No. _____.

List of records provided:
HOTEL RECEIPTS AND REGISTRY RECORDS FOR
DANIELLE ASHLEY AND SCOTT HOLLINGTON

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☐ **Please check if appropriate**

Additionally, such records were generated by _____ electronic process or system that produces an accurate result, to wit:

The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of _____, in a manner to ensure that they are true duplicates of the original records; and

The process or system is regularly verified by _____, and at all times pertinent to the records certified here the process and system functioned properly and normally.

The address and phone number where I can be reached are:

2465 SR16, ST. AUGUSTINE, FL 32092
(904) 825-9229

GORDON Chuck                          [signature]
Printed Name                          Signature

7/10/23
Date

011287