1   (PHONE CALL OF KEVIN LEE, #2021R01803)

2   (The following may contain unintelligible or misunderstood words due to the
3   recording quality.)
4

5   SH = DR. SCOTT HOLLINGTON

6   KL = KEVIN LEE

7   KL:   Hello?

8   SH:   Hey, uh, this is Dr. Hollington. I'm calling for Kevin Lee.

9   KL:   Oh, yeah. How you doing, Doc?

10  SH:   Pretty good. How are you?

11  KL:   I'm doing all right.

12  SH:   Okay. So I got a list of questions that I gotta run through with you, if
13        you don't mind. They're not related to you. They're not to -- not to
14        make any trouble for you. Um, but they're for -- they're for me,
15        basically. Um, I'm just running through your chart and, uh, here we go.
16        All right? Now, if you don't want to answer them, you don't have to
17        answer them. All right. Have you ever been addicted to opiates?

18  KL:   Have I?

19  SH:   Ever. Ever in your life.

20  KL:   I don't know. What's this about? I mean, I'm on probation right now.

21  SH:   Yeah. I know. Um, so I -- I gave you uh -- I gave you medications that
22        were for treatment of, uh, addiction. And, um, the, uh, State feels that,
23        uh, you were not addicted when I gave you those medications or it's
24        possible that you were not addicted. And, um, I have it in my notes that
25        you said that you were addicted. And I just want to see if you still think
26        that's true or if you think that's not true.

1   KL:   I don't know. What -- what do you need me to think?
2   SH:   Um, I don't need anything. Uh --
3   KL:   Oh.
4   SH:   So I'll just put uncertain for that. Uh, all right. So um --
5   KL:   I mean, you tell me what it needs to be, Doc. That's what I'll -- that's
6         what I can -- I can make it be.
7   SH:   No. Uh, I -- I actually can't, uh, tell you that. But I can tell you the -- the
8         truth. I believe that the truth is -- the truth is fine. Whatever the truth is,
9         I think it's fine. If you were taking uh -- did you ever take street, uh,
10        opiates?
11  KL:   Um, I mean, I don't know exactly what all it was but --
12  SH:   Okay. So in the last --
13  KL:   Like I said -- like I said, Doc, it -- it's -- it's -- it's whatever you need.
14        You write down whatever you need.
15  SH:   All right. Well, I --
16  KL:   You tell me and I'll -- that's what it is.
17  SH:   -- I want -- um, you have not taken any street opiates in the past two
18        years. Does that sound fair? Or is it -- or is the -- the time shorter than
19        that?
20  KL:   I don't know, Doc. You know how my memory gets.
21  SH:   All right.
22  KL:   But like I say, you just -- you say what it is and that's what it is. It's me
23        and you.
24  SH:   All right. How about, uh, Buprenorphine? Did you use Buprenorphine
25        before you ever saw me?

2

1  KL:  Um, what is that?

2  SH:  Uh, Subutex.

3  KL:  I might have a couple times.

4  SH:  Have you ever taken -- yeah. All right. How much, uh -- how much,

5       Subutex -- are you taking Subutex now?

6  KL:  Um, I mean, when I can get it sometimes.

7  SH:  Now, you're not taking it with a prescription?

8  KL:  No, not right now.

9  SH:  All right. Um, do you feel that the Subutex that I gave you was more

10      risky than the street meds?

11 KL:  I mean, that's not really for me to say, you know? I think, I mean, I'm all

12      right.

13 SH:  All right.

14 KL:  What's it need to be, Doc?

15 SH:  Dude, it's not about -- it's not --

16 KL:  You said the people -- you said the people are dealing with you?

17 SH:  It's not -- yeah. It's not about what I want to be true. The thing is is that

18      what I need is, uh, the facts as you and I see them. And if you say,

19      hey, I was never an addict, and you gave me those drugs and that was

20      wrong, then I'm wrong.

21          If -- if you say, h ey, I was an addict and -- and, uh, gave you the

22      drugs to help you, then that's what the truth is. The truth is what you

23      say it is. And the thing is, all I want you to do is say the truth. I don't

24      want -- I don't want to change anything about this. I am completely

25      convinced that I'm fine as long as the truth comes out. And I just want

|    |     |                                                                                     |
|----|-----|-------------------------------------------------------------------------------------|
| 1  |     | to hear the truth as you have to say it.  And -- and that's fine.  Whatever         |
| 2  |     | it is, it is.  I can deal with it.  All right.  Um, uh, uh, do you feel that you    |
| 3  |     | were told that you should not mix other drugs with, uh, the drugs that I            |
| 4  |     | prescribed for you?                                                                 |
| 5  | KL: | Um --                                                                               |
| 6  | SH: | Did I ever tell you don't -- don't mix Buprenorphine with other drugs or            |
| 7  |     | did I not say that?                                                                 |
| 8  | KL: | (No audible response).                                                              |
| 9  | SH: | Or you don't remember?                                                              |
| 10 | KL: | I don't remember.  It's been a long time ago.                                       |
| 11 | SH: | Okay.                                                                               |
| 12 | KL: | I mean, you need me to remember, I remember.  What -- what do you                   |
| 13 |     | need?                                                                               |
| 14 | SH: | Um, don't ask me again.  I think I've explained to you that I'm not going           |
| 15 |     | to tell you what to say.                                                            |
| 16 | KL: | Oh, yes, sir.  I'm just trying to look out for you.  You looked out for me.         |
| 17 | SH: | Did -- did you store your drugs safely and did you track your use of the            |
| 18 |     | drugs that I gave you?                                                              |
| 19 | KL: | Um --                                                                               |
| 20 | SH: | You don't remember, just say you don't remember.                                    |
| 21 | KL: | I don't remember.  I'm going to be honest.  I'm kind of getting nervous             |
| 22 |     | 'cause I'm on probation.                                                            |
| 23 | SH: | I -- I get you.  Um, okay.  So I -- the next question is there's a -- there's      |
| 24 |     | a syringe that, uh, was supposed to be made available to you.  It's a               |
| 25 |     | syringe full of Naloxone to revive somebody that you find who has, uh,              |

4

|    |     |                                                                                                     |
|----|-----|-----------------------------------------------------------------------------------------------------|
| 1  |     | overdosed.  Okay?                                                                                   |
| 2  |     | Um, did you ask for that syringe and it was not made available to                                   |
| 3  |     | you or do you remember anything about having that -- the opportunity                                |
| 4  |     | to receive that?  There's -- there's no way this can reflect badly on you.                          |
| 5  | KL: | Yeah.  No, I don't remember being asked about it.                                                   |
| 6  | SH: | All right.  Uh, how about, uh, did you know -- do you know how to                                   |
| 7  |     | contact me or did you know how to contact me?                                                       |
| 8  | KL: | I think I might have had a number.                                                                  |
| 9  | SH: | You didn't have my number?                                                                          |
| 10 | KL: | No, sir.  I think I had maybe like your office number probably, right?                              |
| 11 | SH: | Yeah.                                                                                               |
| 12 | KL: | Yeah.                                                                                               |
| 13 | SH: | And did I ever ask you to do a UA?                                                                  |
| 14 | KL: | Um, yeah.  We had talked about it.                                                                  |
| 15 | SH: | Did you do a UA?                                                                                    |
| 16 | KL: | No, sir.                                                                                            |
| 17 | SH: | All right.  Um --                                                                                   |
| 18 | KL: | Hello?                                                                                              |
| 19 | SH: | -- did you ever -- did you ever talk to a counselor or did you have                                 |
| 20 |     | access?  Did you know I had a counselor?                                                            |
| 21 | KL: | Um, I don't remember a counselor.                                                                   |
| 22 | SH: | And, uh, are you still on the same dose of Buprenorphine or have you                                |
| 23 |     | reduced your dose?                                                                                  |
| 24 | KL: | I don't even remember what I had when I was taking then.                                            |
| 25 | SH: | All right.  Um --                                                                                   |

1  KL:  I'm sorry. I know I'm not real helpful. I remember -- I don't remember
2       good.
3  SH:  That's okay. I -- it's -- hey, it's not your fault. It's not your problem. And
4       I'm not mad at you. And it's -- it's all fine. Okay?
5            Whatever happens, it's going to be fine. It's in -- it's in God's
6       hands and don't you worry.
7  KL:  Okay.
8  SH:  Okay?
9  KL:  All right.
10 SH:  Um, do you remember -- did you ever take, uh, Adderall or Ritalin or
11      any of those things as a child?
12 KL:  (No audible response).
13 SH:  If the answer is no, tell me no. If the answer is yes, tell me yes. If
14      you're not sure just say I don't remember.
15 KL:  I don't remember.
16 SH:  All right. Um, how about problems, uh, with doing your homework as a
17      child?
18 KL:  I don't remember.
19 SH:  Did you have that?
20 KL:  I -- I feel like I have talked to someone about these things before.
21 SH:  All right.
22 KL:  Maybe the other -- the lady. I don't remember her name, though.
23 SH:  Yeah. Uh, it would be Molly.
24 KL:  Yeah. Molly sounds right.
25 SH:  Yeah. All right. How about, uh, multiple locations, uh, like home,

6

| | | |
|---|---|---|
| 1 | | school.  Did you have the same problems with, uh, concentration at |
| 2 | | multiple places? |
| 3 | KL: | I mean, I guess I -- |
| 4 | SH: | All right. |
| 5 | KL: | -- I -- it's all right. |
| 6 | SH: | All right.  How about, uh, difficulty reading?  Do you reread the |
| 7 | | sentence -- same sentence over and over? |
| 8 | KL: | No.  I don't think so. |
| 9 | SH: | All right.  How about reading novels?  You read novels? |
| 10 | KL: | No, I don't read like that. |
| 11 | SH: | Uh, have you ever lost a job because you lost your concentration? |
| 12 | KL: | No. |
| 13 | SH: | Okay.  Um, how about, uh, failed a class at school?  Have you ever |
| 14 | | failed a class at school because of lack of concentration? |
| 15 | KL: | No, I don't think I failed. |
| 16 | SH: | And, uh, do you have schizophrenia? |
| 17 | KL: | Do I have -- no. |
| 18 | SH: | All right.  We're done, buddy.  Thank you so much for your time.  Uh, I |
| 19 | | really appreciate it.  Uh, and, uh, you know, if lawyers ever ask you the |
| 20 | | questions, just say what -- say the truth to the best of your ability. |
| 21 | | That's -- that -- I -- don't -- don't try to protect me. |
| 22 | | Don't try to say, you know, whatever.  Just say the truth to the |
| 23 | | best of your ability.  It's gonna be fine.  I have -- I have -- I -- I have no |
| 24 | | worries about what's going on, you know, where -- where we're just |
| 25 | | trying to -- I'm just trying to make sure that, you know, going into this I |

1    know what to expect.  Okay?

2  KL:  Okay.

3  SH:  All right.  You have a good day.  Bye, now.

4                    (END OF CALL)