# Contents

Foreword    15

## THE TWELVE STEPS

Step One    21

"*We admitted we were powerless over alcohol—that our lives had become unmanageable.*"

Who cares to admit complete defeat? Admission of powerlessness is the first step in liberation. Relation of humility to sobriety. Mental obsession plus physical allergy. Why must every A.A. hit bottom?

Step Two    25

"*Came to believe that a Power greater than ourselves could restore us to sanity.*"

What can we believe in? A.A. does not demand belief; Twelve Steps are only suggestions. Importance of an open mind. Variety of ways to faith. Substitution of A.A. as Higher Power. Plight of the disillusioned. Roadblocks of indifference and prejudice. Lost faith found in A.A. Problems of intellectuality and self-sufficiency. Negative and positive thinking. Self-righteousness. Defiance is an outstanding characteristic of alcoholics. Step Two is a rallying point to sanity. Right relation to God.

Step Three    34

"*Made a decision to turn our will and our lives over to the care of God, <u>as we understood Him</u>.*"

Step Three is like opening of a locked door. How shall we let God into our lives? Willingness is the key. Dependence as a means to independence. Dangers of self-suffi-

ciency. Turning our will over to Higher Power. Misuse of willpower. Sustained and personal exertion necessary to conform to God's will.

## Step Four 42

*"Made a searching and fearless moral inventory of ourselves."*

How instincts can exceed their proper function. Step Four is an effort to discover our liabilities. Basic problem of extremes in instinctive drives. Misguided moral inventory can result in guilt, grandiosity, or blaming others. Assets can be noted with liabilities. Self-justification is dangerous. Willingness to take inventory brings light and new confidence. Step Four is beginning of lifetime practice. Common symptoms of emotional insecurity are worry, anger, self-pity, and depression. Inventory reviews relationships. Importance of thoroughness.

## Step Five 55

*"Admitted to God, to ourselves, and to another human being the exact nature of our wrongs."*

Twelve Steps deflate ego. Step Five is difficult but necessary to sobriety and peace of mind. Confession is an ancient discipline. Without fearless admission of defects, few could stay sober. What do we receive from Step Five? Beginning of true kinship with man and God. Lose sense of isolation, receive forgiveness and give it; learn humility; gain honesty and realism about ourselves. Necessity for complete honesty. Danger of rationalization. How to choose the person in whom to confide. Results are tranquility and consciousness of God. Oneness with God and man prepares us for following Steps.

## Step Six 63

*"Were entirely ready to have God remove all these defects of character."*

Step Six necessary to spiritual growth. The beginning of a

CONTENTS 7

lifetime job. Recognition of difference between striving for objective—and perfection. Why we must keep trying. "Being ready" is all-important. Necessity of taking action. Delay is dangerous. Rebellion may be fatal. Point at which we abandon limited objectives and move toward God's will for us.

Step Seven 70

*"Humbly asked Him to remove our shortcomings."*

What is humility? What can it mean to us? The avenue to true freedom of the human spirit. Necessary aid to survival. Value of ego-puncturing. Failure and misery transformed by humility. Strength from weakness. Pain is the admission price to new life. Self-centered fear chief activator of defects. Step Seven is change in attitude which permits us to move out of ourselves toward God.

Step Eight 77

*"Made a list of all persons we had harmed, and became willing to make amends to them all."*

This and the next two Steps are concerned with personal relations. Learning to live with others is a fascinating adventure. Obstacles: reluctance to forgive; nonadmission of wrongs to others; purposeful forgetting. Necessity of exhaustive survey of past. Deepening insight results from thoroughness. Kinds of harm done to others. Avoiding extreme judgments. Taking the objective view. Step Eight is the beginning of the end of isolation.

Step Nine 83

*"Made direct amends to such people wherever possible, except when to do so would injure them or others."*

A tranquil mood is the first requisite for good judgment. Good timing is important in making amends. What is courage? Prudence means taking calculated chances. Amends begin when we join A.A. Peace of mind cannot

be bought at the expense of others. Need for discretion. Readiness to take consequences of our past and to take responsibility for well-being of others is spirit of Step Nine.

Step Ten      88

*"Continued to take personal inventory and when we were wrong promptly admitted it."*

Can we stay sober and keep emotional balance under all conditions? Self-searching becomes a regular habit. Admit, accept, and patiently correct defects. Emotional hangover. When past is settled with, present challenges can be met. Varieties of inventory. Anger, resentments, jealously, envy, self-pity, hurt pride—all led to the bottle. Self-restraint first objective. Insurance against "big-shot-ism." Let's look at credits as well as debits. Examination of motives.

Step Eleven      96

*"Sought through prayer and meditation to improve our conscious contact with God <u>as we understood Him,</u> praying only for knowledge of His will for us and the power to carry that out."*

Meditation and prayer main channels to Higher Power. Connection between self-examination and meditation and prayer. An unshakable foundation for life. How shall we meditate? Meditation has no boundaries. An individual adventure. First result is emotional balance. What about prayer? Daily petitions for understanding of God's will and grace to carry it out. Actual results of prayer are beyond question. Rewards of meditation and prayer.

Step Twelve      106

*"Having had a spiritual awakening as the result of these steps, we tried to carry this message to alcoholics, and to practice these principles in all our affairs."*

Joy of living is the theme of the Twelfth Step. Action its

CONTENTS 9

keyword. Giving that asks no reward. Love that has no price tag. What is spiritual awakening? A new state of consciousness and being is received as a free gift. Readiness to receive free gift lies in practice of Twelve Steps. The magnificent reality. Rewards of helping other alcoholics. Kinds of Twelfth Step work. Problems of Twelfth Step work. What about the practice of these principles in *all* our affairs? Monotony, pain and calamity turned to good use by practice of Steps. Difficulties of practice. "Two-stepping." Switch to "twelve-stepping" and demonstrations of faith. Growing spiritually is the answer to our problems. Placing spiritual growth first. Domination and overdependence. Putting our lives on give-and-take basis. Dependence upon God necessary to recovery of alcoholics. "Practicing these principles in *all* our affairs": Domestic relations in A.A. Outlook upon material matters changes. So do feelings about personal importance. Instincts restored to true purpose. Understanding is key to right attitudes, right action key to good living.

## THE TWELVE TRADITIONS

### Tradition One 129

*"Our common welfare should come first; personal recovery depends upon A.A. unity."*

Without unity, A.A. dies. Individual liberty, yet great unity. Key to paradox: each A.A.'s life depends on obedience to spiritual principles. The group must survive or the individual will not. Common welfare comes first. How best to live and work together as groups.

### Tradition Two 132

*"For our group purpose there is but one ultimate*