| Day/Time | Group | Location | Address |
|---|---|---|---|
| Sunday 8:00 am | Morning After Group | Serenity Club | 18 S Dixie Hwy |
| Sunday 8:00 am | Surf's Up Group | St. Augustine Beach | 370a A1A Beach Blvd |
| Sunday 10:00 am | Free Thinkers | Epic North | 3910 Lewis Speedway |
| Sunday 10:00 am | Sunday Morning | Serenity Club | 18 S Dixie Hwy |
| Sunday 11:30 am | Grassroots | St. Anastasia Catholic Church | 5205 A1A S |
| Sunday Noon | New Life Group | Serenity Club | 18 S Dixie Hwy |
| Sunday 5:30 pm | Happy Hour (Beginners) | Serenity Club | 18 S Dixie Hwy |
| Sunday 7:00 pm | Sandpiper Group | Anastasia Baptist Church | 1650 A1A S |
| Sunday 8:00 pm | Oyster Creek Group | Serenity Club | 18 S Dixie Hwy |
| Monday 7:00 am | Winning Game Group | Serenity Club | 18 S Dixie Hwy |
| Monday 8:30 am | Morning After Group | Serenity Club | 18 S Dixie Hwy |
| Monday 11:30 am | Grassroots | St. Anastasia Catholic Church | 5205 A1A S |
| Monday 11:30 am | Lest We Forget - Hybrid (Zoom | St. Anastasia Catholic Church | 5205 A1A S |
| Monday Noon | New Life Group | Serenity Club | 18 S Dixie Hwy |
| Monday 5:30 pm | Happy Hour Group | Serenity Club | 18 S Dixie Hwy |
| Monday 6:00 pm | Grace Overcomers | Grace Community Church | 7040 US-1 |
| Monday 6:00 pm | Villagers Group | Village Church | 4229 Pacetti Rd |
| Monday 7:00 pm | Triangle Group | Trinity Episcopal Church | 223 St George St |
| Monday 7:30 pm | Jumping Off Place | Church of Nazarene | 6 May St |
| Monday 8:00 pm | Oyster Creek Group | Serenity Club | 18 S Dixie Hwy |
| Tuesday 7:00 am | Winning Game | Serenity Club | 18 S Dixie Hwy |
| Tuesday 8:30 am | Morning After Group | Serenity Club | 18 S Dixie Hwy |
| Tuesday 11:30 am | Grassroots | St. Anastasia Catholic Church | 5205 A1A S |
| Tuesday Noon | Ladies Unity Group (Group | Serenity Club | 18 S Dixie Hwy |
| Tuesday Noon | Oldest City's Men's Group Men | St. Anastasia Catholic Church | 5205 A1A S |
| Tuesday 4:00 pm | Island Serenity Group | St. Anastasia Catholic Church | 5205 A1A S |
| Tuesday 5:30 pm | 11th Step Meeting - Masks | Chirst Our Savior Church | 21 Milton St |
| Tuesday 5:30 pm | Oyster Creek Group | Serenity Club | 18 S Dixie Hwy |
| Tuesday 6:00 pm | How it Works | Church of Nazarene | 6 May St |
| Tuesday 6:00 pm | As Bill Sees It | Hasting Library | 6195 S Main St |
| Tuesday 6:30 pm | There is a Solution Women | St. Anastasia Catholic Church | 5205 A1A S |
| Tuesday 7:00 pm | I've Come to Believe Group | Homeport Christian Church | 5605 US-1 |
| Tuesday 8:00 pm | Oyster Creek - Newcomers | Serenity Club | 18 S Dixie Hwy |
| Tuesday 8:00 pm | What's the Point? Men | Trinity Episcopal Church | 215 St George St |
| Wednesday 7:00 am | Winning Game | Serenity Club | 18 S Dixie Hwy |
| Wednesday 8:30 am | Morning After Group | Serenity Club | 18 S Dixie Hwy |
| Wednesday 11:30 am | Grassroots | St. Anastasia Catholic Church | 5205 A1A S |
| Wednesday Noon | Language of The Heart (Step | Mindful Services | 93 Orange St |

2B-2

| Day/Time | Group | Location | Address |
|---|---|---|---|
| Wednesday Noon | New Life Group | Serenity Club | 18 S Dixie Hwy |
| Wednesday 6:00 pm | Grace Overcomers | Grace Community Church | 7040 US-1 |
| Wednesday 7:00 pm | Liar's Paradise | Christ The King Anglican | 6900 US-1 |
| Wednesday 7:00 pm | Sicker Than Others | St. Cyprian's Episcopal Church | 37 Lovett St |
| Wednesday 8:00 pm | Oyster Creek Group | Serenity Club | 18 S Dixie Hwy |
| Wednesday 8:00 pm | Free to Be Me Men | The Augustine Recovery | 3 Davis St |
| Thursday 7:00 am | Winning Game Group | Serenity Club | 18 S Dixie Hwy |
| Thursday 8:30 am | Morning After Group | Serenity Club | 18 S Dixie Hwy |
| Thursday 11:30 am | Grassroots | St. Anastasia Catholic Church | 5205 A1A S |
| Thursday Noon | New Life Group | Serenity Club | 18 S Dixie Hwy |
| Thursday 5:30 pm | Happy Hour Group | Serenity Club | 18 S Dixie Hwy |
| Thursday 6:00 pm | Women Speak Women | St. Cyprian's Episcopal Church | 37 Lovett St |
| Thursday 7:00 pm | Aloha 11th Step Meeting | First United Methodist Church | 118 King St |
| Thursday 7:00 pm | Way Out Group | Memorial Lutheran Church | 3375 US-1 |
| Thursday 7:00 pm | A Design for Living | Our Lady of Good Council | 5950 FL-16 |
| Thursday 8:00 pm | Oyster Creek Group | Serenity Club | 18 S Dixie Hwy |
| Friday 7:00 am | Winning Group | Serenity Club | 18 S Dixie Hwy |
| Friday 8:30 am | Morning After Group | Serenity Club | 18 S Dixie Hwy |
| Friday 11:30 am | Grassroots | St. Anastasia Catholic Church | 5205 A1A S |
| Friday Noon | Language of The Heart | Mindful Services | 93 Orange St |
| Friday Noon | New Life Group | Serenity Club | 18 S Dixie Hwy |
| Friday Noon | Seascape Group | St. Anastasia Catholic Church | 5205 A1A S |
| Friday 5:30 pm | Happy Hour Group | Serenity Club | 18 S Dixie Hwy |
| Friday 6:00 pm | Grace Overcomers | Grace Community Church | 7040 US-1 |
| Friday 6:30 pm | Sons of the Spirit Men | Memorial Lutheran Church | 3375 US-1 |
| Friday 7:00 pm | It's in the Book | St. Anastasia Catholic Church | 5205 A1A S |
| Friday 7:30 pm | Friday Beginner's Meeting | Church of Nazarene | 6 May St |
| Friday 8:00 pm | Oyster Creek Group | Serenity Club | 18 S Dixie Hwy |
| Saturday 7:00 am | Winning Group | Serenity Club | 18 S Dixie Hwy |
| Saturday 8:30 am | Morning After Group | Serenity Club | 18 S Dixie Hwy |
| Saturday 9:00 am | Sober Sisters Women | First United Methodist Church | 118 King St |
| Saturday 9:00 am | A Design For Living | Our Lady of Good Council | 5950 FL-16 |
| Saturday 10:15 am | A New Hope Women | Serenity Club | 18 S Dixie Hwy |
| Saturday 11:30 am | Grassroots | St. Anastasia Catholic Church | 5205 A1A S |
| Saturday Noon | New Life Group | Serenity Club | 18 S Dixie Hwy |
| Saturday 7:00 pm | Saturday Night Live | St. Anastasia Catholic Church | 5205 A1A S |
| Saturday 8:00 pm | Oyster Creek Group | Serenity Club | 18 S Dixie Hwy |