

2110 First Street, Suite 3-137
Fort Myers, Florida 33901
239/461-2200
239/461-2219 (Fax)

35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
352/547-3600
352/547-3623 (Fax)

U.S. Department of Justice
*United States Attorney*
*Middle District of Florida*

Main Office
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
813/274-6000
813/274-6358 (Fax)

300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
904/301-6300
904/301-6310 (Fax)

400 West Washington Street, Suite 3100
Orlando, Florida 32801
407/648-7500
407/648-7643 (Fax)

Reply to: Jacksonville, FL

KLM

November 15, 2022

Mr. Dan Eckert, Esq.
200 East Robinson, Ste. 1150
Orlando, Florida 32801

    Re:    Proffer of Molly Christensen
           <u>USAO No. 2021R01803</u>

Dear Mr. Eckert,

      The government is investigating allegations of criminal wrongdoing involving the conspiracy to commit unlawful distribution of controlled substances (21 U.S.C. § 846). Molly CHRISTENSEN has requested the opportunity to present a proffer to the government explaining her role in the matters under investigation. This letter confirms that the government presently views CHRISTENSEN's status as that of a potential subject or target of the investigation. We have agreed that the proffer will take place on November 17, 2022 at 2:30 PM, and will be conducted at the United States Attorney's Office in Jacksonville, Florida, by agents of the Drug Enforcement Administration ("the proffer"). Attorneys for the government may also attend all or part of the proffer.

      With respect to the proffer, it is agreed between us, as reflected by the signatures below, that the following will apply:

      (1)    Neither CHRISTENSEN nor the government asserts, or will assert at any time in the future, that this proffer is being made in the course of plea discussions; accordingly, the provisions of Fed. R. Crim. P. 11(f) and Fed. R. Evid. 410 are not applicable to statements made and/or information provided during the proffer.

4A-1

003714

Mr. Dan Eckhart, Esq.
November 15, 2022

(2) CHRISTENSEN is required to provide a completely truthful and forthright statement and to disclose all relevant information, including producing any and all books, papers, documents, and other objects in CHRISTENSEN's possession or control.

(3) In the event CHRISTENSEN is prosecuted, the government will not offer in evidence during its case-in-chief, or in aggravation of CHRISTENSEN's sentence (in accordance with USSG §1B1.8), any statements made and/or information provided by CHRISTENSEN at the proffer, except as noted below.

(4) The government may use any statements made and/or information provided by CHRISTENSEN at the proffer in a prosecution for false statement, obstruction of justice, or perjury arising from statements made by CHRISTENSEN during or after the proffer.

(5) In the event CHRISTENSEN offers testimony in any legal proceeding, or otherwise presents a position, which is materially different from, or contrary to, statements made and/or information provided during the proffer, the government may use the statements made and/or information provided during cross-examination of CHRISTENSEN, and to otherwise impeach, rebut, and contradict that testimony or position.

(6) The government may use any information directly or indirectly derived from the proffer during any prosecution of CHRISTENSEN, including during bail/detention proceedings, during its case-in-chief, or in aggravation of CHRISTENSEN's sentence. The government is completely free to pursue any and all investigative leads derived in any way from the proffer, and this could lead to the acquisition of evidence admissible against CHRISTENSEN.

(7) If requested by the government, CHRISTENSEN shall submit to a polygraph examination by qualified government personnel with respect to any matter addressed during the proffer.

(8) No statement made during the proffer by any attorney for the government, or by any agent of the government, may be used by CHRISTENSEN in any legal proceeding, including in support of any motion, petition, pleading, or during any trial proceeding.

(9) CHRISTENSEN will not seek disqualification of any government attorney from any court proceeding or trial because of their participation in the proffer.

003715

Mr. Dan Eckhart, Esq.
November 15, 2022

(10) This agreement is limited to the statements made and/or information provided by CHRISTENSEN at the proffer, and does not apply to any oral, written, or recorded statements made by CHRISTENSEN at any other time.

(11) This agreement embodies the entirety of the agreement related to the proffer. No other promises or understandings exist between CHRISTENSEN and the government concerning the proffer.

                    Sincerely,

                    ROGER B. HANDBERG
                    United States Attorney

By:

                    KIRWINN MIKE
                    Assistant United States Attorney

AGREED:

*[signature]*
MOLLY CHRISTENSEN

*[signature]*
DAN ECKHART, ESQUIRE
Attorney for Molly Christensen

11/15/2022
Date

3

003716