2110 First Street, Suite 3-137
Fort Myers, Florida 33901
239/461-2200
239/461-2219 (Fax)

35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
352/547-3600
352/547-3623 (Fax)

U.S. Department of Justice
United States Attorney
Middle District of Florida

Main Office
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
813/274-6000
813/274-6358 (Fax)

300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
904/301-6300
904/301-6310 (Fax)

400 West Washington Street, Suite 3100
Orlando, Florida 32801
407/648-7500
407/648-7643 (Fax)

KLM

Reply to: Jacksonville, FL

April 12, 2023

Mr. Juan Santos, Esq.
701 Waterford Way, Suite 340
Miami, FL 33126

    Re:    Proffer of Rachel Pittala
            USAO No. 2021R01803

Dear Mr. Santos,

    The government is investigating allegations of criminal wrongdoing involving the conspiracy to commit unlawful distribution of controlled substances (21 U.S.C. § 846). Rachel PITTALA has requested the opportunity to present a proffer to the government explaining her role in the matters under investigation. This letter confirms that the government presently views PITTALA's status as that of a potential subject or target of the investigation. We have agreed that the proffer will take place on April 12, 2023 at 10:30 AM, and will be conducted virtually by agents of the Drug Enforcement Administration ("the proffer"). Attorneys for the government may also attend all or part of the proffer.

    With respect to the proffer, it is agreed between us, as reflected by the signatures below, that the following will apply:

    (1)    Neither PITTALA nor the government asserts, or will assert at any time in the future, that this proffer is being made in the course of plea discussions; accordingly, the provisions of Fed. R. Crim. P. 11(f) and Fed. R. Evid. 410 are not applicable to statements made and/or information provided during the proffer.

    (2)    PITTALA is required to provide a completely truthful and forthright statement and to disclose all relevant information, including producing any and all books, papers, documents, and other objects in PITTALA's possession or control.

011199

4B

Mr. Juan Santos, Esq.
April 11, 2023

(3) In the event PITTALA is prosecuted, the government will not offer in evidence during its case-in-chief, or in aggravation of PITTALA's sentence (in accordance with USSG §1B1.8), any statements made and/or information provided by PITTALA at the proffer, except as noted below.

(4) The government may use any statements made and/or information provided by PITTALA at the proffer in a prosecution for false statement, obstruction of justice, or perjury arising from statements made by PITTALA during or after the proffer.

(5) In the event PITTALA offers testimony in any legal proceeding, or otherwise presents a position, which is materially different from, or contrary to, statements made and/or information provided during the proffer, the government may use the statements made and/or information provided during cross-examination of PITTALA, and to otherwise impeach, rebut, and contradict that testimony or position.

(6) The government may use any information directly or indirectly derived from the proffer during any prosecution of PITTALA, including during bail/detention proceedings, during its case-in-chief, or in aggravation of PITTALA's sentence. The government is completely free to pursue any and all investigative leads derived in any way from the proffer, and this could lead to the acquisition of evidence admissible against PITTALA.

(7) No statement made during the proffer by any attorney for the government, or by any agent of the government, may be used by PITTALA in any legal proceeding, including in support of any motion, petition, pleading, or during any trial proceeding.

(8) PITTALA will not seek disqualification of any government attorney from any court proceeding or trial because of their participation in the proffer.

(9) This agreement is limited to the statements made and/or information provided by PITTALA at the proffer, and does not apply to any oral, written, or recorded statements made by PITTALA at any other time.

011200

Mr. Juan Santos, Esq.
April 11, 2023

(10) This agreement embodies the entirety of the agreement related to the proffer. No other promises or understandings exist between PITTALA and the government concerning the proffer.

Sincerely,

ROGER B. HANDBERG
United States Attorney

By: *[signature]*

KIRWINN MIKE
Assistant United States Attorney

AGREED:

*[signature]*
RACHEL PITTALA

*[signature]*
JUAN SANTOS, ESQUIRE
Attorney for Rachel Pittala

4/12/2023
Date

3

011201