```
 1                UNITED STATES DISTRICT COURT         15:30:53
                  MIDDLE DISTRICT OF FLORIDA           15:30:53
 2                  JACKSONVILLE DIVISION              15:30:53

 3                                                     15:30:53
                          CASE NO.: 3:22-CR-141-HES-PDB  15:30:53
 4                                                     15:30:53
      UNITED STATES OF AMERICA                         15:30:53
 5                                                     15:30:53
          v.                                           15:30:53
 6                                                     15:30:53
      SCOTT ANDREW HOLLINGTON                          15:30:53
 7      _____               15:30:53

 8                                                     15:30:53

 9            TRANSCRIPTION OF TELEPHONE CALL          15:30:53

10                ON FEBRUARY 14, 2022                 15:30:53

11                                                     15:30:53

12        Transcription of a telephone call by:        15:30:53

13                                                     15:30:53

14            Stephanie Powers Cusimano                15:30:53
              Registered Professional Reporter         15:30:53
15            Florida Professional Reporter            15:30:53
                Powers Reporting, Inc.                 15:30:53
16          301 West Bay Street, Suite 1418            15:30:53
              Jacksonville, FL  32202                  15:30:53
17                                                     15:30:53

18

19

20

21

22

23

24

25
```

11A-1B

| | | |
|---|---|---|
| 1 | KEVIN LEE:  Hello? | 15:30:59 |
| 2 | MOLLY:  Hey.  Is this Kevin? | 15:31:00 |
| 3 | KEVIN LEE:  Yes. | 15:31:02 |
| 4 | MOLLY:  Hi.  This is Molly.  I'm a psych | 15:31:03 |
| 5 | nurse practitioner with Sawgrass Health and | 15:31:06 |
| 6 | Dr. Hollington. | 15:31:09 |
| 7 | How are you? | 15:31:09 |
| 8 | KEVIN LEE:  I'm doing good. | 15:31:10 |
| 9 | How are you? | 15:31:12 |
| 10 | MOLLY:  Good. | 15:31:13 |
| 11 | Sorry.  I got a little delayed here | 15:31:13 |
| 12 | tonight.  I had to run to a soccer practice, | 15:31:15 |
| 13 | so -- | 15:31:17 |
| 14 | KEVIN LEE:  It's okay. | 15:31:18 |
| 15 | MOLLY:  But I -- we gave you a quick call, | 15:31:20 |
| 16 | and then I just want to confirm your first and | 15:31:22 |
| 17 | last name and your date of birth to make sure I | 15:31:27 |
| 18 | have everything correct in the system. | 15:31:29 |
| 19 | KEVIN LEE:  Okay.  You ready? | 15:31:33 |
| 20 | MOLLY:  Yes. | 15:31:34 |
| 21 | KEVIN LEE:  Hello? | 15:31:36 |
| 22 | MOLLY:  Yes, I'm here. | 15:31:37 |
| 23 | KEVIN LEE:  Kevin Lee.  ▮ | 15:31:39 |
| 24 | MOLLY:  And how do you -- okay. | 15:31:42 |
| 25 | KEVIN LEE:  I'm sorry. | 15:31:43 |

| | | |
|---|---|---|
| 1 | MOLLY:  And how do you spell your last | 15:31:44 |
| 2 | name? | 15:31:46 |
| 3 | KEVIN LEE:  Lee, L-e-e. | 15:31:48 |
| 4 | MOLLY:  L-e-e.  Is it on your -- hold on | 15:31:50 |
| 5 | one second.  I'm just putting you on | 15:31:52 |
| 6 | speakerphone to look at your picture. | 15:31:53 |
| 7 | Did your -- oh, it is L-e-e.  Oh, my gosh. | 15:31:56 |
| 8 | My eyes are playing tricks on me. | 15:31:59 |
| 9 | Okay.  Hold on.  Let me fix this.  I'm | 15:32:00 |
| 10 | just going to fix this in the system.  That's | 15:32:05 |
| 11 | why I always double-check. | 15:32:07 |
| 12 | KEVIN LEE:  Yes, ma'am. | 15:32:09 |
| 13 | MOLLY:  One second here.  Let me go in | 15:32:11 |
| 14 | here -- new file.  There we go.  Edit.  There | 15:32:20 |
| 15 | we go.  And then ▮▮▮▮▮  There we go.  Okay. | 15:32:32 |
| 16 | And tell me, like, what -- and then how | 15:32:39 |
| 17 | old does that make you? | 15:32:43 |
| 18 | KEVIN LEE:  ▮▮ | 15:32:45 |
| 19 | MOLLY:  ▮▮  Okay. | 15:32:46 |
| 20 | KEVIN LEE:  Uh-huh. | 15:32:47 |
| 21 | MOLLY:  And then tell me what brings you | 15:32:48 |
| 22 | into the clinic tonight. | 15:32:49 |
| 23 | KEVIN LEE:  I came in to see the doc to | 15:32:51 |
| 24 | get some Adderall. | 15:32:53 |
| 25 | MOLLY:  Okay.  And -- and then for the | 15:32:56 |

| | | |
|---|---|---|
| 1 | Adderall, like, have you -- like, have you been | 15:33:00 |
| 2 | on it, or what's been going on with that? | 15:33:03 |
| 3 | KEVIN LEE: Yes, ma'am, I've been on it. | 15:33:07 |
| 4 | MOLLY: Okay. And for how long have you | 15:33:09 |
| 5 | been on it? | 15:33:12 |
| 6 | KEVIN LEE: I'd say probably five, six | 15:33:13 |
| 7 | years. | 15:33:16 |
| 8 | MOLLY: Five or six years. Okay. | 15:33:17 |
| 9 | And it was street Adderall use; is that | 15:33:20 |
| 10 | correct? | 15:33:25 |
| 11 | KEVIN LEE: Yes, ma'am. | 15:33:25 |
| 12 | MOLLY: Okay. That's what he told me, so | 15:33:27 |
| 13 | I just wanted to confirm that that is correct. | 15:33:29 |
| 14 | And do you have -- do you have any idea, | 15:33:33 |
| 15 | like, what -- how much, like, you were taking | 15:33:37 |
| 16 | or what -- like, what's on the pills or | 15:33:40 |
| 17 | anything like that? | 15:33:42 |
| 18 | KEVIN LEE: He said he could do 30 for two | 15:33:44 |
| 19 | times a day. | 15:33:46 |
| 20 | MOLLY: Yeah, that's the -- that's the max | 15:33:49 |
| 21 | that we'll do here at the clinic. | 15:33:51 |
| 22 | Or you know how much you've been taking on | 15:33:55 |
| 23 | the street, you know, like, any idea what | 15:33:59 |
| 24 | milligrams the pills were or, like, it's a -- | 15:34:01 |
| 25 | you know, sometimes we don't know. | 15:34:03 |

| | | |
|---|---|---|
| 1 | KEVIN LEE:  It was mixed. | 15:34:05 |
| 2 | MOLLY:  It was mixed, like, with other | 15:34:07 |
| 3 | things? | 15:34:09 |
| 4 | KEVIN LEE:  No, no, no.  No, it was -- | 15:34:09 |
| 5 | like, sometimes it was different. | 15:34:11 |
| 6 | MOLLY:  Oh, okay. | 15:34:13 |
| 7 | Okay.  And would you take it every day | 15:34:16 |
| 8 | typically? | 15:34:20 |
| 9 | KEVIN LEE:  Yes, ma'am. | 15:34:21 |
| 10 | MOLLY:  Okay.  Okay.  And then any other | 15:34:23 |
| 11 | drug use? | 15:34:35 |
| 12 | KEVIN LEE:  No, ma'am. | 15:34:37 |
| 13 | MOLLY:  Okay.  And, like, what is -- is | 15:34:38 |
| 14 | your goal, like, to stay away from street | 15:34:49 |
| 15 | Adderall? | 15:34:52 |
| 16 | Is that -- or what is your goal? | 15:34:53 |
| 17 | KEVIN LEE:  It's my goal.  I'm kind of | 15:34:55 |
| 18 | scared of it with all that's going on right | 15:34:57 |
| 19 | now. | 15:34:59 |
| 20 | MOLLY:  Is it -- and what are you scared | 15:35:03 |
| 21 | of with it? | 15:35:06 |
| 22 | KEVIN LEE:  I've had some friends get | 15:35:08 |
| 23 | sick.  I don't want to get sick. | 15:35:10 |
| 24 | MOLLY:  Yeah, because it's mixed with | 15:35:12 |
| 25 | other things. | 15:35:13 |

| | | |
|---|---|---|
| 1 | KEVIN LEE:  Yes, ma'am. | 15:35:15 |
| 2 | MOLLY:  Okay.  And are you -- you're | 15:35:20 |
| 3 | not -- you're not taking anything else or | 15:36:21 |
| 4 | you're not -- you're not buying any other | 15:36:26 |
| 5 | street drugs, you said. | 15:36:28 |
| 6 | Are you having, like, any -- any other, | 15:36:30 |
| 7 | like, psychiatric issues, like, right now? | 15:36:33 |
| 8 | Like, any anxiety, depression? | 15:36:37 |
| 9 | KEVIN LEE:  No, ma'am, I don't think so. | 15:36:39 |
| 10 | MOLLY:  Okay.  Do you have a history -- do | 15:36:41 |
| 11 | you have a history of, like, ADHD or any | 15:36:52 |
| 12 | problems, like, with focus in the past, like, | 15:36:56 |
| 13 | growing up? | 15:36:59 |
| 14 | KEVIN LEE:  No, ma'am, not that anybody's | 15:37:01 |
| 15 | told me. | 15:37:02 |
| 16 | MOLLY:  Okay.  And did you have any issues | 15:37:03 |
| 17 | in school with, like, after you graduate from | 15:37:07 |
| 18 | high school? | 15:37:11 |
| 19 | KEVIN LEE:  Yes, ma'am. | 15:37:12 |
| 20 | MOLLY:  Okay.  And are you working right | 15:37:13 |
| 21 | now? | 15:37:24 |
| 22 | KEVIN LEE:  No, ma'am. | 15:37:25 |
| 23 | MOLLY:  And who -- who are you living with | 15:37:29 |
| 24 | right now? | 15:37:33 |
| 25 | KEVIN LEE:  Who am I waving with? | 15:37:34 |

| | | |
|---|---|---|
| 1 | MOLLY:  Or living with. | 15:37:36 |
| 2 | KEVIN LEE:  Oh, sorry.  Just myself. | 15:37:37 |
| 3 | MOLLY:  Okay.  You don't, like, have any | 15:37:41 |
| 4 | roommates or any -- or not with family or | 15:37:43 |
| 5 | anything like that? | 15:37:47 |
| 6 | KEVIN LEE:  No, ma'am. | 15:37:48 |
| 7 | My grandma kind of helps me out, but she | 15:37:49 |
| 8 | don't stay with me. | 15:37:52 |
| 9 | MOLLY:  Okay.  So she helps you out with | 15:37:53 |
| 10 | rent and things like that? | 15:37:56 |
| 11 | KEVIN LEE:  Yes, ma'am. | 15:37:58 |
| 12 | MOLLY:  Okay.  Are you allergic to any | 15:37:59 |
| 13 | medication? | 15:38:07 |
| 14 | KEVIN LEE:  No, ma'am. | 15:38:08 |
| 15 | MOLLY:  Okay.  Good. | 15:38:09 |
| 16 | Are you -- have you tried any other, like, | 15:38:11 |
| 17 | psychiatric medications in the past or been on | 15:38:15 |
| 18 | any, like, antidepressants or any -- like, | 15:38:19 |
| 19 | Suboxone or anything like that? | 15:38:21 |
| 20 | KEVIN LEE:  No, ma'am, I don't think so. | 15:38:25 |
| 21 | MOLLY:  No?  Okay. | 15:38:27 |
| 22 | And have you ever been, like, assessed by | 15:38:30 |
| 23 | another psychiatrist, had any diagnoses that | 15:38:30 |
| 24 | you're aware of? | 15:38:34 |
| 25 | KEVIN LEE:  No, ma'am. | 15:38:36 |

| | | |
|---|---|---|
| 1 | MOLLY:  Okay.  Are you on any other | 15:38:37 |
| 2 | medications right now besides the Adderall? | 15:38:39 |
| 3 | KEVIN LEE:  I take Tylenol sometimes. | 15:38:42 |
| 4 | MOLLY:  Okay.  How many hours are you | 15:38:46 |
| 5 | sleeping per night? | 15:38:48 |
| 6 | KEVIN LEE:  Six, seven. | 15:38:51 |
| 7 | MOLLY:  Six to seven.  Okay. | 15:38:53 |
| 8 | KEVIN LEE:  Uh-huh. | 15:38:54 |
| 9 | MOLLY:  And you said no anxiety or | 15:38:56 |
| 10 | depression right now? | 15:38:58 |
| 11 | KEVIN LEE:  No, ma'am.  I feel okay. | 15:38:59 |
| 12 | MOLLY:  Okay.  Any major -- do you have | 15:39:01 |
| 13 | any history -- any history of, like, seizures, | 15:39:04 |
| 14 | headaches, head injuries? | 15:39:09 |
| 15 | KEVIN LEE:  No, ma'am. | 15:39:11 |
| 16 | MOLLY:  Okay.  Any problems with appetite? | 15:39:12 |
| 17 | Are you eating okay? | 15:39:16 |
| 18 | KEVIN LEE:  Yes, ma'am. | 15:39:17 |
| 19 | MOLLY:  Okay.  Any suicidal thoughts, | 15:39:18 |
| 20 | hallucinations? | 15:39:22 |
| 21 | KEVIN LEE:  No, ma'am. | 15:39:25 |
| 22 | MOLLY:  Okay.  Any problems with | 15:39:26 |
| 23 | concentrating daily? | 15:39:27 |
| 24 | KEVIN LEE:  No, ma'am. | 15:39:29 |
| 25 | MOLLY:  Okay.  And then how many -- like, | 15:39:31 |

| | | |
|---|---|---|
| 1 | how many tablets on average are you taking | 15:39:37 |
| 2 | every day, would you say, of the Adderall? | 15:39:40 |
| 3 | KEVIN LEE:  Like, I try to just do a | 15:39:44 |
| 4 | couple. | 15:39:45 |
| 5 | MOLLY:  So, like, two tablets daily.  And | 15:39:49 |
| 6 | you're not sure what the milligrams are? | 15:39:51 |
| 7 | KEVIN LEE:  It varies. | 15:39:54 |
| 8 | MOLLY:  Okay.  And when is -- did you last | 15:39:55 |
| 9 | take it? | 15:39:57 |
| 10 | KEVIN LEE:  Four days. | 15:39:59 |
| 11 | MOLLY:  Four days ago? | 15:40:01 |
| 12 | KEVIN LEE:  Yes, ma'am. | 15:40:02 |
| 13 | MOLLY:  Are you having any, like, | 15:40:04 |
| 14 | withdrawal right now symptoms? | 15:40:05 |
| 15 | KEVIN LEE:  I don't know, ma'am. | 15:40:09 |
| 16 | MOLLY:  Okay.  No, like, muscle aches, | 15:40:10 |
| 17 | shaking, headaches, anything like that, muscle | 15:40:13 |
| 18 | cramps, sweating? | 15:40:16 |
| 19 | KEVIN LEE:  I don't think so. | 15:40:19 |
| 20 | MOLLY:  Okay.  Let me see here. | 15:40:23 |
| 21 | And any -- any manic symptoms where, like, | 15:40:35 |
| 22 | you're up, like, several hours, but you're, | 15:40:39 |
| 23 | like, super energetic, anything like that? | 15:40:43 |
| 24 | KEVIN LEE:  No, ma'am. | 15:40:47 |
| 25 | MOLLY:  No?  Okay.  Let's see here. | 15:40:48 |

| | | |
|---|---|---|
| 1 | And any problems -- do you have any -- do | 15:40:54 |
| 2 | you have any history of any, like, high blood | 15:40:57 |
| 3 | pressure or cardiac defect? | 15:41:00 |
| 4 | KEVIN LEE: No, ma'am. | 15:41:06 |
| 5 | MOLLY: Okay. I was going to ask you a | 15:41:06 |
| 6 | few other history questions. Sorry. Bear with | 15:41:16 |
| 7 | me here just -- | 15:41:18 |
| 8 | KEVIN LEE: That's okay. | 15:41:19 |
| 9 | MOLLY: When's the last time that you have | 15:41:21 |
| 10 | worked? | 15:41:24 |
| 11 | How long has it been? | 15:41:24 |
| 12 | KEVIN LEE: I don't know. Six, eight | 15:41:29 |
| 13 | months. | 15:41:31 |
| 14 | MOLLY: Okay. And what did you last do? | 15:41:32 |
| 15 | KEVIN LEE: I was helping one of my | 15:41:35 |
| 16 | grandma's friends. They were moving. | 15:41:38 |
| 17 | MOLLY: Okay. With, like, moving -- | 15:41:40 |
| 18 | moving -- | 15:41:42 |
| 19 | KEVIN LEE: Yes, ma'am. | 15:41:43 |
| 20 | MOLLY: -- items? Okay. | 15:41:43 |
| 21 | Any -- any history of past suicide | 15:41:56 |
| 22 | attempts? | 15:42:02 |
| 23 | KEVIN LEE: No, ma'am. | 15:42:02 |
| 24 | MOLLY: Anyone in your family have any | 15:42:04 |
| 25 | addiction history or any anxiety, depression in | 15:42:07 |

| | | |
|---|---|---|
| 1 | the family? | 15:42:10 |
| 2 | KEVIN LEE:  I don't think so. | 15:42:12 |
| 3 | MOLLY:  No?  Okay. | 15:42:14 |
| 4 | Any family suicide deaths? | 15:42:15 |
| 5 | KEVIN LEE:  No, ma'am. | 15:42:18 |
| 6 | MOLLY:  Any history of abuse? | 15:42:20 |
| 7 | Has anyone ever abused you in your life? | 15:42:23 |
| 8 | KEVIN LEE:  Like, my parents? | 15:42:26 |
| 9 | MOLLY:  Yeah, like -- or just anyone. | 15:42:28 |
| 10 | KEVIN LEE:  No, my parents didn't. | 15:42:31 |
| 11 | MOLLY:  They didn't.  Okay. | 15:42:34 |
| 12 | And then have you ever been married? | 15:42:36 |
| 13 | KEVIN LEE:  No, ma'am. | 15:42:38 |
| 14 | MOLLY:  No?  Okay. | 15:42:39 |
| 15 | Okay.  And I said -- I heard you earlier, | 15:42:44 |
| 16 | you said you live by yourself. | 15:42:47 |
| 17 | And, then, are you in a house or an | 15:42:49 |
| 18 | apartment or -- | 15:42:50 |
| 19 | KEVIN LEE:  It's an apartment. | 15:42:52 |
| 20 | MOLLY:  Okay.  And do you have any legal | 15:42:54 |
| 21 | history, like, any arrests or any probation, | 15:43:00 |
| 22 | parole, or anything like that right now? | 15:43:05 |
| 23 | KEVIN LEE:  No, ma'am. | 15:43:07 |
| 24 | MOLLY:  Okay.  And do you have any | 15:43:09 |
| 25 | children? | 15:43:15 |

| | | |
|---|---|---|
| 1 | KEVIN LEE:  No, ma'am. | 15:43:16 |
| 2 | MOLLY:  Okay.  And any siblings? | 15:43:18 |
| 3 | Did you grow up with any siblings? | 15:43:23 |
| 4 | KEVIN LEE:  No, ma'am. | 15:43:26 |
| 5 | MOLLY:  Okay.  Are you using any alcohol, | 15:43:26 |
| 6 | smoking cigarettes, caffeine, anything -- | 15:43:30 |
| 7 | any -- anything like that? | 15:43:33 |
| 8 | KEVIN LEE:  I mean, I drink some coffee | 15:43:35 |
| 9 | and maybe, you know, a beer every now and then. | 15:43:37 |
| 10 | MOLLY:  Okay.  So just occasional alcohol? | 15:43:41 |
| 11 | KEVIN LEE:  Yes, ma'am. | 15:43:44 |
| 12 | MOLLY:  And how much coffee do you have | 15:43:47 |
| 13 | per day, would you say, how many cups of | 15:43:49 |
| 14 | coffee? | 15:43:52 |
| 15 | KEVIN LEE:  I don't know.  Maybe two. | 15:43:53 |
| 16 | MOLLY:  Two?  Okay.  Any -- any medical | 15:43:55 |
| 17 | history I need to know about, like -- that | 15:44:01 |
| 18 | [unintelligible]? | 15:44:03 |
| 19 | Do you have any health issues you have to | 15:44:05 |
| 20 | see a doctor for, like asthma, diabetes, | 15:44:07 |
| 21 | anything like that? | 15:44:10 |
| 22 | KEVIN LEE:  No, ma'am. | 15:44:11 |
| 23 | MOLLY:  Okay.  And any family history of | 15:44:12 |
| 24 | cardiac disorders or heart issues? | 15:44:16 |
| 25 | KEVIN LEE:  None that I know of. | 15:44:21 |

| | | |
|---|---|---|
| 1 | MOLLY:  Okay.  And is there any | 15:44:23 |
| 2 | surgical -- surgery history, surgeries? | 15:44:36 |
| 3 | KEVIN LEE:  No, ma'am. | 15:44:39 |
| 4 | MOLLY:  Okay.  And is your highest level | 15:44:40 |
| 5 | of education graduating from high school? | 15:44:43 |
| 6 | KEVIN LEE:  Yes, ma'am. | 15:44:46 |
| 7 | MOLLY:  Okay.  So as far as the Adderall | 15:44:47 |
| 8 | goes -- like, so how it works is he told you, | 15:44:55 |
| 9 | like, the highest dose, but we start it -- we | 15:44:58 |
| 10 | start it a little lower because we have no | 15:45:00 |
| 11 | idea -- we have no idea of knowing, like, how | 15:45:03 |
| 12 | much exactly you had.  So what we do is we | 15:45:07 |
| 13 | grad- -- I gradually just kind of build it up. | 15:45:09 |
| 14 | And the max -- the max we will give is 30 -- 30 | 15:45:13 |
| 15 | twice a day. | 15:45:17 |
| 16 | You might not need that much.  It kind of | 15:45:18 |
| 17 | just depends, because street Adderall, like you | 15:45:21 |
| 18 | said, they might tell you, oh, it's this or | 15:45:23 |
| 19 | that, but you really don't know because, I | 15:45:25 |
| 20 | mean, we don't know where it's being, you know, | 15:45:27 |
| 21 | manufactured or who made it or where it came | 15:45:29 |
| 22 | from, because a lot -- some of the stuff comes | 15:45:32 |
| 23 | from outside of the country.  Like, China and | 15:45:34 |
| 24 | Mexico send a lot of drugs over here. | 15:45:36 |
| 25 | So what I'd like to do -- and then it | 15:45:39 |

| | | |
|---|---|---|
| 1 | looks like you didn't do a urine drug screen | 15:45:43 |
| 2 | today; is that correct? | 15:45:46 |
| 3 | KEVIN LEE: Yes, ma'am. I told the doc. | 15:45:47 |
| 4 | MOLLY: Okay. And is there any reason why | 15:45:50 |
| 5 | you didn't complete one today? | 15:45:53 |
| 6 | KEVIN LEE: Yes, ma'am. I -- I had a bad | 15:45:56 |
| 7 | experience with a doctor when I was younger. | 15:45:58 |
| 8 | And -- and since then I get nervous and I can't | 15:46:02 |
| 9 | go. It was when I was really young. | 15:46:07 |
| 10 | MOLLY: Oh, okay. Like, was it an | 15:46:11 |
| 11 | abuse-type situation -- | 15:46:28 |
| 12 | KEVIN LEE: Yes, ma'am. | 15:46:31 |
| 13 | MOLLY: -- or just -- okay. I'm sorry to | 15:46:32 |
| 14 | hear that. | 15:46:34 |
| 15 | Do you think, like -- because with the -- | 15:46:35 |
| 16 | with a controlled substance, like, we'll have | 15:46:40 |
| 17 | to do -- we will have to do urine drug screens. | 15:46:45 |
| 18 | Like, it's a must with -- because we have to | 15:46:49 |
| 19 | document them with, like, the DEA. | 15:46:51 |
| 20 | Do you think, like, you could possibly do | 15:46:54 |
| 21 | one, like, next month or -- | 15:46:57 |
| 22 | KEVIN LEE: It might -- I don't know. | 15:47:02 |
| 23 | I've had a hard time at a doctor's office ever | 15:47:04 |
| 24 | since then. | 15:47:07 |
| 25 | And I've had other -- other places, like, | 15:47:08 |

| | | |
|---|---|---|
| 1 | for jobs try to get me to do the same thing, | 15:47:10 |
| 2 | and it's -- it's hard. | 15:47:13 |
| 3 | MOLLY:  Okay.  I'll make a note of it. | 15:47:16 |
| 4 | It's just hard because these substances -- | 15:47:21 |
| 5 | any of the controlled substances, they -- like, | 15:47:21 |
| 6 | they require us to do one. | 15:47:24 |
| 7 | I'll make a note, but, like, if we can | 15:47:27 |
| 8 | figure out a way to, like, do one in the next | 15:47:29 |
| 9 | month or two.  You know, I don't know if it -- | 15:47:32 |
| 10 | have you -- like, how have you got them | 15:47:38 |
| 11 | completed in the past? | 15:47:40 |
| 12 | Like, is there something that you've been | 15:47:41 |
| 13 | able, like, to do that's made you feel more | 15:47:43 |
| 14 | comfortable or -- | 15:47:45 |
| 15 | KEVIN LEE:  Can I do it at home or | 15:47:47 |
| 16 | something? | 15:47:48 |
| 17 | MOLLY:  Yeah.  We -- they -- they talked | 15:47:51 |
| 18 | about doing those, but the problem is is that | 15:47:54 |
| 19 | we have no way of knowing if it's the patient's | 15:47:55 |
| 20 | urine, like, in general, like, if someone else | 15:47:59 |
| 21 | did pee in the cup, is the only thing. | 15:48:00 |
| 22 | But the main thing with Adderall is, like, | 15:48:03 |
| 23 | we have to check because, like, you can't | 15:48:07 |
| 24 | have -- and we require all patients to drug | 15:48:09 |
| 25 | screen.  We can't have, like, other things | 15:48:13 |

| | | |
|---|---|---|
| 1 | mixed with it because it could kill you. | 15:48:16 |
| 2 | Like -- so we don't really -- you know, we | 15:48:16 |
| 3 | don't know about -- you know, it's honestly for | 15:48:18 |
| 4 | your benefit too because, you know, some | 15:48:21 |
| 5 | patients don't understand -- and I'm not saying | 15:48:24 |
| 6 | you're mixing anything else, but a lot -- | 15:48:27 |
| 7 | there's -- just unfortunately there's a lot of | 15:48:30 |
| 8 | patients that do mix other stuff.  And so, | 15:48:32 |
| 9 | like, we catch things and then we're like, oh, | 15:48:33 |
| 10 | we can't do -- give them this because it could | 15:48:34 |
| 11 | kill the patient.  So, like, it's a safety | 15:48:37 |
| 12 | thing too. | 15:48:39 |
| 13 | But, you know, all -- we don't have | 15:48:41 |
| 14 | at-home testing right now.  Typically you have | 15:48:45 |
| 15 | to go into the clinic. | 15:48:48 |
| 16 | Did they let you lock -- like, will they | 15:48:51 |
| 17 | let you lock the door?  Like, would it help if, | 15:48:54 |
| 18 | like, you locked the door when you go or -- I | 15:48:56 |
| 19 | don't know what the circumstances were with | 15:48:59 |
| 20 | that previous experience, but -- | 15:49:01 |
| 21 | KEVIN LEE:  Yes, ma'am, I lock the door, | 15:49:04 |
| 22 | but it's just -- it's hard. | 15:49:05 |
| 23 | MOLLY:  And I would just drink a ton of | 15:49:08 |
| 24 | water.  And we typically don't need a whole lot | 15:49:12 |
| 25 | because it's just a dipstick. | 15:49:12 |

| | | |
|---|---|---|
| 1 | But we'll have to because of | 15:49:15 |
| 2 | documentation.  Like, I don't -- there's just | 15:49:17 |
| 3 | no way, like, I could get around it really. | 15:49:20 |
| 4 | But I guess I ask, like, if -- I can work | 15:49:24 |
| 5 | with you on the Adderall as long as you're not, | 15:49:26 |
| 6 | like, using other street drugs.  It's not going | 15:49:29 |
| 7 | to be an issue, but -- | 15:49:31 |
| 8 | KEVIN LEE:  No, ma'am, I'm not. | 15:49:32 |
| 9 | MOLLY:  -- if you're using other street | 15:49:33 |
| 10 | drugs -- | 15:49:33 |
| 11 | KEVIN LEE:  No, ma'am, I'm not using | 15:49:34 |
| 12 | anything else. | 15:49:35 |
| 13 | MOLLY:  Anything else?  Okay. | 15:49:36 |
| 14 | KEVIN LEE:  No, ma'am. | 15:49:38 |
| 15 | MOLLY:  No.  I'd rather you use legal | 15:49:38 |
| 16 | Adderall than street because, you know, I -- | 15:49:41 |
| 17 | it's -- | 15:49:44 |
| 18 | KEVIN LEE:  Yes, ma'am. | 15:49:45 |
| 19 | MOLLY:  -- there's -- there's things going | 15:49:45 |
| 20 | on with drugs being mixed and killing people, | 15:49:47 |
| 21 | and I just -- that's our -- my goal with | 15:49:50 |
| 22 | everyone is to keep them off of any street | 15:49:52 |
| 23 | drugs because there's just -- we don't even | 15:49:55 |
| 24 | know -- like, there's Fentanyl and all sorts of | 15:49:57 |
| 25 | stuff being mixed and stuff, and patients | 15:49:58 |

| | | |
|---|---|---|
| 1 | just -- there -- people don't know what they're | 15:50:01 |
| 2 | getting, you know. | 15:50:03 |
| 3 | KEVIN LEE:  Yes, ma'am. | 15:50:04 |
| 4 | MOLLY:  So there's lots of risk there. | 15:50:06 |
| 5 | So what I do is I -- we start off -- we | 15:50:09 |
| 6 | start off with 10 milligrams.  It's a | 15:50:13 |
| 7 | 10-milligram dose.  I'm going to give you that | 15:50:15 |
| 8 | for a week and see how you feel on that.  And | 15:50:18 |
| 9 | then if you're like -- you know, depending on | 15:50:21 |
| 10 | how you feel, then I raise it in a week. | 15:50:23 |
| 11 | But I typically start off with that.  We | 15:50:28 |
| 12 | have a whole protocol thing we follow.  But he | 15:50:30 |
| 13 | gave you, like, what the max dose is we would | 15:50:33 |
| 14 | give.  So -- but I'll work with you.  It's just | 15:50:35 |
| 15 | that we're -- we're supposed to go by, like, a | 15:50:37 |
| 16 | month-by-month basis. | 15:50:39 |
| 17 | And these substances are also -- they're | 15:50:41 |
| 18 | monitored how they're ordered by the DEA.  So, | 15:50:44 |
| 19 | like, we have to order them very cautiously and | 15:50:47 |
| 20 | specifically, or, like, they basically threaten | 15:50:51 |
| 21 | to take our licenses away.  So -- | 15:50:53 |
| 22 | KEVIN LEE:  Yes, ma'am. | 15:50:56 |
| 23 | MOLLY:  Yeah, so we can't, like, just | 15:50:57 |
| 24 | blast a dose, but I -- I can up it, you know. | 15:50:57 |
| 25 | Month by month is kind of how it will work. | 15:51:03 |

| | | |
|---|---|---|
| 1 | KEVIN LEE:  Uh-huh. | 15:51:09 |
| 2 | MOLLY:  So -- | 15:51:10 |
| 3 | KEVIN LEE:  Can you start me off a little | 15:51:11 |
| 4 | bit higher? | 15:51:12 |
| 5 | MOLLY:  You know what I'll do, I can do | 15:51:14 |
| 6 | 10 -- I can do 10 twice a day to start.  Let's | 15:51:16 |
| 7 | try that to start.  Let's try that for a week | 15:51:20 |
| 8 | and see how you feel.  I would prefer you do 10 | 15:51:23 |
| 9 | twice a day for, like, a month, but let's try | 15:51:27 |
| 10 | it for a week.  I'll work with you. | 15:51:29 |
| 11 | KEVIN LEE:  I appreciate you. | 15:51:33 |
| 12 | MOLLY:  The thing is with -- with | 15:51:34 |
| 13 | Adderall, like, make sure you keep it locked up | 15:51:35 |
| 14 | at home and, you know, keep it away from, you | 15:51:38 |
| 15 | know, any -- any children, if they're around | 15:51:43 |
| 16 | your place or inside your house.  And also, you | 15:51:46 |
| 17 | know, you want to watch -- you don't overdrink | 15:51:52 |
| 18 | caffeine, but you want to just watch using any | 15:51:55 |
| 19 | other stimulant.  Don't use any other stimulant | 15:51:57 |
| 20 | with it. | 15:51:59 |
| 21 | Also, like, I would like you to get, | 15:52:03 |
| 22 | like -- go to, like, a Publix or somewhere and | 15:52:05 |
| 23 | just get your blood pressure taken, because I | 15:52:09 |
| 24 | like to know what blood pressure you're running | 15:52:11 |
| 25 | on Adderall because it can make your blood | 15:52:11 |

| | | |
|---|---|---|
| 1 | pressure go up.  So just something to monitor | 15:52:12 |
| 2 | too. | 15:52:16 |
| 3 | KEVIN LEE:  Okay.  So -- | 15:52:17 |
| 4 | MOLLY:  What's your height -- what's your | 15:52:17 |
| 5 | height and weight? | 15:52:20 |
| 6 | KEVIN LEE:  I'm 6 foot, about, I don't | 15:52:23 |
| 7 | know, 145. | 15:52:25 |
| 8 | MOLLY:  145?  Okay. | 15:52:27 |
| 9 | KEVIN LEE:  Yes, ma'am. | 15:52:29 |
| 10 | MOLLY:  And make sure with Adderall -- all | 15:52:29 |
| 11 | stimulants, you need to drink lots of water | 15:52:33 |
| 12 | because, like -- you haven't had issues with | 15:52:34 |
| 13 | getting lots of headaches or you have no | 15:52:37 |
| 14 | history of seizures, you said. | 15:52:39 |
| 15 | KEVIN LEE:  Yes, ma'am. | 15:52:41 |
| 16 | MOLLY:  Okay.  And then you don't want to | 15:52:43 |
| 17 | mix alc- -- like, you don't really drink a lot, | 15:52:45 |
| 18 | it sounds like.  You don't want to mix alcohol | 15:52:48 |
| 19 | or any other drugs with Adderall because it | 15:52:50 |
| 20 | can -- it can be dangerous with other things. | 15:52:52 |
| 21 | And it doesn't sound like -- you don't use | 15:52:56 |
| 22 | benzos or anything like that, I don't -- I | 15:52:58 |
| 23 | didn't hear. | 15:53:01 |
| 24 | KEVIN LEE:  No, ma'am. | 15:53:02 |
| 25 | MOLLY:  Okay.  Yes, stay away from benzos, | 15:53:03 |

| | | |
|---|---|---|
| 1 | alcohol, just any other, like, street drugs. | 15:53:07 |
| 2 | And then any -- you don't plan to, like, | 15:53:13 |
| 3 | sell, trade, or give it to anyone else? | 15:53:16 |
| 4 | KEVIN LEE:  No, ma'am, absolutely not. | 15:53:19 |
| 5 | MOLLY:  Okay.  Good.  I have to ask | 15:53:22 |
| 6 | everybody that question because it's just a | 15:53:24 |
| 7 | question with all controlled stimulants.  It's | 15:53:26 |
| 8 | against the law and -- | 15:53:30 |
| 9 | KEVIN LEE:  It scares me. | 15:53:32 |
| 10 | MOLLY:  Yeah.  Yeah. | 15:53:35 |
| 11 | So what I'll do is I'll give you 10 twice | 15:53:37 |
| 12 | a day.  What I'll do -- oh, what's your | 15:53:39 |
| 13 | pharmacy? | 15:53:42 |
| 14 | KEVIN LEE:  It's the RX Mart. | 15:53:43 |
| 15 | MOLLY:  The -- say that again. | 15:53:48 |
| 16 | KEVIN LEE:  The RX Mart. | 15:53:50 |
| 17 | MOLLY:  Oh, RX Mart. | 15:53:53 |
| 18 | Is that in St. Augustine? | 15:53:55 |
| 19 | KEVIN LEE:  It is.  It's on -- right there | 15:53:56 |
| 20 | on 207. | 15:53:57 |
| 21 | MOLLY:  Okay.  And then typically how | 15:54:02 |
| 22 | everything goes with Dr. Hollington's clinic is | 15:54:07 |
| 23 | I check -- I'm going to do a week check-in with | 15:54:09 |
| 24 | you.  And then if we -- I typically will check | 15:54:12 |
| 25 | in and do an appointment with you every month, | 15:54:15 |

| | | |
|---|---|---|
| 1 | is what's standard with controlled substances. | 15:54:17 |
| 2 | And so we'll do an appointment every month. | 15:54:22 |
| 3 | I will do -- I will do a couple of | 15:54:25 |
| 4 | appointments a year with you in person at the | 15:54:29 |
| 5 | clinic.  I'll let you know, like, when I'm up | 15:54:31 |
| 6 | there. | 15:54:33 |
| 7 | I actually live in, like, the Orlando | 15:54:33 |
| 8 | area, so I do mostly appointments just over the | 15:54:35 |
| 9 | phone with you, and then -- and they're much | 15:54:39 |
| 10 | shorter.  Like, the first one here, I had to | 15:54:43 |
| 11 | ask a lot of questions, but the follow-ups are | 15:54:44 |
| 12 | much shorter and will focus on dosing and | 15:54:48 |
| 13 | things like that. | 15:54:51 |
| 14 | But we'll do a few in person.  I'll chat | 15:54:53 |
| 15 | with you more about, like, figuring out how we | 15:54:59 |
| 16 | can get -- like, do a drug screen or if you | 15:55:00 |
| 17 | think -- it would just be helpful if -- I won't | 15:55:03 |
| 18 | make you do as many of them as -- you can at | 15:55:06 |
| 19 | least, like, go in and do one maybe in the next | 15:55:09 |
| 20 | few months, or we'll figure it out. | 15:55:12 |
| 21 | How those work, you know, with his office | 15:55:16 |
| 22 | is just going in and using the office on the | 15:55:18 |
| 23 | date they're open, which are Saturdays, | 15:55:22 |
| 24 | Sundays, and Mondays, and just, like, leaving a | 15:55:22 |
| 25 | sample.  And then they can scan in the results | 15:55:27 |

| | | |
|---|---|---|
| 1 | to the -- like, the chart for me to see. | 15:55:28 |
| 2 | KEVIN LEE:  Yes, ma'am. | 15:55:33 |
| 3 | MOLLY:  Do you have -- do you have any -- | 15:55:37 |
| 4 | any questions on -- on anything that we talked | 15:55:39 |
| 5 | about or discussed? | 15:55:44 |
| 6 | KEVIN LEE:  No, ma'am. | 15:55:46 |
| 7 | I just wanted to -- the dose you said, you | 15:55:46 |
| 8 | said it was 10 two times a day.  And how many | 15:55:49 |
| 9 | days are you going to give me? | 15:55:52 |
| 10 | MOLLY:  So I'm going to start off with | 15:55:55 |
| 11 | just a week here because I want to see how | 15:55:58 |
| 12 | you're feeling on that dose and then I'll send | 15:56:00 |
| 13 | the rest of the month here. | 15:56:02 |
| 14 | So today is Monday, so I'll probably -- | 15:56:04 |
| 15 | what I'll do is I'll check in with you before | 15:56:07 |
| 16 | running out.  So I'll check in with you | 15:56:09 |
| 17 | probably, like, in -- you can actually just | 15:56:10 |
| 18 | text me and let me know, like, how you're doing | 15:56:14 |
| 19 | on the dose, and I might just call you quick | 15:56:17 |
| 20 | for, like, five minutes -- | 15:56:20 |
| 21 | KEVIN LEE:  Uh-huh. | 15:56:22 |
| 22 | MOLLY:  -- like, next Sunday, if that | 15:56:22 |
| 23 | works. | 15:56:24 |
| 24 | KEVIN LEE:  Okay. | 15:56:24 |
| 25 | MOLLY:  You can even do Saturday. | 15:56:25 |

| | | |
|---|---|---|
| 1 | Saturday, Sunday.  I always have my phone on | 15:56:26 |
| 2 | me.  So I just want to see, like, how you're | 15:56:29 |
| 3 | doing on that. | 15:56:34 |
| 4 | I would preferably like to try to keep it | 15:56:35 |
| 5 | 10 twice a day for a month, but we'll see how | 15:56:36 |
| 6 | it's going.  And we have to just kind of do a | 15:56:39 |
| 7 | gradual buildup every month on it, because, | 15:56:46 |
| 8 | like I said, they don't let us blast these | 15:56:49 |
| 9 | meds.  They -- like, they're monitored how we | 15:56:52 |
| 10 | order them, like, by the DEA.  So we have to, | 15:56:54 |
| 11 | you know, build them up, like, to some degree | 15:56:57 |
| 12 | too. | 15:57:03 |
| 13 | KEVIN LEE:  Oh, yes, ma'am. | 15:57:04 |
| 14 | MOLLY:  So I will send the 10 twice a day. | 15:57:06 |
| 15 | If the 10 twice a day -- if you're doing | 15:57:09 |
| 16 | fairly decent on it, then we'll do that for a | 15:57:11 |
| 17 | month.  And then if it works, gradually we | 15:57:12 |
| 18 | increase month by month.  It's kind of what | 15:57:17 |
| 19 | they prefer. | 15:57:20 |
| 20 | But I'll try to -- you know, I'll work | 15:57:22 |
| 21 | with you on dosing and stuff.  But the max | 15:57:25 |
| 22 | we'll do is 30 twice a day.  That is correct | 15:57:28 |
| 23 | what Dr. Hollington said. | 15:57:31 |
| 24 | KEVIN LEE:  Okay.  If -- that's what he | 15:57:32 |
| 25 | said. | 15:57:33 |

| | | |
|---|---|---|
| 1 | MOLLY:  Yeah, that's the max.  It's just | 15:57:35 |
| 2 | that we can't start at the max because -- | 15:57:36 |
| 3 | KEVIN LEE:  No, yeah, that's -- you make | 15:57:39 |
| 4 | sense.  You make sense. | 15:57:41 |
| 5 | MOLLY:  Yeah.  And it's the safety thing, | 15:57:43 |
| 6 | because you think you might be taking a certain | 15:57:46 |
| 7 | amount, but it might not be quite that because | 15:57:48 |
| 8 | of, like, they put -- like, the way they try to | 15:57:50 |
| 9 | sell some of these pills, they don't really -- | 15:57:53 |
| 10 | it's not all, like, honest and whatnot too, | 15:57:55 |
| 11 | so -- or you never know if it's mixed with some | 15:57:58 |
| 12 | other stuff or whatnot.  Who knows, you know? | 15:58:01 |
| 13 | But, again -- so we'll get that going. | 15:58:02 |
| 14 | And then I always encourage all patients | 15:58:08 |
| 15 | too -- it helps with, you know -- you know, | 15:58:10 |
| 16 | working part time or full time too.  It just | 15:58:13 |
| 17 | helps with, like, self-esteem, earning money, | 15:58:17 |
| 18 | staying out of trouble, things like that too. | 15:58:20 |
| 19 | KEVIN LEE:  Yeah. | 15:58:23 |
| 20 | MOLLY:  And I encourage all patients, try | 15:58:23 |
| 21 | to stay away from, you know, other people that | 15:58:25 |
| 22 | are -- that are around street drugs too, | 15:58:28 |
| 23 | because that, like, helps with less temptation | 15:58:31 |
| 24 | and things like that.  So -- | 15:58:34 |
| 25 | KEVIN LEE:  You sound like my grandma. | 15:58:36 |

| | | |
|---|---|---|
| 1 | MOLLY:  I know.  I -- | 15:58:39 |
| 2 | KEVIN LEE:  Says the same thing, get a | 15:58:40 |
| 3 | job. | 15:58:41 |
| 4 | MOLLY:  Get a job.  It really -- it just | 15:58:42 |
| 5 | helps stay away from all that.  And then, you | 15:58:44 |
| 6 | know, just getting out of the house, | 15:58:46 |
| 7 | interacting, it just -- it really helps with | 15:58:48 |
| 8 | mental health and then -- it just helps | 15:58:51 |
| 9 | stabilize finances, self-worth, just feeling | 15:58:54 |
| 10 | self-esteem, a lot of those things.  And then | 15:59:00 |
| 11 | you just -- you're surrounded by just -- | 15:59:01 |
| 12 | usually co-workers where people are, you know, | 15:59:04 |
| 13 | decent and jobs and stuff too, so you just -- | 15:59:07 |
| 14 | you know, just surrounded by positive people -- | 15:59:11 |
| 15 | KEVIN LEE:  Yes, ma'am. | 15:59:14 |
| 16 | MOLLY:  -- unless you have a horrible boss | 15:59:14 |
| 17 | or something.  I'm just kidding. | 15:59:16 |
| 18 | But I will -- I'll get this sent to the RX | 15:59:21 |
| 19 | Mart. | 15:59:24 |
| 20 | Do you know what, let me log in here just | 15:59:25 |
| 21 | to make sure they pop up in the system while I | 15:59:27 |
| 22 | have you on the phone. | 15:59:32 |
| 23 | Let me look here. | 15:59:33 |
| 24 | You said you have no allergies to | 15:59:40 |
| 25 | medication, right? | 15:59:40 |

| | | |
|---|---|---|
| 1 | KEVIN LEE: Yes, ma'am, no allergies. | 15:59:43 |
| 2 | MOLLY: Okay. No allergies. | 15:59:46 |
| 3 | KEVIN LEE: Hello? | 16:00:14 |
| 4 | MOLLY: Oh, sorry. I'm just -- I'm doing | 16:00:15 |
| 5 | something on the computer. I'm sorry. | 16:00:18 |
| 6 | KEVIN LEE: Yes, ma'am. I wanted to make | 16:00:19 |
| 7 | sure I didn't lose you. | 16:00:21 |
| 8 | MOLLY: No, you didn't. I'm just -- I | 16:00:23 |
| 9 | just -- while we're on the phone here, look -- | 16:00:24 |
| 10 | making sure, because sometimes when I -- I'm | 16:00:24 |
| 11 | just going to add -- hold on one second. It's | 16:00:29 |
| 12 | going to medications here. | 16:00:35 |
| 13 | What I'll do here is I'll text you -- I'm | 16:00:40 |
| 14 | going to add in the pharmacy. Just give me a | 16:00:42 |
| 15 | couple of minutes and I'll get the -- I'll get | 16:00:45 |
| 16 | the script sent and then -- like I said, we'll | 16:00:48 |
| 17 | do a week here, and then I'm going just to | 16:00:52 |
| 18 | follow up with you in, like, a week and see how | 16:00:55 |
| 19 | you're doing, touch base real quick. And then | 16:00:57 |
| 20 | if the dose is going okay, then I'll order the | 16:01:00 |
| 21 | rest-of-the-month supply here too. So -- | 16:01:03 |
| 22 | KEVIN LEE: Yes, ma'am. I'm sorry. Do I | 16:01:07 |
| 23 | text you this weekend? | 16:01:09 |
| 24 | MOLLY: Yeah, just text me, like, next | 16:01:10 |
| 25 | weekend on Saturday or Sunday just to the same | 16:01:12 |

| | | |
|---|---|---|
| 1 | phone number and just say your name and -- just | 16:01:15 |
| 2 | say, hey, this is Kevin Lee.  Like, I'm | 16:01:18 |
| 3 | doing -- like, I'm doing okay on the dose, or | 16:01:22 |
| 4 | kind of let me know how you're feeling, and -- | 16:01:25 |
| 5 | and then I'll touch base with you and then see | 16:01:26 |
| 6 | what needs to be done with the rest of the | 16:01:30 |
| 7 | month on the dose, okay? | 16:01:35 |
| 8 | KEVIN LEE:  Yes, ma'am. | 16:01:36 |
| 9 | MOLLY:  And we'll go from there. | 16:01:37 |
| 10 | But I'll get that sent here tonight. | 16:01:37 |
| 11 | Depending on how late the pharmacy's open, if | 16:01:40 |
| 12 | it's not a 24-hour pharmacy, you'll probably | 16:01:40 |
| 13 | have to pick it up tomorrow. | 16:01:40 |
| 14 | KEVIN LEE:  Tomorrow, yes, ma'am. | 16:01:46 |
| 15 | MOLLY:  Okay.  Any other questions, Kevin? | 16:01:47 |
| 16 | KEVIN LEE:  No, ma'am.  I appreciate you. | 16:01:50 |
| 17 | MOLLY:  Yes.  You're welcome. | 16:01:52 |
| 18 | And then we'll touch base this weekend. | 16:01:54 |
| 19 | And then I'll send you a text here too once I | 16:01:56 |
| 20 | send the scripts in, okay? | 16:01:58 |
| 21 | KEVIN LEE:  Oh, yes, ma'am.  Thank you. | 16:02:00 |
| 22 | MOLLY:  Yep.  You're welcome.  Take care, | 16:02:02 |
| 23 | okay? | 16:02:04 |
| 24 | KEVIN LEE:  You too.  Thank you.  Bye-bye. | 16:02:05 |
| 25 | (Phone call concludes.) | 16:02:06 |

| | | |
|---|---|---|
| 1 | REPORTER'S CERTIFICATE | 16:02:06 |
| 2 | STATE OF FLORIDA    ) | 16:02:06 |
| 3 | COUNTY OF DUVAL    ) | 16:02:06 |
| 4 | | 16:02:06 |
| 5 | I, Stephanie Powers Cusimano, Registered | 16:02:06 |
| 6 | Professional Reporter and Notary Public in and for | 16:02:06 |
| 7 | the State of Florida at Large, hereby certify that | 16:02:06 |
| 8 | I was authorized to and did transcribe the phone call | 16:02:06 |
| 9 | and that the foregoing transcript, pages 1 through 28, | 16:02:06 |
| 10 | is a true record of my stenographic notes. | 16:02:06 |
| 11 | | 16:02:06 |
| 12 | I further certify that I am not a relative, | 16:02:06 |
| 13 | employee, attorney, or counsel of any of the parties, | 16:02:06 |
| 14 | nor am I a relative or employee of any of the parties' | 16:02:06 |
| 15 | attorney or counsel connected with the action, nor am | 16:02:06 |
| 16 | I financially interested in the action. | 16:02:06 |
| 17 | | 16:02:06 |
| 18 | DATED this 8th day of February 2023. | 16:02:06 |
| 19 | | 16:02:06 |
| 20 | /s/Stephanie Powers Cusimano | 16:02:06 |
| | Stephanie Powers Cusimano | 16:02:06 |
| 21 | FPR, RPR, Court Reporter | 16:02:06 |
| 22 | | 16:02:06 |
| 23 | | 16:02:06 |
| 24 | | |
| 25 | | |