1

1          UNITED STATES DISTRICT COURT

2                  FOR THE

3          MIDDLE DISTRICT OF FLORIDA

4

5

6   UNITED STATES OF AMERICA

7          -vs-

8   SCOTT ANDREW HOLLINGTON,

9   _____     Defendant.     _____

10

11

12

13

14

15

16       Transcription of audio recording on February 20,

17   2022, Jacksonville, Florida, transcribed by Christy M.

18   Shirk, Stenographic Court Reporter and a Notary Public

19   in and for the State of Florida at Large.

20

21
                    MICHELLE SHIRK, COURT REPORTER
22                    25 N. MARKET STREET
                    JACKSONVILLE, FL 32202
23                    (904) 403-9128

24

25

11A1-C

1   February 20, 2022

2              KEVIN LEE:  Hello.

3              MOLLY CHRISTENSEN:  Hi, Kevin.

4              KEVIN LEE:  Hey.

08:12PM    5              MOLLY CHRISTENSEN:  Hi.  This is Molly, a

6   nurse practitioner from Sawgrass.  How are you?

7              KEVIN LEE:  I'm okay.  How are you?

8              MOLLY CHRISTENSEN:  Good.  I just wanted to

9   touch base with you here today just to check in and

08:12PM    10  see how everything has been going with the

11  Adderall.

12             KEVIN LEE:  Yes, ma'am.  They're -- I think

13  they're not as much as what I'm used to.

14             MOLLY CHRISTENSEN:  What you're used to, okay.

08:12PM    15             KEVIN LEE:  Yes, ma'am.

16             MOLLY CHRISTENSEN:  Let me look here.  I was

17  going to ask you from the last time I talked to

18  you, did you -- when you were younger, did you have

19  -- I know you used Adderall off the streets for a

08:13PM    20  long time, but, like, did you have a history, like,

21  growing up of ADHD or, like, focus issues?

22             KEVIN LEE:  No, ma'am, I don't think so.

23             MOLLY CHRISTENSEN:  Okay.  Let me see here.

24  And as far as, like -- I'm going to just ask you

08:13PM    25  just a screen here.  Hold on one second.  I just

1       want to ask you a screening, it's like five or six

2       questions on focus, because we're supposed to do

3       that with Adderall.  Give me one second here.

4            So the main -- the main thing is it's

08:14PM  5      complicated with raising the dose here the first

6       month, because I have to have, like, a urine drug

7       screen on file.  That's what complicates things.

8       So I didn't know -- you know, you paid for the

9       month.  The clinic's open today and tomorrow.

08:14PM 10           Like, would you be willing just to go in and

11       do a urine drug screen, or -- or, I mean, we could

12       do it next month, because I understand the issue,

13       but we really have to have it with, like,

14       controlled substances.

08:14PM 15           KEVIN LEE:  Yes, ma'am.  Can we just try to do

16       it later?

17           MOLLY CHRISTENSEN:  Sure.  We can do it -- if

18       you can try doing it for, like, the March date,

19       that would be great, because we have to -- it's a

08:14PM 20      safety thing to make sure, you know, with

21       increasing the dose, we have to make sure there's

22       nothing else, like, in your system, too, because it

23       can be a dangerous drug with other drugs, if that

24       makes sense.

08:14PM 25           KEVIN LEE:  Yes, ma'am.

| | | |
|---|---|---|
| | 1 | MOLLY CHRISTENSEN: So we'll look at that for |
| | 2 | March, and then give me one second. I'm going to |
| | 3 | just -- I'm going to just ask you a series of, |
| | 4 | like, six questions here, and they just ask, like, |
| 08:15PM | 5 | based on how you feel in the last six months here, |
| | 6 | and then the answers are, like, never, rarely, |
| | 7 | sometimes, often, or very often is, like, how you |
| | 8 | would respond to them, okay? |
| | 9 | KEVIN LEE: Okay. |
| 08:15PM | 10 | MOLLY CHRISTENSEN: How often do you have |
| | 11 | trouble wrapping up the final details of a project |
| | 12 | once the challenging parts have been done? |
| | 13 | KEVIN LEE: What was the answers? |
| | 14 | MOLLY CHRISTENSEN: Never, rarely, sometimes, |
| 08:15PM | 15 | often, very often. |
| | 16 | KEVIN LEE: Rarely. |
| | 17 | MOLLY CHRISTENSEN: Rarely, okay. |
| | 18 | How often do you have difficulty getting |
| | 19 | things in order when you have to do a task that |
| 08:15PM | 20 | requires organization? Never, rarely, sometimes, |
| | 21 | often, very often? |
| | 22 | KEVIN LEE: Never. |
| | 23 | MOLLY CHRISTENSEN: Never, okay. |
| | 24 | How often do you have problems remembering |
| 08:16PM | 25 | appointments or obligations? |

1          KEVIN LEE:  Never.

2          MOLLY CHRISTENSEN:  Never, okay.

3          How often do you have problems -- or when you

4    have a task that requires a lot of thought, how

08:16PM   5    often do you avoid or delay getting started?

6          KEVIN LEE:  Rarely.

7          MOLLY CHRISTENSEN:  Rarely, okay.

8          And do you have -- how often do you fidget or

9    squirm with your hands or feet when you have to sit

08:16PM   10   down for a long period of time?  Never, rarely,

11   sometimes, often, very often?

12         KEVIN LEE:  Never.

13         MOLLY CHRISTENSEN:  Never, okay.

14         And how often do you feel overly active and

08:16PM   15   compelled to do things, like you are driven by a

16   motor?  Never, rarely, sometimes, often, very

17   often?

18         KEVIN LEE:  Never.

19         MOLLY CHRISTENSEN:  Never, okay.

08:17PM   20         So what I can do, I'm going to have to keep

21   the dose the same for this month, but, like, I can

22   increase next month if you can hang in there.

23         Like, are you having any other, like,

24   symptoms?  Are you using any off the street?

08:17PM   25         KEVIN LEE:  No, I kind of burnt through the

1    seven days, though.

2              MOLLY CHRISTENSEN:  You did?

3              KEVIN LEE:  Yes, ma'am.

4              MOLLY CHRISTENSEN:  Are you having -- okay.

08:17PM   5    Let me see here.

6              When did you -- like, did you use up your

7    seven days sooner?

8              KEVIN LEE:  I think I got, like, one left.

9              MOLLY CHRISTENSEN:  Okay.  Are you taking it

08:17PM  10    twice a day?

11              KEVIN LEE:  I started out when I picked them

12    up the first day taking two a day, but it just

13    wasn't enough, so then I started doing three a day,

14    but I was trying to stretch it out.

08:18PM  15              MOLLY CHRISTENSEN:  Okay.  Let me see.

16              Are you having any side effects?

17              KEVIN LEE:  No, ma'am, I don't think so.  I

18    was just really -- I know you said we couldn't jump

19    it, like, to the highest, but I was just hoping we

08:18PM  20    could move it up a little.

21              MOLLY CHRISTENSEN:  Well, let me see.

22              I'll move it up a little, but I really,

23    really, really need you to do the drug screen in

24    March, okay?

08:18PM  25              KEVIN LEE:  Yes, ma'am.

08:18PM

08:18PM

08:19PM

08:19PM

08:19PM

 1          MOLLY CHRISTENSEN:  If you can just do the

 2     drug screen for me.  I understand the difficulty

 3     with it, but it also -- Adderall is, like, a

 4     controlled substance, so they are -- the DEA and

 5     that watches all this stuff, so we have to do urine

 6     drug screens.  It's just something, like, we can't

 7     get around, if that makes sense.

 8          KEVIN LEE:  Yes, ma'am.

 9          MOLLY CHRISTENSEN:  But I can keep the dose --

10     I can -- I can increase it more as long as I have a

11     drug screen every two months for you.  So since we

12     haven't -- didn't do one to start, we just need to

13     get one in March, okay?

14          KEVIN LEE:  Okay.

15          MOLLY CHRISTENSEN:  So you're not having any

16     side effects.  No palpitations, any headaches, any

17     dry mouth?

18          KEVIN LEE:  No, ma'am.

19          MOLLY CHRISTENSEN:  Okay.  What do you feel

20     like when you feel like, oh, I need to take another

21     one?  Like, what symptoms are you getting when you

22     say it's not enough?  Like, what happens?

23          KEVIN LEE:  It's kind of hard to describe.  I

24     just don't quite feel right.

25          MOLLY CHRISTENSEN:  What does not feel right,

8

1       like, headaches, or like, what -- like, focus, or,

2       like, what is it exactly, if you can pinpoint it?

3               KEVIN LEE:  I say headaches would be -- would

4       be something.

08:20PM    5        MOLLY CHRISTENSEN:  Okay.  Like problems with

6       feeling alert or focussed?

7               KEVIN LEE:  No, ma'am, not really that, just

8       headaches, and I just don't feel like myself.

9               MOLLY CHRISTENSEN:  Okay.  Any, like,

08:20PM    10      sweating, or muscle aches, or anything like that?

11              KEVIN LEE:  No, ma'am.

12              MOLLY CHRISTENSEN:  Okay.  Let me look at the

13      pills to see any -- are you using any off the

14      street right now?

08:21PM    15       KEVIN LEE:  No, ma'am, I haven't.  Like I

16      said, I still -- I think I got one left, so I'm

17      just trying --

18              MOLLY CHRISTENSEN:  I know.  We'll get it --

19      we'll get it refilled for the rest of the month

08:21PM    20      here today, okay?

21              KEVIN LEE:  Perfect.

22              MOLLY CHRISTENSEN:  The main thing is I want

23      you to stay off the street Adderall, that's our

24      goal, just because, you know, we have no idea

08:21PM    25      what's mixed in it, and it's not safe with what --

08:22PM

1    you know, we're finding a lot of the street drugs

2    are killing people, because they're mixing Fentanyl

3    and other things in them.  So I just -- you know,

4    that we definitely don't want to happen.

5    And then any problems -- any other issues at

6    this time?

7    KEVIN LEE:  No, ma'am, that was my only thing

8    was just trying to step it up a little bit.

9    MOLLY CHRISTENSEN:  Okay.  Hold on one second

10   here.  And then, also, I know we talked about it in

11   the past, the other thing I'd really like you to

12   consider, like, looking at, you know, part-time or

13   full-time work just because that would help, too,

14   just improve a lot of things mentally and socially

15   for you.

16   KEVIN LEE:  Yes, ma'am.

17   MOLLY CHRISTENSEN:  Okay.  Let me see.  I'm

18   just going to look one second here at the dosing

19   here from the pharmacy.  Give me just one second

20   here.  I'm just logging in to -- are the tablets

21   they gave you, are they scored?  Like, you can

22   break them in half?

23   KEVIN LEE:  I can break them in half if I have

24   to.

25   MOLLY CHRISTENSEN:  What I'll just do is

1      you're having to take up to three per day?

2            KEVIN LEE:  Yes, ma'am, that was me trying to

3      stretch them.

4            MOLLY CHRISTENSEN:  Okay.  Well, this is what

08:24PM   5      I'm going to do, I'll raise it.  You're not having

6      any side effects.  So I'll raise it to three per

7      day, so it will be a total of 30 per day.  Just

8      don't take more than that, because you'll run out.

9      And the brain will adjust to, like, the dose for

08:24PM  10      now, too, if you just keep it consistent.  So try

11      to, if you can, manage off three per day; let's do

12      that.  So I'll send three per day.

13            Give me one second.  So you can either split

14      it.  You could do -- I'm going to -- the script

08:25PM  15      will say one -- do you take them all at once, or do

16      you split it where you take one half way later

17      through the day?  How do you take them.

18            KEVIN LEE:  I try to, like, take one, and then

19      take one, like, later in the day.

08:25PM  20            MOLLY CHRISTENSEN:  Yeah, that's what's best

21      is to do -- like, you don't want to take it too

22      late at night, or you won't be able to sleep, but

23      it's best if you do, you know, one in the morning

24      when you get up, and then one again at, like, one,

08:25PM  25      two o'clock, somewhere in there.

1    KEVIN LEE:  Yes, ma'am.

2    MOLLY CHRISTENSEN:  But what you can do is you

3    can do like -- you can do it where you split one,

4    and do one and a half in the morning, and one and a

08:25PM    5    half in the afternoon.  You know, I don't know if I

6    would do a third one later.  It kind of depends on

7    your sleep habits.  I wouldn't want it where it's

8    keeping you awake at night either, so -- but I

9    would try doing, like, one and a half in the

08:25PM    10    morning, and one and a half in the afternoon, okay?

11    KEVIN LEE:  Yes, ma'am.

12    MOLLY CHRISTENSEN:  Let me see.  Three times

13    per day, so I'm going to change it.  So 30 days

14    times three, it's going to be -- so I'm sending the

08:26PM    15    rest of the month, so it's a 23-day supply since we

16    did, like, seven days.  So three tablets per day

17    would be -- it would be 69 tablets for three times

18    a day, okay?

19    KEVIN LEE:  Okay.

08:26PM    20    MOLLY CHRISTENSEN:  And so I'm going to send

21    this to your same pharmacy, the RX Mart.

22    KEVIN LEE:  Yes, ma'am.

23    MOLLY CHRISTENSEN:  Okay.  And then give me

24    one second.

08:27PM    25    And then I'll put today as the fill date.

Ah

08:27PM

1    Okay.  I'm going to send it to RX Mart.  Give me

2    one second.  I just have to push this button off my

3    phone that sends the prescription through.  Give me

4    one second.  I'm just going to put you on mute

5    while I hit this button.  Give me one second.

6    Where did it go?  There it is.

7        Okay.  Prescription went through, and then --

8    so I'm seeing patients on March 3rd.  Would that

9    work?  It's, like, a Thursday for the March

10   appointment.  I know it's, like, a week or so

11   early, but then I could also just send the next

12   refill for the next month, or, you know, I could

13   arrange a different date.  But March 3rd would be,

14   like, a Thursday.

15       KEVIN LEE:  I can probably do that.

16       MOLLY CHRISTENSEN:  Okay.  I can tell you here

17   -- give me one second here -- appointments.  I'm

18   going to go -- I'm just going to open up my

19   schedule here.  March 3rd, what works better for

20   you, like, morning or afternoon?

21       KEVIN LEE:  Probably afternoon.

22       MOLLY CHRISTENSEN:  Afternoon, okay.  So on

23   the 3rd I have, like, a four p.m. or 4:30.

24       KEVIN LEE:  Four p.m.

25       MOLLY CHRISTENSEN:  Four p.m., okay.  So what

1    we would have to do is -- so the clinic in St.

2    Augustine, they're only open on -- they're open

3    Friday, Saturdays or Sundays, so -- or, I mean,

4    Saturday, Sunday, Monday.  I'm sorry.  So what I

08:29PM    5    would have you do is you would need to do, like,

6    your drug screen over the weekend, like, when

7    they're open.  Like, you just go in and let them

8    know, hey, I'm just coming in to do my drug screen

9    for Molly, and then they would collect that there,

08:29PM    10    and they would scan it in the system so I can see

11    it before the March 3rd appointment.  Does that

12    make sense?

13        KEVIN LEE:  Yes, ma'am.

14        MOLLY CHRISTENSEN:  Okay.  So you would be

08:29PM    15    looking at going in, like, next weekend, like,

16    sometime on the 26th, 27th or 28th.

17        KEVIN LEE:  Okay.

18        MOLLY CHRISTENSEN:  So somewhere in there, so

19    we just need to collect the urine drug screen

08:30PM    20    before the appointment then the following, like,

21    Thursday.

22        And so -- and then I'll give you a call.  The

23    next appointment will be over the phone.  I'll do a

24    few with you in person.  I'll just let you know

08:30PM    25    when I'm coming up to the clinic, too, and I'll

14

```
         1    give you heads-up when we, like, do the in-person

         2    one, but otherwise, if not, they'll be over the

         3    phone, okay?

         4              KEVIN LEE:  Yes, ma'am.

08:30PM  5              MOLLY CHRISTENSEN:  Any questions you have?

         6              KEVIN LEE:  No, ma'am, I don't think so.  I

         7    appreciate it.

         8              MOLLY CHRISTENSEN:  Yeah, you're welcome.  I

         9    sent that script through, so you should be able to

08:30PM  10   pick that up today.  And then I will put you down

         11   for and just make a note, I'll send out a text

         12   reminder, too, but March 3rd at four p.m. will be

         13   your next appointment, okay?

         14             KEVIN LEE:  Okay.  Thank you.

08:30PM  15             MOLLY CHRISTENSEN:  You're welcome.  Have a

         16   good evening, okay?

         17             KEVIN LEE:  Yes, ma'am.  You too.  Bye.

         18             MOLLY CHRISTENSEN:  All right.  Thanks.

         19   Bye-bye.

         20

         21

         22

         23

         24

         25
```

```
 1                      C E R T I F I C A T E

 2   STATE OF FLORIDA  )

 3   COUNTY OF DUVAL   )

 4        I, Christy M. Shirk, Stenographic Court

 5   Reporter, certify that I was authorized to and did

 6   stenographically report the foregoing recording to the

 7   best of my ability, and that the transcript is a true

 8   and complete record of my stenographic notes.

 9        DATED this 15th day of March, 2023.

10

11

12

13                         /s/ Christy M. Shirk
                           CHRISTY M. SHIRK
14                         Certified Realtime Reporter
                           Certified Realtime Captioner
15

16

17

18

19

20

21

22

23

24

25
```