```
 1              UNITED STATES DISTRICT COURT

 2                       FOR THE

 3                MIDDLE DISTRICT OF FLORIDA

 4

 5   UNITED STATES OF AMERICA

 6        -vs-                      Case No. 3:22-cr-141

 7   SCOTT ANDREW HOLLINGTON,

 8   _____Defendant._____

 9

10

11        Transcription of recording 000979, Jacksonville,

12   Florida, transcribed by Christy M. Shirk, Stenographic

13   Court Reporter and a Notary Public in and for the State

14   of Florida at Large.

15

16

17
              MICHELLE SHIRK, COURT REPORTER
18                 25 N. MARKET STREET
                 JACKSONVILLE, FL 32202
19                  (904) 403-9128

20

21

22

23

24

25
```

11A-3A

```
 1
 2          RECORDED VOICE:  Please, record your message.
 3   When you have finished recording, you may hang up,
 4   or press one for more options.
 5          THE PHARMACIST:  Hello.  Calling from RX Mart
 6   Pharmacy for Kevin Lee.  Please, give me a call
 7   back at 904-342-2162.  Thank you.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                  C E R T I F I C A T E
 2     STATE OF FLORIDA )
 3     COUNTY OF DUVAL  )
 4          I, Christy M. Shirk, Stenographic Court
 5     Reporter, certify that I was authorized to and did
 6     stenographically report the foregoing recording to the
 7     best of my ability, and that the transcript is a true
 8     and complete record of my stenographic notes.
 9          DATED this 16th day of February, 2023.
10
11
12
13                    /s/ Christy M. Shirk
                      CHRISTY M. SHIRK
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                C E R T I F I C A T E
    STATE OF FLORIDA )
 2  COUNTY OF DUVAL  )
           I, Christy M. Shirk, Stenographic Court
 3  Reporter, certify that I was authorized to and did
    stenographically report the foregoing recording and
 4  that the transcript is a true and complete record of my
    stenographic notes.
 5         DATED this 16th day of February, 2023.

 6

 7                    /s/ Christy M. Shirk
                      CHRISTY M. SHIRK
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```