## Sawgrass Health 2200 Ponce de Leon #7

medical bill
Kevin Lee

| date | ammount | details | | running total |
|---|---|---|---|---|
| 2022-02-14 | 125.00 | Monthly | February | 125 |
| 2022-02-14 | 125.00 | Payment | | 0 |
| 2022-03-21 | 125.00 | Monthly | March | 125 |
| 2022-03-21 | 125.00 | Payment | | 0 |

IIA-3