Effective immediately all patients will be required to follow a new policy with Sawgrass Health.

Feb 2021.

1. I understand that buprenorphine is a narcotic/controlled drug. I know that taking buprenorphine regularly can lead to physical dependence and that if I abruptly stop taking it, I could experience symptoms of opioid withdrawal.

2. I understand that Suboxone also contains naloxone. Nalxone will counter act any opioid I'm taking causing precipitated withdrawal. I understand I must take Suboxone as ordered and follow instructions outlined.

3. I understand, the risks and benefits of Suboxone, including potential side effects. I understand that in order to be a satisfactory candidate for Suboxone I must follow certain safety precautions for the treatment and comply with the treatment the schedule prepared for me by my attending physician/NP/PA. Additionally, my attending physician/NP/PA has discussed this agreement with me and explained what is expected of me in the program.

4. I will take Suboxone as prescribed. I will never inject Suboxone or take it intravenously (IV), because IV use could lead to sudden and severe opiate withdrawal.

5. I will not drive a motor vehicle or use power tools or other dangerous machinery while taking Suboxone until my doctor has cleared me to do so.

6. I will inform my MAT provider of all my other doctor and dentist appointments, and any medications (prescription or non-prescription) that I am taking. I will also report any change in my medical history.

7. I understand that it can be dangerous to mix Suboxone with alcohol or other sedatives (such as Valium, Ativan, Xanax, Klonopin, Librium), benzodiazepines – so dangerous that it could result in accidental overdose, over-sedation, organ failure, coma, or death. I agree to abstain from ALCOHOL and SEDATIVES while I am being treated with Suboxone. I understand this is important for my safety and to assure that another medication is not prescribed which may lead to harmful side effects. I consent to be treated, diagnosed by MD/PA/NP.

**7. a. Patients taking benzodiazepines with Buprenorphine (Suboxone), will be required to proceed with gradual dose reduction, and give up at minimum 2 pill (ex. Valium, Lorazepam, Klonopin) every month. Patients will also be transitioned to a different medication for anxiety such as SSRI, SNRI, long-acting benzodiazepine, TCA, antidepressant, to help taper.**

**7.b. Patients on Xanax will be required to transition to a different benzodiazepine medication such as Valium, Lorazepam, or Clonazepam.**

8. I agree to abstain from all drugs, including alcohol, marijuana, and other street drugs. I understand that continued use of drugs can interfere with my attempts at recovering from opioid dependence. I also understand that buprenorphine (as found in Suboxone) is designed to treat opioid dependence, not addiction to other classes of drugs.

9. My medication must be protected from theft or unauthorized use. I understand that Suboxone must be stored safely, and securely where it cannot be taken accidentally by children, pets, or be stolen. If my

INITIAL KTZ

11A-4

medications are stolen, I will file a report with the police. If another person ingests my Suboxone, I will immediately call 911 or Poison Control at 1-800-222-1222. **I agree to take full responsibility for the safekeeping of my buprenorphine. Lost or stolen buprenorphine will not be refilled before the date it was due, even if I have a police report.** I agree not to sell, share, or give any of my medication to another person. I understand that such mishandling of my medication is a serious violation of this agreement and would result in my treatment being terminated without recourse for appeal.

10. I agree that a network of support is an important part of my recovery, and honest communication among people within the network is important for my treatment. I will provide authorization to allow telephone, email, or face-to-face contact, between the MAT clinic staff and physicians, therapists, probation or parole officers, the Department of Social Services. I agree to communicate/discuss my progress/treatment plan with my providers MD/NP/PA by phone, email, text messages, or face to face.

11. I must take my medications as instructed by my buprenorphine provider. I cannot change the way I take my medications or adjust the dose until approved by my buprenorphine provider.

12. If I miss an appointment or if I need to reschedule an appointment for a later date, I understand that my medications will not be refilled until the time of my next scheduled appointment with a buprenorphine provider. I understand that if I miss, or am late to, three appointments and did not call the clinic in advance, and provide at least 24hr notice, I will be dismissed from the buprenorphine maintenance clinic and I will not be given any refills for my medication. I may also be given a lower dose, enough to sustain and avoid withdrawal.

13. I understand my buprenorphine provider or designee will monitor my compliance by counting my buprenorphine tablets. I agree to bring my buprenorphine medication to each buprenorphine clinic visit.

14. I understand that I may be asked to bring in my Suboxone medication to be counted at any time and will come into the office within 24 hours of receiving such a request.

**15. I understand that my buprenorphine provider will monitor my medication compliance by doing oral swabs drug screens every 2 month.** I consent to testing for this purpose and I understand that it is a requirement of my participation in the buprenorphine clinic. Drug screens will be "supervised", and that a staff person will be required.

16. I agree to notify the clinic immediately in case of relapse to drug abuse. Relapse to opiate drug abuse can be life threatening, and an appropriate treatment plan must be developed as soon as possible. I understand the physician should be informed about a relapse before any oral swab test shows it.

17. My provider has recommended that I obtain my buprenorphine from a single pharmacy.

**18. I understand that if I decrease my use of opioids (stop using heroin, pain pills) or substitute buprenorphine for these drugs, I have a higher risk of dying from an overdose if I relapse. I understand that if I relapse, I need to use small doses of opioids until I learn what my body can tolerate.**

**19. I understand that if I relapse when I have been taking buprenorphine, at first I may not get high from the other opioids because buprenorphine blocks their effect. I understand that if I keep using larger and larger mounts to try to get high, I could stop breathing and die.**

INITIAL KTL

**20. If I take other medications (benzoes, muscle relaxers, neuroleptics, SSSRIs..etc) in a combination with Buprenorphine that can cause depression of CNS or cause respiratory depression, I will be required to obtain a Narcan nasal spray once a year and know how to use it in emergency situation.**

21. I will notify provider if I am pregnant. I am aware of potential risks associated if I take opioid agonist medications like buprenorphine and will consult with OBGYN about continuation of therapy.

22. Sharing or reselling controlled substance prescriptions is not acceptable.

23. The first dose of your buprenorphine should be obtained from the pharmacy and then taken in the clinic. This is a precaution against "precipitated withdrawal" a reaction to buprenorphine.

24. Buprenorphine should not be taken in conjunction with other opiates.

25. Counseling is an important part of opiate therapy, and is required. AA or NA participation is encouraged. Nobody reaches wellness without help from others.

26. You are required to come in to see the physician every twenty-one days, if you skip, you still get charged; no charge for coming in too often.

27. You are required to take your medications on the schedule prescribed.

28. Patient will not get opiates from any other source. A primary goal of therapy is that the patient not use street drugs.

29. Patient agrees that physician may communicate with referring physicians and pharmacists regarding patient use of controlled substances.

30. Patient will disclose and supply documentation of treatment by any other physicians. Meds may be discontinued for non-compliance or for medical justification.

31. I fully understand the benefit and risk of treatment. I agree to the use of buprenorphine. I have had the opportunity to receive answers to my questions.

32. I will be responsible for establishing care with a primary care provider for my primary care needs which will include a physical exam and labs. I understand that Sawgrass Health will not be managing my primary care needs.

33. I understand that if I violate this policy, I will be discharged from the program.

Patient's Name: Kevin Lee Patient's signature and date: [signature] 2/14/22

Paid Cash
Unable to urinate