20. If I take other medications (benzoes, muscle relaxers, neuroleptics, SSSRIs..etc) in a combination with Buprenorphine that can cause depression of CNS or cause respiratory depression, I will be required to obtain a Narcan nasal spray once a year and know how to use it in emergency situation.

risks associated if I take opioid agonist but continuation of therapy.

acceptable.

the pharmacy and then taken in the action to buprenorphine.

r opiates.

ired. AA or NA participation is

y-one days, if you skip, you still get

27. You are required to take your medications on the schedule prescribed.

28. Patient will not get opiates from any other source. A primary goal of therapy is that the patient not use street drugs.



unicate with referring physicians

tation
cal jus
treatm
estions
with a p
unders

33. I understand that if I violate this policy, I will be discharged from the program.

Patient's Name: Kevin Lee      Patient's signature and date: Kevin Lee
2/14/22

Paid cash unable to print