**Sawgrass Health 2200 Ponce de Leon #7**
medical bill
Amanda Fleming

| date | ammount | details | | running total |
|---|---|---|---|---|
| 2022-03-21 | 125.00 | Monthly | March | 125 |
| 2022-03-21 | 125.00 | Payment | | 0 |
| 2022-05-23 | 120.00 | Payment | | -120 |
| 2022-05-23 | 125.00 | Monthly | April | 5 |
| 2022-05-23 | 125.00 | Monthly | May | 130 |
| 2022-07-18 | 125.00 | Monthly | July | 255 |
| 2022-07-18 | 125.00 | Monthly | June | 380 |
| 2022-07-18 | 125.00 | Payment | | 255 |

11B-3