

11B-7