**Sawgrass Health 2200 Ponce de Leon #7**

medical bill

Thomas Breo ███████████

| date | ammount | details | | running total |
|---|---|---|---|---|
| 2022-04-05 | 125.00 | Monthly | April | 125 |
| 2022-04-05 | 125.00 | Payment | card rach | 0 |

IIC-3