**Sawgrass Health 2200 Ponce de Leon #7**
medical bill
Joseph Mast ▮

| date | ammount | details | running total |
|---|---|---|---|
| 2022-04-04 | 125.00 | | 125 |

IID-3