

## Joseph Mast
DOB: ▓▓▓▓▓▓▓ | Sex: M | Report Prepared: 11/04/2022
Date Range: 11/04/2020 - 11/04/2022

### Demographics
**Linked Records**

| Name | DOB | ID | Gender | Address |
|---|---|---|---|---|
| Joseph Mast | | 1 | M | PALATKA FL 32177 |

**Search Criteria**

| First Name | Last Name | DOB |
|---|---|---|
| Joseph | Mast | |

### Risk Indicators

**NARXCARE SCORES**
- Narcotic  000
- Sedative  000
- Stimulant 040

**OVERDOSE RISK SCORE**
000
(Range 000-999)

**STATE CLINICAL ALERTS (0)**

This NarxCare report is based on search criteria supplied and the data entered by the dispensing pharmacy. For more information about any prescription, please contact the dispensing pharmacy or the prescriber. NarxCare scores and reports are intended to aid, not replace, medical decision making. None of the information presented should be used as sole justification for providing or refusing to provide medications. The information on this report is not warranted as accurate or complete.

*Per CDC guidance, the MME conversion factors prescribed or provided as part of the medication-assisted treatment for opioid use disorder should not be used to benchmark against dosage thresholds meant for opioids prescribed for pain. Buprenorphine products have no agreed upon morphine equivalency, and as partial opioid agonists, are not expected to be associated with overdose risk in the same dose-dependent manner as doses for full agonist opioids. MME = morphine milligram equivalents. LME = Lorazepam milligram equivalents. MG = dose in milligrams.

### Summary

| Summary | | Narcotics* (excluding buprenorphine) | | Sedatives | | Buprenorphine | |
|---|---|---|---|---|---|---|---|
| Total Prescriptions: | 1 | Current Qty: | 0 | Current Qty: | 0 | Current Qty: | 0 |
| Total Prescribers: | 1 | Current MME/day: | 0.00 | Current mg/day: | 0.00 | Current mg/day: | 0.00 |
| Total Pharmacies: | 1 | 30 Day Avg MME/day: | 0.00 | 30 Day Avg mg/day: | 0.00 | 30 Day Avg mg/day: | 0.00 |

### Prescriptions

| Fill Date | ID | Written | Sold | Drug | Qty | Days | Prescriber | Rx # | Pharmacy | Refill | Daily Dose* | Pymt Type | PMP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/05/22 | 1 | 04/05/22 | 04/12/22 | Dextroamp-Amphetamin 10 Mg Tab | 60.00 | 30 | Sc Hol | 209113 | Rx- (1691) | 0/0 | | Private Pay | FL |

### Providers

Joseph Mast | DOB: ▇▇▇ | Sex: M | Report Prepared: 04/04/2022

| Name | Address | City | State | Zipcode | Phone |
|---|---|---|---|---|---|
| Scott Hollington | 2201 Windjammer Ln | St Augustine | FL | 32084 | ▇▇▇ |

## Pharmacies

| Name | Address | City | State | Zipcode | Phone |
|---|---|---|---|---|---|
| Rx-Mart Pharmacy (1691) | 665 State Road 207 Ste 101 | Saint Augustine | FL | 32084 | (904) 342-2162 |

## Disclaimer

CONFIDENTIAL This information obtained from E-FORCSE contains confidential controlled substance prescription dispensing information. Release or disclosure of confidential and exempt information may be a third-degree felony. Disclaimer The Department of Health makes no claims, promises, or guarantees the accuracy, completeness, or adequacy of the contents of the information in the E-FORCSE database, and expressly disclaims liability for errors and omissions in the contents. The records herein are based on information submitted by pharmacies and dispensing health care practitioners. Records on this report should be verified before any clinical decisions are made or actions are taken.