*(The page shows a photograph of a clipboard with a patient agreement form, partially obscured by a T-Dip Multi-Drug Urine Test Panel, a Single Drug Urine Test Panel, a redacted card, and a business card for "Sawgrass Health of Florida — Casie McCallister, APRN FNP, text: (386)365-3158, Saint Augustine: 2200 North Ponce de Leon, SAWGRASSHEALTH.COM")*

Upper portion (upside down, partially visible):
> ...another person ingests my Suboxone, I will
> *immediately call 911 or Poison Control at 1-800-222-1222. I agree to take full responsibility for the safekeeping of my buprenorphine. Lost or stolen buprenorphine will not be refilled before the date it was due, even if I have a police report. I will not to sell, share, or give any of my medication to*
> medications are stolen, I will file a report with the police. If another person ingests my Suboxone, I will

Visible form text (partially obscured):
...elaxers, neuroleptics, SSSRIs...etc) in a combination
...CNS or cau...
...r and know...
...e of potent...
...th OBGYN...
...iptions is...
...obtained...
...idrawal"...
...ion with o...

25. Counseling is an important part of opiate therapy, and is h...
...rom others.
...every twenty-one days, if you skip, you still get
27. You are required to take your medications on the schedule pr...
28. Patient will not get opiates from any other source. A primary... use street drugs.
29. Patient agrees that physician may communicate with referri... patient use of controlled substances.
30. Patient will disclose and supply documentation of treatment... discontinued for non-compliance or for medical justification.
31. I fully understand the benefit and risk of treatment. I agree... the opportunity to receive answers to my questions.
32. I will be responsible for establishing care with a primary care provider for my primary care need... which will include a physical exam and labs. I understand that Sawgrass Health will not be managing my primary care needs.
33. I understand that if I violate this policy, I will be discharged from the program.

Patient's Name: Joseph Me[st]   Patient's signature and date: [signature]  April 4/2022

Handwritten: Paid 125 Cash   CASIE

11D-7