**Sawgrass Health 2200 Ponce de Leon #7**
medical bill
Ricky Johnson

| date | ammount | details | | running total |
|---|---|---|---|---|
| 2022-05-23 | 125.00 | Monthly | May | 125 |
| 2022-05-23 | 125.00 | Payment | | 0 |
| 2022-08-18 | 155.00 | Monthly | July | 155 |
| 2022-08-18 | 155.00 | Monthly | June | 310 |

11E-3