**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                              CASE NO. 3:22-cr-141-TJC-PDB

SCOTT ANDREW HOLLINGTON

---

## VERDICT

### Counts Two through Fifteen

Counts Two through Fifteen charge that the Defendant knowingly or intentionally unlawfully distributed or dispensed controlled substances.

As to Count Two, we, the Jury, unanimously find the Defendant:

**NOT GUILTY**_____          **GUILTY**\_\_\_\_X\_\_\_\_

If you found the Defendant not guilty of Count Two, skip the next question and proceed to consider Count Three below.

If you found the Defendant guilty of Count Two, answer this question: We, the Jury, unanimously find that the Defendant knowingly or intentionally distributed or dispensed controlled substances (check all that apply):

Not for a legitimate medical purpose\_\_\_\_X\_\_

Outside the usual course of professional practice\_\_\_X\_\_

1

As to Count Three, we, the Jury, unanimously find the Defendant:

NOT GUILTY_____        GUILTY____X_____

If you found the Defendant not guilty of Count Three, skip the next question and proceed to consider Count Four below.

If you found the Defendant guilty of Count Three, answer this question: We, the Jury, unanimously find that the Defendant knowingly or intentionally distributed or dispensed controlled substances (check all that apply):

Not for a legitimate medical purpose__X__

Outside the usual course of professional practice___X__

As to Count Four, we, the Jury, unanimously find the Defendant:

NOT GUILTY_____        GUILTY_____X_____

If you found the Defendant not guilty of Count Four, skip the next questions and proceed to consider Count Five below.

If you found the Defendant guilty of Count Four, answer this question: We, the Jury, unanimously find that the Defendant knowingly or intentionally distributed or dispensed controlled substances (check all that apply):

Not for a legitimate medical purpose__X__

Outside the usual course of professional practice___X__

2

If you found the Defendant guilty of Count Four, also answer this question: We, the Jury, unanimously find that the Defendant distributed or dispensed the following (check all that apply):

Amphetamine___X___

Buprenorphine_____

As to Count Five, we, the Jury, unanimously find the Defendant:

**NOT GUILTY_____        GUILTY___X_____**

If you found the Defendant not guilty of Count Five, skip the next questions and proceed to consider Count Six below.

If you found the Defendant guilty of Count Five, answer this question: We, the Jury, unanimously find that the Defendant knowingly or intentionally distributed or dispensed controlled substances (check all that apply):

Not for a legitimate medical purpose___X___

Outside the usual course of professional practice___X___

If you found the Defendant guilty of Count Five, also answer this question: We, the Jury, unanimously find that the Defendant distributed or dispensed the following (check all that apply):

Amphetamine___X___

Buprenorphine___X___

3

As to Count Six, we, the Jury, unanimously find the Defendant:

NOT GUILTY_____    GUILTY____X____

If you found the Defendant not guilty of Count Six, skip the next question and proceed to consider Count Seven below.

If you found the Defendant guilty of Count Six, answer this question: We, the Jury, unanimously find that the Defendant knowingly or intentionally distributed or dispensed controlled substances (check all that apply):

Not for a legitimate medical purpose__X__

Outside the usual course of professional practice__X__

As to Count Seven, we, the Jury, unanimously find the Defendant:

NOT GUILTY_____    GUILTY____X____

If you found the Defendant not guilty of Count Seven, skip the next questions and proceed to consider Count Eight below.

If you found the Defendant guilty of Count Seven, answer this question: We, the Jury, unanimously find that the Defendant knowingly or intentionally distributed or dispensed controlled substances (check all that apply):

Not for a legitimate medical purpose__X__

Outside the usual course of professional practice__X__

4

If you found the Defendant guilty of Count Seven, also answer this question: We, the Jury, unanimously find that the Defendant distributed or dispensed the following (check all that apply):

Amphetamine____X____

Benzodiazepine____X____

As to Count Eight, we, the Jury, unanimously find the Defendant:

NOT GUILTY_____    GUILTY____X____

If you found the Defendant not guilty of Count Eight, skip the next question and proceed to consider Count Nine below.

If you found the Defendant guilty of Count Eight, answer this question: We, the Jury, unanimously find that the Defendant knowingly or intentionally distributed or dispensed controlled substances (check all that apply):

Not for a legitimate medical purpose____X____

Outside the usual course of professional practice____X____

As to Count Nine, we, the Jury, unanimously find the Defendant:

NOT GUILTY_____    GUILTY____X____

If you found the Defendant not guilty of Count Nine, skip the next questions and proceed to consider Count Ten below.

If you found the Defendant guilty of Count Nine, answer this question: We, the Jury, unanimously find that the Defendant knowingly or intentionally distributed or dispensed controlled substances (check all that apply):

Not for a legitimate medical purpose___X___

Outside the usual course of professional practice___X___

If you found the Defendant guilty of Count Nine, also answer this question: We, the Jury, unanimously find that the Defendant distributed or dispensed the following (check all that apply):

Amphetamine___X___

Buprenorphine___X___

Alprazolam___X___

As to Count Ten, we, the Jury, unanimously find the Defendant:

NOT GUILTY_____    GUILTY___X___

If you found the Defendant not guilty of Count Ten, skip the next question and proceed to consider Count Eleven below.

If you found the Defendant guilty of Count Ten, answer this question: We, the Jury, unanimously find that the Defendant knowingly or intentionally distributed or dispensed controlled substances (check all that apply):

Not for a legitimate medical purpose___X___

Outside the usual course of professional practice___X___

As to Count Eleven, we, the Jury, unanimously find the Defendant:

**NOT GUILTY_____        GUILTY___X_____**

If you found the Defendant not guilty of Count Eleven, skip the next questions and proceed to consider Count Twelve below.

If you found the Defendant guilty of Count Eleven, answer this question: We, the Jury, unanimously find that the Defendant knowingly or intentionally distributed or dispensed controlled substances (check all that apply):

Not for a legitimate medical purpose___X___

Outside the usual course of professional practice___X___

If you found the Defendant guilty of Count Eleven, also answer this question: We, the Jury, unanimously find that the Defendant distributed or dispensed the following (check all that apply):

Amphetamine___X___

Buprenorphine___X___

Alprazolam___X___

As to Count Twelve, we, the Jury, unanimously find the Defendant:

NOT GUILTY_____        GUILTY____X____

If you found the Defendant not guilty of Count Twelve, skip the next question and proceed to consider Count Thirteen below.

If you found the Defendant guilty of Count Twelve, answer this question: We, the Jury, unanimously find that the Defendant knowingly or intentionally distributed or dispensed controlled substances (check all that apply):

Not for a legitimate medical purpose_____

Outside the usual course of professional practice___X___

As to Count Thirteen, we, the Jury, unanimously find the Defendant:

NOT GUILTY_____        GUILTY____X____

If you found the Defendant not guilty of Count Thirteen, skip the next questions and proceed to consider Count Fourteen below.

If you found the Defendant guilty of Count Thirteen, answer this question: We, the Jury, unanimously find that the Defendant knowingly or intentionally distributed or dispensed controlled substances (check all that apply):

Not for a legitimate medical purpose_____

Outside the usual course of professional practice___X___

If you found the Defendant guilty of Count Thirteen, also answer this question: We, the Jury, unanimously find that the Defendant distributed or dispensed the following (check all that apply):

Amphetamine____X____

Zolpidem-Tartrate____X____

As to Count Fourteen, we, the Jury, unanimously find the Defendant:

**NOT GUILTY**_____        **GUILTY**____X____

If you found the Defendant not guilty of Count Fourteen, skip the next questions and proceed to consider Count Fifteen below.

If you found the Defendant guilty of Count Fourteen, answer this question: We, the Jury, unanimously find that the Defendant knowingly or intentionally distributed or dispensed controlled substances (check all that apply):

Not for a legitimate medical purpose_____

Outside the usual course of professional practice____X____

If you found the Defendant guilty of Count Fourteen, also answer this question: We, the Jury, unanimously find that the Defendant distributed or dispensed the following (check all that apply):

Buprenorphine_____X____

Alprazolam_____X____

As to Count Fifteen, we, the Jury, unanimously find the Defendant:

**NOT GUILTY_____    GUILTY____X_____**

If you found the Defendant not guilty of Count Fifteen, skip the next questions and proceed to consider Count Sixteen below.

If you found the Defendant guilty of Count Fifteen, answer this question: We, the Jury, unanimously find that the Defendant knowingly or intentionally distributed or dispensed controlled substances (check all that apply):

Not for a legitimate medical purpose_____

Outside the usual course of professional practice____X____

If you found the Defendant guilty of Count Fifteen, also answer this question: We, the Jury, unanimously find that the Defendant distributed or dispensed the following (check all that apply):

Buprenorphine____X____

Benzodiazepine____X____

## Counts Sixteen through Twenty

Counts Sixteen through Twenty charge that the Defendant knowingly and corruptly tried to influence, obstruct, or impede the due administration of justice in this proceeding.

As to Count Sixteen, we, the Jury, unanimously find the Defendant:

NOT GUILTY_____          GUILTY____X____

As to Count Seventeen, we, the Jury, unanimously find the Defendant:

NOT GUILTY_____          GUILTY____X____

As to Count Eighteen, we, the Jury, unanimously find the Defendant:

NOT GUILTY_____          GUILTY____X____

As to Count Nineteen, we, the Jury, unanimously find the Defendant:

NOT GUILTY_____          GUILTY____X____

As to Count Twenty, we, the Jury, unanimously find the Defendant:

NOT GUILTY_____          GUILTY____X____

11

SO SAY WE ALL, this___25th___day of July, 2023.

FOREPERSON