UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.:  3:22-cr-141-TJC-PDB

SCOTT ANDREW HOLLINGTON
_____/

**MOTION TO VACATE CONDITIONS OF RELEASE**

COMES NOW the Defendant, Scott Andrew Hollington, by and through his undersigned counsel, and respectfully requests the Court vacate Dr. Hollington's conditions of release, and in support hereof, states as follows:

1.  On or about September 11, 2023, Dr. Hollington was taken into state custody, on a criminal charge out of Volusia County, in Volusia County Case No. 2023-304283CFDB. The bond in that state case is set at "none," as confirmed by the September 22, 2023 Memorandum sent to the Court by the United States Pretrial Services Officer (a copy of which is attached as Exhibit A).

2.  Even if bond had been set (which is now a moot point, since it is set at "none"), given the very limited resources of Dr. Hollington and his wife, he would not be able to post bond.

3.  Whereas counsel is hopeful this Honorable Court will determine that a non-incarceration sentence is appropriate, should that not be the case, it is only fair

that Dr. Hollington accrue credit for his current incarceration time – especially since this prosecution has been the result of a joint state and federal investigation.[1]

4.  Counsel has conferred with Dr. Hollington and he consents to counsel filing this motion, and the relief requested.

5.  A draft of this motion has been presented to the government and the government has expressed concern that Dr. Hollington might bond out, on his state charges. As noted, with bond sent at "none," it is impossible for Dr. Hollington to bond out, and, of course, as the Court will recall, the government sought detention, after the verdict was rendered. Thus, with the report the state bond is set at "none," presumably the government will consent to this motion, but counsel has been unable to ascertain the government's current position.

WHEREFORE, Dr. Hollington respectfully requests this motion be granted, that his conditions of release be vacated, and that he commence earning credit for any period of incarceration he is or will be under, including his state incarceration, given the fact his prosecution has been a joint effort between the federal and state authorities.[2]

Respectfully submitted,

---

[1] As the Court knows, the original indictment relied solely on the investigation and use of five local sheriff office deputies, from Duval, Putnam, and St. John's Counties.

[2] Counsel respectfully requests the Court consider allowing Dr. Hollington credit, *nunc pro tunc*, to the September 11, 2023 date his liberty was eliminated.

**FALLGATTER CATLIN & VARON, P.A.**

 /s/ Curtis S. Fallgatter
Curtis S. Fallgatter, Esq.
Florida Bar No: 0213225
200 East Forsyth Street
Jacksonville, Florida 32202
(904) 353-5800 Telephone
(904) 353-5801 Facsimile
fallgatterlaw@fallgatterlaw.com Email
Attorneys for Defendant

Exhibit

A. Copy of the September 22, 2023 Memorandum sent to the Court by the United States Pretrial Services Officer

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, and the exhibit hereto, have been furnished electronically to: (1) Kirwinn Mike, Esq., Assistant United States Attorney, (2) Ashley Washington, Esq., Assistant United States Attorney, Office of the United States Attorney, 300 North Hogan St., Ste. 700, Jacksonville, FL 32202 (kirwinn.mike@usdoj.gov and ashley.washington2@usdoj.gov), and (3) Ms. Irish Anderson, United States Probation Office (irish_anderson@flmp.uscourts.gov), this 25th day of September, 2023.

 /s/ Curtis S. Fallgatter
ATTORNEY

140607