# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## PRETRIAL SERVICES OFFICE

300 North Hogan St., Ste 2-200          Phone: (904) 301-6400
Jacksonville, FL 32202-4265          Fax: (904) 301-6418

# M E M O R A N D U M

**TO:**     The Honorable Timothy J. Corrigan
            Chief United States District Judge

**FROM:**     Jacob M. Ely
            United States Pretrial Services Officer

**RE:**     Scott Andrew Hollington
            3:22-cr-141-TJC-PDB
            Custody Informational Update

**DATE:**     September 22, 2023

---

On September 20, 2023, the defendant was transferred from the St. John's County Detention Center to the Volusia County Division of Corrections.

On September 21, 2023, Mr. Hollington's First Appearance was held before the Honorable A. Christian Miller in Volusia County, Florida, in case number 2023-304283CFDB. The defendant's bond was set at none and was remanded back to the custody of the Volusia County Division of Corrections. He is currently set for Arraignment on October 31, 2023, before the Honorable Elizabeth A. Blackburn.


Cc: Curtis Fallgatter, Defense Counsel
      Kirwinn Mike, Assistant United States Attorney