UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No. 3:22-cr-141(S1)-TJC-PDB

SCOTT ANDREW HOLLINGTON

**UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S
MOTION TO VACATE CONDITIONS OF RELEASE**

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully opposes the defendant's Motion to Vacate Conditions of Release (Doc. 220). The Court set conditions of release for the defendant following the United States' Motion to Remand the defendant into custody following his adjudication of guilt. Doc. 209. These conditions included new conditions of home confinement and restriction on the practice of medicine in addition to the conditions previously set on October 28, 2022. *Id.;* Doc. 11. The defendant argues that because he is currently in jail, all conditions of release need to be removed. While the United States can appreciate that the defendant cannot comply with the conditions of release while in custody, he could if he is released. He has a no bond status now, but the United States does not know when that may change. If it did and the defendant were released, he would have no federal conditions of release to satisfy as he awaits sentencing in this case. There would be an even stronger incentive for the defendant to flee this jurisdiction with a pending state case in addition to his federal convictions.

There is no harm to the defendant for the conditions to remain in place while he is in custody so that they may be applied if he is given a bond and released from custody. Further, it is necessary for the community's safety that the conditions remain in place should the defendant be released from state custody on a bond.

WHEREFORE, the United States respectfully requests that this Court deny the defendant's Motion to Vacate Conditions of Release (Doc. 220).

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:    */s/ Ashley Washington*
ASHLEY WASHINGTON
Assistant United States Attorney
USA No. 177
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail:   Ashley.Washington2@usdoj.gov

2

3

**U.S. v. SCOTT HOLLINGTON**          **Case No. 3:22-cr-141(S1)-HES-PDB**

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Curtis Fallgatter, Esq.


   */s/ Ashley Washington*
ASHLEY WASHINGTON
Assistant United States Attorney