UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 3:22-cr-141-TJC-PDB

SCOTT ANDREW HOLLINGTON
_____/

**DEFENDANT'S MOTION
FOR PERMISSION TO
FILE A SENTENCING MEMORANDUM
<u>EXCEEDING TWENTY-FIVE PAGES</u>**

Pursuant to Rule 3.01(d), Local Rules of the Middle District of Florida, the Defendant, by and through his undersigned counsel, and without opposition by the government, respectfully requests permission to file a Sentencing Memorandum exceeding the twenty-five page limit (that is, up to thirty pages), and in support thereof states as follows:

1. Defendant's counsel has prepared a <u>draft</u> Sentencing Memorandum, which, of course, reports important sentencing information on Dr. Hollington, and attempts to address the <u>draft</u> PSI, and our objections and comments to that draft PSI.

2. However, until the <u>final</u> PSI is authored, counsel will not know which parts of the draft Sentencing Memorandum may become unnecessary, and can be eliminated, or, alternatively, might require elaboration.

3. The current <u>draft</u> Sentencing Memorandum is approximately 28 pages in length.

4. In an abundance of caution, and not knowing what the final PSI might contain, the defense is requesting permission to file a Sentencing Memorandum up to 30 pages in length (that is, up to five additional pages).

5. Counsel has provided a draft of this motion to the government, and has been permitted to inform the Court the government has no objection to this request.

WHEREFORE, the Defendant respectfully requests that the Court enter an order permitting the Defendant to file his Sentencing Memorandum in excess of twenty-five pages, with a limit of thirty (30) pages.

Respectfully submitted,

**FALLGATTER CATLIN & VARON, P.A.**

/s/ Curtis S. Fallgatter
Curtis S. Fallgatter, Esq.
Florida Bar No: 0213225
200 East Forsyth Street
Jacksonville, Florida 32202
(904) 353-5800 Telephone
(904) 353-5801 Facsimile
fallgatterlaw@fallgatterlaw.com Email
Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to: (1) Kirwinn Mike, Esq., Assistant United States Attorney, and (2) Ashley Washington, Esq., Assistant United States Attorney, Office of the United States Attorney, 300 North Hogan St., Ste. 700, Jacksonville, FL 32202 (kirwinn.mike@usdoj.gov and ashley.washington2@usdoj.gov), this 6th day of October, 2023.

                                            /s/ Curtis S. Fallgatter
                                            ATTORNEY

141267