UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

     v.                               CASE NO. 3:22-cr-141-TJC-PDB

SCOTT ANDREW HOLLINGTON

## **GOVERNMENT'S MOTION TO CONTINUE SENTENCING**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, requests that the Court continue the Sentencing currently set for November 1, 2023, for the following reasons:

1.      The undersigned is scheduled to be in trial starting the week of October 30, 2023, in *United States v. Jesse Rance Moore*, Case No. 3:22-cr-79-LAB-JBT.

2.      The trial is expected to last a week.

3.      The undersigned has communicated with defense counsel who does not object to a continuance.

WHEREFORE, the government requests this Court continue the Sentencing

now set for November 1, 2023.


Respectfully submitted,

ROGER B. HANDBERG
United States Attorney


By:   /s/ Kirwinn Mike
      KIRWINN MIKE
      Assistant United States Attorney
      Florida Bar No. 0127588
      300 N. Hogan Street, Suite 700
      Jacksonville, Florida 32202
      Telephone:  (904) 301-6300
      Facsimile:   (904) 301-6310
      E-mail:      Kirwinn.mike@usdoj.gov

2

**U.S. v. Scott Andrew Hollington**          **Case No. 3:22-cr-141-TJC-PDB**

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Curtis Fallgatter, Esq.

/s/ Kirwinn Mike
KIRWINN MIKE
Assistant United States Attorney