**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

---

UNITED STATES OF AMERICA        CASE NO. 3:22-cr-141-TJC-PDB

v.

SCOTT ANDREW HOLLINGTON

---

<u>Counsel for Government</u>:           <u>Counsel for Defendant</u>:
Kirwinn Mike                              Curtis Scott Fallgatter

---

**HONORABLE TIMOTHY J. CORRIGAN**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy:   Aileen Manrique      Court Reporter: Rebekah Lockwood

---

# CLERK'S MINUTES

**PROCEEDINGS OF: TELEPHONIC STATUS CONFERENCE**

- Government's Motion to Continue Sentencing (Doc.226) is **GRANTED** until further order of the Court.
- Deadline to file a Joint Status Report is January 10, 2024.

DATE: October 17, 2023            TIME:   10:02 a.m. - 10:20 a.m.
                                              (Total Time: 18 Mins)