UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:22-cr-141-TJC-PDB

SCOTT ANDREW HOLLINGTON

### NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The undersigned Assistant United States Attorney respectfully requests the Clerk of Court to substitute the undersigned Assistant United States Attorney as government co-counsel in regard to **forfeiture** proceedings in the above-styled cause, on behalf of the United States of America, in lieu of Assistant United States Attorney Mai Tran.

        Respectfully Submitted,

        ROGER B. HANDBERG
        United States Attorney

By:    *s/Nicole M. Andrejko*
        NICOLE M. ANDREJKO
        Assistant United States Attorney
        Florida Bar No. 0820601
        400 West Washington Street, Suite 3100
        Orlando, Florida 32801
        Telephone: (407) 648-7560
        Facsimile: (407) 648-7643
        E-Mail: Nicole.Andrejko@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

                                           *s/Nicole M. Andrejko*
                                           NICOLE M. ANDREJKO
                                           Assistant United States Attorney