UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 3:22-cr-141-TJC-PDB

SCOTT ANDREW HOLLINGTON
_____/

**JOINT STATUS REPORT**

As directed by the Court, the parties have conferred and file this joint status report, regarding the pending State case involving Dr. Hollington:

1. On or about September 11, 2023, Dr. Hollington was taken into state custody, on a criminal charge out of Volusia County, in Volusia County Case No. 2023-304283CFDB. The bond in that state case is set at "none," as confirmed by the September 22, 2023 Memorandum sent to the Court by the United States Pretrial Services Officer.

2. That case is currently set for trial for March 6, 2024.

3. It remains the position of the parties that a continuance of the sentencing in this federal case is prudent, so that the Court and the parties will be aware of the outcome of the State case.[1]

---

[1] Counsel for Dr. Hollington is mindful that a conviction in the State case might adversely affect the federal sentencing guidelines, but remains hopeful the

WHEREFORE, the parties respectfully submit this joint report.

Respectfully submitted,

**FALLGATTER CATLIN & VARON, P.A.**

　/s/ Curtis S. Fallgatter
Curtis S. Fallgatter, Esq.
Florida Bar No: 0213225
200 East Forsyth Street
Jacksonville, Florida 32202
(904) 353-5800 Telephone
(904) 353-5801 Facsimile
fallgatterlaw@fallgatterlaw.com Email
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to: (1) Kirwinn Mike, Esq., Assistant United States Attorney, and (2) Ashley Washington, Esq., Assistant United States Attorney, Office of the United States Attorney, 300 North Hogan St., Ste. 700, Jacksonville, FL 32202 (kirwinn.mike@usdoj.gov and ashley.washington2@usdoj.gov), this 10th day of January, 2024.

　/s/ Curtis S. Fallgatter
ATTORNEY

144828

---

Court will recognize that is a consequence of the parties adhering to the principles of judicial economy, in suggesting any federal sentencing hearing should be abated, pending the outcome of the State case.