## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                                          CASE NO. 3:22-cr-00141-TJC-PDB

SCOTT ANDREW HOLLINGTON

### O R D E R

**THIS CAUSE** is before the Court on the parties' Joint Status Report (Doc. 229). Accordingly, it is now

**ORDERED:**

The parties are directed to file a further status report no later than **March 20, 2024**, or at the conclusion of the defendant's trial in Volusia County (Case No. 2023-304283CFDB), whichever is earlier. The parties' request to continue the sentencing hearing is **GRANTED**. Defendant's sentencing hearing is continued until further notice of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of January, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

am.
Copies:
Counsel of Record
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant