UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                            CASE NO.: 3:22-cr-141-TJC-PDB

SCOTT ANDREW HOLLINGTON
_____/

## JOINT STATUS REPORT

As directed by the Court (Doc. 230), the parties have conferred and file this joint status report, regarding the pending State case involving Dr. Hollington:

1. On or about September 11, 2023, Dr. Hollington was taken into state custody, on a criminal charge out of Volusia County, in Volusia County Case No. 2023-304283CFDB. The bond in that state case is set at "none," as confirmed by the September 22, 2023 Memorandum sent to the Court by the United States Pretrial Services Officer.

2. The parties received this report today from the assigned prosecutor:

> The defendant is set for the next Pretrial Conference on 5/8/2024. I suspect that Judge Blackburn will want to be pushing this toward Case Management and then Docket Sounding. I think that the earliest week it will get set for trial will be the week of 6/24, although that is an educated guess and it does not yet have a trial date.

3. In the 7th Judicial Circuit, a "Pretrial Conference" is a normal status

conference, for the parties to update the court on the progress of the case, and is often held about every couple of weeks, a "Case Management" hearing is a date that is somewhat like a final pretrial, and the "Docket Sounding" hearing is the date at which the litigants confirm if the case is actually going to trial.

4. As this report confirms, neither the Case Management nor the Docket Sounding hearings have been set, which, in turn, confirms there is no current trial date, although the assigned prosecutor notes a trial might get set "the week of 6/24, although that is an educated guess."

5. Mr. Fallgatter previously conferred with the assigned Public Defender, who advised him the trial would likely not take place until later this year, due to the number of potential witnesses.

6. Given this reasonably expected report, it remains the position of the parties that a continuance of the sentencing in this federal case is prudent, so that the Court and the parties will be aware of the outcome of the State case.[1]

7. In addition, as the Court is aware, the parties have made progress on the forfeiture aspect of this case. On March 15, 2024, pursuant to the agreement of the

---

[1] Counsel for Dr. Hollington is mindful that a conviction in the State case might adversely affect the federal sentencing guidelines, but remains hopeful the Court will recognize that potentially adverse guideline result is a consequence of the parties adhering to the principles of judicial economy, in suggesting any federal sentencing hearing should be abated, pending the outcome of the State case.

parties, the United States filed its Consent Motion for Preliminary Order of Forfeiture for Defendant's Medical License (Doc. 233).

WHEREFORE, the parties respectfully submit this joint report, and respectfully request a further continuance of the sentencing date.

Respectfully submitted,

**FALLGATTER CATLIN & VARON, P.A.**

/s/ Curtis S. Fallgatter
Curtis S. Fallgatter, Esq.
Florida Bar No: 0213225
200 East Forsyth Street
Jacksonville, Florida 32202
(904) 353-5800 Telephone
(904) 353-5801 Facsimile
fallgatterlaw@fallgatterlaw.com Email
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to: (1) Kirwinn Mike, Esq., Assistant United States Attorney, and (2) Ashley Washington, Esq., Assistant United States Attorney, Office of the United States Attorney, 300 North Hogan St., Ste. 700, Jacksonville, FL 32202 (kirwinn.mike@usdoj.gov and ashley.washington2@usdoj.gov), this 19th day of March, 2024.

/s/ Curtis S. Fallgatter
ATTORNEY

147442