**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                       CASE NO. 3:22-cr-00141-TJC-PDB

SCOTT ANDREW HOLLINGTON

## O R D E R

**THIS CAUSE** is before the Court on the parties' Joint Status Report (Doc. 234). Accordingly, it is now

**ORDERED:**

The parties are directed to file a further status report no later than **October 15, 2024**, or at the conclusion of the defendant's trial in Volusia County (Case No. 2023-304283CFDB), whichever is earlier. The parties' request to continue the sentencing hearing is **GRANTED**. Defendant's sentencing hearing is continued until further notice of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of March, 2024.

*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

tl.

Copies:
Counsel of Record
U.S. Probation
U.S. Pretrial Services

2

U.S. Marshals Service
Defendant

2