UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:22-cr-141-TJC-PDB

SCOTT ANDREW HOLLINGTON

## PRELIMINARY ORDER OF FORFEITURE FOR DEFENDANT'S MEDICAL LICENSE

THIS CAUSE comes before the Court upon the filing of the United States= Consent Motion for Preliminary Order of Forfeiture for the defendant's medical license, registered in the name of Scott Andrew Hollington, License Number: ME124829 ("medical license").

Being fully advised of the relevant facts, the Court hereby finds that the United States has established the requisite nexus between the defendant's medical license, and the 14 counts of violations of 21 U.S.C. § 841(a)(1) (Unlawful Distribution of Controlled Substances), for which the defendant was found guilty on July 25, 2023, by a jury.   Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that for good cause shown, the United States= consent motion, Doc. 233 is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(2) and (4), all right, title and interest in the defendant's medical license is hereby FORFEITED to the United States for disposition according to law.

It is FURTHER ORDERED that this is a final order of forfeiture as to the defendant.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the defendant's medical license and to entertain any third-party claims that may be filed in these proceedings.

DONE and ORDERED in Jacksonville, Florida, this 25th day of March, 2024.



*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

cc:  Counsel of Record
     AUSA Nicole Andrejko