

A1

AZ

A4

A5