# University of Miami
## Coral Gables, Florida 33124

| STUDENT NUMBER | | | | | | | |
|---|---|---|---|---|---|---|---|
| C00-51-0275 | H.S. GRAD DATE 05/01/83 | SEX M | | | | | DATE PRINTED 12/06/00 |

STUDENT NAME (LAST, FIRST, MIDDLE): Hollington, Scott A
STUDENT PERMANENT ADDRESS: Suite 1, 2200 Bergquist Drive, Lackland AFB TX 78236-5300

TEST INFORMATION/CLASS:
COMP:   ESSY:   WRT:
RTKE:   RTKE:   RTKE:
PASS:   PASS:   PASS:
READ:
RTKE:
PASS:

| UM CRS ID | TITLE | LOAD | CRS ATT | CRS EARN | QTY PTS | GRD |
|---|---|---|---|---|---|---|
| **FALL 1983 AS/U/1 MSB** | | | | | | |
| BIL111 | GENERAL BIOLOGY | 4 | 4.00 | 4.00 | 16.00 | A |
| OEL104 | COASTL ENVIRNS. F | 1 | 1.00 | 1.00 | 3.00 | B |
| EIL110 | SOLID & FLUID EART | 4 | 4.00 | 4.00 | 16.00 | A |
| ENO123 | HONORS IN ENGLISH | 3 | 3.00 | 3.00 | 12.00 | A |
| PHR599 | SCUBA | 3 | 3.00 | 3.00 | 12.00 | A |
| | *NOT ACCPTD TOWARD DEGREE IN* | | | | | |
| | *THE COLLEGE OF ARTS & SCIENCES* | | | | | |
| SPA101 | ELEMENTARY SPANISH | 3 | 3.00 | 3.00 | 12.00 | A |
| | UM SEM GPA 3.933 SEMESTR | 18 | 15.00 | 15.00 | 59.00 | |
| | UM CUM GPA 3.933 | | 15.00 | 15.00 | 59.00 | |
| | NON UMCUM | | .00 | .00 | .00 | |

**DEAN'S LIST**

| **SPRING 1984 AS/U/2 MSB** | | | | | | |
|---|---|---|---|---|---|---|
| BIL112 | GENERAL BIOLOGY | 4 | 4.00 | 4.00 | 16.00 | A |
| CHM112 | PRINCIPLES OF CHEM | 4 | 4.00 | 4.00 | 16.00 | A |
| ENO124 | HONORS IN ENGLISH | 3 | 3.00 | 3.00 | 12.00 | A |
| MTH172 | CALCULUS II | 4 | 4.00 | 4.00 | 12.00 | B |
| SPA102 | ELEMENTARY SPANISH | 3 | 3.00 | 3.00 | 12.00 | A |
| | UM SEM GPA 3.778 SEMESTR | 18 | 18.00 | 18.00 | 68.00 | |
| | UM CUM GPA 3.848 SEMESTR | | 33.00 | 33.00 | 127.00 | |
| | NON UMCUM | | .00 | .00 | .00 | |

**DEAN'S LIST**

**1ST SUMMER 1984**

Transfer Totals
R SEM GPA  .000 SEMESTR      3.00   3.00   .00
M CUM GPA 3.848 UM CUM      33.00  33.00 127.00
                NON UMCUM     .00    .00   .00

| **1ST SUMMER 1984** | | | | | | |
|---|---|---|---|---|---|---|
| | BOISE STATE UNIV | | | | | |
| | TOTAL CREDITS ATTEMPTED | | 3 | | | |
| | TOTAL CREDITS EARNED | | 3 | | | |
| | TOTAL QUALITY POINTS | | 12 | | | |
| | *POTENTIALLY ACCEPTED TOWARD DEGREE* | | | | | |

| **FALL 1984 AS/U/2 BCH** | | | | | | |
|---|---|---|---|---|---|---|
| CHM201 | ORGANIC CHM I (LEC | 3 | 3.00 | 3.00 | 12.00 | A |
| HIS121 | HON:DEV.ASIAN CIV. | 3 | 3.00 | 3.00 | 9.00 | B |
| MTH211 | CALCULUS III | 4 | 4.00 | 4.00 | 12.00 | B |
| PHY211 | UNIVERSITY PHYSICS | 4 | 4.00 | 4.00 | 12.00 | A |
| PHY221 | UNIV PHYSICS LAB I | 1 | 1.00 | 1.00 | 4.00 | A |
| SPA221 | INTRMD SPA (CONVER | 3 | 3.00 | 3.00 | 12.00 | A |
| | UM SEM GPA 3.588 SEMESTR | 17 | 17.00 | 17.00 | 61.00 | |
| | UM CUM GPA 3.760 UM CUM | | 50.00 | 50.00 | 188.00 | |
| | NON UMCUM | | 3.00 | 3.00 | .00 | |

**DEAN'S LIST**

| **SPRING 1985 AS/U/3 BCH** | | | | | | |
|---|---|---|---|---|---|---|
| APY201 | INTRO ANTHROPOLOGY | 3 | 3.00 | 3.00 | 12.00 | A |
| CHM202 | ORGANIC CHM II(LEC | 3 | 3.00 | 3.00 | 9.00 | B |
| CHM204 | ORGANIC CHM (LAB) | 2 | 2.00 | 2.00 | 8.00 | A |
| ENG495 | HON:FRMS OF THE EP | 3 | 3.00 | 3.00 | 12.00 | A |
| MTH311 | ORD DIFF EQUATIONS | 3 | 3.00 | 3.00 | 9.00 | B |
| PHY212 | UNIVERSITY PHY II | 4 | 4.00 | 4.00 | 12.00 | A |
| | UM SEM GPA 3.444 SEMESTR | 18 | 18.00 | 18.00 | 62.00 | |
| | UM CUM GPA 3.676 UM CUM | | 68.00 | 68.00 | 250.00 | |
| | NON UMCUM | | 3.00 | 3.00 | .00 | |

**DEAN'S LIST**

\*\*\*\*\*\* TRANSCRIPT CONTINUED ON FOLLOWING PAGE \*\*\*\*\*\*

ASSOCIATE DEAN OF ENROLLMENTS AND REGISTRAR

THE FACE OF THIS OFFICIAL UNIVERSITY TRANSCRIPT HAS A GREEN BACKGROUND ON WHITE PAPER AND DOES NOT REQUIRE A RAISED SEAL. THIS TRANSCRIPT IS NOT OFFICIAL UNLESS IT BEARS THE SEAL OF THE UNIVERSITY AND THE SIGNATURE OF THE ASSOCIATE DEAN OF ENROLLMENTS AND REGISTRAR. THE BACK OF THIS TRANSCRIPT CONTAINS AN ARTIFICIAL WATERMARK---HOLD AT AN ANGLE TO VIEW.

STUDENT NUMBER: C00-51-0275
H.S. GRAD DATE: 05/01/83
SEX: M
DATE PRINTED: 12/06/00

STUDENT NAME (LAST, FIRST, MIDDLE): Hollington, Scott A
STUDENT PERMANENT ADDRESS: Suite 1
8200 Bergquist Drive
Lackland Afb TX 78236-5300

TEST INFORMATION: CLAST
COMP: ESSY: READ: WRT:
RTKE: RTKE: RTKE: RTKE:
PASS: PASS: PASS: PASS:

## UNIVERSITY OF MIAMI
### CORAL GABLES, FLORIDA 33124

| CRS ID | TITLE | LOAD | CRS ATT | CRS EARN | QTY PTS | GRD |
|---|---|---|---|---|---|---|
| | **1ST SUMMER 1985** | | | | | |
| | Transfer Totals | | | | | |
| | SEM GPA .000 SEMESTR | | .00 | 3.00 | .00 | |
| | CUM GPA 3.676 NON UMCUM | | 68.00 | 68.00 | 250.00 | |
| | 1ST SUMMER 1985 | | | | 6.00 | |
| | **BOISE STATE UNIV 1985** | | | | | |
| | TOTAL CREDITS ATTEMPTED 3 | | | | | |
| | TOTAL CREDITS EARNED 3 | | | | | |
| | TOTAL QUALITY POINTS 12 | | | | | |
| | POTENTIALLY ACCEPTED TOWARD DEGREE | | | | | |
| | **UNIVERSITY OF MIAMI AS/U/4** | | 0 3 | 0 3 | | |
| | **FALL 1985 AS/U/4 BCH** | | | | | |
| ARH110 | ART APPRECIATION | 3 | 3.00 | 3.00 | 6.00 | C |
| BCH506 | INTR TO BIOCHEMIST | 3 | 3.00 | 3.00 | 9.00 | B |
| | HONORS CREDIT | | | | | |
| BIL371 | READINGS IN BIOLOG | 1 | 1.00 | 1.00 | 4.00 | A |
| CHM216 | CHM EQUILIB & ANAL | 4 | 4.00 | 4.00 | 12.00 | B |
| PHM360 | PHYS CHM I (LECTUR | 3 | 3.00 | 3.00 | 9.00 | B |
| PHY236 | INTRO TO PHI | 3 | 3.00 | 3.00 | 9.00 | B |
| PHY101 | HON: PHYSICS LAB I | 1 | 1.00 | 1.00 | 3.00 | B |
| UNIV | | | | | | |
| | UM SEM GPA 2.889 SEMESTR 18 | | 18.00 | 18.00 | 52.00 | |
| | UM CUM GPA 3.512 UM CUM | | 86.00 | 86.00 | 302.00 | |
| | NON UMCUM | | 6.00 | 6.00 | | |

| CRS ID | TITLE | LOAD | CRS ATT | CRS EARN | QTY PTS | GRD |
|---|---|---|---|---|---|---|
| | **SPRING 1986 AS/U/4 BCH** | | | | | |
| BCH503 | ENZYME MECHANISMS | 2 | 2.00 | 2.00 | 8.00 | A |
| | HONORS CREDIT | | | | | |
| BCH505 | METABOLIC PROCESSE | 2 | 2.00 | 2.00 | 4.00 | C |
| BCH508 | GEN BIOCHEMISTRY L | 1 | 1.00 | 1.00 | 3.00 | B |
| CHM365 | PHYS CHM II (LECT) | 3 | 3.00 | 3.00 | 6.00 | C |
| MCY325 | HONORS MUS MSTRWOR | 3 | 3.00 | 3.00 | 9.00 | B |
| PHI318 | EXISTENTIALISM | 3 | 3.00 | 3.00 | 6.00 | C |
| PSY402 | PSYCHOBIOLOGY | 3 | 3.00 | 3.00 | 9.00 | B |
| | UM SEM GPA 2.647 SEMESTR 17 | | 17.00 | 17.00 | 45.00 | |
| | UM CUM GPA 3.369 UMCUM | | 103.00 | 103.00 | 347.00 | |
| | NON UMCUM | | 6.00 | | | |

**FALL 1986 AS/U/4 BCH**

CREDIT BY EXEMPT / PLACEMENT EXAM
DATE: 01/26/87

| CRS ID | TITLE | LOAD | CRS ATT | CRS EARN | QTY PTS | GRD |
|---|---|---|---|---|---|---|
| CHM111 | PRINCIPLES OF CHM | | .00 | 4.00 | .00 | UM CR |
| | UM SEM GPA .000 SEMESTR | | .00 | 4.00 | .00 | |
| | UM CUM GPA 3.369 UMCUM | | 103.00 | 107.00 | 347.00 | |
| | NON UMCUM | | 6.00 | | | |

| CRS ID | TITLE | LOAD | CRS ATT | CRS EARN | QTY PTS | GRD |
|---|---|---|---|---|---|---|
| BCH502 | PHYSICAL BIOCHEM | 3 | 3.00 | 3.00 | 9.90 | A- |
| BIL211 | GENETICS | 3 | 3.00 | 3.00 | 12.00 | A |
| CHM364 | PHYS CHM (LAB I | 1 | 1.00 | 1.00 | 3.00 | B |
| ECO302 | HON: MICRO ECO THE | 3 | 3.00 | 3.00 | 9.00 | B |
| ENG451 | LATE ROMANTIC PERI | 3 | 3.00 | 3.00 | 12.00 | A |
| | UM SEM GPA 3.531 SEMESTR 13 | | 13.00 | 13.00 | 45.90 | |
| | UM CUM GPA 3.387 UMCUM | | 116.00 | 120.00 | 392.80 | |
| | NON UMCUM | | 6.00 | | | |

\* \* \* \* \* DEAN'S LIST

\* \* \* \* \* TRANSCRIPT CONTINUED ON FOLLOWING PAGE \* \* \* \*

ASSOCIATE DEAN OF ENROLLMENTS AND REGISTRAR

PAGE NO. 2

# University of Miami
### CORAL GABLES, FLORIDA 33124

| STUDENT NUMBER | H.S. GRAD DATE | SEX | | DATE PRINTED |
|---|---|---|---|---|
| C00-51-0275 | 05/01/83 | M | | 12/06/00 |

**STUDENT NAME (LAST, FIRST, MIDDLE):** Hollington Scott A

**STUDENT PERMANENT ADDRESS:**
Suite 1
2200 Bergquist Drive
Lackland Afb TX 78236-5300

**TEST INFORMATION: CLAST**

| COMP: | ESSY: | READ: | WRT: |
|---|---|---|---|
| RTKE: | RTKE: | RTKE: | RTKE: |
| PASS: | PASS: | PASS: | PASS: |

| CRS ID | TITLE | LOAD CRS ATT | CRS EARN | QTY PTS | GRD |
|---|---|---|---|---|---|
| **SPRING 1987 AS/U/4 BCH** | | | | | |
| BCH504 | STR INFMTNL MACROM | 2.00 | 2.00 | 6.00 | B |
| BCH545 | RES PROB MOL ENZYM | 2.00 | 2.00 | 5.40 | B- |
| PPA211 | INTRO TO POLITICS | 3.00 | 3.00 | 12.00 | A |
| UM SEM GPA 3.343 | SEMESTR 7 | 7.00 | 7.00 | 23.40 | |
| UM CUM GPA 3.385 | UM CUM | 123.00 | 127.00 | 416.30 | |
| | NON UMCUM | | .00 | 6.00 | |

```
DEGREE CONFERRED : BACHELOR OF SCIENCE
DATE             : 05/07/87
MAJOR            : BIOCHEMISTRY
MAJOR 2          : CHEMISTRY
MINOR            : MATHEMATICS
HONORS           : GENERAL HONORS
```

*** END OF TRANSCRIPT FOR UNDERGRADUATE CAREER ***
*** END OF OFFICIAL TRANSCRIPT ***

ASSOCIATE DEAN OF ENROLLMENTS AND REGISTRAR

PAGE NO. 3

THE FACE OF THIS OFFICIAL UNIVERSITY TRANSCRIPT HAS A GREEN BACKGROUND ON WHITE PAPER AND DOES NOT REQUIRE A RAISED SEAL