# University of Miami

Upon the recommendation of the Faculty,
has conferred on

## Scott Andrew Hollington

the degree of

### Doctor of Medicine

with all the rights, honors and privileges thereunto appertaining.
In witness whereof, the seal of the University and the signatures of the President and the Dean are hereunto affixed.
Given at Coral Gables, Florida, on

May 9, 1992

*President*

*Dean*