# University of Florida Health Science Center Jacksonville

The College of Medicine
and
University of Florida

certify that

**Scott Hollington, M.D.**

has completed

48 months

as a Resident in
Pathology

Jacksonville, Florida

Associate Department Chairman
Department Chairman

June 30, 1996

Senior Associate Dean for Jacksonville Programs
Dean, College of Medicine