

**DEPARTMENT OF THE AIR FORCE**
WILFORD HALL MEDICAL CENTER (AETC)

24 July 1997

59 MDW MTL
2200 Bergquist Dr Ste 1
Lackland AFB TX 78236-5300

To Whom It May Concern:

This letter serves as notification that Capt Scott A. Hollington served as a Fellow, Anatomic Pathology at Wilford Hall Medical Center from 1 July 1996 thru 30 June 1997. For additional information, please contact LTC Kevin M. McCabe, Program Director of the Anatomic Pathology Fellowship. His number is (210) 292-7741.

DENNIS M. DREHNER, COL, USAF, MC, FS
Chairman, Department of Pathology
Residency Program Director