

# THE PRESIDENT OF THE UNITED STATES OF AMERICA

To all who shall see these presents, greeting:

Know ye, that reposing special trust and confidence in the patriotism, valor, fidelity and abilities of SCOTT ANDREW HOLLINGTON, I do appoint him SECOND LIEUTENANT in the RESERVE (MEDICAL SERVICE CORPS)

## United States Air Force

to date as such from the thirty-first day of January nineteen hundred and eighty-nine. This officer will therefore carefully and diligently discharge the duties of the office to which appointed by doing and performing all manner of things thereunto belonging.

And I do strictly charge and require those officers and other personnel of lesser rank to render such obedience as is due an officer of this grade and position. And this officer is to observe and follow such orders and directions, from time to time, as may be given by the President of the United States of America, or other superior officers acting in accordance with the laws of the United States of America.

This commission is to continue in force during the pleasure of the President of the United States of America, under the provisions of those public laws relating to Officers of the Armed Forces of the United States of America and the component thereof in which this appointment is made.

Done at the City of Washington, this seventh day of June in the year of our Lord, one thousand nine hundred and eighty-nine, and of the Independence of the United States of America, the two hundred and twelfth.

By the President:

Thomas J. Hickey
Lieutenant General, USAF
Deputy Chief of Staff, Personnel



E.C. Aldridge, Jr.
Secretary of the Air Force

DD FORM 1 AF, JUL 75