# REQUEST AND AUTHORIZATION FOR SEPARATION
(THIS FORM IS AFFECTED BY THE PRIVACY ACT OF 1974 - USE BLANKET PAS - AF FORM 11)

**1. TYPE OF SEPARATION, MEMBER IS:**
- [ ] DISCHARGED
- [ ] ENTRY LEVEL SEPARATION
- [ ] RELEASED FROM ACTIVE DUTY/TRANSFERRED TO RESAF
- [ ] RELEASE FROM VOID ENLISTMENT
- [X] RELEASED FROM EAD/REVERTS TO RESAF
- [ ] RELEASED FROM EAD/REVERTS TO ANG
- [ ] DISMISSAL

**2. AUTHORITY:**
- [X] BY DIRECTION OF THE PRESIDENT
- [ ] RESIGNATION ACCEPTED BY THE PRESIDENT

**3. NAME (Last, First, MI), GRADE, SSAN:** HOLLINGTON SCOTT A   MAJ(O-4)   518860662

**4. PLACE OF ENTRY ON ACTIVE DUTY OR ENLISTMENT:** JACKSONVILLE FL

**5. HOME OF RECORD:** BOISE ID

**6. FUTURE MAILING ADDRESS:** 14850 43RD AVE N, PLYMOUTH MN 55446

**7.** [ ] UNDER 2 YEARS SERVICE (E-4 Only)

**8. PAFSC:** 044D3
**9. RESERVE AF GRADE:** N/A
**10. MIL SVC OBLIGATION DATE:** NO
**11. AERONAUTICAL RATING:** N/A
**12. FLYING STATUS:** [ ] YES  [X] NO

**13. EFFECTIVE DATE:** 30 JUN 00

**14. CHARACTER OF SERVICE:**
- [X] HONORABLE
- [ ] GENERAL (Under Honorable Conditions)
- [ ] UNCHARACTERIZED
- [ ] UNDER OTHER THAN HONORABLE CONDITIONS
- [ ] BAD CONDUCT DISCHARGE
- [ ] DISHONORABLE DISCHARGE

**15. CERTIFICATE ISSUED:**
- [X] DD FORM 256AF
- [X] DD FORM 214

**16. RELIEVED FROM ASSIGNMENT (Unit, Major Command, Address and Servicing CBPO):**
74 MEDICAL SUPPORT SQ (AFMC)
WRIGHT PATTERSON AF
88 MSS WRIGHT PATTERSON AFB OH 45433

**17. WILL PROCEED TO:**
- [ ] PLACE OF ENTRY ON ACTIVE DUTY OR ENLISTMENT
- [X] HOME OF RECORD
- [ ] HOME OF SELECTION

**18. TRAVEL BY PRIVATE CONVEYANCE (TPC):** [X] NO  [ ] YES, WITH   DAYS TRAVEL TIME PERMITTED

**19. MEMBER QUALIFIES FOR FULL TRAVEL/TRANSPORTATION ENTITLEMENT UNDER THE JFTR, PARA U5125:** [X] YES  [ ] NO

**20. ASSIGNED TO (Check if Applicable):**

A. ARPC DENVER, CO: [ ] YES [X] NO
B. REVERTS TO CONTROL OF ANG (Name of State):
C. TYPE OF POSITION: [ ] MOBILIZATION AUGMENTEE [ ] REINFORCEMENT DESIGNEE [ ] UNIT
D. UNIT OF ASSIGNMENT AND CBPO:
E. TNG/PAY CATEGORY:
F. RESERVE SECTION CODE:
G. FUNCTIONAL ACCT CODE:
H. AUTHORIZED GRADE:
I. AUTHORIZED AFSC:
J. POSITION CONTROL NO.:

**21.**
A. ELIGIBLE FOR: PER 10 USC 1174
- [ ] READJUSTMENT PAY
- [ ] SEPARATION PAY

B. ENTITLED TO SEVERANCE PAY
SERVICE FOR PAY IS: YEARS / MONTHS / DAYS

C. CHAPTER 61, 10 U.S.C. DISABILITY
- [ ] NOT ENTITLED TO BENEFITS
- [ ] NOT APPLICABLE

CREDITABLE ACTIVE FEDERAL SERVICE: YEARS / MONTHS / DAYS

**22. REMARKS:** DEPENDENTS: JEANNE M./SPOUSE; KEVIN T./S/8 JUN 92; BRIAN S./S/ 5 OCT 93. MBK.

**23. DATE:** 4 APR 00

**24. ORDERS ISSUING/APPROVING OFFICIAL (Name, Grade, Title, Phone):**
GARY W. MORRIS, MSGT, USAF
CHIEF, SEPARATIONS AND RETIREMENTS

**25. SIGNATURE:** Gary W Morris
CERTIFYING OFFICIAL

**26. EXPENSES CHARGEABLE TO:** 5703500 320 5781.0* S875825
NONTEMPORARY STORAGE CHARGEABLE TO: 5703500 320 5788.ON S875825

CIC:
TAC: F07E

**27. DESIGNATION AND LOCATION OF HEADQUARTERS:**
DEPARTMENT OF THE AIR FORCE
88 AIR BASE WING (AFMC)
WRIGHT PATTERSON AFB OH 45433

**28. AUTHORITY:** AFI 36-3207
**29. SPECIAL ORDER NO.:** AD-1077
**30. DATE:** 4 APR 00

**31. TDN PCS:** FOR THE COMMANDER

**33. SIGNATURE ELEMENT OF ORDERS AUTHENTICATING OFFICIAL:**
ROBERT S. GOODMAN, GS-8, DAF
CHIEF, PERSONNEL RELOCATIONS

**32. DISTRIBUTION:** C-1

AF FORM 100, JUL 87   PREVIOUS EDITION WILL BE USED.   (Computer Generated)