# Wright State University

## School of Medicine

certifies

### Scott A. Hollington, M.D.

as a member of the faculty

*Assistant Clinical Professor*
Department/Program

*Pathology*
Period of appointment

**1999 - 2001**

"The general goal of medical education is the same now as it was a decade or a century ago: to educate physicians who will have the desire and the qualifications to offer excellent health care to their patients."
From the Report of the Citizens Commission on Graduate Medical Education, John S. Millis, Ph.D., Chair

_____
Howard M. Part, MD
Dean, School of Medicine



_____
H Batata, M.D.
Department Chair/Program Director