# National Board of Medical Examiners

### of the

# United States of America

**Scott Andrew Hollington, M.D.**

*having satisfied all the requirements and having successfully passed the examinations is hereby declared a Diplomate of the National Board of Medical Examiners*

Attest

*Ernest D. Stevens*
Chairman of the Board

Philadelphia, Pa
July 1, 1993

*L. Thompson Bowles (M)*
President of the Board

Certificate No.
422702

I1

# The American Board of Pathology

Herewith certifies that

## Scott A. Hollington, M.D.

Has pursued an accepted course of graduate study and clinical work and has demonstrated proficiency to the satisfaction of the Board of Trustees.

Therefore on the nineteenth day of November, 1997,

The American Board of Pathology

has granted this certificate of qualification for the practice of

Anatomic Pathology and Clinical Pathology

Frederick A. Davey, President
Barbara Atkinson, Vice President
Stephen D. Allen, Secretary
Betty McCullough
Douglas B. Kelley, Treasurer
Paul E. Zunich
Ivan Damjanov
Edward Fuchs
David B. Kaminsky
Kim Walsh

97-475

I2

# American Society of Clinical Pathologists

By these presents certifies that

## Scott A. Hollington, MD

having fulfilled the professional and educational requirements of the Society is hereby admitted as a

### Resident

**1997**

on recommendation of the Membership Committee and by vote of the Board of Directors



Robert W. McKenna, M.D.
PRESIDENT

Anna P. Graham, MD.
SECRETARY

Ellen Smith, Jr, M.D.
CHAIRMAN, MEMBERSHIP COMMITTEE

# The American Board of Pathology

Herewith affirms that

## Scott Hollington, M.D.

Has pursued an accepted course of graduate study and clinical work and has demonstrated proficiency to the satisfaction of the Board of Trustees.

Therefore, on this eighteenth day of October, 2013.

The American Board of Pathology grants this certificate and declares the above physician to be a Diplomate and certified in

### Pathology - Clinical Informatics

S-13-480

*President*
*Vice President* — Sharon Weiss
*Diane D. Davey*
Karen Kaul
*Secretary* — James R. Stubbs
*Treasurer* — Margaret M. Grimes

Certified Valid Through 12/31/2023