## DRUG COUNT / WEIGHT SCHEDULE – DR. HOLLINGTON

Doc.# 138757

| | DRUG/COUNT | SCHEDULE | QUANTITY [# of pills x dosage] | Corrected WEIGHT | DEF. EX. |
|---|---|---|---|---|---|
| | | | | | |
| 1. | **Amphetamine** (Adderall) | II | | | |
| | a. Ct. 2 – Lee | | 14 x 10 = 140 mg | | 11A-5 |
| | b. Ct. 3 – Lee | | 69 x 10 = 690 mg | | 11B-5 |
| | c. Ct. 4 – Fleming | | 30 x 30 = 900 mg | | 11B-5 |
| | d. Ct. 5 – Lee | | 60 x 30 = 1800 mg | | 11A-5 |
| | e. Ct. 7 – Breo | | 30 x 30 = 900 mg | | 11C-5 |
| | f. Ct. 8 – Mast | | 60 x 10 = 600 mg | | 11D-5 |
| | g. Ct. 9 – Fleming | | 30 x 30 = 900 mg | | 11B-5 |
| | h. Ct. 10 – Johnson | | 30 x 20 = 600 mg | | 11E-5 |
| | i. Ct. 11 – Fleming | | 30 x 30 = 900 mg | | 11B-5 |
| | j. Ct. 13 – KW | | 30 x 20 = 600 mg | | 14B-1 |
| | | | | | |
| | **TOTAL** | | 8030 mg | 2.0075 g | |
| | | | 383 pills | | |
| | | | | | |
| | | | | | |
| 2. | **Buprenorphine** | III | | | |
| | a. Ct. 5 – Lee | | 60 x 8 = 480 mg | | 11A-5 |
| | b. Ct. 9 – Fleming | | 30 x 8 = 240 mg | | 11B-5 |
| | c. Ct. 11 – Fleming | | 30 x 8 = 240 mg | | 11B-5 |
| | d. Ct. 12 – AB | | 75 x 8 = 600 mg | | 14A-1 |
| | e. Ct. 14 – EM | | 90 x 8 = 720 mg | | 14C-1 |
| | f. Ct. 15 – DA | | 45 x 8 = 360 mg | | 14D-1 |

| | | | | | |
|---|---|---|---|---|---|
| | TOTAL – Buprenorphne | | 2640 mg 330 pills | | |
| | | | | | |
| 3. | **Benzodiazepam** [Alprazolam; Xanax] | IV | | | |
| | a. Ct. 6 – Fleming | | 30 x 5 = 150 mg | | 11B-5 |
| | b. Ct. 7 – Breo | | 30 x 1 = 30 mg | | 11C-5 |
| | c. Ct. 9 – Fleming (Alprazolam) | | 30 x 1 = 30 mg | | 11B-5 |
| | d. Ct. 11 – Fleming (Alprazolam) | | 30 x 1 = 30 mg | | 11B-5 |
| | e. Ct. 14 – EM (Alprazolam) | | 60 x 2 = 120 mg | | 14C-1 |
| | f. Ct. 15 – DA | | 60 x .5 = 30 mg | | 14D-1 |
| | | | | | |
| | TOTAL – Benzodiazepam | | 390 mg 240 pills | | |
| | | | | | |
| 4. | **Zolpidem-Tartrite** [Ambien] | IV | | | |
| | a. Ct. 13 – KW | | 30 x 10 = 300 mg 30 pills | | 14D-1 |
| | | | | | |
| | **TOTAL Sched. III and IV** | | 500 pills x .0625 gm = 31.25 gm of marijuana equivalency | | |