PATIENT  
**Scott Hollington**  
DOB 07/21/1965  
AGE 58 yrs  
SEX Male  
PRN Hs375375  

FACILITY  
**Sixteen**  
T (612) 412-6619  
F (904) 555-1234  
2201 Windjammer Lane  
Saint Augustine, FL 32084  

## Vitals flowsheet - Scott Hollington

|  | 01/26/20 8:53 AM | 07/30/21 4:46 PM | 10/06/21 9:37 AM | 08/04/23 11:13 AM |
|---|---|---|---|---|
| Vitals |  |  |  |  |
| Height | 75 in | 75 in | 75 in | 75 in |
| Weight | 323 lb | 305 lb | 305 lb | 320 lb |
| BMI | 40.37 | 38.12 | 38.12 | 40 |
| BP |  |  |  |  |
| Temperature |  |  |  |  |
| Pulse |  |  |  |  |
| Respiratory rate |  |  |  |  |
| O2 Saturation |  |  |  |  |

## Diagnoses

| Current | ACUITY | START | STOP |
|---|---|---|---|
| (M19.90) Unspecified osteoarthritis, unspecified site | Chronic | 01/01/1997 |  |

(N41.1) Chronic prostatitis

  Medication Sulfamethoxazole-Trimethoprim  
  Medication Nitrofurantoin Macrocrystal

(E66.9) Obesity, unspecified

  Medication metFORMIN HCl

(E11.9) Type 2 diabetes mellitus without complications

(R73.9) Hyperglycemia, unspecified

(N31.9) Neuromuscular dysfunction of bladder, unspecified

(N39.0) Urinary tract infection, site not specified

| Historical | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses |  |  |  |

## Drug Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|

Patient has no known drug allergies

## Food Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No environmental allergies recorded | | |

## Medications

| Active | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Metformin HCl (metFORMIN HCl) 1000 MG Oral Tablet | Take 1 tablet (1,000 mg) by mouth 2 times per day with meals | - | Obese |

- EScript (verified): 05/12/23 Prescriber: scott hollington SIG: Take 1 tablet (1,000 mg) by mouth 2 times per day with meals Refills: 0 Quantity: 180
- EScript (verified): 10/28/22 Prescriber: scott hollington SIG: Take 1 tablet (1,000 mg) by mouth 2 times per day with meals Refills: 0 Quantity: 180
- EScript (verified): 07/17/22 Prescriber: scott hollington SIG: Take 1 tablet (1,000 mg) by mouth 2 times per day with meals Refills: 0 Quantity: 180
- EScript (verified): 03/20/22 Prescriber: scott hollington SIG: Take 1 tablet (1,000 mg) by mouth 2 times per day with meals Refills: 0 Quantity: 180
- EScript (verified): 10/06/21 Prescriber: scott hollington SIG: 1 po bid Refills: 0 Quantity: 180
- EScript (verified): 07/30/21 Prescriber: scott hollington SIG: 1 po bid Refills: 0 Quantity: 180
- EScript (verified): 12/10/20 Prescriber: scott hollington SIG: 1 po bid Refills: 0 Quantity: 180
- EScript (verified): 07/09/20 Prescriber: scott hollington SIG: 1 po bid Refills: 0 Quantity: 180
- EScript (verified): 01/26/20 Prescriber: scott hollington SIG: 1 po bid Refills: 0 Quantity: 180

| | | | |
|---|---|---|---|
| Nitrofurantoin Macrocrystal 100 MG Oral Capsule | Take 1 capsule (100 mg) by mouth daily at bedtime with food or milk | - | Chronic prostatitis |

- EScript (verified): 03/20/22 Prescriber: scott hollington SIG: Take 1 capsule (100 mg) by mouth daily at bedtime with food or milk Refills: 0 Quantity: 30
- EScript (verified): 10/06/21 Prescriber: scott hollington SIG: 1 PO BID Refills: 0 Quantity: 60
- EScript (verified): 07/30/21 Prescriber: scott hollington SIG: 1 PO BID Refills: 0 Quantity: 60
- EScript (verified): 12/10/20 Prescriber: scott hollington SIG: 1 PO BID Refills: 0 Quantity: 60
- EScript (verified): 04/23/20 Prescriber: scott hollington SIG: 1 PO BID Refills: 0 Quantity: 28

| | | | |
|---|---|---|---|
| Sulfamethoxazole-Trimethoprim 800-160 MG Oral Tablet | 1 po bid | - | Chronic prostatitis |

- EScript (verified): 10/28/22 Prescriber: scott hollington SIG: 1 po bid Refills: 0 Quantity: 60
- EScript (verified): 01/26/20 Prescriber: scott hollington SIG: 1 po bid Refills: 0 Quantity: 60

| Historical | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Ciprofloxacin HCl 500 MG Oral Tablet | 1 PO BID | - 03/20/22 | - |

- EScript (verified): 07/09/20 Prescriber: scott hollington SIG: 1 PO BID Refills: 0 Quantity: 60

| Hydroxychloroquine Sulfate 200 MG Oral Tablet | 2 po one time daily for 14 days | - 03/20/22 | - |
|---|---|---|---|

- EScript (verified): 03/23/20 Prescriber: scott hollington SIG: 2 po one time daily for 14 days Refills: 0 Quantity: 28

| Itraconazole 100 MG Oral Capsule | Take 1 capsule (100 mg) by mouth 2 times per day after meals | - 08/04/23 | - |
|---|---|---|---|

- EScript (verified): 10/28/22 Prescriber: scott hollington SIG: Take 1 capsule (100 mg) by mouth 2 times per day after meals Refills: 0 Quantity: 14

| Penicillin V Potassium 250 MG Oral Tablet | 1 po q6 x 14 d | - 10/28/22 | - |
|---|---|---|---|

- EScript (verified): 07/31/22 Prescriber: scott hollington SIG: 1 po q6 x 14 d Refills: 0 Quantity: 56
- EScript (verified): 10/29/21 Prescriber: scott hollington SIG: 1 po q6 x 14 d Refills: 0 Quantity: 56

| Prednisone (predniSONE) 10 MG Oral Tablet | po; 4 tabs day 1; 3 tabs day 2; 2 tabs day3; then 1 daily until out | - 07/31/22 | - |
|---|---|---|---|

Encounter comment: covid exposure by scott hollington

- EScript (verified): 07/17/22 Prescriber: scott hollington SIG: po; 4 tabs day 1; 3 tabs day 2; 2 tabs day3; then 1 daily until out Refills: 0 Quantity: 12
- EScript (verified): 01/23/21 Prescriber: scott hollington SIG: po; 4 tabs day 1; 3 tabs day 2; 2 tabs day3; then 1 daily until out Refills: 0 Quantity: 12

# Past medical history

## MAJOR EVENTS

since 1997, patient has noted joint symptoms, in particular, pain and loss of high lifting strength in the shoulders. Osteoarthritis runs in patient family, his mother suffering marked disability due to osteoarthritis.

in 2010 chronic prostatitis was diagnosed by dr Praha of Minneapolis. diagnostic studies revealed lack of bladder tone, and chronic neuromuscular bladder dysfunction

in 2016 patient recorded a weight over 360 pounds

in 2017 blood glucose over 200 recorded; monitoring revealed that measurements above 200 were daily; this is diagnostic of diabetes mellitus type 2

## ONGOING MEDICAL PROBLEMS

Patient struggles with weight loss, having had some success with the use of combination therapy: topiramate with phentermine. Since 2016, patient has lost an average of one pound per month.

Obesity with secondary insulin resistance is the likely etiology of diabetes type two. Patient is treated with metformin, and has experienced no physiological sequelae (loss of consciousness, seizure) due to hyperglycemia. Patient reports loss of sensation in the distal extremities, in particular the feet.

Osteoarthritis is a chronic long term problem, interfering with exercise and activities of daily living. Patient has an elevator in his home in order to avoid falls on the stairs. Exercises and physical therapy are indicated

Chronic prostatitis and bladder dysfunction lead to frequent urinary tract infections which endanger the kidneys. Patient treats these infections with nitrofurantoin, but does not use nitrofurantoin prophylacticly daily, in order to preserve antibacterial function of this medication. Patient is encouraged to spend extended periods of time making certain that his bladder is as empty as possible at night.

## SOCIAL HISTORY

born 1965, second son/2 children; Margaret and George Hollington
George is now deceased
Margaret is in assisted living home in Jacksonville, FL
elder brother born 1963 in Tucson, AZ, married, two sons
primary education in Pocatello, ID
1983-7 University of Miami, FL
1988 United States Air Force
1988-92 Medical School, University of Miami, FL
1991 Married, two sons 1992, 1993
Youngest son, Brian, married in Minneapolis, MN
Eldest son, Kevin, disabled--birth related brain damage, lives with
1992-6 University of Florida, Jacksonville
1996 Wilford Hall Air Force Base, TX
1997-2000 Wright Patterson AFB, OH
2000 Honorable discharge, Air Force
2000-2015 Minneapolis, MN
2015-2023 St Augustine, FL
2023 convicted of felony distribution of controlled substance

# Active Goals

| DESCRIPTION | EFFECTIVE DATE |
| --- | --- |
| pancreatic langerhans recovery | 08/04/2023 |
| preservation of kidney function | 08/04/2023 |
| glycemic control | 08/04/2023 |
| weight loss | 08/04/2023 |

### Inactive Goals

| DESCRIPTION | EFFECTIVE DATE |
| --- | --- |
| No inactive goals recorded | |

| PATIENT | FACILITY | ENCOUNTER |
|---|---|---|
| **Scott Hollington** | **Sixteen** | **Office Visit** |
| DOB  07/21/1965 | T  (612) 412-6619 | NOTE TYPE  SOAP Note |
| AGE  58 yrs | F  (904) 555-1234 | SEEN BY  scott hollington MD |
| SEX  Male | 2201 Windjammer Lane | DATE  08/04/2023 |
| PRN  Hs375375 | Saint Augustine, FL 32084 | AGE AT DOS  58 yrs |
|  |  | Electronically signed by scott hollington MD at 08/04/2023 11:54 am |

## Chief complaint
No chief complaint recorded

### Vitals for this encounter

|  | 08/04/23 11:13 AM |
|---|---|
| Height | 75 in |
| Weight | 320 lb |
| BMI | 40 |

### SUBJECTIVE

Discharge note:
Dr leaving practice
Patient suffers from osteoarthritis, diabetes, bladder dysfunction.
Metformin taken daily for hyperglycemia, non insulin dependent
patient should be tested for A1c
patient should be screened for colon cancer
patient should have routine blood testing--has not had in over 4 years
patient should take nitrofurantoin on an irregular basis for bladder infection prophylaxis
patient should undergo physical therapy for osteoarthritis, and do daily exercises
Restrictions:
no lifting of objects over 5 pounds above the shoulder line
no heavy labor
no running--especially on stairs
comfortable shoes
unrestricted nighttime access to toilet facilities
low carb diet

### OBJECTIVE

### ASSESSMENT

### PLAN

PATIENT
**Scott Hollington**
DOB 07/21/1965
AGE 58 yrs
SEX Male
PRN Hs375375

FACILITY
**Sixteen**
T (612) 412-6619
F (904) 555-1234
248 State Road 16
Saint Augustine, FL 32084

ENCOUNTER
**Office Visit**
NOTE TYPE SOAP Note
SEEN BY scott hollington MD
DATE 05/12/2023
AGE AT DOS 57 yrs
Electronically signed by scott hollington MD at 05/12/2023 02:06 pm

## Chief complaint
No chief complaint recorded

## Vitals for this encounter
No vitals recorded

### SUBJECTIVE
Patient has nothing new to report
doing well on meds
no new allergies
no new medical conditions
plan: refill

### OBJECTIVE

### ASSESSMENT

### PLAN

| | | |
|---|---|---|
| PATIENT<br>**Scott Hollington**<br>DOB 07/21/1965<br>AGE 58 yrs<br>SEX Male<br>PRN Hs375375 | FACILITY<br>**2200**<br>T (612) 412-6619<br>2200 North Ponce de Leon #7<br>Saint Augustine, FL 32084 | ENCOUNTER<br>**Office Visit**<br>NOTE TYPE SOAP Note<br>SEEN BY scott hollington MD<br>DATE 03/20/2022<br>AGE AT DOS 56 yrs<br>Electronically signed by scott hollington MD at 03/20/2022 01:19 pm |

## Chief complaint
No chief complaint recorded

## Vitals for this encounter
No vitals recorded

### SUBJECTIVE
no new issues no new complaints, request refills for Met Forman, nitrofurantoin

### OBJECTIVE

### ASSESSMENT

### PLAN

## Addenda

| ADDENDUM | STATUS | SOURCE | DATE/TIME |
|---|---|---|---|
| symptoms suggestive of strep throat pain swelling persistent node involvement treat with penicillin | Accepted by scott hollington MD | Provider | 07/31/2022 02:51 am |

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **Scott Hollington** | | **2200** | **Office Visit** | |
| DOB | 07/21/1965 | T (612) 412-6619 | NOTE TYPE | SOAP Note |
| AGE | 58 yrs | 2200 North Ponce de Leon #7 | SEEN BY | scott hollington MD |
| SEX | Male | Saint Augustine, FL 32084 | DATE | 10/06/2021 |
| PRN | Hs375375 | | AGE AT DOS | 56 yrs |

Electronically signed by scott hollington MD at 10/06/2021 09:43 am

**Chief complaint**

No chief complaint recorded

| Vitals for this encounter | |
|---|---|
| | 10/06/21 9:37 AM |
| Height | 75 in |
| Weight | 305 lb |
| BMI | 38.12 |

**SUBJECTIVE**

No new complaints
No dependence swelling
No burning on urination
no respiratory issues

**OBJECTIVE**

**ASSESSMENT**

**PLAN**

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **Scott Hollington** | | **2200** | **Office Visit** | |
| DOB | 07/21/1965 | T  (612) 412-6619 | NOTE TYPE | SOAP Note |
| AGE | 58 yrs | 2200 North Ponce de Leon #7 | SEEN BY | scott hollington MD |
| SEX | Male | Saint Augustine, FL 32084 | DATE | 07/30/2021 |
| PRN | Hs375375 | | AGE AT DOS | 56 yrs |

Electronically signed by scott hollington MD at 07/31/2021 09:34 am

## Chief complaint

No chief complaint recorded

### Vitals for this encounter

| | 07/30/21 4:46 PM |
|---|---|
| Height | 75 in |
| Weight | 305 lb |
| BMI | 38.12 |

**SUBJECTIVE**

**OBJECTIVE**

**ASSESSMENT**

**PLAN**

| PATIENT | FACILITY | ENCOUNTER |
|---|---|---|
| **Scott Hollington** | **Ponce de Leon** | **Office Visit** |
| DOB 07/21/1965 | T (612) 412-6619 | NOTE TYPE SOAP Note |
| AGE 58 yrs | 2200 Ponce de Leon | SEEN BY scott hollington MD |
| SEX Male | Suite 7 | DATE 01/23/2021 |
| PRN Hs375375 | Saint Augustine, FL 32084 | AGE AT DOS 55 yrs |
| | | Electronically signed by scott hollington MD at 01/23/2021 01:11 pm |

## Chief complaint
No chief complaint recorded

## Vitals for this encounter
No vitals recorded

### SUBJECTIVE
covid exposure

### OBJECTIVE

### ASSESSMENT

### PLAN

Medications attached to this encounter:
    predniSONE 10 MG Oral Tablet po; 4 tabs day 1; 3 tabs day 2; 2 tabs day3; then 1 daily until out

## Addenda

| ADDENDUM | STATUS | SOURCE | DATE/TIME |
|---|---|---|---|
| no new issues | Accepted by scott hollington MD | Provider | 07/30/2021 04:46 pm |

| | | |
|---|---|---|
| PATIENT<br>**Scott Hollington**<br>DOB 07/21/1965<br>AGE 58 yrs<br>SEX Male<br>PRN Hs375375 | FACILITY<br>**Ponce de Leon**<br>T (612) 412-6619<br>2200 Ponce de Leon<br>Suite 7<br>Saint Augustine, FL 32084 | ENCOUNTER<br>**Office Visit**<br>NOTE TYPE SOAP Note<br>SEEN BY scott hollington MD<br>DATE 12/10/2020<br>AGE AT DOS 55 yrs<br>Electronically signed by scott hollington MD at 12/10/2020 09:19 pm |

**Chief complaint**

No chief complaint recorded

**Vitals for this encounter**

No vitals recorded

### SUBJECTIVE

no new symptoms.
metformin seems to relieve hyperglycemic symptoms
chronic prostatitis is kept under control with intermittent antibiotic treatment.

### OBJECTIVE

### ASSESSMENT

### PLAN

| | | |
|---|---|---|
| PATIENT | FACILITY | ENCOUNTER |
| **scott Hollington** | **Ponce de Leon** | **Office Visit** |
| DOB 07/21/1965 | T (612) 412-6619 | NOTE TYPE SOAP Note |
| AGE 58 yrs | 2200 Ponce de Leon | SEEN BY scott hollington MD |
| SEX Male | Suite 7 | DATE 04/23/2020 |
| PRN Hs375375 | Saint Augustine, FL 32084 | AGE AT DOS 54 yrs |

Electronically signed by scott hollington MD at 04/23/2020 05:21 pm

**Chief complaint**

No chief complaint recorded

**Vitals for this encounter**

No vitals recorded

### SUBJECTIVE

urgency, frequency, bladder pain
recently treated with bactrim which helped but symptoms return in 3 days
history of chronic prostatitis and recurrent bladder infections

### OBJECTIVE

### ASSESSMENT

### PLAN

Medications attached to this encounter:
   Nitrofurantoin Macrocrystal 100 MG Oral Capsule 1 PO BID

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **scott Hollington** | | **Ponce de Leon** | **Office Visit** | |
| DOB | 07/21/1965 | T  (612) 412-6619 | NOTE TYPE | SOAP Note |
| AGE | 58 yrs | 2200 Ponce de Leon | SEEN BY | scott hollington MD |
| SEX | Male | Suite 7 | DATE | 01/26/2020 |
| PRN | Hs375375 | Saint Augustine, FL 32084 | AGE AT DOS | 54 yrs |

Electronically signed by scott hollington MD at 01/26/2020 12:27 pm

## Chief complaint

No chief complaint recorded

### Vitals for this encounter

| | 01/26/20 8:53 AM |
|---|---|
| Height | 75 in |
| Weight | 323 lb |
| BMI | 40.37 |

### SUBJECTIVE

obese bmi 40
chronic prostatitis
10 years treated with bactrim

### OBJECTIVE

### ASSESSMENT

Diagnoses attached to this encounter:

Chronic prostatitis [ICD-10: N41.1], [ICD-9: 601.1], [SNOMED: 19905009]

Obese [ICD-10: E66.9], [ICD-9: 278.00], [SNOMED: 414915002]

### PLAN

practice fusion