Margaret C Hollington
9960 Atrium Way #514
Jacksonville, FL 32225
Phone #: 208-850-4485

Honorable Judge Timothy J. Corrigan
District Court Judge
United States District Court
Middle District of Florida
Bryan Simpson United States Courthouse, Room11-100
300 North Hogan Street
Jacksonville, Florida 32202

Re: United States v Scott Andrew Hollington;
MDF Case No: 3:23-cr-00039-TJC-PDB

Dear Judge Corrigan:

1. I am Margaret Hollington, the 85 year old mother of Dr. Scott Hollington. I am retired, a recent widow, and live in the Assisted Living Facility of the Fountains of Mill Cove. My life in the past few years has been very upsetting. I am sure you understand how sad, lonely, and medically challenging it can be under these circumstances.

2. My son, Scott, is a Christian, an Eagle Scout, always a 4.0 student (including at the University of Miami, Florida), a hard working Doctor and has always been a compassionate person. When he sees a problem, he tries to help out. That is what he was doing when he was helping addicted people get off drugs. In the position of most if his patients, they had little or no income and Scott did not want to see a patient untreated for lack of funds so he was charging them less

than his overhead to treat them. <u>AT NO TIME DID HE
EXCHANGE DRUGS FOR SEX.</u>

3.  I am aware of the charges for which Scott has been
    convicted and I am confident he was attempting to provide
    quality addiction advice and treatment for his patients. He
    would never ask for sex in exchange for needed drugs. That
    is not in his moral character. The charges are ludicrous.

4.  Scott has always been a hard working man, a devoted father
    and family person. He provides financial and emotional
    support for his wife, his disabled son, and me, his mother.
    He was there with his father when he needed emotional
    support before his passing on January 18, 2022.

5.  Scott has so many good qualities. When his father was
    diagnosed with dementia and our family doctor told us we
    should relocate near one of our sons. Scott immediately
    volunteered for us to move to Florida. Some sons would not
    do that.

    When he was in high school he was always well liked and
    tutored some of his peers to help them graduate.

6.  With the government always complaining that the jails and
    prisons are overcrowded, I understand why they are
    overcrowded when they arrest and sentence innocent
    people. Besides clearing Scott of the fallacies of the federal
    charges, I would hope you would consider imposing a
    probation sentence and allow him to go home and care for
    his family. Their financial welfare is in jeopardy without his
    ability to provide for them.

    We all need and miss him.

    2 of 3

Respectfully,

Margaret Cathrine Hollington

William B. Van Riper III
4838 Monroe Forest Dr.
Jacksonville, FL 32257

To:    Honorable Timothy Corrigan

Your Honor:

I am Dr. Scott Hollington's brother-in-law and the elder brother of Jeanne Marie Hollington, his wife. I am a retired law enforcement officer having served the citizens of Miami-Dade County honorably for almost twenty-six years – concurrently as a deputy sheriff and police sergeant. In those capacities, I have been called upon to give sworn, truthful testimony before hundreds of traffic magistrates and trial judges in proceedings in both County and Circuit Criminal Courts in the State of Florida. My name will not be found on any Brady list. There have been no cases in which I had to testify in the federal court system. I have also been deposed in a few civil cases as a witness, but never as a defendant. I have great respect for the American system of justice.

I have known Dr. Hollington since he was a student at the University of Miami School of Medicine – more than thirty years ago. He was dating, and did subsequently marry, my sister, Jeanne. I saw them weekly, taking the "starving students" out to dinner or bringing food and supplies to their apartment. I am suspicious – by nature of my chosen career – but I detected no antisocial behavior in him then or since. After leaving Miami, they lived in Jacksonville, Florida, and in Plymouth, Minnesota. During that time, I had limited personal contact, other than by phone, with my sister or Dr. Hollington.

In all my dealings with Dr. Hollington, I found him to be a very intelligent, focused individual with a high degree of both medical knowledge and general knowledge in a wide variety of disciplines. He was a medical officer in the United States Air Force and director of the base blood bank when he was stationed in San Antonio. For many years, he held trusted positions in a medical software company offering diagnostic software. He was principally involved in the writing and coding of that software and did not have interactions with patients during those years.

I was not asked to, nor did I attend the recently concluded trial involving Dr. Hollington before you. I have no reason to challenge the jury's verdicts of guilt. I also have no reason to doubt Dr. Hollington's long standing motivation to treat drug-addicted patients by reducing or eliminating their dependence on illegal drugs. I understand that even the actual patients* who testified against him at trial had to admit that they were helped by him, when questioned directly by the defense. This was no "pill mill", as Dr. Hollington has always maintained that all prescriptions were limited strictly in number and filled through national pharmacy chains. He was also limited in how many people he could treat with Buprenorphine.

*(not the decoy agents who were trained to falsely present medical histories as addicts)

Dr. Hollington has been employed continuously since his graduation from medical school. On returning to Florida, he even held several posts at one time for different behavioral medicine and

men's impotence clinics. Now, without authorization to practice medicine, he has found work in the hospitality industry to make ends meet given the uncertainty of long-term prospects with a custodial sentence hanging over him. I am an uncle to their two sons, Kevin and Brian. Kevin is developmentally delayed due to cerebral palsy and autism. While Kevin is considered high-functioning beyond all prognoses of his doctors, primarily thanks to the advocacy of his mother, he will always need the care and support of both of his parents.

I have known Dr. Hollington to be a devoted husband, father and son. He is primarily responsible, with support from his brother, for the care of his elderly widowed mother who is presently confined to a nursing home in St. Augustine. His brother resides in Texas and has had little day-to-day involvement. He has provided a comfortable home for his family and supported his wife who is a professional artist.

I have watched this trial wear heavily upon him, and without doubt, it has been a humbling experience for him. I have noticed a greater sense of humility in him of late. I have personally experienced Dr. Hollington's concern for my chronic medical conditions. On several occasions, he was able to prescribe appropriate medications that would have been delayed had I waited for an appointment with my primary care physician. When I found myself without a car waiting for a new vehicle to be delivered, I rented a car intending to drive it until my vehicle was available. Dr. Hollington generously offered the use of a spare car he owned. Several months passed before I was able to bring the car back to him and he asked for no payment in return.

Given Dr. Hollington's prior lack of criminality, his service to the nation as an Air Force officer and physician, his continuing obligations to and the support of his family, I contend that tremendous hardship would be caused by confinement in prison. A custodial sentence, rather than probation and community service, will inordinately and negatively affect his wife, disabled son, and his mother. He has marketable skills outside the medical profession which can be applied to benefit his family and society at large. I hope to be a stronger resource in helping him avoid any future misconduct.

I pray sincerely that you will temper justice with mercy in pronouncing sentence upon Dr. Scott Hollington.

Respectfully,


William B. Van Riper III

**Stephen Claypool**
4241 44th Ave S
Minneapolis, MN, 55406
(651) 280-5148
steve.claypool@gmail.com

August 6, 2023

**Honorable Timothy J. Corrigan**
District Court Judge
United States District Court
Middle District of Florida
Bryan Simpson United States Courthouse, Room 11-100
300 North Hogan Street
Jacksonville, Florida 32202
Re: United States v. Scott Andrew Hollington;
MDF Case No: 3:23-cr-00039-TJC-PDB

Dear Judge Corrigan,

I hope this letter finds you well. My name is Stephen Claypool, and I am a physician specializing in internal medicine and informatics. I reside in Minneapolis, MN, where I work at Juniper Health in the field of medical informatics. I am writing this letter in support of Dr. Scott Hollington, a colleague and friend with whom I had the pleasure of working for many years at Wolters Kluwer Health.

I served as Dr. Hollington's supervising physician at Wolters Kluwer, overseeing his work on medical software products. Beyond our professional relationship, we formed a strong bond, sharing family activities, game nights, and camping trips with our children over the years. Through this association, I have come to know Dr. Hollington as a trustworthy and compassionate individual.

Regarding the offenses for which Dr. Hollington has been convicted, I must admit that I do not have full knowledge of the specific details since our contact has reduced since his move to Florida. However, during a conversation last year when he visited Minnesota, we discussed his medical practice, and I gained insights into his genuine commitment to providing quality medical care, particularly addiction treatment, to his patients. He expressed his concerns about the lack of access to the medical system for many of his clients, and he sought to address not only addiction but also other psychiatric conditions,

especially depression, and other medical problems - he attempted a holistic approach to patient care to help his patients as best he could.

In addition to his dedication to his medical profession, Dr. Hollington has consistently demonstrated his hardworking nature and devotion to his family. As a father, he has been a constant pillar of support for his disabled adult son, showing remarkable patience and kindness in providing for his son's needs. I was truly impressed over the years and how he raised his son, which was a very challenging endeavor. Moreover, he has been a loving and caring husband to his wife and a responsible father to his other son.

Beyond his familial roles, Dr. Hollington has shown exceptional qualities in his interactions with the community. As a former boy scout leader, he actively engaged in mentoring and guiding young individuals offering friendship and support to those in need. As an example, he brought a teenager with Asperger's under his wing, inviting him to gaming sessions because the teenager had few friends. Even after his relocation to Florida, he continued to invest his time in inviting friends of his younger son to his clinic, providing them with a unique opportunity to explore the field of medicine and empowering them to make informed career decisions.

When Scott has an opinion that differs from others, he's always been very open minded in listening to the counter points and respectfully discussing differences. My adult children credit their childhood discussions with Scott for helping them to grow into open-minded adults, capable of analyzing the world. And Scott takes this attitude everywhere - a willingness to understand and consider differing opinions. I believe he would have applied this approach to his medical practice.

Based on my personal experiences and interactions with Dr. Hollington, I firmly believe that his actions were not driven by malevolence or greed. His dedication to practicing medicine was largely driven by a sincere desire to help those in need. I suspect he displayed an unwavering commitment to his patients' well-being and strived to make a positive impact in their lives.

Thank you for your attention to this matter. If there is any further information I can provide to support Dr. Hollington's case, please do not hesitate to reach out to me.

Respectfully,

Stephen Claypool, MD

Wendy Frankton
931 Springbank Ave
Orange City, FL 32763
386-957-2156
wfrankton@cfl.rr.com

August 3, 2023

Honorable Timothy J. Corrigan
District Court Judge
United States District Court
Middle District of Florida
Bryan Simpson United States Courthouse, Room 11-100
300 North Hogan Street
Jacksonville, Florida 32202

Re: United States v. Scott Andrew Hollington; MDF Case No: 3:23-cr-00039-TJC-PDB

Dear Judge Corrigan:

My name is Wendy Frankton. I work at Oasis Treatment Center as an evaluator and as a group facilitator. I've worked in the field of addiction for over 9 years. Two of my sisters have passed away because of addiction. I am also the parent of one of Dr. Scott Hillington's patients, Crystal Sanders. I met Dr. Scott Hollington in May of 2021 when I was referred by Dr. Ortolani to him for Crystal's mental health. When we first went to his office, we didn't realize he was an addiction specialist, we went to the appointment on the assumption he was a mental health doctor in for my daughter with Autism/Asperger's.

During my daughter's appointments I was always present, and I was always very satisfied with his treatment of my daughter. Dr. Scott Hollington made some wonderful recommendations for her, and they connected right away which at the end of the appointment he discussed how he is caretaker to his son who is Autistic as well. My daughter left that appointment excited that she was finally heard by someone in the medical field and that he understood exactly what she was feeling. This is why we returned to see him several times when he moved his office from Ormond Beach to St. Augustine which is 80 miles from us in Orange City.

I am aware of the offenses for which Dr. Hollington has been convicted though I am confident he was attempting to provide quality addiction advice and treatment for his patients. I want the court to understand Dr. Scott Hollington genuinely cares for and connects with his clients/patients and understands their issues. There aren't any doctors that we've met before or after him that have taken the time to listen to my daughter and understand her issues. I've also never known a doctor to give out his number so that his patients can reach him if they are in crisis and actually answer when you call with questions, which he did for us several times.

When imposing Dr. Scott Hollington's sentence, please take into consideration that he is sole caretaker to his son, provides financial and emotional support to his wife and financial support to his mother. I feel you should impose a sentence of probation so he can continue to provide the support his family needs.

Thank you for taking the time to read this to learn a little bit more about Dr. Scott Hollington. I am available to confirm the facts in this by phone or email.

Respectfully,

Wendy Frankton

From: **Ryan Murphy** <rmurphy02@gmail.com>
Date: Tue, Nov 1, 2022 at 7:00 AM
Subject: Personal Statement
To: <sawgrasshealth@gmail.com>

Dr. Hollington (or whoever may read this),

My name is Ryan, I work for the Dept of Defense - I have major depressive disorder along with a battle against addiction that's a constant fight.
I've been a patient of Dr. Hollington's going on 4 years now and I would like to say that he conducts himself in a very professional manner. There is no other place that actually has a tapering over time protocol like the one he lays out.
It's frustrating news to hear he will no longer be seeing patients, my heart breaks for the hundreds of professional people who now will go through a tremendous stressor of not having a doctor to provide marine e relief for the time being.
It goes beyond the law, this affects hundreds or people 's daily lives, I only wish the right thing to be done and that would be to become acquitted of all charges.
I made this statement on my own intention once hearing on the radio that Dr Hollington was arrested. What a shame, a Dr that helps elope get off drugs is drug through the ringer, and this isn't the first time, they've had it out for him for years. I'm sure the Covid situation provided the perfect opportunity to make an arrest when no one knew exactly how to go about seeing a doctor .

Reach out to me anytime doc! I'll make a longer statement, this is not fair.

Ryan Murphy
207-764-8440

Sent from my iPhone

**Wendy M Peele**

2202 Windjammer Ln
Saint Augustine, Fl. 32084
904-923-5577

Honorable Timothy J Corrigan
District Court Judge
United States District Court
Middle District of Florida
Bryan Simson United States Court House, Room 1100-11
300 North Hogan Street
Jacksonville, Florida 32202

August 6th, 2023

Re:     United States v. Scott Andrew Hollington
        MDF Case No: 3:23-cr-00039

Dear Judge Corrigan:

Please allow me to introduce myself, I am the next-door neighbor to the Hillington's. I retired in 2000 from 25 years of practice and the University of North Florida after 9 years as an Assistant Professor of Physical Therapy in the College of Medicine.  Afterwards my husband, now deceased, and I were actively involved in several Real Estate businesses.  We spent twenty years doing horizontal land development and selling real estate in Ashville, NC., Saint Augustine, Tampa/ St Petersburg, and The Bahamas.

My Town home is connected to that of the Hillington's. As a neighbor for the past 3 years. Scott, Jeanne and Kevin have become dear friends, sharing family get togethers frequently.  As I live alone, I am always included for dinners or outings.

As I have practiced physical medicine as a therapist, Department Head, and Director of Physical Therapy Admission before I retired, I consider that I have an elevated level of *understanding common acceptable medical practice and ethics standards in Florida*. I taught them to my cohorts of students as the Academic Coordinator of Clinical Practice for 9 years at UNF, and the prior 15 years at Cleveland State University.

Dr Scott Hollington and I have discussed on many occasions the difficulties in treating physically and mentally Challenged patients due to trauma, addiction and/ or including impaired discernment. I cannot accept that he would knowingly mis prescribe or willfully harm his patients. You'll never hear the success stories of changed lives. Dr Hollington has never been in the slightest off color or inappropriate in my presence.

Furthermore, I have witnessed the incredible interaction of Scott with his 31-year-old autistic son. Including both when Kevin is calm and loving, and when Kevin is trigger, an extreme episodic yelling

occurs. Holding his head tightly with his hands try to make the trigger stop and shut out the world he cannot understand or s! process.

Scott can calmly diffuse and distract, talking Kevin down to a calm state. This child/man Kevin has only survived by the incredible loving care of his parents. Most would be afraid of him not seeing the child within and neglect him.

Kevin's has extensive physical and medical issues and frequently in extreme pain as lifelong kidney, bladder, and bowel dysfunction requiring catheterization each morning.

I would ask Your Honor to have the Florida Medical Board review the medical charges as to **the Common Standards of Medical Practice in the State of Florida**. That is a true judgement made by one's peers.

I do not dismiss or disparage salacious testimony of patients, nor naive to think they would not attack those trying to help them. Usually, it is the addict soliciting medications under false offering sex for drugs. The treatment is painful, and the trauma deeply distorts reality.

As to the undercover testimony, I would have to read or listen to their testimony and assess if entrapment might have occurred.

Both Jeanne and Scott are a team and have put their oldest son's needs before their own. They are faithful and strong practicing Catholics. Kevin Loves the mass and knows all the liturgy and priests, as he attends mass 2-3 times a week.

The Hillington's are an incredible family whose grace and kindness have managed many difficulties with love and compassion.

The Removal of Scott from the home and the loving safe space is a punishment that would be the worst tragedy for Kevin, leaving Jeanne in a desperate situation.

This is a first offense with no prior charges of malpractice or patient complaint. The defense never presented their expert or character witnesses thus colluded his defense in only one day is a travesty.

Respectful to you your honor Judge Corrigan, a decision of leniency in the form **of PROBATION** would balance the punishment that has already been exacted in the press, financially, the loss of Scott's medical license, and loss of reputation and now the brake-up of the family unit is catastrophic.

Scott's absence would endanger Kevin's life and survivability. Jeanne is a loving wife and mother. The total care and management of Kevin without his father is a cruel punishment, certainly not justice commensurate for an error in judgement or a first-time offense.

Due to the difficulties treating addict patients, very few clinics solely treat their underlying physical and emotional trauma, Dr Hollington tried. Only when Dr Hollington was stopped from treating his patients did a young girl and older women die for lack of critical care.

The Law is the Law. Medicine is not as absolute or exact. Doctors are held to the hypocritic oath, of course. The critical pathways of treatment vary at each step towards a diagnosis. The standards of practice are set by the Florida State Board. Their review initially said no malpractice occurred.

DocuSign Envelope ID: D2896FAE-D76E-4728-9BCB-871F7F9AFDF8 PageID 3864

Acceptable modes of treatment are determined by physicians as to Common standards of practice. A jury would not be aware that a physician or medical personnel are Not required to provide exceptional or beyond usual standards of practice.   Sentencing of probation is a reasonable judgement to satisfy justice and a reasonable punishment.

Respectfully,

Wendy M Peele, retired.

DocuSign Envelope ID: D2896FAE-D76E-4728-9BCB-871F7F9AFDF8    PageID 3865

Abraham Kochba
2203 Windjammer Lane
St. Augustine, Florida

Honorable Timothy J. Corrigan
District Court Judge
United States District Court
Middle District of Florida
Bryan Simpson United States Courthouse, Room 11-100
300 North Hogan Street
Jacksonville, Florida 32202

Re: United States v. Scott Andrew Hollington;
    MDF Case No: 3:23-cr-00039-TJC-PDB

Dear Judge Corrigan:

My name is Abraham Kochba, I am 72 years old, married to my wife Elizabeth for over 45 years, a father to 3 children and a grandfather to one granddaughter. We have owned our home in Saint Augustine for 18 years, and have been residents of Saint Johns County since I retired in 2020, after working in the family business I started 45 years ago.

I have known Dr. Hollington and his family for approximately 15 years. Dr. Hollington has been a great neighbor, always pleasant, friendly and respectful. Over the years, I learned how devoted and dedicated he was to his family, especially to his son, a special needs person, who couldn't ask for more loving and supportive parents.

From the many conversations I had with Dr. Hollington, I learned how enthusiastic he was about his work in the clinic, and how much he cared about his patients. It was obvious to me that Dr. Hollington's life mission was about helping people rather than profiting from his practice.

As a result of the reasons I have noted above, learning about the offenses for which Dr. Hollington has been convicted, has come to me as a complete surprise, if not a shock. In my opinion, the allegations against Dr. Hollington is in complete contradiction to his compassion and charachter. I believe that his intentions might have been misconstrued, and I am confident he was always attempting to provide quality addiction advice and treatment for his patients.

In writing this letter, I humbly ask the Honorable judge to take into consideration Dr.

Hollington's lifelong work to help the community. I truly believe that perhaps, by imposing a probation sentence, justice would be served, and more importantly, would allow Dr. Hollington to be able to provide to his family and to continue to be a valuable member of our community.

Respectfully,

Abraham Kochba

Scott Poellinger
16415 38th Avenue North
Plymouth, MN 55446

Honorable Timothy J. Corrigan
District Court Judge
United States District Court
Middle District of Florida
Bryan Simpson United States Courthouse, Room 11-100
300 North Hogan Street
Jacksonville, Florida 32202

Re:    United States v. Scott Andrew Hollington;
        MDF Case No: 3:23-cr-00039-TJC-PDB

Dear Judge Corrigan:

I am writing to you as a reference for Dr. Scott Hollington. I worked with Dr. Hollington at a
software startup company called ProVation Medical from 2001 to 2006. I served as the
Company's financial Controller and Dr. Hollington worked as a medical content/data base expert
within the software development team. During the six years we worked together, Dr. Hollington
and I both lived in the suburb of Plymouth and would carpool together multiple times per week
to take advantage of the high-occupancy vehicle (HOV) lane on the interstate leading into
Minneapolis where the Company was located. As a result of this, we spent numerous hours
together and I got to know Dr. Hollington on a close personal level.

In addition to carpooling together, Dr. Hollington and I spent time socially with our families
outside of work. My wife Karin and I have three children that were born in 2000, 2002, and
2004. Our first two children had developmental issues early in life that were challenging for us
to navigate as inexperienced parents. During this time, Dr. Hollington was immensely supportive
and a wonderful resource. Dr. Hollington's son Kevin has cerebral palsy and is several years older
than our children. Having raised a son with cerebral palsy, Dr. Hollington dealt with many
medical specialists and navigated challenges within the school district. As a result of this, he was
very empathetic to our situation and provided inciteful advice. My wife and I will forever be
grateful for having him in our lives during these years.

I left ProVation in 2006 and have subsequently worked at several companies as an accounting
and finance professional. Dr. Hollington and I have remained friends since I left ProVation
Medical. We saw each other regularly while he lived in the Twin Cities and would speak once or
twice per year by phone when he moved to Florida.

I recognize the significance of the offenses Dr. Hollington has been convicted of and his pending sentencing. While I cannot speak to Dr. Hollington's conduct within his clinic, I can say that in all of my interactions with him, he has been above board and contributed positively to the Twin Cities community. A good example of this would be his role as a Cub Scout den leader for both Kevin and his other son, Brian. While I never attended a scout meeting, I did observe the planning for the meetings and efforts he made to create interesting content and experiences for the boys. Similarly, I have always observed him being supportive of his wife Jean and her pursuit of her work as an artist. While Dr. Hollington has been convicted of wrongdoing, based on my experience with him, I would speculate that he was well-intended trying to help people he thought had addiction issues.

I would ask/advocate on behalf of Dr. Hollington that he be given a probation sentence. Given the very high level of support required to care for his son Kevin, a prison sentence would make it extremely difficult for his wife Jean to manage this responsibility on her own. The Scott Hollington that I know is a compassionate, caring individual that was always very supportive of me and my family. I appreciate your consideration.

Respectfully,

Scott Poellinger

Jeanne Hollington
2201 Windjammer Lane
St. Augustine, FL  32084

January 23, 2025

To:  Honorable Timothy J. Corrigan

Re:  United States v. Scott Andrew Hollington

Your Honor,

My husband, Scott Hollington, was convicted of 19 felonies in a trial over which you presided.  Respectfully, I find myself unable to reconcile the portrayal of the person whom the media describes as a monster who operated a sleazy pill mill and the man whom I know, whom I love, and to whom I have been married for over 32 years.

Scott has been a loving husband to me and a loving father to our two sons.  Despite the many difficulties in raising a son who suffers from cerebral palsy, autism and who for many years struggled with extreme behavioral problems, Scott put his family first.  We stayed on in Minnesota, despite better opportunities elsewhere, so that we could maintain a stable home environment and keep our sons in the same school district for their formative years.  In Minnesota, our older son, Kevin, was able to attend the first of its kind charter school for students with autism, Lionsgate Academy, where he found real peer friendships for the first time in his life (at 15 years of age) and learned coping skills to manage his extreme sensory deficits.  Scott never gave up on his family, even through some really awful times.  Divorce in parents of children with autism is the norm.  Most of the families we knew involved single parents struggling to support their children.

Due to Kevin's high need for care, we have always relied solely upon one income.  We moved to Saint Augustine about 10 years ago, mainly because my aging father needed our help.  Scott was instrumental in securing great medical care for my Dad, especially after he broke his femur.  After my father's physical rehabilitation concluded at RiverGarden, we welcomed him into our home for his remaining recovery time.  We also invited Scott's aging parents to relocate from Boise to live close to us, because his father had begun the tragic downward spiral into dementia.

My husband has consistently supported and cared for the medical needs of our extended families.  Both of our fathers have passed away, but Scott continued to see his frail mother at least once a week – until his unfortunate state arrest, and a bond we could not afford.  Typically, they wold lunch together on Mondays at her favorite restaurant near her living facility.

I know Scott as a truly decent man.

In recent years, I have been able to embark on my dream of being a professional fine art painter, while Kevin continues to live with us, and needing around the clock supervision.  Scott has taken on as many as 5 different jobs at once, just to maintain our mortgage and our lives in Saint Augustine.

Scott began his addiction treatment practice, because he believed he could help to relieve the suffering of the drug addicted homeless and disenfranchised in our community, and help them avoid dying of overdoses, or bad street drugs. Many families have been reunited and many individuals regained productive lives, due to his medical assistance.

Despite their claim to have been actively investigating my husband for 1 1/2 years, the DEA has been threatening to close the doors of his clinic since the beginning. Although Scott consistently cooperated with their repeated requests to limit his prescriptions, the DEA chose to raid my home on October 28, 2022. They terrified my disabled adult son, who was napping at the time. He was awakened by an agent who was brandishing a loaded weapon. The DEA refused my request to accompany them to my son's room, so that I could help them to communicate what they required of him. When they discovered that my son was frozen in fear, they relented and I found Kevin with his blanket pulled up to his chin and he was shaking. They additionally physically threatened assault against my husband, because he did not stand up quickly enough to suit them. Then they handcuffed him and stood him in our driveway in the rain for over an hour, as they searched our home. The timing of a Friday afternoon raid ensured that my husband would not have the opportunity to secure a lawyer to offer advice until Monday. I was certain that this entire siege was some sort of error.

To my extensive knowledge, Scott has always been a caring and gifted physician who has sought the best treatments for his patients. In his career, he worked diligently to stay current on medical literature and best practices. He has only ever spoken with concern and compassion about the addiction patients who sought his care.

Your Honor, please show mercy and leniency as you consider sentencing. Please review Mr. Fallgatter's cross examinations of the prosecution's witnesses. I could not attend the trial because I was unable to secure care for Kevin in my absence, but Mr. Fallgatter assures me that he vigorously defended Scott. I would be happy to speak with you if you have any questions for me that may assist you in making your decisions.

Since Scott has now received a three-year state sentence, which he agreed to take as a compromise, since he was stuck without bond, and we assumed we could survive that sentence, I am respectfully asking Your Honor to impose a sentence that does not leave Scott with yet more time away from his family. He is essential to our care for Kevin.

Respectfully,


Jeanne Hollington


139062


2