☐ Probation Violator
☐ Community Control Violator
☐ Retrial
☐ Resentence

STATE OF FLORIDA

v.

SCOTT A HOLLINGTON

In the Circuit Court, 7th Judicial Circuit
in and for Volusia County, Florida
Division CRIMINAL 40
Case Number 2023 304283 CFDB

## JUDGMENT

The defendant, SCOTT A HOLLINGTON, being personally before this court represented by MEGAN LOPEZ, the attorney of record, and the state represented by HELEN SCHWARTZ, and having

☐ been tried and found guilty by jury of the following crime(s)
☐ entered a plea of guilty to the following crime(s)
☒ entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree of Crime | Case Number | OBTS Number |
|---|---|---|---|---|---|
| 1 | FELONY BATTERY | 784.03(1) | F/T | 2023 304283 CFDB | |

☒ and no cause being shown why the defendant should not be adjudicated guilty, **IT IS ORDERED THAT** the defendant is hereby **ADJUDICATED GUILTY** of the above crime(s)

☐ and good cause being shown; **IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.**

☒ and having been convicted or found guilty of, or having entered a plea of nolo contendere or guilty, regardless of adjudication, to an offense specified in section 943.325, Florida Statutes, the defendant shall be required to submit blood or other biological specimens.

STATE OF FLORIDA
v.

SCOTT A HOLLINGTON                                              Case Number 2023 304283 CFDB

## FINGERPRINTS OF DEFENDANT

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
|---|---|---|---|---|
| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the defendant, SCOTT A HOLLINGTON and that they were placed thereon by the defendant in my presence this 24 day of October, 2024.

_____
Court Officer/Authorized Employee

Page 2 of 6

# SENTENCE

( As to Count  1  )

The defendant, being personally before this court, accompanied by the defendant's attorney of record, MEGAN LOPEZ, and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown

**(Check one if applicable.)**

- ☐ and the Court having on _____ deferred imposition of sentence until this date
- ☐ and the Court having previously entered a judgment in this case on _____ now resentences the defendant
- ☐ and the Court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control.

**It is The Sentence Of The Court that:**

- ☐ The defendant pay a fine of $ _____, pursuant to section 775.083, Florida Statutes, plus $ _____ as the 5% surcharge required by section 938.04, Florida Statutes.
- ☒ The defendant is hereby committed to the custody of the Department of Corrections.
- ☐ The defendant is hereby committed to the custody of the Sheriff of Volusia County, Florida.
- ☐ The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida statutes.

**To Be Imprisoned (Check One; unmarked sections are inapplicable.):**

- ☐ For a term of natural life.
- ☒ For a term of  3 YEARS .
- ☐ Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this order.

**If "split" sentence, complete the appropriate paragraph.**

- ☐ Followed by a period of _____ on probation under the supervision of the Department of Corrections according to the terms and conditions of supervision set forth in a separate order entered herein.
- ☐ However, after serving a period of _____ imprisonment in _____, the balance of the sentence shall be suspended and the defendant shall be placed on probation for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation/community control set forth in a separate order entered herein.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.

## SPECIAL PROVISIONS ( As to Count 1 )

**Mandatory/Minimum Provisions:**   By appropriate notation, the following provisions apply to the sentence imposed:

| | | |
|---|---|---|
| Firearm | ☐ | It is further ordered that the 3-year minimum imprisonment provisions of §775.087(2), Florida Statutes, is hereby imposed for the sentence specified in this count. |
| Drug Trafficking | ☐ | It is further ordered that the _____ mandatory minimum imprisonment provisions of §893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count. |
| Controlled Substance Within 1,000 Feet of School | ☐ | It is further ordered that the 3-year minimum imprisonment provisions of §893.13(1)(c)1, Florida Statutes, is hereby imposed for the sentence specified in this court. |
| Habitual Felony Offender | ☐ | The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of §775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court. |
| Habitual Violent Felony Offender | ☐ | The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of §775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings of the court are set forth in a separate order or stated on the record in open court. |
| Three-time Violent Felony Offender | ☐ | The defendant is adjudicated a three-time violent felony offender and has been sentenced to an extended term in accordance with the provisions of §775.084(4)(c), Florida Statutes. It is further ordered that the _____ year mandatory minimum imprisonment provisions of s. 775.084(4)(c) is hereby imposed for the sentence specified in this count. The requisite findings of the court are set forth in a separate order or stated on the record in open court. The defendant shall be released only by expiration of sentence and shall not be eligible for parole, control release, or any form of early release. |
| Violent Career Criminal | ☐ | The defendant is adjudicated a violent career criminal and has been sentenced to an extended term in accordance with the provisions of §775.084(4)(d), Florida Statutes. A minimum term of _____ years must be served prior to release. The requisite findings of the court are set forth in a separate order or stated on the record in open court. The defendant is not eligible for any form of discretionary early release, other than pardon or executive clemency, or conditional medical release pursuant to s. 947.149, Florida Statutes. |
| Law Enforcement Protection Act | ☐ | It is further ordered that the defendant shall serve a minimum of _____ years before release in accordance with §775.0823, Florida Statutes. |
| Capital Offense | ☐ | First Degree Murder **Prior to** 05/25/94 and Other Capital Felonies **Prior to** 10/01/95. It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of §775.082(1), Florida Statutes. |
| | ☐ | First Degree Murder **After** 05/25/94 and Other Capital Felonies **After** 10/01/95. It is further ordered that the defendant shall be ineligible for parole in accordance with the provisions of §775.082(1), Florida Statutes. |
| Short-Barreled Rifle Shotgun, Machine Gun | ☐ | It is further ordered that the 5-year minimum provisions of §790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count. |
| Continuing Criminal Enterprise | ☐ | It is further ordered that the 25-year minimum sentence provisions of §893.20, Florida Statutes, are hereby imposed for the sentence specified in the count. |
| Dangerous Sexual Felony Offender | ☐ | The defendant is adjudicated a dangerous sexual felony offender. This finding of the court was stated in open court or set forth in a separate order. A minimum term of _____ years must be served prior to release in accordance with §794.015(2)(e), Florida Statutes. The defendant is not eligible for gain-time or any form of discretionary early release, other than pardon, executive clemency or conditional medical release, before serving the minimum sentence. |
| Sexual Offender | ☐ | It is further ordered that the defendant shall register as a sexual offender pursuant to §943.0435, Florida Statutes. |

Page 4 of 6

**Mandatory/Minimum Provisions Continued:**

| | | |
|---|---|---|
| Sexual Predator | ☐ | It is further ordered that the defendant is found to be a sexual predator pursuant to §775.21, Florida Statutes. This finding by the court is set forth in a separate order. |
| Prison Releasee Reoffender: | ☐ | The defendant is adjudicated a prison releasee reoffender and has been sentenced to an extended term in accordance with §775.082(9)b, Florida Statutes. The defendant must serve 100 percent of this sentence and shall not be eligible for parole, control release, or any form of early release. |
| <u>Firearm 10-20-Life:</u> Possess | ☐ | It is further ordered that the defendant shall serve a minimum of 10 years before release in accordance with §775.087(2)(a)1, Florida Statutes. The defendant is not eligible for statutory gain-time under §944.275, Florida Statutes, or any form of discretionary early release prior to serving the minimum sentence. |
| Discharge | ☐ | It is further ordered that the defendant shall serve a minimum of 20 years before release in accordance with §775.087(2)(a)2, Florida Statutes. The defendant is not eligible for statutory gain-time under §944.275, Florida Statutes, or any form of discretionary early release prior to serving the minimum sentence. |
| Death or Great Bodily Harm | ☐ | It is further ordered that the defendant shall serve a minimum of 25 years before release in accordance with §775.087(2)(a)3, Florida Statutes. The defendant is not eligible for statutory gain-time under §944.275, Florida Statutes, or any form of discretionary early release prior to serving the minimum sentence. |

**Other Provisions**

| | | |
|---|---|---|
| Retention of Jurisdiction | ☐ | The court retains jurisdiction over the defendant pursuant to section 947.16(4), Florida Statutes (1983). |
| Jail Credit | ☒ | It is further ordered that the defendant shall be allowed a total of <u>401</u> days as credit for time incarcerated before imposition of this sentence. |

## CREDIT FOR TIME SERVED IN RESENTENCING AFTER VIOLATION OF PROBATION OR COMMUNITY CONTROL

☐ It is further ordered that the defendant be allowed _____ total days time served (Jail Credit) between the original date of arrest and this sentencing. This includes Jail time served from original arrest to release to probation or community control as well as, VOP arrest to resentencing. No duplicate credit shall be given. The Department of Corrections shall compute and apply credit for time served in state prison and unforfeited gain time previously awarded on case/count _____.

**(Offenses committed before October 1, 1989)**

☐ It is further ordered that the defendant be allowed _____ total days time served (Jail Credit) between the original date of arrest and this sentencing. This includes Jail time served from original arrest to release to probation or community control as well as, VOP arrest to resentencing. No duplicate credit shall be given. The Department of Corrections shall compute and apply credit for time served in state prison and unforfeited gain time previously awarded on case/count _____.

**(Offenses committed between October 1, 1989 and December 31, 1993)**

☐ The Court deems the unforfeited gain time previously awarded on the above case/count forfeited under Section 948.06(7).

☐ The Court allows unforfeited gain time previously awarded on the above case/count. (Gain time may be subject to forfeiture by the Department of Corrections under Section 944.28(1).

☐ It is further ordered that the defendant be allowed _____ total days time served (Jail Credit) between the original date of arrest and this sentencing. This includes Jail time served from original arrest to release to probation or community control as well as, VOP arrest to resentencing. No duplicate credit shall be given. The Department of Corrections shall compute and apply credit for time served in state prison only pursuant to section 921.0017, Florida Statutes, on case/count _____.

**(Offenses committed on or after January 1, 1994)**

**Other Provisions, continued:**

Consecutive/Concurrent ☐ It is further ordered that the sentence imposed for this count ____ shall run
As to Other Counts     (check one) ___ consecutive to ____ concurrent
                       with the sentence set forth in count _____ of this case.

Consecutive/Concurrent ☒ It is further ordered that the composite term of all
As to Other Convictions   sentences imposed for the counts specified in this order shall run

(Check one) ____ consecutive to **X** concurrent with the following:
(check one)

☒ any active sentence being served.

☐ specific sentences:

In the event the above sentence is to the Department of Corrections, the Sheriff of Volusia County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the department together with a copy of this judgment and sentence and any other documents specified by Florida Statute.

The defendant in open court was advised of the right to appeal from this sentence by filing notice of appeal within 30 days from this date with the clerk of this court and the defendant's right to the assistance of counsel in taking the appeal at the expense of the State on showing of indigency.

In imposing the above sentence, the court further recommends:

DONE AND ORDERED in open court at Volusia County, Florida, this <u>24</u> day of <u>October</u>, <u>2024</u>.

10/25/2024 12:03 PM

_____

e-Signed 10/25/2024 12:03 PM

ELIZABETH A BLACKBURN

Circuit Judge

Page 6 of 6

Case#: **2023 304283 CFDB**

**COPIES TO:**

Counsel for the state: **eService**

Counsel for the defendant: **eService**

I do certify that a copy hereof has been furnished to counsel for the state and the defendant by the method indicated above, done this **28** day of **October**, **2024**.

Laura E. Roth
CLERK OF CIRCUIT COURT

BY: Stephanie Spadea

eSigned: 10/28/2024 09:17 AM 2023 304283 CFDB