UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:22-cr-141-TJC-PDB

SCOTT ANDREW HOLLINGTON

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, states to the Court as follows:

1. An Indictment is pending in this Court against Scott Andrew Hollington in the above styled case, and it is set for Sentencing as to said defendant at Jacksonville, Florida, on February 6, 2025 at 10:00 a.m.

2. The defendant is now confined in Central Florida Reception Center, East Unit.

3. It is necessary to have said defendant before this Court for Sentencing as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said defendant and have him before this Court at the time and place above specified for Sentencing, and upon completion of proceedings in this case to return the said defendant to the custody of the Warden, of the Central Florida Reception Area, East

Unit, and also directing the said Warden, of the Central Florida Reception Area, East Unit, to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

Date: January 29, 2025

                                           Respectfully submitted,

                                           ROGER B. HANDBERG
                                           United States Attorney

By:   */s/ Kirwinn Mike*
       KIRWINN MIKE
       Assistant United States Attorney
       Florida Bar No. 0127588
       300 N. Hogan Street, Suite 700
       Jacksonville, Florida 32202
       Telephone:  (904) 301-6300
       Facsimile:   (904) 301-6310
       E-mail: Kirwinn.Mike@usdoj.gov