UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 3:22-cr-141-TJC-PDB

SCOTT ANDREW HOLLINGTON

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   ANY UNITED STATES MARSHAL; and

Warden, of the Central Florida Reception Center, East Unit

It appearing from the petition of the United States of America that the defendant in the above case, Scott Andrew Hollington, is confined in Central Florida Reception Center, East Unit at Orlando, Florida, and that this case is set for Sentencing as to said defendant on February 6, 2025, at 10:00 a.m., and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said Scott Andrew Hollington now detained in custody as aforesaid, under safe and secure conduct, before this Court on February 6, 2025, at Jacksonville, Florida, by or before 10:00 a.m., for Sentencing on criminal charges pending against him in this cause.

And this is to command you, Warden, of the Central Florida Reception, East Unit, to deliver into custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, that upon completion of all further proceedings in this case that you return Scott Andrew Hollington with all convenient speed, under safe and secure conduct to the custody of the Warden, of the Central Florida Reception, East Unit.

DONE and ORDERED at Jacksonville, Florida, this 29th day of January 2025.

_____
PATRICIA D. BARKSDALE
United States Magistrate Judge


c: United States Marshals Service (4 certified)