# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

## HONORABLE TIMOTHY J. CORRIGAN

| | |
|---|---|
| CASE NO.  3:22-cr-141-TJC-PDB | DATE: February 6, 2025 |
| TITLE:  USA v. Scott Andrew Hollington | |
| TIME:  10:05 a.m. - 12:11 p.m. | |
| TOTAL:  2 hour 6 minutes | |

| Courtroom Deputy: Timothy Luksha | Court Reporter: Heather Randall |
|---|---|
| Probation: Irish Anderson | |
| Counsel for Government:  Kirwinn Mike  Ashley Washington | |
| Counsel for Defendant:  Curtis Fallgatter | |

## CLERK'S MINUTES – Sentencing Hearing

Court in session and counsel identified for the record.

Defendant previously adjudicated guilty as to **Counts Two, Three, Four, Five, Six, Seven, Eight, Nine, Ten, Eleven, Twelve, Thirteen, Fourteen, Fifteen, Sixteen, Seventeen, Eighteen, Nineteen, Twenty of the Superseding Indictment.**

Defendant's Motion for Post-Verdict Judgment of Acquittal (Doc. 200) and Defendant's Motion for New Trial (Doc 201), to which the government responded in opposition (Doc 210), are **DENIED.**

The sentencing hearing commenced. For the reasons stated on the record, the imposition of sentence is continued until further order of the Court.

Government's Exhibits: 1, 2

Order to enter.