**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                                                          Case No. 3:22-cr-141-TJC-PDB

SCOTT ANDREW HOLLINGTON

## O R D E R

**THIS CASE** came before the Court for a sentencing hearing on February 6, 2025. For the reasons stated at the hearing, the Court denied Defendant's motions (Docs 200, 201, and 220). Accordingly, is it

**ORDERED:**

1. Defendant's Motion for Post-Verdict Judgment of Acquittal (Doc. 200) and Defendant's Motion for New Trial (Doc 201), to which the government responded in opposition (Doc 210), are **DENIED.**

2. Defendant's Motion to Vacate Conditions of Release (Doc 220), to which the government responded in opposition (Doc 222), is **DENIED.**

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of February, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

tl.
Copies:
Counsel of record