# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:22-cr-141-TJC-PDB

SCOTT ANDREW HOLLINGTON

## O R D E R

**THIS CASE** came before the Court for a sentencing hearing on February 6, 2025. The sentencing hearing proceeded, and for the reasons stated on the record, the imposition of sentence was deferred until further order of the Court. Accordingly, it is hereby

**ORDERED:**

1. Defendant's sentencing hearing will resume on **March 17, 2025, at 10:00 a.m.,** before the undersigned in Courtroom No. 10D, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida.

**2.** The parties are not required to but may file a brief regarding an upward variance, due no later than **March 7, 2025.**

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of February, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

tl.
Copies:
Counsel of record

2