UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SCOTT ANDREW HOLLINGTON,

       Defendant
_____/

Case No.: 3:22-cr-141-TJC-PDB

**UNOPPOSED**
**MOTION TO CONTINUE MARCH 17, 2025 SENTENCING HEARING**

COMES NOW the Defendant, Scott Andrew Hollington, by and through his undersigned counsel, and, respectfully files this Motion to Continue the March 17, 2025 Sentencing Hearing, and in support thereof, states as follows:

1. On February 6, 2025, the scheduled sentencing hearing was conducted in this case.

2. However, the Court determined to continue the sentencing, for the reasons stated on the record.

3. That new date is March 17, 2025. Doc. 251.

4. Undersigned counsel has a previous commitment that entire week (of March 17, 2025), to be in North Carolina, taking care of 5 of his 6 grandchildren (ages 2½ to 11), of his daughter, due to the fact that she and her husband are

attending a wedding in Ireland, where my daughter is the Maid of Honor in a wedding of one of her fellow Navy Academy graduates (who is an F-18 pilot on active duty in the Navy). As expected, our daughter was not able to commit to be the Maid of Honor, without the commitment of undersigned counsel (and his wife) to undertake these grandparent responsibilities. Having given our daughter that commitment, she and her husband have booked the flights (for them and their new-born son) to Ireland, and booked hotel and other travel accommodations.

5. Counsel has conferred with the government, and Assistant United States Attorney Kirwinn Mike, Esq. has permitted counsel to inform the Court the government has no objection to this request.

WHEREFORE, it is respectfully requested that this Court grant this motion, and re-set this hearing for another date and time, convenient for the Court.[1]

> Respectfully submitted,
>
> **FALLGATTER & CATLIN, P.A.**
>
>   /s/ Curtis S. Fallgatter
> Curtis S. Fallgatter, Esq.
> Florida Bar Number: 0213225
> 200 East Forsyth Street
> Jacksonville, Florida 32202
> (904) 353-5800 Telephone

---

[1] Counsel respectfully informs the Court that he has a conflict with other hearings on February 24, 2025 and February 27, 2025.

(904) 353-5801 Facsimile
fallgatterlaw@fallgatterlaw.com Email
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to: (1) Kirwinn Mike, Esq., Assistant United States Attorney, (2) Ashley Washington, Esq., Assistant United States Attorney, Office of the United States Attorney, 300 North Hogan St., Ste. 700, Jacksonville, FL 32202 (kirwinn.mike@usdoj.gov and ashley.washington2@usdoj.gov), and (3) Ms. Irish Anderson, Senior Probation Officer, United States Probation Office (irish_anderson@flmp.uscourts.gov), this 6th day of February, 2025.

                                            /s/ Curtis S. Fallgatter
                                            ATTORNEY

155899