UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 3:22-cr-141-HES-PDB

SCOTT ANDREW HOLLINGTON
_____/

**DEFENDANT'S NOTICE OF FILING –
SUPPLEMENTAL CHARACTER LETTER**

Comes now the Defendant, Scott Andrew Hollington, by and through his undersigned counsel, and hereby files the attached supplemental character letter from Mr. Steven A. Hollington.

Respectfully submitted,

**FALLGATTER & CATLIN, P.A.**

  /s/ Curtis S. Fallgatter
Curtis S. Fallgatter, Esq.
Florida Bar No:  0213225
200 East Forsyth Street
Jacksonville, Florida 32202
(904) 353-5800 Telephone
(904) 353-5801 Facsimile
fallgatterlaw@fallgatterlaw.com Email
Attorneys for Defendant

Exhibit A – Character Letter from Mr. Steven A. Hollington

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to: (1) Kirwinn Mike, Esq., Assistant United States Attorney (*kirwinn.mike@usdoj.gov*); and (2) Ashley Washington, Esq., Assistant United States Attorney (*ashley.washington@usdoj.gov*), this 14th day of March, 2025.

                                              /s/ Curtis S. Fallgatter
                                              ATTORNEY

156441