UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.: 3:22-cr-141-TJC-PDB

SCOTT ANDREW HOLLINGTON
_____/

**(1) MOTION TO WITHDRAW**
**(2) MOTION TO PROCEED WITH APPEAL IN FORMA PAUPERIS**
**AND**
**(3) MOTION TO APPOINT APPELLATE COUNSEL**

COMES NOW the Defendant, Scott Andrew Hollington, by and through his

undersigned counsel, and hereby respectfully (1) moves to permit Curtis S. Fallgatter,

Esq., with the law office of Fallgatter & Catlin, P.A., to withdraw as counsel of record

for Dr. Hollington, (2) moves for leave for Dr. Hollington to proceed with his appeal,

*in forma pauperis*, and (3) moves to appoint counsel to represent Dr. Hollington for

purposes of appeal of the trial, and/or related issues, his conviction, his judgment and

his sentence (to be imposed on March 28, 2025), and in support hereof, states as

follows:

1.      On November 4, 2022, Curtis S. Fallgatter, Esq., and Fallgatter & Catlin,

P.A., filed its Notice of Appearance (Dkt. 17), after being retained by Dr. Hollington,

to represent him "for purposes of all proceedings before the United States District

Court." Thus, this Notice was for the limited purpose of representing Dr. Hollington in the proceedings before the United States District Court – not any appellate proceedings.

2.     Dr. Hollington is now indigent (and was designated indigent by the State Court in his State prosecution), and does not have any funds to proceed with an appeal regarding the matters set forth above.

3.     Fed. R. App. P. 24(a), permits this Honorable Court to grant leave for Dr. Hollington to proceed *in forma pauperis*.  Indeed, Dr. Hollington has been indigent for most of the last two years, and, as noted, was declared indigent in the State proceedings that led to the delay in the sentencing in this case.

4.     As requested by Dr. Hollington, counsel will timely file his notice of appeal (should appellate counsel not be appointed in time), but requests the Court to appoint Dr. Hollington appellate counsel to represent him with all appellate proceedings.

WHEREFORE, undersigned counsel respectfully requests this Court enter an order (1) granting counsel leave to withdraw as counsel in this matter, (2) permitting Dr. Hollington leave to proceed with an appeal, *in forma pauperis*, and (3) appointing counsel to assist Dr. Hollington with his appeal.

Respectfully submitted,

2

**FALLGATTER & CATLIN, P.A.**

  /s/ Curtis S. Fallgatter
Curtis S. Fallgatter, Esq.
Florida Bar No:  0213225
200 East Forsyth Street
Jacksonville, Florida 32202
(904) 353-5800 Telephone
(904) 353-5801 Facsimile
fallgatterlaw@fallgatterlaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to:  Kirwinn Mike, Esq., Assistant United States Attorney (*kirwinn.mike@usdoj.gov*), this 27th day of March, 2025.

  /s/ Curtis S. Fallgatter
ATTORNEY

156535