United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.                                                                                    NO. 3:22-cr-141-TJC-PDB

**SCOTT ANDREW HOLLINGTON**

## Clerk's Minutes

| | |
|---|---|
| **Proceeding** | In Camera Hearing on Motion to Withdraw |
| **Date** | March 28, 2025 |
| **Time** | 12:17–44 p.m. |
| **Judge** | Patricia Barksdale, U.S. Magistrate Judge |
| **Courtroom Deputy** | Angela Loeschen |
| **Counsel for Plaintiff** | Kirwinn Mike, Assistant U.S. Attorney<br>Ashley Washington, Assistant U.S. Attorney |
| **Counsel for Defendant** | Curtis Fallgatter |
| **Filed in Open Court** | Defendant's Consent to Appointment of Counsel |
| **Digital/Reporter** | Digital |

The parties were present to discuss Mr. Hollington's motion (1) to permit Mr. Fallgatter to withdraw, (2) for appointment of counsel for the direct appeal, and (3) for permission to proceed in forma pauperis (IFP). Doc. 256.

Mr. Mike stated that the United States has no position on the motion or reason to stay for the proceeding. Judge Barksdale permitted him and Ms. Washington to leave.

Mr. Fallgatter summarized the retainer agreement and the fee arrangement.

Mr. Hollington confirmed his understanding of Mr. Fallgatter's representation and stated he wants court-appointed counsel for the direct appeal.

Ms. Loeschen placed Mr. Hollington under oath.

Judge Barksdale asked Mr. Hollington questions about his financial circumstances.

Judge Barksdale found Mr. Hollington has insufficient resources to employ appellate counsel within the meaning of 18 U.S.C. § 3006A.

Judge Barksdale asked Mr. Fallgatter if there are any conflicts with the Federal Defender's Office. Mr. Fallgatter explained there may be a conflict with the Federal Defender's Office, but Mr. Hollington wants to waive any conflict.

Judge Barksdale directed Mr. Fallgatter to (1) determine if there is a conflict and if that conflict can be waived and (2) file his position by the end of the day on March 31, 2025.