UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO.: 3:22-cr-141-TMJ-PDB

SCOTT ANDREW HOLLINGTON
_____/

### REPORT ON POSSIBLE APPOINTMENT OF FEDERAL PUBLIC DEFENDER AS APPELLATE COUNSEL

COMES NOW the Defendant, Scott Andrew Hollington, by and through his undersigned counsel, and hereby respectfully reports to the Court on the issue of whether there exists a conflict of interest with an appointment of the Federal Public Defender's Office, as appellate counsel for Dr. Hollington.

1.     The Federal Public Defender's Office was briefly appointed to represent a witness in this case, who had received a target letter, and the Court deemed it appropriate for that witness to have advice of counsel, prior to testifying. Doc. 186.

2.     Given the very limited nature of that representation, Dr. Hollington is prepared to waive any conflict.

3.     However, counsel has conferred with the Federal Public Defender's Office, and that office has informed counsel that, since they were appointed to represent a witness (unindicted co-conspirator), they believe there wold be a conflict

handling this appeal, and do not believe they will be able to be appointed.

4. Obviously, counsel will respect the position of the Federal Public Defender's Office.

WHEREFORE, undersigned counsel respectfully requests this Court enter an order appointing other appellate counsel for Dr. Hollington (in lieu of the Federal Public Defender's Office) to assist Dr. Hollington with his appeal.

Respectfully submitted,

**FALLGATTER & CATLIN, P.A.**

  /s/ Curtis S. Fallgatter
Curtis S. Fallgatter, Esq.
Florida Bar No: 0213225
200 East Forsyth Street
Jacksonville, Florida 32202
(904) 353-5800 Telephone
(904) 353-5801 Facsimile
fallgatterlaw@fallgatterlaw.com Email
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to: Kirwinn Mike, Esq., Assistant United States Attorney (*kirwinn.mike@usdoj.gov*), this 28th day of March, 2025.

  /s/ Curtis S. Fallgatter
ATTORNEY

156671