United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.                                                                                  NO. 3:22-cr-141-TJC-PDB

**SCOTT ANDREW HOLLINGTON**

___

# Order

The Court conducted a hearing on the defendant's motion to (1) permit Curtis Fallgatter, Esquire, to withdraw, (2) for appointment of counsel for the direct appeal, and (3) for permission to proceed in forma pauperis (IFP). Doc. 256 (motion), Doc. 257 (minutes). Under Addendum Four of the Eleventh Circuit Plan Under the Criminal Justice Act, the Court reviewed Mr. Hollington's financial circumstances and the fee arrangement between him and Mr. Fallgatter. Finding the arrangement excluded representation on appeal, that Mr. Hollington has insufficient resources to employ appellate counsel within the meaning of 18 U.S.C. § 3006A, and that Mr. Hollington is eligible to proceed IFP, the Court **grants** the motion and:

1. **permits** Mr. Fallgatter to withdraw from further representation of Mr. Hollington on the direct appeal;

2. **permits** Mr. Hollington to appeal IFP and **appoints** Valerie Linnen, Esquire, to represent Mr. Hollington for the direct appeal; and

3. **directs** Mr. Fallgatter to expeditiously send Ms. Linnen copies of documents that he possesses that are necessary for the direct appeal.

**Ordered** in Jacksonville, Florida, on March 31, 2025.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c: Kirwinn Mike, Assistant United States Attorney
Curtis Fallgatter, Esquire
Valerie Linnen, Esquire
Scott Andrew Hollington