UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HONORABLE TIMOTHY J. CORRIGAN

| | | |
|---|---|---|
| CASE NO. | 3:22-cr-141-TJC-PDB | DATE:  March 28, 2025 |
| TITLE: | USA v. Scott Andrew Hollington | |
| TIME: | 10:11 a.m. - 12:08 p.m. | |
| TOTAL: | 1 hour 57 minutes | |

| Courtroom Deputy: Timothy Luksha | Court Reporter: Heather Randall |
|---|---|
| Probation: Irish Anderson | |
| Counsel for Government:   Kirwinn Mike<br>Ashley Washington | |
| Counsel for Defendant:   Curtis Fallgatter | |

**CLERK'S MINUTES – Pronouncement of Sentence Hearing**

Court in session and counsel identified for the record.

Defendant adjudicated guilty as to **Counts Two, Three, Four, Five, Six, Seven, Eight, Nine, Ten, Eleven, Twelve, Thirteen, Fourteen, Fifteen, Sixteen, Seventeen, Eighteen, Nineteen, Twenty of the Superseding Indictment.**

For the reasons stated on the record, Government's Exhibits 1 and 2 from the February 2, 2025, hearing and Court's Exhibits 1 and 2 from this hearing will be placed under seal until further order of the Court.

**SENTENCE IMPOSED** as to **Counts Two, Three, Four, Five, Six, Seven, Eight, Nine, Ten, Eleven, Twelve, Thirteen, Fourteen, Fifteen, Sixteen, Seventeen, Eighteen, Nineteen, Twenty of the Superseding Indictment.**

**IMPRISONMENT**: **ONE HUNDRED FORTY-FOUR (144) MONTHS. This term consists of a 144-month term as to Counts Two through Five, Seven through Eleven, and Thirteen; a 60-month term as to Count Six; and a 120-month term as to Counts Twelve, Fourteen, and Fifteen**

**through Twenty, all such terms to run concurrently. The 144-month term of imprisonment imposed by the judgment shall run consecutively with the defendant's term of imprisonment imposed pursuant to the judgment in Case Number 2023CF304283, Volusia County Circuit Court, DeLand, Florida.**

The Court recommends to the Bureau of Prisons that the defendant be incarcerated at FCI Jesup, mental health programming specializing in sex offender treatment.

**SUPERVISED RELEASE**: **THREE (3) YEARS. This term consists of a 3-year term as to Counts Two through Five, Seven through Eleven, Thirteen, and Sixteen through Twenty; a 1-year term as to Count Six; and a 2-year term as to Counts Twelve, Fourteen, and Fifteen, all such terms to run concurrently.**

*Special conditions of supervised release:*

Mandatory drug testing requirements are suspended.

You shall participate in a mental health program specializing in sexual offender treatment

You shall have no contact, direct or indirect, with individuals identified in Counts Two through 15, and the victim identified in Volusia County Circuit Court Case No. 2023CF304283, DeLand, Florida.

Defendant shall cooperate in the collection of DNA.

**SPECIAL ASSESSMENT** of $1,900.00 is due immediately.

**FINE** and cost of imprisonment are waived.

**FORFEITURE:** The defendant shall forfeit to the United States the assets identified in the Preliminary Order of Forfeiture (Doc 236) entered on March 26, 2024.

The original Indictment is dismissed on the motion of the government.

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

2

Defendant advised of right to appeal.

Court's Exhibits: 1, 2