# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA,**

v.                                              DC:        3:22-cr-141-TJC-PDB

**SCOTT ANDREW HOLLINGTON,**
         **Respondent.**

---

## NOTICE OF APPEAL

Pursuant to Title 18, Section 3742, United States Code (2025), and Rule 4(b), Federal Rules of Appellate Procedure (2025), notice is hereby given that Defendant, SCOTT ANDREW HOLLINGTON, by and through the undersigned appointed counsel, appeals to the Eleventh Circuit Court of Appeals the *Judgment and Sentence* rendered on March 28, 2024. The district court previously declared Mr. Hollington indigent and appointed him counsel. See Dkt259.

Submitted on this 8th day of April 2025.

                                        /s/ Valarie Linnen
                                        VALARIE LINNEN, ESQ.
                                        Florida Bar No.:  63291
                                        841 Prudential Drive
                                        12th Floor
                                        Jacksonville, FL 32207
                                        (888) 608-8814
                                        vlinnen@live.com
                                        Attorney for Appellant

**1** of **2**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the following via electronic case mail delivery on this 8th day of April 2025:

Office of the United States Attorney

/s/ **Valarie Linnen**
VALARIE LINNEN, ESQ.
Florida Bar No.: 63291