# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No. 3:22-cr-141-TJC-PDB

SCOTT ANDREW HOLLINGTON

_____

## JUDGMENT OF ACQUITTAL AS TO COUNT ONE

This case came before the Court for trial by jury commencing on July 14, 2023.   At the close of the evidence, defendant Hollington moved for judgment of acquittal under Rule 29.   For the reasons stated on the record by the Court, it is hereby

**ORDERED:**

In accordance with Federal Rule of Criminal Procedure 29(a)**,** Hollington's Motion for Judgment of Acquittal is **GRANTED** as to Count One (1) of the Superseding Indictment only and **DENIED** as to all other Counts. Defendant Scott Andrew Hollington is not guilty of the offense charged in Count One (1) of the Superseding Indictment.

**DONE AND ORDERED** in Jacksonville, Florida this 10th day of April, 2025,

nunc pro tunc to July 25, 2023.



TIMOTHY J. CORRIGAN
Senior United States District Judge

tl.
Copies:
Counsel of record