**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
Bryan Simpson United States Courthouse
300 North Hogan Street Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900

Elizabeth M. Warren                                                                                    Jim Leanhart
Clerk of Court                                                                    Jacksonville Division Manager

**DATE:** June 30, 2025

**TO:**    Clerk, U.S. Court of Appeals for the Eleventh Circuit

**UNITED STATES OF AMERICA**

**VS.**                                    **CASE NO: 3:22-cr-141-TJC-PDB**

**SCOTT ANDREW HOLLINGTON**

## CERTIFICATE OF READINESS OF RECORD ON APPEAL
### AND RECORD ON APPEAL

**U.S.C.A. Case No.:**          **25-11171-JJ**

- Complete Record on Appeal:

        2        Volumes of Exhibits (Documents 199 & 202)

                        ELIZABETH M. WARREN, CLERK

                        By:      s/SJW, Deputy Clerk